Anthony M. Nicastro
KNIGHT NICASTRO MACKAY, LLC
27 Shiloh Road, Suite 10
Billings, Montana 59106
Tel: (406) 545-2031
Email: nicastro@knightnicastro.com
*Attorney for Plaintiff*
*BNSF Railway Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>                              Plaintiff,<br><br>     v.<br><br>CITY OF GLENDIVE,<br><br>                              Defendant. | No. CV 24-81-BLG-SPW-TJC<br><br>**DECLARATION OF ANTHONY NICASTRO IN SUPPORT OF BNSF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Anthony Michael Nicastro, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over the age of 18 years, have personal knowledge of the matters set forth in this declaration, and am competent to testify about them.

2.     I am an attorney with the law firm Knight Nicastro Mackay, LLC, located in Billings, Montana. I currently represent the Plaintiff in this matter, BNSF Railway Company ("BNSF"), against the Defendant in this matter, City of Glendive ("Glendive").

3. Attached as **Exhibit A** is a true and correct copy of Chapter 2 of Title 10 of the Glendive City Code in effect on December 22, 2023, and February 16, 2024.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from the Matthew Richardson Deposition Transcript dated August 25, 2025.

5. Attached as **Exhibit C** is a true and correct copy of excerpts from the Caleb Mangino Deposition Transcript and Deposition Exhibits 002 and 005 dated August 25, 2025.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from the Rodney Chouinard Deposition Transcript dated August 21, 2025.

7. Attached as **Exhibit E** is a true and correct copy of excerpts from the Videotaped Rule 30(b)(6) Deposition of City of Glendive (Frank Ceane) recorded on June 12, 2025, from 10:55 a.m. to 5:43 p.m.

8. Attached as **Exhibit F** is a true and correct copy of excerpts from Defendant's Reponses to Plaintiff's First Requests for Admission dated July 16, 2025.

9. Attached as **Exhibit G** is a true and correct copy of excerpts from the Violet Fisher Deposition Transcript dated July 9, 2025.

10. Attached as **Exhibit H** is a true and correct copy of an excerpt from BNSF Glendive Wastewater Treatment Plant Sampling Results from January 2021

dated February 26, 2021 [001978 BNSF (Glendive)].

11. Attached as **Exhibit I** is a true and correct copy of an excerpt from BNSF Interoffice Memo dated January 11, 1999 [002214 BNSF (Glendive)].

12. Attached as **Exhibit J** is a true and correct copy of an excerpt from the City–BNSF Groundwater Remediation System Discharge Agreement dated July 10, 2002 [011703–15 BNSF (Glendive)].

13. Attached as **Exhibit K** is a true and correct copy of excerpts from the Lauren Knickrehm Deposition Transcript dated July 10, 2025.

14. Attached as **Exhibit L** is a true and correct copy of excerpts from Plaintiff's Responses to Defendant's Second Interrogatories dated November 7, 2025 and First Supplemental Responses to Defendant's First Interrogatories dated July 22, 2025.

15. Attached as **Exhibit M** is a true and correct copy of excerpts the EPA Inspection Report following inspection of BNSF's Groundwater Remediation System located in Glendive, MT, dated September 8, 2006 [002309–10, 002315 BNSF (Glendive)].

16. Attached as **Exhibit N** is a true and correct copy of excerpts of BNSF's response to the September 8, 2006 EPA Inspection Report following inspection of BNSF's Groundwater Remediation System located in Glendive, MT, dated December 8, 2006 [002244-46 BNSF (Glendive)].

17. Attached as **Exhibit O** is a true and correct copy of excerpts of Glendive's response to the September 8, 2006 EPA Inspection Report following inspection of BNSF's Groundwater Remediation System located in Glendive, MT, dated December 15, 2006 [002281–85 BNSF (Glendive)].

18. Attached as **Exhibit P** is a true and correct copy of an excerpt from email communications between Violet Fisher, BNSF Manager Environmental Operations, and Frank Ceane, City of Glendive Public Works Director, terminating the BNSF/City of Glendive pretreatment discharge agreement, dated September 2, 2021 [002388 BNSF (Glendive)].

19. Attached as **Exhibit Q** is a true and correct copy of excerpts from the John Beeler Deposition Transcript dated August 20, 2025.

20. **Exhibit R** is a true and correct copy of excerpts from Glendive sewer manhole inspection records from 2020 to 2025 [CITY 001997]. Due to the nature and size of these excerpts, this exhibit will be provided to the Court in hard copy format.

21. Attached as **Exhibit S** is a true and correct copy of an agreement between BNSF and City of Glendive for the discharge of pre-treated industrial wastewater from BNSF's rail yard facility, signed by Frank Ceane, City of Glendive Public Works Director, dated April 17, 2023 [CITY 001157–61].

