# EXHIBIT AA

Keith Boeckel
**ROUGH DRAFT**

```
 1       Q.   Are these the lift station records
 2  that -- when we get to --
 3       A.   Yes.
 4       Q.   -- 2078?
 5            Why is it that you would have fewer
 6  manholes on the weekly inspections in 2024; do you
 7  know?
 8       A.   I was not there.
 9       Q.   Oh, that's right, okay.
10            So Manhole 422, is that the manhole by
11  East Valentine, Pearson Street?
12       A.   I believe it is.
13       Q.   Okay.  And so just real quick.
14            You don't know -- do you know why it was
15  included on the weekly inspection?
16       A.   I was told to start checking it once a
17  week.
18       Q.   Okay.  And who told you to do that?
19       A.   Frank Ceane.
20       Q.   And when did he tell you to do that?
21       A.   That I can't remember.
22       Q.   Did he tell you why he wanted you to
23  check it every week?
24       A.   He said in case BN was bringing stuff
25  through that wasn't supposed to be -- they weren't
```
28

Keith Boeckel
**ROUGH DRAFT**

```
 1  supposed to be using that line anymore.  They said
 2  they had nothing on it.  And to see -- make sure
 3  if anything was coming through it.
 4      Q.   Okay.  Was it to use that line anymore?
 5      A.   Pardon me?
 6      Q.   So based on what he told you, there
 7  should be nothing coming through that manhole; is
 8  that how it works?
 9      A.   Yes, that's what I was told.
10      Q.   All right.  Now, did you relay that
11  information back to your -- to your employees?
12      A.   I just told them to start checking it.
13  Well, I think, if I'm not mistaken, at least one
14  of them was present when I was told about it.
15      Q.   Okay.  And who was that?
16      A.   I think it was John.
17      Q.   So these records we've got here on
18  Exhibit No. 28 starts beginning of January of
19  2023, and John Tanner was the inspector.
20           Am I reading this correctly?
21      A.   John and Tanner, yes.
22      Q.   And here it says, "Okay."
23           What does "okay" mean?
24           What kind of direction do you give to
25  these individuals who are inspecting manholes?
```
29

Keith Boeckel
**ROUGH DRAFT**

```
 1  been doing these a long time.  Sometimes he'll do
 2  all the lift stations first and then come back and
 3  do the manholes, and sometimes he'll do the
 4  manholes along with the lift stations as he goes
 5  through town.  That's how we used to do it.
 6          How he did it at the end, I don't know.
 7  He's been doing it a long time.  He knows all of
 8  them by heart, and I don't know what order he did
 9  them.
10  BY MR. NICASTRO:
11     Q.   And so -- so you get a phone call from
12  John on this particular day.  And how long did it
13  take for you to get out there?
14     A.   Probably 15, 20 minutes.
15     Q.   And what did you do when you got out
16  there?
17     A.   I looked in the manhole, saw it was
18  flowing, like he said, and then I called Frank.
19     Q.   And you say "flowing like he said."
20  How --
21     A.   He said it was two-thirds full.  Sorry.
22     Q.   You're fine.
23          Was it -- when you say "two-thirds full,"
24  you mean two-thirds from the bottom of the
25  manhole?
                                                    42
```

Keith Boeckel
**ROUGH DRAFT**

```
 1   flowing about two-thirds full.
 2       Q.   Okay.  So when you looked into the
 3   manhole, you saw a constant flow --
 4       A.   It was, yes.
 5       Q.   How fast was it flowing?
 6            Is there a way of speed --
 7       A.   I don't --
 8       Q.   I've never done your job, so that's why
 9   I'm asking.
10       A.   I don't know.
11       Q.   So what you saw, it appeared to be black?
12       A.   It was black, looked like black water to
13   me.
14       Q.   Okay.  Do you recall anything else about
15   what you saw?
16       A.   No.
17       Q.   Did it have any sort of smell to it?
18       A.   Not to me it didn't.
19       Q.   Okay.  Did somebody else tell you that it
20   had a smell?
21       A.   I don't remember that.
22       Q.   Did you go look at the other manhole to
23   the south and see what was happening there?
24       A.   No, I did not.
25       Q.   Did they do that?
```
44

