# EXHIBIT B

Matthew Richardson

```
 1    the release."
 2            Do you see that sentence right there?
 3        A.  Yes.
 4        Q.  What was your understanding of what was
 5    meant by a "used oil release observed" at the water
 6    treatment facility?
 7        A.  So, first off, we were told it was used
 8    oil or oil or some black substance.  And then the
 9    water treatment facility was the building -- the old
10    building that was right next to work equipment.
11    So...
12        Q.  Who told you it was used oil -- or I
13    guess told Pinnacle it was used oil?
14        A.  It's what we assumed.
15        Q.  Why did you assume that; just the look
16    and the smell of it?
17        A.  You could tell it was black.
18        Q.  Okay.
19        A.  Pete Leath said it was black.
20        Q.  Pete Leath from the City of Glendive?
21        A.  Correct.
22        Q.  Okay.  Did you personally talk to Pete
23    Leath?
24        A.  I did.
25        Q.  What do you recall from that
```

31

```
 1   conversation?
 2        A.   What was that conversation?  He was mad
 3   at us because he said we had something -- he said we
 4   had more stuff connected to the pipe than what we
 5   told them and we had oil floating in our pipe.
 6        Q.   Okay.  If I'm reading this form
 7   correctly, Matt, below that, there's some boxes for
 8   "Root Cause/Other Observations" and "Actions Taken."
 9             Do you see that?
10        A.   Uh-huh.
11        Q.   Is that a "yes"?
12        A.   Yes.
13        Q.   What do you understand it to mean where
14   it has "Root cause unknown," and then it has three
15   different manholes identified there on that box?
16   What does that mean?
17        A.   So "root cause unknown," we didn't know
18   if we had an oil leak.  Didn't know -- no smoking
19   gun, but we went from Valentine Street back to the
20   building, and those are the manholes that are on it.
21        Q.   Okay.
22        A.   And they will not correlate with any map
23   or anything that you guys probably have because we
24   just numbered them.
25        Q.   And that was actually going to be my next
```

32

```
 1                But don't speculate.  Go ahead.
 2           THE WITNESS:  Could you repeat your question?  Sorry.
 3           Q.   (By Mr. Warren)  Sure.  So you're not--
 4    just to be clear, you're not aware of BNSF ever
 5    testing that water that's being pumped into the
 6    sanitary sewer line, right?
 7           A.   I'm not aware.
 8           Q.   Okay.  And they never hired Pinnacle to
 9    do that, correct?
10           A.   Not that I'm aware of.
11           Q.   Do you know of any other contractors that
12    they would have hired to test that, to your
13    knowledge?
14           A.   I wouldn't know who they would hire to do
15    it.
16           Q.   Okay.  Matt, I'll hand you what we're
17    going to mark as Deposition Exhibit 10 here.
18
19                     (Deposition Exhibit No. 10 was marked
20                      for identification)
21
22           Q.   (By Mr. Warren)  I apologize.  The
23    printing on this kind of got a little wonky at the
24    top there, but it appears to be dated August 23rd of
25    2024; is that correct?
```

91

Matthew Richardson

```
 1        A.    Correct.
 2        Q.    Okay.  What exactly is this document
 3   right here, Matt?  Take your time to look it over.
 4        A.    It is the temporary holding tanks in the
 5   basement, a proposal for it.
 6        Q.    Okay.  So this was the solution that BNSF
 7   decided to proceed with to solve the issue of a lack
 8   of sewer service, right?
 9        A.    Correct.
10        Q.    On the first page here, it's got the
11   scope of work, and there's some bullet points below
12   that.  And a couple of them talked about sawcutting
13   and removing the concrete slab and cover and then
14   pouring a 6-inch reinforced concrete slab in the
15   basement for the tanks to set on.
16              Was the concrete slab in the basement
17   being replaced for any other reason other than
18   weight-bearing to hold those concrete tanks?
19        A.    So no concrete was replaced in the
20   basement.  It was just the bear weight for the
21   tanks.
22        Q.    So was concrete added?
23        A.    Actually, it turned out it never was.
24   They found -- they found a foam pad that they liked
25   better and that was placed in there.
```

92