# EXHIBIT BB

**Tanner Dey**

```
 1         Q.    What do you do with these inspection
 2   records when you're done with them?
 3         A.    We give them to city hall.
 4         Q.    With respect to Manhole 422, in 2021,
 5   2022, or in 2023, was there -- what was your
 6   understanding with respect to usage of that manhole?
 7         A.    What do you mean by "usage," I guess?
 8         Q.    Sure.  In other words, were you
 9   inspect -- when we look at these records, and I can
10   kind of jump through them, but we see evidence of
11   sometimes people are doing -- they say the word
12   "OK."
13               What does "OK" mean when you put that on
14   a form, if you're the one that fills out that form?
15         A.    So "OK" means there's no blockages,
16   normal flow.  There's nothing out of the ordinary.
17         Q.    Okay.  So if we look at an inspection
18   record of a manhole and it's got your name on it and
19   you were the one that filled it out -- so in other
20   words it's in your handwriting -- and you write the
21   word "OK," that means it's a manhole that's being
22   used and the use looks right?
23         A.    Right.
24         Q.    Okay.  I guess what I'm getting at is at
25   any point in time during those years, were you told
```

13

**Tanner Dey**

```
 1    to look at Manhole 422 to make sure that nothing's
 2    coming through it?
 3         A.   Yes.
 4         Q.   When was that?
 5         A.   I don't know.  It was after BNSF had
 6    filed with city hall for the certificate or whatever
 7    you call it, I guess, for their wastewater
 8    treatment.
 9         Q.   Okay.  So at some point in time -- who
10    would have told you that?
11         A.   Frank.  Well, for -- as assistant
12    foreman, it would have went Frank and down the chain
13    of command.  So Keith would have been the one to
14    tell us that.
15         Q.   Okay.  So at some point in time, Keith
16    told you to inspect 422 to make sure that nothing's
17    coming through it?
18         A.   No flow.
19         Q.   No flow, okay.
20              And the year that that happened, do you
21    know when?
22         A.   No, I can't remember.
23         Q.   Okay.  All right.  And so -- have you
24    ever seen the inspection records that look like
25    this, like an Excel spreadsheet?
```

14

**Tanner Dey**

```
 1        Q.   Okay.  Any particular reason why not?
 2        A.   No.
 3        Q.   Okay.  And so when you went out there and
 4   looked in the manhole, you were the only one?
 5        A.   Trevor Held was with me.
 6        Q.   Trevor who?
 7        A.   Held.
 8        Q.   Held?  Does he still work for the City?
 9        A.   Negative.
10        Q.   Is it H-E-L-D?
11        A.   Yeah.
12        Q.   When did he stop working for the City?
13        A.   I don't know.
14        Q.   Is he a utility worker?
15        A.   Yeah.
16        Q.   And so what did -- what did you see when
17   you looked inside that manhole?
18        A.   It was -- you could definitely tell it
19   was a rainbow petroleum-based sheen on top.
20        Q.   Was there -- was it flowing?
21        A.   I can't remember.  I can't remember if it
22   was still flowing or not.
23        Q.   Okay.  And the reason I ask that is
24   because I would -- you correct me if I'm wrong --
25   but to see a rainbow -- it would be hard to see a
```

34

**Tanner Dey**

```
 1   rainbow if you had the liquid that's completely
 2   flowing from one side of the pipe to the other, or
 3   are you telling me that you can see a rainbow even
 4   when things are flowing through a pipe?
 5        A.   You can see it.
 6        Q.   Okay, that's fine.  I'll accept that.
 7             But you don't remember whether or not it
 8   was flowing or standing still?
 9        A.   Negative.
10        Q.   Okay.  Did you take any pictures of what
11   you saw?
12        A.   Yeah.
13        Q.   What did you do with those pictures?
14        A.   Sent them to Frank.
15        Q.   Okay.  And did you take any videos of
16   what you were seeing?
17        A.   I can't remember if I took a video or
18   not.
19        Q.   If you did take a video, what would you
20   have done with that?
21        A.   Sent it to Frank.
22        Q.   And when you were out there at the time
23   doing this inspection with Trevor Held, did anybody
24   show up during your inspection?
25        A.   Negative.
```

