# EXHIBIT C

**Caleb Mangino**

```
 1   photo is the line that goes to the Valentine Street
 2   manhole.  I don't recall the numbering for that one,
 3   but it's the Valentine Street manhole.
 4            The right PVC line, the 2-inch one, is a
 5   capped line.
 6        Q.  Do you know where that capped line goes?
 7        A.  The capped line goes to their remediation
 8   system.
 9        Q.  Okay.  And then in Photo 2.
10        A.  The Photo 2, all of those lines have to
11   do with their remediation system.  I'm not familiar
12   with that system.
13        Q.  Okay.  And then turning the page to
14   page 8, there's -- at the top, it says, "Manhole 3
15   after cleaning."  The top Photo 3 and Photo 4 are
16   both "Manhole 3 after cleaning."  I guess every
17   photo on this page is described as "Manhole 3 after
18   cleaning."
19            Is that correct?
20        A.  Yes.
21        Q.  Is there anything in those photos that is
22   concerning to you as a field supervisor who travels
23   to BNSF property or -- I guess starting at the top,
24   top left, can you describe what that is in that
25   picture?
```

26

Caleb Mangino

```
 1    time I would have seen this was, but it was some
 2    time ago for sure.
 3         Q.   Before today?
 4         A.   Before today.
 5         Q.   Okay.  Do you -- you don't have any kind
 6    of context as to when you would have seen this
 7    document?
 8         A.   No.
 9         Q.   Okay.  So this is BNSF -- or 002058 BNSF.
10              Do you see these pictures on this
11    document?
12         A.   I do.
13         Q.   Did you take any of the pictures on this
14    document?
15         A.   Not that I'm aware of.
16         Q.   Okay.  At the bottom it says, "Manhole 1
17    Valentine Street and" -- it says Parson Street.  I
18    believe that should be Pearson Street.
19              Do you know what that picture is?
20         A.   That would be the manhole that was
21    concreted by the City.
22         Q.   Okay.  And then Manhole 2, I believe that
23    points to three pictures -- or two pictures to the
24    top of Manhole 2?  Do you know what those pictures
25    are?
```

40

**Caleb Mangino**

```
 1        A.   Two of them are of the manhole.  I'm not
 2   sure what the third one is.
 3        Q.   Where it says, "Hydrocarbon sheen on
 4   surface" under "Manhole 2," do you know what that
 5   would be referring to?
 6        A.   I don't.
 7        Q.   Does it look like in that photo related
 8   to Manhole 2 that there's a hydrocarbon sheen on
 9   surface?
10        A.   Not to me.
11        Q.   Okay.  Do you know who created this
12   document?
13        A.   I have no idea.
14        Q.   Okay.  So then off of Manhole 2 you have
15   one line that goes to Manhole 3 and one line that
16   goes to car shops building.
17             What is car shops building?  Is that the
18   work equipment building?
19        A.   Yeah.  So the car shops building on
20   Exhibit 2 would be the building labeled "Former car
21   repair shop."
22        Q.   Perfect.  And so going to Manhole 3 on
23   this exhibit, that would be the manhole that you cut
24   the line in, correct?
25        A.   Correct.
```

41

**Caleb Mangino**

```
 1        Q.   Okay.  And then installing -- what kind
 2   of work did you do, or what was your part in
 3   installing tanks in the basement of the work
 4   equipment building?
 5        A.   All of it, honestly.
 6        Q.   I guess --
 7        A.   So the only place to put those tanks,
 8   there's a -- it -- it's a concrete roof, basically,
 9   outside the building.  We cut the concrete roof off,
10   lowered the tanks in, removed that concrete panel
11   that we cut, got rid of that, plumbed the two tanks
12   into the existing piping that we put in, so
13   it -- it's all inside the building, nothing goes
14   outside the building.  Installed vents, installed a
15   new roof for that area.  We did all of that.
16        Q.   Okay.  So just a few more questions.
17             During your work on this BNSF rail yard
18   property from February 2024, did you ever interact
19   with any of the BNSF employees on-site?
20        A.   I don't know that I ever talked to anyone
21   from BNSF on-site.
22        Q.   Did you ever see anything being pumped
23   out of the work equipment building onto the ground?
24        A.   No.
25        Q.   Did you ever recall a -- I guess -- you
```



CITY 001769

**BNSF Glendive Sewer**
R-1 and R-2 Groundwater Depression Systems
Car Shops Building



**R-1**
Pumping well DTP = 8.95 ft
DTW = 8.96 ft
TD = 17.9 ft
Skimmer well DTW = 7.81 ft
TD = 17.50

**Manhole 4**
(R-2 Manhole)
DTW = 6.38 ft
TD = 8.68 ft
No Hydrocarbons

**R-2**
Pumping well DTP = 11.68 ft
DTW = 11.77 ft
TD = 19.05
Skimmer Well DTP = 10.66 ft
DTW = 10.73 ft
TD = 19.08

**Manhole 3**
DTW = 6.47 ft
TD = 9.03 ft
Hydrocarbon Sheen on Probe
White pipe from R-1/R-2
Black pipe (former NAPL line)




**Manhole 2**
In yard
DTW = 4.32 ft
TD = 6.30 ft
Hydrocarbon sheen on surface
(too thin to measure)

Car Shops Building



**Manhole 1**
Valentine St. & Parson St
Depth to Concrete 6.6 ft



002058 BNSF (Glendive)

DEPOSITION EXHIBIT 5