# EXHIBIT CC

# WEEKLY MANHOLE INSPECTIONS

INSPECTORS: J.B. & S.W.     DATE: 12-22-23

| M.H. | COMMENT | M.H. | COMMENT | M.H. | |
|---|---|---|---|---|---|
| E-03 | Scoop | P-34 | OK | | |
| 312 | OK | P-36 | | | |
| 326 | | 461 | | | |
| 319 | | 456 | | | |
| 324 | OK | 457 | | | |
| 310 | Scoop | 450 | | | |
| 301 | OK | 448 | | | |
| 223 | | 426 | | | |
| 223B | | 425 | | | |
| 211 | | 415 | | | |
| 110 | | 411 | | | |
| 114 | | 406 | | | |
| 439 | | 402 | | | |
| 438 | | L-12 | | | |
| 451 | | L-09 | | | |
| 458 | | H-26 | | | |
| P-14 | | H-08 | OK | | |
| P-15 | | S-42 | Rags, grease & garbage | | |
| P-06 | OK | 422 | hydro plugged discharge @ BNSF! | | |

NOTES: _____