# EXHIBIT D

Page 37

```
1        A    No.  The parts washer is on the -- it'd be
2    the southeast side.  The parts washer is fairly close
3    to the bathroom.
4        Q    Okay.
5        A    Probably 15, 20 feet.
6        Q    Okay.  How many bathrooms are in that
7    building?  Is there a men's and a women's room?
8        A    There's one.
9        Q    One.  Okay.  Just a -- a typical bathroom
10   you would see like in a house, not like a commercial
11   bathroom where there's like more than one stall?  Does
12   that make sense?
13       A    There's -- there's two commodes and then
14   there's one urinal.  There's four deep sinks, a
15   washer, dryer, and a ice machine.
16       Q    Okay.  And then one urinal and two stalls
17   with two toilets?
18       A    Yep.
19       Q    Okay.  When you started at BN there at
20   Glendive, was that bathroom operational and usable?
21       A    Yes.
22       Q    Okay.  Was there a point where it became
23   unusable?
24       A    Yeah.  Yes.
25       Q    When -- sorry, when was that?
```

Page 45

1  Q   Okay.  So there have been times in the
2  course of your employment with BN where you've been
3  working at a location where you have not had access
4  to, I guess, modern bathroom facilities.  Is that safe
5  to say?
6       A   Yes.
7       Q   Okay.  Does that make your job more
8  inconvenient as well too and more difficult to do?
9       A   Yes.
10      Q   Okay.  So similar to the instance of when
11 the work building was inoperable in the winter then?
12      A   Similar, yes.
13      Q   Okay.  Prior to BN bringing out those porta-
14 potties and then I guess we'll call it the failed
15 experiment with the toilet trailer that was out there,
16 right, were there ever any porta-potties present near
17 that work equipment building on BN property?
18      A   Not that I'm aware of.
19      Q   You never saw any portable trailers or
20 porta-potties that were adjacent to that work
21 equipment building?
22      A   No.
23      Q   How many employees on any given day work in
24 that work equipment building?  I know it varies, but
25 just kind of an average.

1  A   I -- four throughout the year.  I -- I don't
2  know.  In the wintertime, pretty much the whole crew
3  is in Glendive doing winter rebuilds.  In the
4  summertime when the gangs are out, there might be one
5  person there or there might be none.
6       So on an average through the year, probably
7  four people a day.
8  Q   Okay.  And then that's kind of a good point
9  to make too.  I guess that kind of answers the
10 question that I have.
11      So is it safe to say that your line of work
12 and people who are similar as you as machinists and
13 mechanics, are you generally offsite of the Glendive
14 property more in the summer and fall months when the
15 weather's nicer?
16 A   Yes.
17 Q   Okay.  So the work equipment building and
18 the rail yard there in Glendive generally has more
19 employees on site during the winter months.  Is that
20 kind of what you're saying?
21 A   Yes.
22 Q   Okay.  And if I understood your testimony
23 correctly, Rod, you said you'd only been in that
24 basement once maybe a couple years ago; is that right?
25 A   That's correct.