# EXHIBIT DD

**INTERROGATORY NUMBER 3:** If you contend that you received reports of contaminants in the wastewater system coming from the BNSF railyard in 2024, please describe all of these reports including when they were received, how they were received, what if anything you did to substantiate the claim and when you provided this information to the Plaintiff.

**ANSWER:**

In 2024, reports of contaminants in the wastewater system, specifically diesel fuel or a substance believed to be diesel fuel, were brought to the attention of the City's Department of Public Works directly by City utility workers. After inspecting the manhole near the BNSF railyard, City utility workers communicated and reported on their findings verbally to the Director of Public Works, Frank Ceane. The City utility workers confirmed the presence of diesel or diesel mixed with oil flowing into the city sewer system. These findings were documented in the inspection reports dated March 29, 2024, and April 4, 2024, disclosed as City 723-742.

**INTERROGATORY NUMBER 4:** Did you ever inform Plaintiff that you placed a "cap" on the pipe leading into the manhole located on East Valentine Street and if so, when was this information provided to the Plaintiff, who provided it and how was it provided?

MOULTON BELLINGHAM PC
ATTORNEYS AT LAW

these admissions. Discovery remains ongoing in this matter, and the City reserves the right to amend this answer as necessary as discovery progresses.

**INTERROGATORY NUMBER 10:** Please identify each individual who was involved in making the determination by the City of Glendive that BNSF's access to the city sewer system needed to be terminated.

**ANSWER:**

Frank Ceane, Public Works Director for the City of Glendive, made the determination to terminate BNSF's access to the city sewer system. This decision was based on the findings from monitoring and inspections conducted by City employees, including Ryan Russett, Tanner Dey, and Pete Leath, and Frank's own inspection of the substance flowing through the manhole. The decision was made in compliance with the City's permit requirements under the Montana Department of Environmental Quality (DEQ) and the need to protect the City's sewer infrastructure.

**INTERROGATORY NUMBER 11:** Please explain how the City manhole in the vicinity of the intersection of South Pearson Avenue and East Valentine Street can be reused or rehabilitated including any estimated costs of restoring the serviceability of that manhole.