# EXHIBIT E

```
 1          Q    Okay.  But you don't know when he started?

 2          A    I do not.

 3               MR. NICASTRO:  Okay.  Can I get some

 4     stickers?

 5               (Deposition Exhibit Number 1 marked for

 6     identification.)

 7          Q    I'm going to hand you what I've marked as

 8     Exhibit Number 1 to this deposition.  This is what we

 9     call a deposition notice.  Have you ever seen this

10     document before?

11          A    I believe so.

12          Q    Okay.  Do you understand that we're taking

13     this deposition under what's called Rule 30(b)(6),

14     which means that you've been identified to speak on

15     behalf of the City of Glendive with respect to these

16     topics that are listed in this notice?

17          A    Yes.

18          Q    Do you understand that your testimony is

19     binding on the city?

20          A    Yes.

21          Q    And so what did you do then to prepare for

22     this deposition?

23          A    There wasn't a lot of preparation I did to

24     prepare for this deposition.

25               MR. WARREN:  I'll object to the extent that
```

1      that calls for attorney-client privilege.

2            MR. NICASTRO:  Yeah, I'm not --

3            MR. WARREN:  Just to clarify for him though.

4            MR. NICASTRO:  Yep, I'm not --

5            MR. WARREN:  You can say that you met with

6      him, but not the substance of our conversations.

7      A     Yeah.  I mean other than meeting with my

8      counsel, you know, I've been involved with this since

9      it started.  So knowing the facts and being involved

10     in it has put me in this situation where the facts

11     are what the facts are.  I don't know how you really

12     prepare for --

13     Q     (BY MR. NICASTRO)  Okay.  So you met with

14     counsel in preparation for the deposition.  Did you

15     re-review any documents?

16     A     No.

17     Q     Did you speak with any individuals?

18     A     No.

19     Q     How long did you meet with counsel?

20     A     Met for a couple of hours yesterday.

21     Q     Okay.  Tell me a little bit about -- I know

22     we got information about one individual who reports

23     to you, Jake Carey, but I want you to kind of

24     describe sort of the matrix of who works under you as

25     part of the public works department?

1    was part of that pretreatment agreement that was on

2    property, I just want to make sure I'm kind of clear

3    on this, you never physically inspected that

4    operation; is that correct?

5        A    Correct.

6        Q    Okay.  All right.  Let's put the code aside

7    for a second, and we'll come back to that.  And I'm

8    going to mark as Exhibit 3 this document here.

9            (Deposition Exhibit Number 3 marked for

10    identification.)

11        Q    Can you tell us what Exhibit 3 is?

12        A    You're asking me what this is?

13        Q    Yes.

14        A    This is a letter from me authorizing BNSF to

15    discharge, if they comply with all the pretreatment

16    regulations and sewer and water codes with the City

17    of Glendive.

18        Q    Okay.  So you've seen this document before?

19        A    That's my signature.

20        Q    And the date next to your signature here is

21    April 17th of 2023.  Did you write that as well?

22        A    Yes.

23        Q    Okay.  And so safe to assume you signed this

24    document on that date?

25        A    Yes.

1          Q     How did you get this document?

2          A     I don't recall.

3          Q     Well, did you create the document?

4          A     I don't know.

5          Q     Do you recall when you received this

6     document?

7          A     No.

8          Q     When you received this document, was it one

9     page or did it also have the additional three pages

10    attached to it that's called process overview?

11         A     If I don't recall receiving this, I'm sure

12    not going to recall what was attached to it.

13         Q     And when you signed this, you signed this

14    permit on behalf of the City of Glendive in your

15    official capacity?

16         A     That is correct.

17         Q     Prior to signing this document, did you ever

18    meet with anybody at the wastewater treatment plant

19    to talk with them about whether or not this permit

20    would cause any issues with their facility?

21         A     At the wastewater treatment plant, no.

22         Q     Okay.  Did you ever talk with anybody prior

23    to signing this agreement, this permit?

24         A     I don't recall.

25         Q     Did you consult any written materials prior

 1    going to accept this.

 2        Q    Okay.  And this was before Thanksgiving of

 3    2023?

 4        A    I think that was after.

 5        Q    Okay.  So let's stick with before

 6    Thanksgiving, do you recall whether or not BNSF or

 7    Matt or anybody, Violet Fisher or anybody from BNSF,

 8    or Matt from Pinnacle, ever attempted to contact you

 9    about the permit?

10        A    I can't narrow it down to the exact date.

11        Q    Okay.  I'm going to show you Exhibit 5.

12    Exhibit 5 appears to be an e-mail from somebody, from

13    a Doug McReynolds at BNSF to you dated December 7th

14    of 2023.  Do you recall receiving this e-mail, sir?

15        A    I believe so.

16        Q    Who else is copied on this e-mail, just so I

17    kind of -- on the to sent?  It's got you.  It's got

18    Pete and then Deirdre.

19        A    Yes.

20        Q    Who is that?

21        A    Deirdre is a water clerk.

22        Q    Water clerk, okay.  Now, here it appears

23    that Doug is getting in touch with you about this

24    same permit that you had previously signed.  And he

25    mentions to you that there were some issues that BNSF

```
 1    wanted to clear up about this permit before they ever

 2    used it; is that fair?

 3         A    Yep.

 4         Q    And did you have any problems with that,

 5    sir?

 6         A    Any problems with what?

 7         Q    Well, just the changes that you wanted to

 8    make to the permit.

 9         A    Yeah.  I think upon that and further review,

10    we weren't -- I wasn't comfortable signing a permit

11    that went that long when I believed that the initial

12    time it was a one-time, one-use permit.  And at this

13    point, I feel like they were trying to lock us into

14    something that was not a one-time by extending the

15    dates out.  And so that's when I had some more

16    questions and was uncomfortable signing that.

17         Q    Okay.  So your concern with resigning the

18    permit was because of the length of time?

19         A    Along with a couple of other issues, I

20    believe, yeah.

21         Q    And what were the other issues that you had,

22    sir?

23         A    Well, at the time I think, upon further

24    review and then doing some research, we weren't

25    comfortable with them.  They did -- at the time they
```

1    were operating their wastewater treatment plant, they

2    had an onsite operator operating the pretreatment or

3    their treatment system that they had before they

4    dumped into our sewer with, you know, they would send

5    us the test results and then we would okay that and

6    then they would discharge into our system.  They had

7    a full-time person on site at that time.  For this

8    they did not have a full-time staff member on site.

9    And so we had questions on if it was actually going

10   to be operated correctly.  And it was something that

11   we just weren't real comfortable with signing without

12   there being a full-time operator on site.

13       Q    However back in April, that wasn't a concern

14   for you when you signed the permit; correct?

15            MR. WARREN:  Objection, mischaracterizes his

16   testimony.  Go ahead and answer.

17            THE WITNESS:  I'm sorry.

18            MR. WARREN:  Sorry.  Go ahead and answer.

19   It's an objection mischaracterizes the testimony.

20       A    Yeah, it's okay to do one thing one way

21   until you realize that you've made a mistake and you

22   might not want to carry it forward doing it that way.

23   So I think maybe upon me signing that initial in

24   April and me thinking about it and doing a little

25   research and then them coming back with wanting more,

1     you know, I feel it might have been a stepping stone

2     where they were locking me into this.  And then once

3     they got that one time, they were trying, and I felt

4     uncomfortable with that, so --

5          Q    (BY MR. NICASTRO)  Go ahead.  I didn't mean

6     to cut you off.  Sorry.

