# EXHIBIT EE

**PUBLIC WORKS DEPT.**
**CITY OF GLENDIVE**
**300 S. MERRILL AVE**
**GLENDIVE, MT 59330**



PHONE (406)-377-3318
FAX     (406)-377-6873

January 10, 2024

BNSF:

I am writing in response to your recent inquiry about the possibility of incorporating a pre-treatment facility, as proposed by BNSF, into the City of Glendive's sewer system.

After a thorough review and consultation regarding this matter, the City of Glendive has reached a definitive decision. We have closely examined the proposal in the context of our current regulatory framework and operational standards. Our assessment was guided by the DEQ's Circular for Design Standards for Public Sewage Systems and the City of Glendive's Code Book, specifically Section 10-2A-2-1:B-12.

It is important to note that our city's sewer system is explicitly designed and regulated for the processing of municipal wastewater only. The introduction of other types of water, such as rainwater and groundwater, which is a potential consequence of the proposed pre-treatment facility, is not compatible with our system. This integration could lead to significant issues, including the violation of regulatory standards and the risk of compromising the operational integrity and efficiency of our sewage infrastructure.

Given these considerations, the City of Glendive must prioritize compliance with legal standards and the safeguarding of our infrastructure. Therefore, we have decided not to move forward with the integration of BNSF's proposed pre-treatment facility into our city's sewer system. This decision is in alignment with our commitment to the taxpayers and the necessity of maintaining a functional, compliant, and efficient municipal wastewater system.

Enclosed are copies of the DEQ Circular and the pertinent sections of our City's Code Book for your reference. These documents underline the regulations that substantiate our decision.

We appreciate your understanding and value our ongoing relationship with BNSF. However, our primary responsibility remains the stewardship of the City of Glendive's public works and adherence to the established standards and regulations.

Should you have any further questions or require additional information, please do not hesitate to contact me.

Sincerely,

Frank Ceane
Director of Public Works, City of Glendive

Deb Dion
City of Glendive Mayor

002173 BNSF (Glendive)