22. Attached as **Exhibit T** is a true and correct copy of an email from Violet

Fisher, BNSF Manager Environmental Operations, and Frank Ceane, City of Glendive Public Works Director, regarding discrepancy in authorization to discharge signed by the City of Glendive dated May 3, 2023 [002387 BNSF (Glendive)].

23. Attached as **Exhibit U** is a true and correct copy of an email from Violet Fisher, BNSF Manager Environmental Operations, and Frank Ceane, City of Glendive Public Works Director, regarding discrepancy in authorization to discharge signed by the City of Glendive dated August 28, 2023 [002384 BNSF (Glendive)].

24. Attached as **Exhibit V** is a true and correct copy of an email from Violet Fisher, BNSF Manager Environmental Operations, and Frank Ceane, City of Glendive Public Works Director, regarding discrepancy in authorization to discharge signed by the City of Glendive dated November 10, 2023 [002385 BNSF (Glendive)].

25. Attached as **Exhibit W** is a true and correct copy of an email from Violet Fisher, BNSF Manager Environmental Operations, to Frank Ceane, City of Glendive Public Works Director, regarding discrepancy in authorization to discharge signed by the City of Glendive dated November 17, 2023 [002394 BNSF (Glendive)].

26. Attached as **Exhibit X** is a true and correct copy of excerpts from the Fred Carpenter Deposition Transcript dated July 29, 2025.

27. Attached as **Exhibit Y** is a true and correct copy of excerpts from the

Rhett Coon Deposition Transcript dated July 29, 2025.

28.     Attached as **Exhibit Z** is a true and correct copy of a letter from Frank Ceane, City of Glendive Public Works Director, to Glendive City Council recommending Glendive deny BNSF's request to discharge pretreated rainwater and groundwater to the Glendive Sewer System dated December 19, 2023 [CITY 000496–502].

29.     Attached as **Exhibit AA** is a true and correct copy of excerpts from the Keith Boeckel Deposition Transcript dated July 28, 2025.

30.     Attached as **Exhibit BB** is a true and correct copy of excerpts from the Tanner Dey Deposition Transcript dated August 20, 2025.

31.     Attached as **Exhibit CC** is a true and correct copy of the manhole inspection record from inspections performed on December 22, 2023. [CITY 002055].

32.     Attached as **Exhibit DD** is a true and correct copy of excerpts from Defendant's Responses to Plaintiff's First Interrogatories dated October 25, 2024.

33.     Attached as **Exhibit EE** is a true and correct copy of a letter from Frank Ceane, City of Glendive Public Works Director, to Glendive City Council regarding his decision to deny BNSF's request to reconnect to the City's sewer system dated January 10, 2024 [CITY 002173].

34.     Attached as **Exhibit FF** is a true and correct copy of the manhole

inspection record from inspections performed on February 16, 2024. [CITY 002063].

35. **Exhibit GG** is a true and correct copy of audio from the Glendive City Council meeting held on February 20, 2024 [CITY 1599]. Due to the nature and size of this audio, this exhibit will be provided to the Court in hard copy format.

36. Attached as **Exhibit HH** is a true and correct copy of an email from Hunter Herbaugh, Glendive Ranger-Review, to Media@BNSF.com, regarding diesel found in the City's municipal waste water system that the City believed came from BNSF property dated February 16, 2024 [089656 BNSF (Glendive)].

37. Attached as **Exhibit II** is a true and correct copy of an excerpt from the Hazmat Response Incident Report completed by Pinnacle Engineering in response to call about alleged release of diesel in sewer system dated February 16, 2024 [Richardson Dep. Exhibit 001].

38. Attached as **Exhibit JJ** is a true and correct copy of excerpts from the Joe Buelt Deposition Transcript dated June 27, 2025.

39. Attached as **Exhibit KK** is a true and correct copy of a Glendive Ranger-Review article titled *Glendive city officials pull back on accusation of diesel dumping against BNSF* dated February 24, 2024 [011749–53 BNSF (Glendive)].

40. Attached as **Exhibit LL** is a true and correct copy of a letter from Frank Ceane, City of Glendive Public Works Director, to BNSF denying BNSF's request

to reconnect the Work Equipment Building to the sewer system [CITY 000509].

41. Attached as **Exhibit MM** is a true and correct copy of a proposal by Pinnacle Engineering, Inc. to install temporary holding tanks in the Work Equipment Building [Richardson Dep. Exhibit 010].

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 30th day of December, 2025.

            KNIGHT NICASTRO MACKAY, LLC


         By: */s/ Anthony M. Nicastro*
            Anthony M. Nicastro