Keith Boeckel
**ROUGH DRAFT**

```
 1        A.    Oh -- was this the same day?
 2        Q.    Well, this has the notation of
 3   December 22nd.
 4        A.    That means we put some hydraulic cement
 5   in there and plugged the hole.
 6        Q.    And who did that?
 7        A.    I was there with John and Shylo White.
 8        Q.    Okay.  So was that the same day that you
 9   saw the black discharge through the pipe?
10        A.    I honestly can't remember.
11        Q.    Where did the hydrocement come from?
12        A.    We usually buy it in five-gallon buckets
13   from Con-Mat Supply.
14        Q.    Did you buy it that day, or did you
15   already have it on hand?
16        A.    I don't recall.  We generally keep some
17   on hand because we have to do repairs at the water
18   plant at the sediment basins.
19        Q.    So did anybody out there, you or your
20   crew, take any pictures of what they were seeing?
21        A.    I can't speak for anyone but myself, and
22   I did not.
23        Q.    Did you instruct any of your employees to
24   document it by way of video or picture?
25        A.    Did not.
                                                        48
```

Keith Boeckel
ROUGH DRAFT

```
 1        Q.   Why not?
 2        A.   I was just doing what I was told to do.
 3        Q.   Did Frank tell you not to document it
 4   with pictures or videos?
 5        A.   He didn't tell me to do it or not to do
 6   it.
 7        Q.   Do -- your crew members, do they have
 8   cameras out there?
 9             I mean, everybody's kind of got
10   cellphones.
11        A.   On their phones they do, I'm sure.
12        Q.   And don't have any sort of rule against
13   documenting things like --
14        A.   No.
15        Q.   -- pictures on your phone or anything
16   like that, do you?
17        A.   No.
18        Q.   Okay.  So it was possible to actually
19   video it or take pictures of what you guys were
20   seeing?
21        A.   It's possible.
22        Q.   But as far as you know, you've never seen
23   any evidence of anybody doing that that day?
24        A.   No.
25        Q.   So who would have been the individual who
```
49

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

Keith Boeckel
ROUGH DRAFT

```
 1  did the actual hydroplug?
 2      A.   Shylo White was down in the manhole, and
 3  John and I were mixing it together in a 5-gallon
 4  bucket on top.  And we'd hand it down to him and
 5  he'd dump it and pat it into the hole.
 6      Q.   And how do you -- was it still flowing at
 7  the time of hydrocementing?
 8      A.   Not very much.
 9           But the reason you use hydro concrete,
10  you can do it when it's wet and water flowing.  It
11  sets up really fast.
12      Q.   So the cement -- so the flow was not as
13  strong when you all were doing the hydrocementing?
14      A.   Yes, it wasn't flowing very much at all.
15      Q.   So how much time had passed from when you
16  guys had called Frank -- when you get out there,
17  you call Frank, to when you start doing the
18  hydrocementing?
19      A.   If I had to guess, probably a couple
20  hours.
21      Q.   You know, I took Frank's deposition.  He
22  told me that somebody had to go buy the
23  hydrocementing.  Is that --
24      A.   It's very possible.
25      Q.   So Frank also told me that somebody took
```
50

**Charles Fisher Court Reporting**
442 East Mendenhall, Bozeman MT  59715, (406) 587-9016

Keith Boeckel
**ROUGH DRAFT**

```
 1   a baggie sample of what was flowing through it.
 2           Who would have been the individual who
 3   did that?
 4       A.  I have no knowledge of anybody taking a
 5   sample.
 6       Q.  Were you the -- were you there the whole
 7   time, from when you first got out there after your
 8   crew called you, to the end of the hydrocementing?
 9       A.  No.  They called me when they -- I
10   believe, when they were ready to mix the hydro,
11   and then I came over and helped them.
12       Q.  Okay.  So what happened between the time
13   period that Frank -- well, you called Frank, and
14   to when they were ready to mix the hydrocementing?
15           Whatever was happening during that time
16   period, you don't know what was -- you don't have
17   any personal knowledge of it.  Fair?
18       A.  I do not.
19       Q.  Okay.  Did anybody, to your knowledge,
20   ever contact anybody at the wastewater treatment
21   plant to report what they are seeing flowing
22   through the system?
23       A.  I did not.
24       Q.  But you do know that this black
25   substance, whatever it is, eventually leads to the
```

51

Keith Boeckel
ROUGH DRAFT

```
 1        Q.   And I guess you all weren't smelling
 2   anything, so there was -- you didn't feel the need
 3   for him to have any sort of face protection or
 4   anything like that?
 5        A.   No.  He had a hard hat.  He had a hard
 6   hat, I believe.
 7        Q.   Sure.
 8        A.   And gloves.
 9        Q.   Sure, but if like diesel or oil was
10   flowing through the system, and it had a smell to
11   it, would you have used some sort of protective
12   equipment?
13        A.   Probably.  I don't know if we'd have been
14   in the hole, if it was smelling like that.
15        Q.   Yeah.  Okay.  So you all at least -- you
16   felt comfortable with -- whatever the substance
17   was, you felt comfortable with your employee going
18   into that hole and applying hydrocement, with only
19   a hard hat as protective equipment; is that fair?
20        A.   And gloves.
21        Q.   And gloves.
22        A.   But there was hardly any flow, and none
23   of it was black.
24        Q.   Okay.  So by the time you got there, it
25   wasn't black anymore?
```
53