35

**Tanner Dey**

```
 1    "Hey, we've get this coming through the manhole"?
 2         A.   Negative.
 3         Q.   At that time, you knew that that manhole
 4    was connected to BNSF property, correct?
 5         A.   Yes.
 6         Q.   Did you ever send Trevor to go over there
 7    and knock on some doors and say, "Hey, guys, we've
 8    got this coming through the manhole.  Let's talk
 9    about it"?
10         A.   Negative.
11         Q.   Did Frank ever suggest that you guys
12    should do that?
13         A.   Negative.
14         Q.   Do you know whether or not anybody called
15    BNSF to even report what they were seeing?
16         A.   I do not know.
17         Q.   Okay.  Any particular reason why -- why
18    not?
19         A.   That's above my pay grade.
20         Q.   You would defer to Frank on that
21    decision?
22         A.   Yes.
23         Q.   Okay.  Did you smell anything while you
24    were out there?
25         A.   I can't smell anything.
```

37

**Tanner Dey**

1  Q. Did Trevor report smelling anything to
2  you?
3  A. I don't know.
4  Q. You don't know or you don't remember?
5  A. I can't remember.
6  Q. Okay. Did anybody -- okay.
7  And then so you were there and then the
8  concrete company shows up, right?
9  A. Yes.
10 Q. Okay. So -- and, again, I apologize if
11 I'm being repetitive. I'm trying to work through
12 this in my mind timeline-wise.
13 You and Trevor were at the manhole, and
14 then at some point the concrete company shows up,
15 right?
16 A. Yes.
17 Q. Okay. Are there any other city workers
18 that are there inspecting what they're seeing in the
19 manhole between the time that the two of you show up
20 and when the cement truck shows up?
21 A. No.
22 Q. Okay. Were you the one that was having a
23 conversation with Frank about what you guys were
24 finding?
25 A. Yes.

38

**Tanner Dey**

```
 1          Q.    Okay.  Did Trevor have any conversations
 2    with Frank?
 3          A.    Negative.
 4          Q.    Okay.  Real quick, do you recall
 5    reporting anything to Frank about a smell?
 6          A.    I can't smell.
 7          Q.    Okay.  I'm just saying, you know, "Hey
 8    Trevor's telling me this."  Do you recall saying
 9    anything to Frank about smelling diesel?
10          A.    I can't recall.
11          Q.    Okay.  Did Pete Leath ever show up at the
12    scene?
13          A.    Not that day.
14          Q.    Not that day.  And Frank never showed up?
15          A.    No.
16          Q.    After the cement had gone into the
17    manhole, did any city workers show up after that?
18          A.    No.
19          Q.    Do you recall having any conversations
20    with any of the people from the cement company about
21    what's in the manhole?
22          A.    I do not recall.
23          Q.    So you mentioned at one point you saw a
24    baggie of stuff that Frank had from the manhole,
25    correct?
```

39

**Tanner Dey**

```
 1          A.    That's the bottom.
 2          Q.    That's the bottom of the manhole?
 3          A.    Yeah, suck as much as we could get.
 4          Q.    Okay.  All right.  And so after you
 5    sucked it all out of the manhole, did you determine
 6    was there any flow going into the manhole?
 7          A.    There was no flow after we had sucked it.
 8          Q.    Okay.  So after you sucked whatever was
 9    in that manhole into the vac truck, flow was not
10    happening in that manhole?
11          A.    Right.
12          Q.    Did flow ever start again between the
13    time that you had the concrete truck show up and
14    they dumped concrete down the manhole?
15          A.    No.
16          Q.    So whatever was flowing into that manhole
17    had stopped for some reason but not because of
18    anything that the City did?
19          A.    Right.
20          Q.    Okay.  So then -- and I guess maybe it's
21    just perspective on that picture, but on Picture
22    4 -- 4-1, you know, that's the pipe and that's about
23    6 feet down?
24          A.    Yeah, roughly.
25          Q.    Okay.  I just couldn't tell if that was
```

52