7          A    And so that's where we're at.  So I started

8     to question, do a little more research.  And I was

9     not comfortable signing this permit at that point.

10         Q    Okay.  And so you mentioned doing a little

11    bit of research.  What is it that you -- where is it

12    that this research come from?

13         A    When you get on DEQ seculars and you look at

14    what's permissible for discharge and how it should be

15    operated and the research of finding out they didn't

16    have a full-time operator on staff.

17         Q    Okay.  And the part about a full-time

18    operator on staff, did you ever have any

19    conversations with BNSF about that concern?

20         A    No.

21         Q    Why not?

22         A    Or I don't recall.  Maybe I did.

23         Q    Okay.  Well, did you ever give BNSF an

24    opportunity to address that issue before telling them

25    that you're not going to sign the permit?

1         A    No.

2         Q    When did you make the decision on behalf of

3    the City to not resign this permit?

4         A    I'd say it was somewhere around the date on

5    this e-mail.  I don't recall 100 percent.  I mean

6    they have other options.  If I don't want to sign it,

7    they can go -- they can meet with the council and go

8    that direction.

9         Q    Okay.  I'm just asking when you made the

10   decision that you were not going to resign this

11   document and what it was that the City relied on in

12   making that decision?

13        A    When did I do that?

14        Q    Yes.

15        A    It would probably have been around this

16   time.  I do not know.

17        Q    Okay.

18        A    I cannot give you an exact date.

19        Q    And the information that you pulled to form

20   the basis for that decision was information that you

21   saw on the DEQ's website?

22        A    Information and research I did.

23        Q    Okay.  On the second page of this document

24   here City 1403 there's an e-mail from the mayor that

25   you're a cc. on in which the mayor says, "I believe

1    the water is treated, but it contains high

2    concentration of diesel-type fuels."

3            Do you see that?

4    A    Yes.

5    Q    What information did the mayor have to form

6    the basis for that statement?

7    A    What I told her.

8    Q    And what information did you rely on to form

9    the basis for that statement?

10   A    The smell and odors and knowing the plume

11   and situation of the Superfund site with BNSF and

12   knowing that the groundwater, there was no way that

13   the groundwater couldn't contain high concentrations

14   of hydrocarbs.

15   Q    Okay.  What information did you rely on for

16   that?

17   A    Basic knowledge.

18   Q    Basic knowledge that comes from what, sir?

19   A    The BNSF site being a Superfund site, and

20   any kind of rainfall would definitely accumulate

21   diesel fuel.

22   Q    And here they're saying that they're going

23   to treat the water before they're discharging it;

24   correct?

25   A    Yes.

1      Q    And so what is forming your basis for a

2   statement that the treatment would still keep

3   hydrocarbons in the water?

4      A    I wasn't comfortable signing it.

5      Q    That wasn't my question.  My question is

6   what information did you rely to form a basis that

7   even after treating the water, there would still be

8   hydrocarbons in it?

9      A    My feelings.  I didn't think that they could

10  be removed and it should be something we should allow

11  in our system.

12     Q    So you didn't consult any sort of outside

13  experts to see whether or not that could occur?

14     A    I did not.

15     Q    Did you contact anybody at the wastewater

16  treatment plant that said, "Hey, they're going to

17  treat this water a certain way.  Is it going to be

18  okay in our wastewater treatment plant?"

19     A    I'm positive I had a conversation with Jake

20  Carey about that.

21     Q    And what did Jake Carey say?

22     A    No.

23     Q    Is there anything documenting this

24  conversation, or are you just saying that you --

25     A    I would have talked to him about that.  And

1    in that conversation he suggested that's not anything

2    that we want in our system.

3        Q    But you don't have any sort of independent

4    recollection of that conversation?

5        A    I do not.

6        Q    What about historical, BNSF had a permit

7    prior to 2021, obviously, you knew that; correct?

8        A    Uh-huh.

9        Q    Yes?

10       A    Yes.

11       Q    Sorry.  Do you know what levels, if any, of

12   hydrocarbons were being permitted to be discharged

13   under that permit?

14       A    I do not.

15       Q    Did you ever think that maybe it would be

16   something that you should probably research to see

17   whether or not it was -- they were releasing some

18   level of hydrocarbons and the wastewater treatment

19   plant was doing just fine with it?

20       A    I was not concerned of how things were done

21   before me in this situation.  I know that our

22   treatment plant is not designed to treat any

23   hydrocarbs.  And so we did not want to put ourselves

24   in a situation where we were taking any.

25       Q    And when did this wastewater treatment plant

1    go on line?

2        A    Four to five years before my start time.

3        Q    Okay.  And so this wastewater treatment

4    plant was operational during the time when BNSF had

5    an industrial wastewater permit; correct?

6        A    Yes.

7        Q    During that time, were there any concerns

8    whatsoever that you're aware of from that wastewater

9    treatment plant with respect to what was being

10    discharged under BNSF's permit?

11        A    Not that I'm aware of.

12        Q    So why would it be any different today than

13    it was five years earlier?

14        A    New leadership.  I know our plant is

15    designed to treat zero.  So I feel like it's my job

16    to make sure that that number, I mean, stays at zero.

17    If it's designed to treat zero, why would we subject

18    it to any that we're aware of?

19        Q    So you're saying that -- it was Jack, right,

20    who had the job before you?

21        A    Yes.

22        Q    So you're saying that he was derelict in his

23    duties with respect to allowing that permit to

24    continue with BNSF?

25              MR. WARREN:  Objection, mischaracterizes his

1    anything in this document that would suggest that

2    BNSF was or was not discharging anything into that

3    particular manhole?

4        A    I, I, I don't deal enough with these to know

5    what this is for and what you're -- what the sample

6    is for here.  I mean this would be -- the contact

7    person on here is Pete Leath and Fred.  This is a

8    conversation for them.  I do not know what they're

9    testing here or what's going on.

10       Q    Had you ever seen anything from the

11   wastewater treatment plant that would, that would

12   show analytically whether or not BNSF was ever

13   discharging anything improper under the city code

14   into the manhole?  Did you ever see anything from the

15   wastewater treatment plant?

16       A    No.

17       Q    And that was analytical.  That was that

18   question.  Did you see anything physical?

19       A    I don't believe so.  Nothing that I've seen.

20       Q    Do you recall during a city council meeting

21   you said to the city council that if there was any

22   diesel that was going to hit the system, that it

23   would show up in reports produced by the wastewater

24   treatment plant?

25       A    Yes.

```
 1         Q    What were you referring to?  DMRs?

 2         A    A sheen that would be on the water out

 3     there.

 4         Q    Okay.  So did you ever go out to the

 5     wastewater treatment plant and see whether or not

 6     there was ever any sort of sheen at that plant?

 7         A    Did I go out there?

 8         Q    Yes.

 9         A    No.

10         Q    Did anybody ever report that to you?

11         A    I don't believe so.

12         Q    Did anybody from the wastewater treatment

13     plant, anybody in your division that works at the

14     wastewater treatment plant, ever report anything to

15     you that showed that BNSF was discharging anything

16     impermissible under the city code through its

17     connection to the sanitary sewer system?

18              MR. WARREN:  What timeframe are we talking

19     about, Anthony?  Before the incident at issue in this

20     lawsuit or --

21         Q    (BY MR. NICASTRO)  Well, yeah, I'm asking at

22     the wastewater treatment plant, at any time 2023,

23     2024, 2025.  Was there anything reported from the

24     wastewater treatment plant that showed that something

25     was being discharged other than what was permissible
```

1    by the code, at the wastewater treatment plant?