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

```
 1        A.    When we hydroed it, there wasn't.
 2        Q.    Okay.  What did it look like then?
 3        A.    Just like a regular manhole.  If the --
 4   the flow was very little.
 5        Q.    Was the flow black though still?
 6        A.    No.
 7        Q.    Okay.  Did it look like normal sewer
 8   water that you expect to see in a toilet?
 9        A.    You know, I don't remember thinking
10   anything about it back then.  I didn't notice
11   anything out of the ordinary.
12        Q.    You didn't think it was diesel or oil
13   coming through, did you?
14        A.    I did not, no.  I did not smell diesel.
15        Q.    Okay.  And you -- it didn't smell like
16   oil, did it?
17        A.    It didn't to me.
18        Q.    Okay.  What did you do next then after
19   you hydrocemented it?
20              How long do you have to sit there for the
21   hydrocement to seal up?
22        A.    Within five or ten minutes, that stuff is
23   hard as a rock.  When you're mixing it, you got to
24   hurry up and get it done and put it in there
25   because it sets up in a hurry.
```
54

Keith Boeckel
ROUGH DRAFT

```
 1           MR. NICASTRO:  All right.  Go back on the
 2   record then.
 3   BY MR. NICASTRO:
 4       Q.   All right.  So just a couple other topics
 5   to kind of clear up on.
 6           So roughly about how much time on
 7   December 22nd do you think you were actually
 8   onsite by that Manhole 422?
 9       A.   Maybe an hour.
10       Q.   Okay.  And during -- during that hour, at
11   any point in time did you ever smell diesel from
12   that manhole?
13       A.   I did not.
14       Q.   And, I mean, you know what diesel smells
15   like, it's got a very distinct odor, correct?
16       A.   Yes, I do.
17       Q.   If you had smelled diesel, would you have
18   sent your employee down into that manhole?
19       A.   I can't think of something like that.
20   How would I know that?
21       Q.   All right.  Well, I'm just saying, I
22   mean, if -- I mean, if there was diesel or some
23   sort of like oil product that's going through that
24   manhole, would you send an employee in there with
25   just gloves and a hard hat?
                                                      63
```

Keith Boeckel
ROUGH DRAFT

```
 1        A.    I don't know.
 2        Q.    And when you say, "I don't know," is it
 3   because you've never been in that situation
 4   before?
 5        A.    Right.
 6        Q.    Or you would just do whatever Frank tells
 7   you to do?
 8        A.    I'm not a puppet like you're making it
 9   sound, but I thought it was safe to send somebody
10   down there, in my opinion.
11        Q.    Okay.  So whatever was flowing through
12   that manhole, there was nothing that led you to
13   have a concern for your employee's safety; is that
14   fair?
15        A.    That's fair.
16        Q.    And by the time that you got there and
17   you all started to do the hydrocementing, the flow
18   was a lot less than when you first saw it?
19        A.    Oh, yes.
20        Q.    Was -- is it fair to say that it seemed
21   like the flow had basically been stopped or about
22   to stop?
23        A.    I don't remember if it was completely
24   stopped or just trickling.  I don't remember.
25        Q.    Did you think that there was any sort of
```

64

Keith Boeckel
ROUGH DRAFT

```
 1   emergency that made it so that you immediately
 2   needed to turn off that flow?
 3        A.   I did not, no.
 4        Q.   You didn't think so, okay.
 5             Are there ways that you can sort of
 6   address that at sort of the lift station area?
 7                       (Whereupon, an off-the-record
 8                        discussion then took place.)
 9   BY MR. NICASTRO:
10        Q.   The question was just if you're seeing a
11   substance going through a manhole and you know
12   that it's going to eventually flow to an area like
13   a lift station, are there things that you can do
14   at the lift station to kind of address those
15   issues?
16        A.   I guess one thing you could do is get a
17   suck truck and try to get ahead of it or
18   something.
19        Q.   All right.  And so how would that work?
20             I mean, can you shut off the lift station
21   for a brief period of time?
22        A.   You could shut it off.
23        Q.   Okay.  The only -- is there a concern of
24   shutting down the lift station, you just have to
25   make sure that it's not going to back up
```

65

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**