2        A    I'm not sure.

3        Q    In preparing for this deposition today, did

4    you ever contact anybody who works at the wastewater

5    treatment plant to say do we have any evidence that

6    anything impermissible from the city code was being

7    discharged through their connection to the sanitary

8    sewer system that was showing up at the wastewater

9    treatment plan?

10        A    We have not had anything show up at this

11    wastewater treatment plant.

12            MR. NICASTRO:  Okay.  Let's take a break.

13            THE VIDEOGRAPHER:  We'll go off the record.

14    The time is 1:12.

15            (Whereupon, a recess was taken at 1:12 p.m.

16    to 1:26 p.m.)

17            THE VIDEOGRAPHER:  We're back on the record.

18    The time is 1:26.

19        Q    (BY MR. NICASTRO)  Does the City of Glendive

20    have a permanent with DEQ with respect to what it can

21    release from its wastewater treatment plant?

22        A    We have a discharge permit.

23        Q    Discharge permit, okay.  And have you ever

24    seen that document?

25        A    Yes.

1      Q    When was the last time you saw that

2    document?

3      A    I believe there's a copy of it hanging in my

4    office.

5      Q    And does that permit mention anything about

6    hydrocarbons?

7      A    I don't know.

8      Q    And is it just a one-page permit just they

9    accepted the permit that's hanging on your wall, or

10   is it an actual -- is there a longer document that

11   accompanies it?

12     A    No.  I think it's just the permit that

13   actually has the permit number on it --

14     Q    Okay.

15     A    -- just because I have to reference that

16   number sometimes on some paperwork.

17     Q    I gotcha.  Okay.  So, yeah, I'm picking up

18   what you're laying down.  I was more concerned with

19   the paperwork, in other words, that says, you know,

20   what the different levels are, what can be released,

21   how much, from the wastewater treatment plant, things

22   like that.  Have you ever seen that level of detail?

23     A    No.  That's something I have my assistant

24   deal with.

25     Q    Okay.  And at the time would have been

1    there is anything in here that would show

2    documentation of you or anybody from the City seeing

3    evidence of BNSF discharging into this manhole

4    despite not having that updated permit signed?

5         A    There is nothing in this letter referencing

6    that because I believe that happened after the date

7    of this letter.

8         Q    Okay.  So from December 19th of 2023, it's

9    your testimony that that's when you saw evidence or

10    somebody saw discharge in that manhole?

11        A    Yes.

12        Q    And who would that have been, you personally

13   or somebody else?

14        A    That would have been whoever was checking

15   sewers when it happened.

16        Q    And how do we figure out who that person

17   was?

18        A    I would have to talk to my foreman.

19        Q    So you would -- would you have documentation

20   of it?

21        A    I would have -- I mean we could talk and

22   find out who it was.  I don't know if there's

23   documentation.

24        Q    And in preparing for this deposition, you

25   didn't reach out to prepare to get this information?

1    You knew you were going to be asked about the cap;

2    right?

3              MR. WARREN:  Objection, argumentative.  Go

4    ahead and answer.

5       A    Yeah, I don't -- who put the cap in as far

6    as who it was with my utility workers I feel has no

7    effect on the fact that we did it.

8       Q    (BY MR. NICASTRO)  Is there --

9       A    We are admitting to doing it.  We are not

10   denying that.  I can track back the date.  But the

11   individual person that put it in or the individual

12   person that saw it, I don't feel was important.  So I

13   apologize if I should have looked into that.  But I

14   know that I can confirm that there was flow through

15   that and it smelled like diesel and it was definitely

16   not something that was approved to run through our

17   sewer system.  And we were not going to take a risk

18   of it hitting our wastewater treatment plant and us

19   getting dinged for hydrocarbs or a sheen showing up,

20   so we took action and put a temporary plug in it.

21      Q    Do you have any -- did the City take any

22   pictures to preserve this evidence of what you are

23   claiming that you saw inside this manhole in December

24   of 2023.

25      A    I'm not sure.  I don't think so.

1       Q    Did you contact anybody at BNSF to report to
2    them what you were finding in this manhole?

3       A    No.

4       Q    Why did you keep it secret from BNSF?

5       A    It was not keeping it secret.  They were
6    clearly discharging what they should not have been
7    discharging into our system.  So there is no way that
8    they were unaware of it.  There was no way that that
9    volume of discharge was happening accidently.  So we
10   blocked it and figured they would know right away.
11   They did not need us to call them and let them know.

12      Q    Okay.  So you assumed that putting this plug
13   in would have alerted BNSF to what you're finding in
14   this manhole?

15      A    Yes.

16      Q    And just so we're clear, the manhole is on
17   city property, right, it's not on BNSF property?

18      A    Yes.

19      Q    Did you contact anybody at the DEQ in
20   December of 2023 with respect to what you were
21   finding?

22      A    I believe my assistant did call the DEQ.

23      Q    And you do know that when you report
24   something to the DEQ, it would create a record of it;
25   correct?

1      A    Yeah.

2      Q    Have you ever seen a record from the DEQ

3    from December of 2023 that documents what it is that

4    you're telling me now in this deposition?

5      A    No, nope, I have not.  And I'm in the saying

6    that he would have called.  He might have called and

7    asked how to handle the situation.

8      Q    Okay.  Well, did he ever report to you back

9    what the DEQ said, if anything?

10     A    I'm sure, I'm sure he did.  I don't recall.

11     Q    And so whose decision would it have been to

12   use a temporary plug on this manhole?

13     A    Mine.

14     Q    The DEQ's?  Yours.

15     A    Mine.

16     Q    Okay.  And so what is this temporary plug?

17     A    We use hydrocement.

18     Q    And what -- how does hydrocement, how does

19   that work?

20     A    It's just a wet cement that just closed off

21   the hole.

22     Q    Okay.  And did you ever have any discussions

23   about this publicly during any of the city council

24   meetings or with the mayor?

25     A    Publicly, no.

1     Q    When you hydrocement this in, do you have to

2     physically get inside the manhole to do it?

3          A    Yes.

4          Q    And as city workers who go inside manholes,

5     do they have to create any sort of documentation, you

6     know, like they're doing like a job briefing or kind

7     of going into confined spaces or anything like that?

8          A    No.

9          Q    So would there be any documentation from the

10    City that would actually tell us what day this

11    hydrocementing occurred?

12         A    Possibly the receipt for the purchase of the

13    hydrocement.

14              MR. NICASTRO:  And I'll mark as Exhibit 10.

15              (Deposition Exhibit Number 10 marked for

16    identification.)

17         Q    This is produced to us recently by the City.

18    It's 1716.  Have you ever seen this document before?

19         A    Yes.

20         Q    So tell us what is it that we're seeing in

21    this document?

22         A    This is the receipt for the hydrocement that

23    was purchased to plug the hole.

24         Q    And the name -- and somebody wrote "BN

25    manhole" on it.  Do you know whose handwriting that

1    is?

2        A    I do not.

3        Q    Who would have been the individual who is in

4    charge of purchasing this?

5        A    Whoever would have been working, whoever was

6    involved with the -- looks like a Keith xxx Beckle.

7    Look at the signature down at the bottom.

8        Q    Okay.  Going back on our timeline, when was

9    the public hearing on the permit?

10        A    There was no public hearing on the permit.

11        Q    Okay.  When was the -- I thought we said

12    there was a -- you had a committee hearing on it.

13        A    There was no hearing.

14        Q    Oh, I thought the committee met on it?

15        A    The committee met, yes.  They met on

16    December 13th.

17        Q    Okay.  So this document here, the invoice in

18    Exhibit 10, has a ship date of December 22nd of 2023.

19    Do you know whether or not that would have been the

20    date that you all received it or the date that you

21    ordered this?

22        A    This would not have been ordered.  This was

23    picked up, shipped via pick up.  This is something

24    they had in stock and we purchased.  Otherwise, we'd

25    had to source it somewhere else.  There was a sense

1    of urgency in this situation.  So it was this Con-Mat

2    is a block-and-a-half away from that manhole, two

3    blocks from that manhole.

4        Q    So with this particular date, the invoice,

5    you feel confident on behalf of the to say that

6    December 22nd was the date that it was purchased?

7        A    The date that this was purchase.

8        Q    Yes.

9        A    Absolutely.

10       Q    And would it have been installed the same

11   day that it was purchased?

12       A    Yes.

13       Q    And prior to putting in this hydrocement,

14   did the City secure any samples of what it was

15   finding in the manhole?

16       A    Prior to that, no.

17       Q    Okay.

18       A    While doing it, we did.  We didn't secure a

19   sample, but they did scoop some up and put it in a

20   bag.

21       Q    And this would have been in December,

22   December 22nd of 2023?

23       A    Yeah, I would believe so.

24       Q    All right.  And so who would have been the

25   one who scooped this?

1       A    The utility worker that was in the hole.

2       Q    And did he do it at your direction?

3       A    I don't think he -- I don't, I don't know.

4  I might have told him to take a scoop out.  I don't

5  recall.

6       Q    And taking a scoop, was he taking a scoop

7  off of the top?  Did you give him any sort of

8  direction on how to take a sample?

9       A    I don't recall.

10       Q    Did you consult with any individuals who

11  might have some more knowledge about how to test for

12  certain substances in, you know, in a product like

13  this for guidance as to how to take a representative

14  sample?

15       A    No.

16       Q    Did you ever take any pictures of this

17  sample?

18       A    I did not.

19       Q    Where is this sample today?

20       A    It was in a Ziploc bag.  It's thrown out.

21  It deteriorated in a Ziploc bag.  It wasn't something

22  we could hold onto.

23       Q    Okay.  When did you destroy this sample?

24       A    I don't recall.

25       Q    Can you give me some -- two days later or a

1    month later?

2        A    I think it was transferred to a couple of

3    Ziploc bags until it was shown at a committee meeting

4    or council meeting, I don't recall, and then thrown

5    out.

6        Q    Where were you storing this sample?

7        A    It was, I think it was in my assistant's

8    office.

9        Q    And is it the City's belief that there

10    are -- what was in this sample?  What did you think

11    was in this sample that was in this bag?

12        A    It would be pure speculation on my side.  It

13    definitely smelled like diesel fuel.

14        Q    And you said it was eating through the bag?

15        A    Yeah.  It wasn't, it wasn't -- it definitely

16    was not the right container to put it in.

17        Q    But probably a more suitable container might

18    be like a gas can that you find at a convenience

19    store, right, a gas station?

20        A    Anything other than a Ziploc bag.

21        Q    Okay.  Well, did you or anybody from the

22    City go out and get a better container so we could

23    preserve that sample?

24        A    No.

25        Q    Did you ever have that sample tested at all

124

1      before the City destroyed it?

2          A    No.

3               MR. WARREN:  Objection, that misstates the

4      testimony.  He said the City did not destroy it.  He

5      said it destroyed the Ziploc bag.

6          Q    (BY MR. NICASTRO)  When you threw out the

7      Ziploc bag, was there anything left inside it?

8          A    It wasn't -- I mean whatever was inside it,

9      I guess.  I mean we didn't take out the contents of

10     the Ziploc bag.  The Ziploc bag was there.  It was

11     nasty.  It's like get that in the trash, get that out

12     of here.

13         Q    Okay.  So you threw it in the normal trash

14     that I assume ends up in the city landfill?

15         A    Yes.

16         Q    Okay.  Just out of curiosity, did you ever

17     try to determine what the contents of the Ziploc bags

18     were, what the contents of that Ziploc bag was before

19     you determined if it was suitable for the city

20     landfill?

21         A    No.  It wasn't a large enough sample to

22     really be too concerned about.

23         Q    Okay.  Let's go back to Exhibit 8, which I

24     think you still have in front of you.  Those are the

25     interrogatory answers there.  Okay.  So you suspected

1    that they may discharge runoff.  Actually let me

2    strike that.  I apologize.  Let me go back.  There's

3    one question that I wanted to ask you.

4              On December 22nd of 2023 when this

5    individual popped the manhole and found it a concern,

6    what level was the water or the substance in that

7    manhole, in that sewer manhole, what level was it at?

8       A    I believe it -- it wasn't, there wasn't a

9    level built up.  It was a solid flow through the

10   pipe.

11      Q    Okay.  So you believe that when the person

12   popped the pipe, there was a flow coming through that

13   pipe?

14      A    Yes.

15      Q    Which pipe because I imagine there are more

16   than one pipes in that particular manhole?

17      A    There's not.

18      Q    Okay.  So tell me how the manhole works

19   then, kind of the design of that manhole.

20      A    The manhole is a dead end on our street.

21   And the only influent into it is the sewer service

22   from whatever portion of that private sewer service

23   that BN has.

24      Q    Okay.  And so then describing from the

25   manhole perspective, how does it eventually get into

1    the wastewater treatment plant?

2    A    It hits the sewer system there.  So from

3    there it goes into our sewer system and would flow

4    through our pipes until ultimately that's where it

5    ends up.

6    Q    Okay.  So, in other words, kind of it heads

7    down, whatever flows in goes down and ends up in the

8    sewer system?

9    A    It's actually directly across.  So it just

10    flows through it.  It doesn't drop off or anything.

11    It's you have your sanitary sewer manhole.

12    Q    Right.

13    A    And at the become of it, you have a

14    flowline.  You have a line going out, and you have a

15    line coming in.

16    Q    Okay.

17    A    And you can observe what is there because

18    there's a valley.  You can see what is flowing

19    through it.

20    Q    Yeah, okay.  And are those two lines, the in

21    and out, are they at the same level?

22    A    There's pretty close to it.

23    Q    Okay.  And so that's what I was getting at

24    with the level.  Was the level at the same level so

25    that what was going in was going out?

1        A    Yes.

2        Q    Okay.  And so whatever was going out

3    eventually somehow down the line ends up going to the

4    wastewater treatment plant?

5        A    Yes, yes.

6        Q    What -- how far is that line from the

7    wastewater treatment plant?

8        A    Quite a ways.  It -- yeah, I can't give you

9    an exact number, but it has to flow all the way down,

10    back across.  It has a long ways to go.

11        Q    Okay.  And so when we say it has a long ways

12    to go, it also means that throughout the way it is

13    joining up with other inputs, outputs --

14        A    Yes.

15        Q    -- throughout the entire system?  Okay.  And

16    so from December of 2022 -- well, in December --

17    actually, no, let me ask you this because I broke up

18    my last question on it.  Strike that.

19             From Thanksgiving of 2023 until the day of

20    this hydrocement, did you ever see any evidence that

21    any substance with hydrocarbons was hitting the

22    wastewater treatment plant?

23        A    No.

24        Q    After seeing, having your employee see this,

25    looking at this manhole and I guess your words were

1     he just, he smelled -- what did he smell?

2        A    He said the whole thing smelled like diesel

3     fuel.

4        Q    Okay.  Was there anything else that he said

5     that made you think that this, that this product that

6     was running through the pipes was anything

7     impermissible in the City code besides just the

8     smell?

9        A    It looked like diesel fuel, too, he said.

10    Diesel fuel mixed with oil I believe he said.

11       Q    Okay.  All right.  Did he comment at all

12    about the flow rate?

13       A    Yes.  We inspect that manhole.  We had

14    actually, after the decision not to accept it, we

15    actually started inspecting the manhole a little more

16    because we did have the -- you know, given the

17    situation and stuff, we were concerned that they were

18    just going to ignore us telling them no, ignore not

19    having a discharge permit, and starting to discharge.

20            So we, you know, through the time prior to

21    December 22nd, we know what the average flow is

22    through there.  We know what it looks like.  We know

23    that there's not a lot of flow.  There's never really

24    much going through there.  So that day, before they

25    even got out of the pickup, they could smell the

```
1    diesel fuel and what was -- you know, they could just
2    smell it, didn't smell right, smelled like diesel
3    fuel.  They popped it and the flow had completely --
4    we had never seen flow like that in that manhole
5    before.  So that was alarming.
6              So the fact that it was flowing when it
7    never does and the fact that it smelled like diesel
8    fuel and the events that had taken place prior to
9    that were definitely a concern.
10   Q    Okay.  Well, let's back up.  You mentioned
11   that you were inspecting this manhole more than your
12   normal inspections?
13   A    Yes.
14   Q    When did that start?
15   A    It started when we started having these
16   conversations with BN.  I can't give you the exact
17   date.  But it was I think after that meeting we had,
18   that would have been on December 13th.  I think after
19   that, that next, that Thursday morning I think I
20   instructed the guys to keep a better eye on that
21   manhole because I would not be surprised if, given
22   the context of everything that was going on, BN
23   decided to discharge through that without approval,
24   without the permit.
25   Q    Okay.  So between December 13th -- well,
```

1    between December 13th and December 22nd, how many

2    times did you inspect, did the City inspect that

3    manhole?

4        A    I believe we were doing it every morning,

5    every day.

6        Q    And so the only morning that there was an

7    issue was December 22nd?

8        A    I don't believe so.

9        Q    Okay.  And so what was the flow rate with

10   the manhole prior to December 22nd?

11       A    Very little.

12       Q    And do you -- is there a way of quantifying

13   it, or is it just a subjective?

14       A    It's a subjective.

15       Q    Okay.  Did you talk with the individual who

16   did the hydrocement after the fact?

17       A    No, no reason to.

18       Q    Was he -- was it still having a flow while

19   he was trying to hydrocement it?

20       A    I believe so.

21       Q    Okay.  Have you ever done this process

22   before?

23       A    Me?

24       Q    Have you ever used hydrocement to plug up a

25   pipe?

```
1          A     Personally?

2          Q     Yes.

3          A     Yes.

4          Q     And can you -- is that something that you

5     can do when there's a flow coming through that pipe?

6          A     Yes.

7          Q     Okay.  And so after he hydrocemented it

8     shut, did you, as his supervisor, go and inspect his

9     work?

10         A     Did not.

11         Q     Did you ever perform any inspections of that

12    manhole at any time in December before, before the

13    next year 2024?

14         A     Yes.

15         Q     You personally?

16         A     No.

17         Q     Okay.

18         A     My crew.  I don't -- I'm in a position where

19    I do not have to go out and individually inspect

20    manholes.  I have a crew of people and guys that take

21    care of that stuff.  That's their job.

22         Q     And who would have inspected it?

23         A     It would have been the same crew.  It would

24    have been the various guys on the crew that do the

25    sewer inspections.  We did not remove that manhole
```

1    from our sewer inspection list just because we had

2    plugged it.

3        Q    Okay.  And so what, if anything, did those

4    individuals report back to you when they were

5    inspecting the manhole?

6        A    No flow.  The problem, there was no flow.

7    There was nothing in there.

8        Q    So it's your testimony that if we asked them

9    about inspections of it, they would say what they're

10    inspecting is to see whether or not the cement was

11    still in place?

12        A    Correct.

13        Q    Okay.  And --

14        A    And if there's any flow.

15        Q    Okay.  Well, if the cement is out, I imagine

16    that is something that they would have reported back

17    to you?

18        A    Yep.

19        Q    Because it was your call to have it cemented

20    shut?

21        A    Yep.

22        Q    And at no point in time did any of them

23    report back to you that the plug is out and there was

24    flow, except for when we get to February?

25        A    Yep.

1    Q    Okay.  And up until that February time

2    period, do you know whether or not there is any sort

3    of photographic documentation of what that manhole

4    looked like with the plug in place?

5    A    No.

6    Q    So when we get into exhibit -- back to this

7    question here of number one that talks about

8    monitoring BNSF property, what other monitoring did

9    you do at the BNSF property?

10    A    We didn't do any monitoring of BNSF

11    property.

12    Q    Well, the question says, "Which caused City

13    to begin monitoring the BNSF property."

14        What monitoring did you do?

15    A    Which one am I looking at?

16    Q    Question Number 1.

17    A    It wouldn't have been monitoring BNSF's

18    property.  It would have been monitoring that

19    manhole, which is on the city property.

20    Q    City property, okay.  How often then did you

21    inspect the manhole during that, after replacing the

22    cement plug in?

23    A    I don't know if they kept it on a daily or

24    if they just went back to the two times a week.  I

25    can't answer that.  I don't -- I think they might

1    have went back -- no, I don't know.  I don't know.

2          Q    Okay.  And, well, you're the one who is in

3    charge of that routine; right?  Whatever you say,

4    they do; right?

5          A    Yes.

6          Q    Do you recall whether or not you told

7    them --

8          A    I mean once that thing was plugged and that

9    temporary plug was in there, it was no longer a

10   problem for us.  It wasn't going to flow.  So I just

11   don't recall if I instructed them to keep checking it

12   every day or if I just told them to put it back on

13   the regular schedule.

14         Q    And at some point in time, I believe it's

15   the City's testimony that that cap, that plug failed

16   or was no longer in place.

17         A    Yes.

18         Q    Do you know why that plug was no longer in

19   place?

20         A    No.

21         Q    During the course of this litigation there

22   was a claim that BNSF had removed it.  Do you have

23   any support for that position?

24         A    The only support that I would have for that

25   position is the fact that it was no longer there.

```
 1         Q    Do you recall during a city council meeting
 2    telling them that sometimes these caps just fail?
 3         A    No.
 4         Q    I'll put a pin on that one.  We'll get back
 5    to that one.
 6              So what happens, since you said you've used
 7    these hydrocement caps before, what happens when you
 8    plug the pipe that leads into a manhole from
 9    someone's sewer connection?  Besides just stopping
10    the flow, what happens to the individuals who are
11    using the sewer connection?
12         A    It would back up that sewer system.  It
13    wouldn't be able to flow.  So if you're dumping
14    material in there or just material going in there, it
15    would stop the flow.
16         Q    And when it says dumping material or flowing
17    material in it, does that include flushing toilets?
18         A    Yes.
19         Q    And how quickly would it back up?
20         A    Completely subject to the size, diameter,
21    and length of the main.
22         Q    When you say length of the main meaning
23    length of the pipe?
24         A    Yes.
25         Q    So kind of work through with me on this one.
```

1    If somebody was pushing a bunch of water through a

2    pipe in a building that was connected to the sewer

3    system, and while they're hydrocementing it in,

4    there's flow coming out of that pipe, okay, right,

5    that's the scenario we're working under; right?

6    That's how you said your employee described it;

7    correct?

8        A    Yes.

9        Q    So once that hydrocement seals up and plugs

10   up, I mean that's -- well, first of all for the flow,

11   that means somebody is doing something on one end to

12   push water through the system; right?

13       A    Water is entering the system.

14       Q    Water is entering the system; right?

15       A    Yes.

16       Q    Correct?  And once it plugs up, it's

17   immediately, if you're still flowing water through

18   the system at the time you plug it up, it's going to

19   start backing up immediately in the pipe; correct?

20       A    Yes.

21       Q    That's a completely different scenario from

22   plugging a pipe that is basically dry, but then later

23   on somebody starts to put wastewater into the system;

24   correct?

25       A    Yes.

```
 1        Q    That might take a little bit longer for it
 2   to back up into the system; right?
 3        A    Yeah.  If you're asking if increased flow
 4   would increase the time that it would take to back
 5   up --
 6        Q    Well, I'm talking about --
 7        A    Or decrease the time, absolutely.
 8        Q    Yeah.  So in other words, under your
 9   scenario of your employee when they put in the plug,
10   there was already a lot of water in the system?
11        A    Correct.
12        Q    Meaning when somebody starts to use the
13   toilets connected to that system, when they flush,
14   they probably realize immediately that there is
15   something clogging the system?
16        A    Again, it depends on the length of the pipe.
17   If the pipe is 200 yards long, you can flush a lot of
18   toilets.
19        Q    Well, not if it's full of water; right?
20        A    Correct.
21        Q    And so from December 22nd until February of
22   2024, did the City ever receive any reports from BNSF
23   about the toilets in the building using the sanitary
24   sewer system not working?
25        A    No.
```

1        Q    Has the City ever plugged up a user's

2   sanitary sewer system without providing them any

3   notice whatsoever?

4        A    No.

5        Q    Okay.  I'm going to go back to Exhibit

6   Number 2, which are the city code documents here.

7   You agree that the city code documents provide for,

8   have a special section that's called enforcement

9   remedies that's toward the end.  I'm starting on

10  1491.

11       A    You're referring to what part?

12       Q    10-2A-8.  I believe this is the section of

13  the code that the City referenced in

14  interrogatories -- Interrogatory Number 7.  In other

15  words, there's a process under the code in which the

16  City can follow in which they're going to suspend or

17  temporarily turn off somebody's sewer system;

18  correct?

19       A    Yes.

20       Q    And have you, as the public works director,

21  have you ever been involved in pursuing actions

22  underneath this city code process?

23       A    Not up until this point.

24       Q    Did you ever receive any sort of training on

25  how to implement these processes?

1          A    The process is spelled out in front of us

2     here, so, no, I did not.

3          Q    And so, first of all, when it comes to --

4     well, let me ask you this:  Under 10-2A-8-2, is it

5     the City's position that what they did was a

6     suspension of services?

7               MR. WARREN:  Object to the extent it calls

8     for a legal conclusion, but go ahead and answer.

9          A    No, I don't believe so.  I refer to this

10    under 10-2A-8-1 at the very bottom where it says,

11    "Nothing in this section shall limit the authority of

12    the POTW to take action, including emergency actions

13    or any other enforcement action, without first

14    issuing a notice of violation."

15         Q    (BY MR. NICASTRO)  Okay.  And that one is,

16    just so our record is clear, that one goes under

17    notification of a violation; correct?

18         A    Yes.

19         Q    And under notification of a violation, the

20    city code sort of specifies a process that has to be

21    followed when there's a violation that is being

22    found; is that correct?

23         A    Yes.

24         Q    Okay.  And so basically then there's a

25    paragraph at the end, though, that talks about

```
 1    emergency actions without issuing a notice of
 2    violation; right?
 3        A    Yep.
 4        Q    But in this case you didn't issue a notice
 5    of violation to BNSF; correct?
 6        A    No, we did not.
 7        Q    You've actually never issued a notice of
 8    violation to BNSF?
 9        A    Correct.
10        Q    But what you actually did was take action
11    with the cement to completely cut off their
12    wastewater, their access to the sanitary system?
13        A    Yeah.  Given the severity of the situation
14    and what was flowing through the pipe and what would
15    have happened and the violations and the damage it
16    could do to our system, if that did reach our
17    wastewater treatment plant, I found it completely
18    acceptable to take immediate action.
19        Q    Okay.  And what you did is you completely
20    severed it without giving them any sort of notice
21    that you were going to do that; correct?
22        A    Correct.
23        Q    And you also severed it in a way that didn't
24    even give them notice after the fact that it
25    happened; correct?
```

1      A    I did it in a way that wouldn't give them

2    notice after the fact.  I feel that if they were

3    dumping a bunch of stuff down there, they would have

4    known right away.  So, yeah, I mean we couldn't run

5    the risk of taking any of that kind of contamination

6    into our plant where we would have not been able to

7    treat it, where it would have been discharged into

8    the Yellowstone River.

9      Q    Okay.  But even if they weren't doing that,

10    you went ahead and disconnected their services

11    without giving them any notice?

12      A    They were doing that.  It was our

13    understanding and our belief that they were doing

14    that.  We saw what was flowing through that manhole.

15    We know that there was hydrocarbs in that.  There was

16    no doubt in our mind.

17      Q    Well, but you could --

18      A    So we took immediate action.  And then that

19    is what we did, we closed that line off.

20      Q    But you didn't give BNSF any opportunity to

21    go out there and say, wait a minute, let's see what's

22    going on here, we can explain what you're seeing;

23    correct?

24      A    Yeah, we did not do that.  I don't have a

25    contact of a person on site to even contact and ask

1      him to do that.  And we were in a situation where we

2      did not have that kind of time.  We were not going to

3      sit there and watch it flow and try to find who to

4      call and who to notify and wait for them to show up

5      to make a decision.  We had to act immediately, and

6      that's exactly what we did.

7           Q    Well, hold on.  We're still talking about

8      December of when you put in the hydrocement.  Because

9      we both agree you didn't notify them before it

10     happened, but you also didn't notify them about it

11     after it happened.

12               MR. WARREN:  Objection, asked and answered.

13          Q    (BY MR. NICASTRO)  Right?  Did you provide

14     any notice to BNSF after you did it in January?

15          A    Nope.

16          Q    So there was no opportunity for BNSF to go

17     out and say, "Hold on, let's look at the situation,

18     let's get the DEQ involved, and let's get to the

19     become of this;" correct?

20          A    Yes.

21          Q    How about the administrative order process

22     under the city code, are you familiar with that

23     process?

24          A    Just from what I'm reading here.

25          Q    And have you ever gone through the

1    administrative order process that is outlined in the

2    city code?

3        A    You're asking if I've gone through the

4    process.  What do you mean?

5        Q    Yeah.  I mean have you ever gone through

6    that process.  In other words, gone out to get an

7    administrative order, gone to court, any sort of

8    judicial remedies or anything like that to try to

9    make sure that you're enforcing the city code fairly

10   to all of its users?

11       A    No.

12       Q    You mention that you didn't have any contact

13   with BNSF in January of 2024.  But you, you did have

14   contact with Violet Fisher; correct?

15       A    I'm not sure.  I'm not sure.  Violet Fisher

16   was not in Glendive.  So when I say I didn't have

17   contact, it was more of who would I even have called

18   to let them know there was a problem where they could

19   have stopped it in a timely enough manner that

20   nothing would have ended up in our wastewater

21   treatment facility.

22           The fact that we have not had any sheen or

23   any issues or violations on hydrocarbs from the DEQ

24   is a direct result of the fact that we shut it down

25   as quick as we did.

1       Q    So you did, in fact, have an immediate

2    contact with BNSF, you just chose not to use it that

3    day?

4       A    Okay.  Yes.

5       Q    So then let's jump ahead then to February of

6    2024.  This was the day that you, that the City

7    permanently cemented shut the manhole; correct?

8    February, I'm asking about February 16th, 2024.

9       A    Sounds right.

10      Q    Okay.  Were you working that day?

11      A    Yes.

12      Q    What were you doing that day?

13      A    I don't recall.

14      Q    And how did you first learn about an issue

15   with this manhole?

16      A    I believe the guys came up to my office and

17   told me.

18      Q    Okay.  When you said the guys, who were the

19   guys?

20      A    It would be the guys who were checking

21   sewers.  I don't recall exactly who it was.  I just

22   remember the guys coming up and saying, "Hey, this

23   thing is flowing again.  We've got an issue."

24      Q    Okay.  And so they came into your office

25   like in the city building?

1          A    Yeah.

2          Q    Do you happen to know what time?

3          A    No, I don't.

4          Q    And so tell me a little bit about what you

5     did when they came to your office and told you that?

6          A    Yeah.  I guess I don't really remember 100

7     percent of how it went down.  I know that I was made

8     aware of it.  And I just said, "Well, yeah, just pour

9     concrete in it.  Let's just seal it off."

10         Q    Okay.  And so what did you do then?  Did you

11    order the concrete or --

12         A    No.  I gave them direction to just go ahead

13    and get concrete and get it taken care of.

14         Q    Okay.  And who would that have been, who

15    would --

16         A    Whoever was working that day.  I mean my

17    foreman would have been xxx Keith Becko.  I don't

18    know exactly who was on the -- I don't know who

19    was -- like I said, I don't recall.  I know I told

20    them to get it taken care of.  Who personally did it,

21    I don't know.

22         Q    Okay.  I think we're on 11.  Marked this as

23    Exhibit 11 here.

24              (Deposition Exhibit Number 11 marked for

25    identification.)

1    Q    In one of these e-mails, it looks like Rhett

2    Coon, which has glendiveschools.org, and he's your

3    facilities director; right?

4    A    At the school, correct.

5    Q    Okay.

6    A    He's also a council member.

7    Q    He's a council member.  Okay.  It looks like

8    he's -- I can't tell from your e-mail.  It says,

9    "Uhg!  Pictures and video!"

10    Is he responding to videos that are being

11    sent around, or is he requesting that you all secure

12    videos?

13    A    It looks like he's requesting.  I don't

14    know.  He's not responding to any because I do not

15    belive there are any that I'm aware of.

16    Q    Okay.  Did you tell any of your employees to

17    take any videos of what they were seeing?

18    A    No.

19    Q    Did you tell them to take any pictures of

20    what they were seeing?

21    A    I don't recall.

22    Q    Did you tell them to take any samples of

23    what they were seeing?

24    A    I don't believe so.

25    Q    And did you ever go out there and see what

1    they were seeing?

2         A    At that time, no.

3         Q    So you didn't go on site until after the

4    cement was already in place; is that fair?

5         A    Yes, that is.

6         Q    Okay.  And why is it that you did not tell

7    your crew members to secure any samples of what they

8    were seeing in the manhole?

9         A    At that time, I did not see a reason to.  I

10   mean you don't need a sample of something to tell

11   that.  It looks like a duck, walks like a duck.

12        Q    Did you ever give BNSF any opportunity to

13   see what it was out here that was looking like a duck

14   and talking like a duck?

15        A    No.

16        Q    And you would agree that by pouring cement

17   into the manhole, you destroyed the opportunity to

18   take a sample of what was in that particular manhole?

19        A    Directly in the manhole?

20        Q    Yes.

21        A    Yes.

22        Q    Is there any documentation that your crew

23   took of what the flow was like in that manhole?

24        A    Not that I'm aware of.

25        Q    When was the last time that manhole was

```
 1    were being pumped through the sanitary sewer system

 2    at an excess rate; correct?

 3         A    Yes.

 4         Q    In other words, there was no sheen or

 5    anything that was found on the -- at the bins at the

 6    wastewater treatment plant; correct?

 7         A    Yep.

 8         Q    Did you actually go out there on February

 9    16th to see, or the 17th or the 18th, the days

10    afterwards, to see whether or not there was any

11    evidence of anything with hydrocarbons going through

12    the system?

13         A    I would not have to.  I would have my guys

14    do that.

15         Q    Okay.  And --

16         A    And if there was, they would have let me

17    know.

18         Q    Okay.  So the fact that they never let you

19    know makes you feel confident, as you sit here today,

20    that there was no evidence of hydrocarbons going

21    through and making its way to the wastewater

22    treatment plant?

23         A    It makes me confident that we stopped it in

24    time.

25         Q    Well, that's making -- that's you're
```

1    assuming that hydrocarbons were even in that product.

2    Have you seen any test result that would substantiate

3    that?

4         A    Yes.

5         Q    From that particular manhole?

6         A    From the pipe leading into the manhole.

7         Q    Well, you're talking about something that

8    happened two months later; correct?

9         A    You asked me if I had seen test results.  I

10   answered the question yes.

11        Q    Okay.  Did you ever see any test results

12   that showed that that was actually making its way to

13   the wastewater treatment plant?

14        A    If it's in that pipe, that's where it goes.

15        Q    Okay.  We'll get to that particular pipe at

16   issue.  But did you ever see any test results from

17   the wastewater treatment plant that would show

18   hydro -- product with hydrocarbons was making its way

19   to the wastewater treatment plant?

20        A    You've asked this question 60 times.  The

21   answer is no, we have never one time received any hit

22   on hydrocarbs or seen a sheen at our wastewater

23   treatment plant during this issue with BNSF or any

24   time prior that I'm aware of.

25        Q    And you would agree that by pouring cement

1    into that manhole, you completely severed it from

2    future use; correct?

3        A    At that point, yes.  Well, you could get in

4    and chip it out, if you had to.

5        Q    And the City wasn't willing to do that for

6    BNSF?

7        A    No.

8        Q    The temporary plug that you put in, the

9    hydrocement, based on your calculations, how long did

10   that last?

11       A    Well, I can only give you the facts from the

12   day we put it in to the day we saw it flowing, which

13   would have been December 22nd to February, what is

14   it, 16th that we put it in.  So it lasted that long.

15       Q    So that hydro plug lasted about two months;

16   correct?

17       A    Okay.

18       Q    Did the City ever consider using the hydro

19   plug a second time, so that it could run through the

20   city code procedures for when there's a violation or

21   suspected violation?

22       A    No.  It was my belief if the hydro plug had

23   worked for a couple of months, or from December 22nd

24   to February 16th, that it didn't just miraculously

25   fail.  I believe that it was either drilled through

1    and took a look at it.  Yeah, I don't know.  I don't

2    really recall.

3         Q    Okay.  Anything else, because this is my one

4    chance to ask you questions?  I just want to make

5    sure there wasn't any sort of other inspection of the

6    substance.  Anything else that comes to mind --

7         A    No.

8         Q    -- that would be the basis of that

9    statement?  No.  Okay.  Now, we can go to Exhibit 13,

10   I think it is.

11             MR. WARREN:  Fourteen, I believe.

12        A    Fourteen.

13        Q    (BY MR. NICASTRO)  And this is from a

14   newspaper article, and that's -- why don't I just ask

15   you about that picture that is on the front.  Is that

16   the baggy that we were talking about earlier?

17        A    Yes.

18        Q    All right.  And just so we're clear, that

19   baggy is from the manhole taken by somebody back in

20   December, not the February incident?

21        A    No.  This is the February incident.

22        Q    Okay.  So there have been -- there are

23   actually two baggies that once existed?

24        A    Yeah, possibly, yeah.

25        Q    All right.  So who took this substance from

1    the manhole in February of 2024?

2        A    It would have been one of the utility

3    workers.

4        Q    All right.  And when did you first know that

5    there was a baggy of what was in this?

6        A    They would have brought it up to my office,

7    so I'm not sure.  It would have been right after it

8    happened I'm sure.

9        Q    Okay.  And so whatever happened to that

10   baggy?

11       A    Same thing, it's contaminated, nasty, and we

12   just threw it out.  We did not keep it, preserve it,

13   did not have it tested.

14       Q    All right.  You did a really good job of

15   anticipating all of my questions.  The one question I

16   didn't get to ask, though, is did you ever give BNSF

17   a chance to examine the contents of what was in that

18   baggy?

19       A    No, we did not.

20       Q    Why?

21       A    We just did not.

22       Q    So the first baggy from the manhole, do you

23   know whether or not that was ever taken to any sort

24   of city council meetings?

25       A    No.

1          Q    But this one did; is that fair?

2          A    Yeah.  Clearly that's the council room, so,

3     yes.

4          Q    And that's the one that you were passing

5     around to your council members at the time that you

6     were speaking?

7          A    Yes, I assume so.

8          Q    Okay.  Are your city council meetings

9     videotaped?

10         A    They are now.  They follow whatever MCA code

11    is.  So I don't know if they were at this time.  I

12    don't think they were.  I think they were just audio

13    recorded at this time and not video.  Or they might

14    have been videoed, but we weren't required to keep

15    them, so we deleted them at the next meeting.  I

16    don't remember how they used to.  Whatever the

17    recommendation from MCA is that's what they do.

18              So I know we were recording for a while.

19    And then we would save them until the next meeting

20    because that's what you're required to do.  And then

21    we would record the next meeting and delete that one.

22    Once the minutes are accepted, I believe the

23    procedure was that at the meeting the meeting minutes

24    would get accepted.  And at that point you could

25    delete your old video.  So I think after all the

1    meetings we were deleting the old video, putting the

2    new one on.  And now they're all recorded and I think

3    all saved.

4        Q    So when would you have then deleted the

5    video from the February 2024 city council?

6        A    At probably the next council meeting, the

7    day after the next council meeting.

8        Q    And how are you storing these?  Are they

9    separate videos or --

10        A    They were stored on YouTube.

11        Q    Okay.  And so somebody from the city council

12    would go into -- I assume the City has a YouTube

13    page.

14        A    Yeah.

15        Q    And then they would physically go in and

16    delete --

17        A    Yeah, yeah.

18        Q    Okay.  Do you know whether or not that city

19    YouTube page still contains any other meetings from

20    back in 2024?

21        A    I don't believe it does.

22        Q    Okay.  Who in, who in the City would be

23    responsible for making sure that the city is

24    complying with all OSHA rules and regulations?  Not

25    asking your capacity.  I'm just asking kind of do you

1        A    I think so, yeah.

2        Q    Okay.  This gets back to I had asked you

3    previously about whether or not you knew that the

4    hydrocement plug that you did, that you used was a

5    temporary fix.  And I think your testimony was, no, I

6    didn't know that.

7        A    It's, so it was a temporary fix, meaning it

8    could mechanically be removed.

9        Q    Well --

10       A    That's when I say temporary, it means that

11    it's not dumping a yard of concrete in there, which

12    is a lot more labor intensive removal.  I don't

13    consider that temporary.  I consider hydrocement in

14    the fact that it mechanically can be removed.

15       Q    Okay.  When you say mechanically, meaning

16    you think it can only be removed if somebody

17    physically removes it?

18       A    Yeah, you're going to have to -- there's

19    going to have to be work involved.

20       Q    Well, let's just listen.

21            (Video playing.)

22       Q    Okay.  And was that you saying that you know

23    it does shrink and it does weather?

24       A    I couldn't, I couldn't hear it.  But it's

25    not a permanent fix, but I know it's -- I mean, go

1    fall under OSHA.

2        Q    Okay.  All right.  When was the City's first

3    contact with BNSF after pouring cement into the

4    manhole?

5        A    I don't recall.

6        Q    When did you ever have any contact, when did

7    the City ever have any contact with BNSF?

8        A    In what timeframe?

9        Q    After pouring the cement into the manhole.

10       A    I don't recall.  I don't know.  At that

11   point it was, I mean it was no longer the City's

12   issue at that point.  That's the way I felt about it.

13   I mean what was going on and what was being ran

14   through that manhole was pretty nasty and pretty bad.

15   And as my job, I made clear that that was not our

16   problem anymore.  So I did not have to worry about

17   it, so I did not contact them.

18            MR. NICASTRO:  All right.  Move to strike as

19   nonresponsive.

20       Q    Is it fair to say then that the City waited

21   for BNSF to contact them?

22       A    Yes.

23       Q    Okay.  When did BNSF first contact the City

24   to discuss this incident?

25       A    I don't recall.

```
1       Q    What did BNSF say when it tried to contact
2    the City?
3       A    If I don't recall when they did it, I'm sure
4    not going to recall what they did.
5       Q    In preparing for this deposition, did you do
6    anything to prepare for any questions about the
7    City's interactions with BNSF after you all cemented
8    the manhole shut?
9         MR. WARREN:  Don't answer that to the extent
10   it contains any communications that you had between
11   yourself and counsel.
12      A    Um, I believe that was handled through our
13   lawyer for the City of Glendive.
14      Q    (BY MR. NICASTRO)  Well, did the City ever
15   go on BNSF property and perform an inspection?
16      A    Yeah, they did do -- there was an inspection
17   done.  My crew went out there and did an inspection
18   of the facilities and stuff.  Like I said, I wasn't
19   in attendance of that, but whenever that took place.
20      Q    Well, were you a part of it?
21      A    I was not.  I was not in attendance of that.
22   My assistant and intern assistant, and I think my
23   assistant foreman was there.  You would have to look
24   at the documentation to see who was there.  They took
25   pictures and did a report.
```

1    ahead.

2         Q    Well, I'm just trying to see --

3         A    I can't, I can't hear a damn thing that is

4    playing on there.

5              (Video playing.)

6         A    So, yeah, that's my voice.  That's

7    definitely me saying that.

8         Q    Okay.  Just so our record is clear, you're

9    saying to the city council that the hydrocement does

10   shrink and does weather; true?

11        A    Yeah, you got it.

12        Q    Okay.  Do you all measure influent flow at

13   the wastewater treatment plant?

14        A    Influent, yes, we do.

15        Q    Okay.  And during this sort of process --

16   well, first of all, what is the purpose of that?

17   What is it testing?

18        A    It tests how much -- basically it's used to

19   test percentage removal.

20        Q    Percentage removal of what?

21        A    Sewer, waste.

22        Q    Okay.  And did you ever, did you ever at any

23   time ever measure the flow at that particular

24   manhole?  I know we talked about just subjective

25   about flow.  Are there ways to actually measure the