# EXHIBIT G

**Violet Fisher**

1   what the details of the incident are as far as

2   who's going to respond.

3       Q.   Okay.  And we can come back to that, but

4   I just...

5       A.   Okay.

6       Q.   So -- and you are familiar with the site

7   in Glendive?

8       A.   Yes.

9       Q.   And from 2018 to 2020, you did trainings

10  at that site?

11      A.   Yes.

12      Q.   And then in 2020, did they decommission

13  the site?

14          What happened in 2020 in Glendive for the

15  BNSF site?

16      A.   So I got notice in, like, I don't know,

17  early summer of 2020 that mechanical operations

18  were going to be reduced in Glendive, and so the

19  reduction in mechanical activities meant that we

20  could also -- we could also decommission some of

21  our -- some of the things that we, you know, paid

22  attention to, from an environmental standpoint, as

23  part of our plans.  Like if they no longer needed

24  a certain tank for lube oil, we could drain those

25  tanks and decommission the tank.

30

**Violet Fisher**

1        A.    Well, I mean, one's a lagoon and one's a

2    treatment plant.

3        Q.    Do you know what a lagoon can hold versus

4    what a treatment plant does?

5        A.    No.

6              MR. NICASTRO:    Same objection.

7    Foundation.

8              Go ahead.

9              THE WITNESS:    It's going to vary wildly,

10    depending on the design.

11    BY MS. SHAULES:

12        Q.    Okay.  So back to 2020 when BNSF closed

13    up shop, that permit was still in place?

14        A.    Yes.

15        Q.    When did the permit -- did BNSF let the

16    permit expire, or what happened to that permit?

17        A.    So when we realized that there wasn't

18    going to be any more maintenance activities, it

19    was severely, you know, reduced, we decommissioned

20    the wastewater treatment plant.

21              And then without -- if there's no need

22    for discharging water to the city, we wrote to the

23    City and terminated our permit, our pretreatment

24    agreement.

25        Q.    And that was -- do you know when that

45

**Violet Fisher**

```
 1  was?
 2       A.   I want to say it was 2021 I reached out
 3  to the City.
 4       Q.   Were you in Glendive ever at this point
 5  around 2021?
 6       A.   I'm sure I was at some point.
 7       Q.   Would you have been on the BNSF property?
 8       A.   In 2021?
 9       Q.   Yes.
10       A.   Yes.
11       Q.   Do you recall ever seeing any water
12  accumulating anywhere at that point in 2021?
13       A.   In 2021?
14            MR. NICASTRO:  Form.
15            Go ahead.
16  BY MS. SHAULES:
17       Q.   I guess the industrial wastewater that
18  you previously spoke about --
19       A.   Yeah.
20       Q.   -- do you ever recall seeing any of that
21  accumulating anywhere on BNSF property in 2021?
22       A.   No.
23       Q.   What about in 2022?
24       A.   Yes.
25       Q.   When in 2022?
```

46

**Violet Fisher**

```
 1              THE WITNESS:  I don't know.
 2    BY MS. SHAULES:
 3        Q.   Okay.  No, that's fine.
 4              So in 2022, you visited the BNSF property
 5    in Glendive, spring?
 6        A.    Uh-huh.
 7        Q.   And you observed the industrial
 8    wastewater?
 9              MR. NICASTRO:  Form.
10              THE WITNESS:  I visited, yeah, and I
11    observed, I guess, industrial wastewater.
12    BY MS. SHAULES:
13        Q.   Well, I guess earlier you had said that
14    in 2022 you were there and you saw water
15    accumulating; is that what you said?
16        A.   So I'm trying to jog my memory.  I
17    want to -- I mean, I have folks that are doing
18    inspections for me monthly at the yard and giving
19    me reports.  So I want to say I first heard about
20    water accumulating from one of my inspectors, and
21    then I went out and verified.
22        Q.   Who are those inspectors?
23        A.   So we have -- I have a compliance
24    contract with consultants, and so I've got, you
25    know, multiple inspectors that could be out there.
```
                                                        49

**Violet Fisher**

1    Q.    What are their names?

2    A.    I mean, at that time I don't know what

3  their -- and there's a ton of turnover as well, so

4  I don't know who at that time it was.

5    Q.    Would you have records showing who at

6  that time it was?

7    A.    Yeah, they would've signed the -- signed

8  an inspection.

9    Q.    And how would you receive that inspection

10  form?

11    A.    I don't receive the inspection forms,

12  they just get put into the binder.  I mean, I have

13  access to them, but it's not something that I get.

14  I don't request them monthly when they happen.

15    Q.    When -- where does the binder go?

16    A.    The binder is kept either on site, and

17  it's also kept online.

18    Q.    So when you have -- when you say

19  "online," is it public?

20    A.    No.  Like -- well, I mean, it's public

21  for the whole company.  It's just -- it's required

22  as part of our SPCC plan, that we keep a record of

23  it, and then the inspections go into the plan.

24    Q.    And so these inspections that would

25  happen, you didn't directly see them, the

**Violet Fisher**

1    inspection reports?

2        A.   I have access to them.  There's no

3    reason -- I mean, I get 25 inspection reports

4    across three states every month.  There's no

5    reason for me to look at every single one.

6    Only -- I only get flagged on ones that have

7    specific issues.

8        Q.   So how did you -- did the one that you

9    got related to this water that we've been visiting

10   about here for the last five minutes --

11       A.   I don't know that the water -- this would

12   have been part of the SPCC inspection.  This was

13   just an observation from an inspector that was on

14   site, so it wouldn't have -- it wouldn't have

15   necessarily been in there.  It's not under the --

16   it's not under the purview of what we're

17   inspecting.

18       Q.   So that observation, did you find out

19   about that observation through a phone call?

20       A.   Yeah, probably.

21       Q.   Or an e-mail?

22       A.   Phone calls.

23       Q.   And you don't recall the names of any of

24   those inspectors?

25       A.   Not in 2022.  That's three years ago.

51

**Violet Fisher**

1    There's been a lot of inspectors.

2        Q.   No, that's fine.

3            But potentially you would have these

4    inspection records that would show who was there

5    in 2022?

6        A.   I could look up records and find out who

7    was doing inspections in the year 2022.

8        Q.   Okay.  So once you heard about this

9    concern, whether it be through a phone call or

10   potential e-mail, but you said phone call, what

11   did you do?

12       A.   I mean, there was no immediate action

13   that was necessary.

14       Q.   Why not?

15       A.   I mean, the water is not going anywhere.

16       Q.   What do you mean "the water is not going

17   anywhere"?

18       A.   Like it was just water in -- accumulating

19   in the basement.

20       Q.   Was it accumulating in multiple

21   basements?

22       A.   No.

23       Q.   What basement was it accumulating in?

24       A.   Underneath the diesel shop.

25       Q.   Was there water accumulating in the

52

**Violet Fisher**

1    roundhouse in the pits?

2        A.    Yes.

3        Q.    Was there --

4        A.    But that -- I don't know that necessarily

5    that was -- that -- there's a different -- like

6    the rain events that we would get in Glendive, the

7    water would just like rush under the bay doors for

8    the roundhouse, and that's how, you know -- so

9    there's -- it's -- it's different.  It's hard to

10   explain unless you can see it.

11       Q.    Well, I guess I'm trying to figure out

12   exactly how the water gets there.

13       A.    Yeah.

14       Q.    If it's rain, you said it's rushing under

15   the bay doors?

16       A.    Uh-huh.

17       Q.    If it's snowmelt --

18       A.    Yeah, could be.

19       Q.    Is it snow melting off of other

20   buildings, potentially touching things that have

21   oil on them or -- because at some point you had a

22   permit that you were discharging this water.

23   Sounds like it was the same kind of water; is that

24   correct?

25       A.    Exactly, it's the same stuff.

                                                    53

**Violet Fisher**

```
 1        Q.   Exactly the same stuff that you were
 2   using a permit for?
 3        A.   Right.
 4        Q.   And pretreating?
 5        A.   Right.
 6        Q.   Okay.  So it was gathering in the diesel
 7   shop basement?
 8        A.   Yes.
 9        Q.   Was it anywhere else in all of these
10   buildings that you named?
11        A.   Like we just discussed, it was in the
12   pits in the roundhouse.
13        Q.   Was it anywhere in the work equipment
14   building?
15        A.   No.
16        Q.   Was it anywhere in the wheel- -- is it
17   truing building?
18        A.   No.
19        Q.   In any of these storage buildings that
20   had basements?
21        A.   None of the storage buildings have
22   basements.  No.
23        Q.   And this was in 2022?
24        A.   2022, correct.
25        Q.   So you said there was nothing to do at
```

54

**Violet Fisher**

1    that point?

2        A.    I mean, as far as -- you know, understand

3    that -- you know, have knowledge that it's there,

4    understand that it's there.  But, I mean, what --

5    what am I going to do?  There's water in the

6    basement.

7        Q.    Well, I'm just wondering exactly what are

8    you going to do if there's no permit anymore?

9        A.    Right.

10        Q.    So was it ever contemplated to do

11    anything with it in 2022?

12        A.    Yeah.  So that's where we're like, Well,

13    if this is going to continue to happen, we need to

14    find a way to get this water out of the basement.

15            And, you know, it really was the same

16    stuff that we would discharge under the previous

17    agreement, which we had just terminated because

18    the wastewater treatment plant was shut down.

19            So then we started to discuss, Well,

20    maybe we can talk to the City and reopen that same

21    pretreatment agreement.

22        Q.    And did you start conversations with the

23    City in 2022?

24        A.    I believe so.

25        Q.    And how did those conversations go in

55

**Violet Fisher**

1    2022?

2        A.   So I was trying to establish a

3    relationship with the City.  You know, Frank was

4    still pretty new to that role, and because of, you

5    know, 2020 COVID, there was just a lot of -- you

6    know, just not times that I got to interact with

7    him.

8            So I was using that, you know, need for

9    the pretreatment agreement to communicate with him

10   and try to build a relationship, saying, Hey, this

11   is what we have going on.  I'm the compliance

12   manager here and this is what we're looking to do.

13       Q.   Okay.  And I just want to go back for a

14   second.

15           In these buildings, when we talked about

16   the restrooms, were there ever porta potties

17   outside any of these buildings in 2022?

18       A.   No.

19       Q.   No?  Were there porta potties anywhere on

20   the property in 2022?

21       A.   I mean, it's -- it's possible.  I don't

22   know.

23       Q.   Were there ever any issues that you heard

24   of related to the restrooms in any of these

25   buildings in 2022?

56

**Violet Fisher**

1    signed?

2        A.    No.

3        Q.    Why not?

4        A.    After the City signed the agreement, I

5    realized there was no permit effective date and

6    there was no permit end date, which is standard,

7    you know, permit language or, you know, permit

8    form, and there was also a draft watermark that

9    was left on the permit.

10       Q.    Okay.  So in seeking this permit, were

11   you mainly concerned with the diesel shop?

12       A.    Yes.

13           MS. SHAULES:  Okay.  I'm going to give

14   you this.  Let me mark it.

15                    (Whereupon, Exhibit No. 18 was

16                     marked for purposes of

17                     identification.)

18   BY MS. SHAULES:

19       Q.    So do you --

20           MS. SHAULES:  Can we go off the record

21   one second?

22                    (Whereupon, an off-the-record

23                     discussion then took place.)

24   BY MS. SHAULES:

25       Q.    I know that you just took a second to

                                                          64

**Violet Fisher**

```
1    there, it says, "There was a sump in the basement

2    that would kick on when water came into the

3    basement and pump out through the sanitary sewer."

4              When was that occurring?

5         A.   I don't know.

6         Q.   How do you know that was occurring?

7         A.   I'm sure that somebody had given me that

8    information and I was just relaying what I had

9    heard.

10        Q.   And as the environmental compliance

11   individual, was that a concern to you --

12             MR. NICASTRO:  Form.

13   BY MS. SHAULES:

14        Q.   -- that water was accumulating in the

15   basement of a building and being pumped into the

16   sanitary sewer?

17        A.   This was the first that I was hearing

18   about it.

19        Q.   This e-mail where you're providing

20   somebody else the background of this issue is the

21   first that you were hearing about?

22        A.   Well, this general time frame.

23        Q.   Okay.  But you don't know if in 2023 that

24   there was a sump -- if at that time in 2023 -- I

25   realize this e-mail is sent in 2024, but I'm just
```

71

**Violet Fisher**

```
1    trying to figure out if in 2023 this was also

2    occurring?

3         A.   I don't know.

4              MR. NICASTRO:  Yeah.

5    BY MS. SHAULES:

6         Q.   Okay.  That's fine.

7              So back to this.  If there was water

8    accumulating, would that have been the same type

9    of water that had previously accumulated in the

10   basement of the diesel shop that you had needed a

11   permit to discharge?

12        A.   No.

13        Q.   What kind of water would it have been?

14        A.   I don't know.

15        Q.   There's a difference between water in the

16   diesel shop and water in the basement of this

17   building?

18        A.   I am really not familiar with the water

19   in the work equipment basement.  I'm really only

20   familiar with the water in the diesel shop

21   basement.

22        Q.   So you know that the work equipment

23   building is a huge part of the issue in this case;

24   are you aware of that?

25        A.   Yes, because the toilets were blocked
```

72

**Violet Fisher**

1    off.

2        Q.    Okay.  But at some point in your e-mail,

3    you were aware that "There was a sump in the

4    basement that would kick on when water came into

5    the basement and pump out through the sanitary

6    sewer.  However," you proceed to say, "the line

7    being" -- "However, with the line being blocked,

8    there is now nowhere for the water to go."

9            Do you see that?

10       A.    Yes.

11       Q.    Okay.  So then if we go back to the first

12   page -- I guess, in your opinion, where did that

13   water come from?  If there was water accumulating,

14   like you've said there was in this e-mail, where

15   would that water have come from?

16           MR. NICASTRO:  Form.  Foundation.

17           Go ahead and answer, if you can.

18           THE WITNESS:  Are we talking about the

19   work equipment building?

20   BY MS. SHAULES:

21       Q.    Yes.

22       A.    If there was water coming into the

23   basement --

24       Q.    Yes.

25       A.    -- and they're talking about a sump pump,

73

**Violet Fisher**

1   permit are we talking about?

2              MS. SHAULES:  Well, the pretreatment

3   permit that BNSF had prior to 2021 when they

4   terminated the permit.

5              MR. NICASTRO:  Okay.  So you're asking

6   her what they needed the historical --

7              MS. SHAULES:  Yes.

8              MR. NICASTRO:  -- pretreatment permit

9   for?

10             MS. SHAULES:  Yes.

11             MR. NICASTRO:  Okay.  Go ahead.

12             THE WITNESS:  Okay.  So facilities that

13  conduct industrial activities, such as maintenance

14  or fueling, you know, also like probably

15  automotive shops, industrial activities, and then

16  if they want to discharge that industrial

17  wastewater, that's what we seek a pretreatment

18  agreement with various cities about.

19  BY MS. SHAULES:

20       Q.   Okay.  So that industrial wastewater, I

21  think -- I don't want to misstate your testimony,

22  so please correct me if I do.

23             But I think you said when they're

24  maintaining these engines or sometimes there's oil

25  that drips on the ground, and then it accumulates

80

**Violet Fisher**

1  in water if it rains or the like; is that correct?

2      A.   Yes.  So like in the diesel shop, yes.

3      Q.   In exterior -- in the exterior of that

4  facility, was that ever anywhere?

5      A.   Industrial wastewater has a very, like,

6  specific, you know, definition and destination, so

7  it would be inaccurate to just qualify all water

8  at the yard as industrial.  That's where I'm

9  struggling.

10     Q.   Okay.  Well, I guess I'm also struggling

11  because I think earlier we went over all these

12  various places where water could potentially

13  accumulate.

14     A.   Correct.

15     Q.   And that that's why this permit -- they

16  all sometimes go into maybe a pit, for instance,

17  or a holding, then get discharged through the

18  wastewater treatment plant and then into the city

19  system?

20     A.   Yeah, so I guess -- yeah.  There's areas

21  where water comes in contact with the industrial

22  processes.  And then when it -- the areas that are

23  designed for this industrial wastewater then

24  capture that water that comes in contact with the

25  industrial processes, it's routed through the

81

**Violet Fisher**

1    series of pipes and then makes its way to the

2    system.  It's a very -- you know, system.

3        Q.   Okay.  Are any of those areas outdoors?

4        A.   Well, yeah.  If we have an outdoor area

5    where there's industrial activity occurring, then

6    we have a way of capturing that water and, again,

7    routing it into the pipes and to the treatment.

8        Q.   Okay.  So is there an outdoor area like

9    that in Glendive at that facility?

10       A.   I mean, prior to 2020 there was a service

11   track where they did fueling.

12       Q.   Okay.  So the water from the service

13   track where they did fueling, is that water that

14   would be taken into the wastewater treatment

15   facility?

16       A.   Yes.

17       Q.   And then pumped into the city's, after it

18   was treated?

19       A.   Yes.

20       Q.   Okay.  Perfect.

21            So if there is water in a building, for

22   instance, like the diesel fuel shop, in the pit,

23   is there any kind of concern in any other building

24   if water arises similar to that?

25            MR. NICASTRO:  Form.

82

**Violet Fisher**

```
 1              MR. NICASTRO:   Sure.

 2              (Whereupon, a break was then taken.)

 3   BY MS. SHAULES:

 4       Q.    Okay.  Going back to just the work

 5   equipment building that we've been visiting about

 6   over the last half to hour or so at this point and

 7   the maintenance of track equipment in that

 8   building.

 9              So do you know if that maintenance

10   involved any diesel?

11       A.    I do not.

12       Q.    Do you know if it involved any

13   hydrocarbons?

14       A.    I do not.

15       Q.    Any oils?

16       A.    I do not.

17       Q.    Or any chemicals at all?

18       A.    I can only make assumptions.  I don't.

19   So that is really -- that building is outside of

20   my, like, normal purview.

21       Q.    So I guess as the manager of

22   environmental operations, what kind of buildings

23   are inside your purview?

24       A.    Yeah, so just, again, it's going to vary

25   from site to site, and there -- the work equipment
```

**Violet Fisher**

1   building is not associated with the industrial

2   wastewater, so there was storage of materials in

3   there that I might have been, you know, asked

4   about, like if they have like flam cabinets,

5   aerosol can disposal, things like that.

6       Q.   So when you say it's not associated with

7   the industrial wastewater, it was never a building

8   that had water that would discharge into the

9   wastewater treatment facility that you guys had?

10      A.   No.

11      Q.   Never?

12      A.   Never.

13      Q.   Okay.  So if there were any instances in

14  any other buildings that were also not associated

15  with that permit, and there was water, potentially

16  just rainwater or any kind of water accumulating,

17  were there ever instances where you were concerned

18  that they should go through that pretreatment?

19           MR. NICASTRO:  Form.

20           Go ahead, answer if you can.

21           THE WITNESS:  That is such a broad

22  question, I don't even know where to begin.  Can

23  you make -- can we make it more specific?

24  BY MS. SHAULES:

25      Q.   I guess generally speaking, across the

89

**Violet Fisher**

```
 1   conversation.
 2        Q.    Okay.  So did you eventually travel to
 3   Glendive?
 4        A.    Eventually, yeah.
 5        Q.    When did you make it out there?
 6        A.    We had a meeting with the City the end of
 7   February, like the 26th or 27th, something like
 8   that.
 9        Q.    And at that time were the restrooms in
10   the work equipment building being used?
11        A.    No.
12        Q.    Okay.  So prior to you receiving that
13   notice, were there any porta potties outside the
14   work equipment building?
15        A.    Prior to me -- prior to that call on
16   Friday in February?
17        Q.    Yes.
18        A.    Not to my knowledge.
19        Q.    Was there any executive toilet trailer in
20   the area?
21        A.    Not -- not to my knowledge.
22        Q.    Okay.  So when you had the meeting with
23   the City at the end of February, what was that
24   meeting about?
25        A.    Oh, man, there was a lot that happened in
```

111

**Violet Fisher**

1    between there, but they -- just how to reconnect,

2    how to get -- because due to the -- due to the

3    sewer having concrete dumped in it, there was --

4    we had to shut the water off to the work equipment

5    building, rendering the bathrooms and sinks

6    unavailable to the employees, and we were trying

7    to reconnect to the city sewer for those restrooms

8    as quick as possible.

9        Q.   Okay.  So were there ever issues with

10   those bathrooms before you got that call on that

11   Friday in February?

12       A.   Not that I'm aware of.

13       Q.   Okay.  So you said a lot happened in

14   between the call.  Is that what you meant, between

15   the call and the meeting?

16       A.   Yeah.

17       Q.   I think you made the comment.

18            What happened in between?

19       A.   I mean, there was -- I mean, so we talked

20   about me getting the call that there was diesel

21   fuel in the manhole.

22            It wasn't until a few hours later that I

23   learned that there was concrete that was actually

24   dumped in there, so there was no way to verify

25   that there was any diesel in the manhole.

                                                    112

**Violet Fisher**

```
1                  They wanted us to camera the line.

2                  I don't -- I don't know, just, you know,

3       basic stuff that they wanted to just confirm that

4       the line was in good condition.

5          Q.    So who made those repairs -- or I guess

6       they weren't repairs.  But who -- who did that

7       work to make sure it was in good condition?

8          A.    Well, we had to have a plumber come out

9       and camera the line, right?  I don't know who that

10      was.  I was not -- I was not ordering the work.

11         Q.    Okay.  I guess you said the City wanted

12      to make sure the line was in good order; is that

13      right?

14         A.    Uh-huh.

15         Q.    And you had to camera the line?

16         A.    Uh-huh.

17         Q.    Do you recall if Pinnacle did work on it?

18         A.    Pinnacle was out there.  I'm not sure

19      what their scope of work was.  I don't know.

20                         (Whereupon, Exhibit No. 19 was

21                          marked for purposes of

22                          identification.)

23      BY MS. SHAULES:

24         Q.    Okay.  Do you recognize this?

25         A.    Vaguely.
                                                          114
```

1    Q.    Okay.  And so at one point during the

2    direct examination, you were talking about how the

3    permit that you were trying to get from the City

4    of Glendive in 2023, 2024, was completely separate

5    from this bathroom incident that happened,

6    correct?

7    A.    Yes.

8    Q.    Okay.  Explain a little bit about why it

9    was a complete -- two completely separate issues.

10    A.    So the, you know, water that's

11    accumulating in the diesel or locomotive shop

12    basement, again, is, you know, very much

13    industrial wastewater.  It's, you know, just water

14    that has come in contact with, you know, drips and

15    little, tiny, you know, bits of oil from hundreds

16    of years of -- not hundreds of years, but over 100

17    years of activities in the -- at the facility.

18         And so that, you know, water, industrial

19    wastewater, is always something that we would look

20    at to treat and then discharge.

21         So -- and that falls under, like, my, you

22    know, compliance umbrella, to obtain one of these

23    pretreatment discharge agreements.

24         And then getting a report of -- you know,

25    of our hearing from a media request that there's

148

**Violet Fisher**

1    diesel fuel in a manhole, and then cement in that,

2    that's, you know, totally different.

3         Like we're talking about sanitary sewer

4    on, you know, one section of the yard where we

5    still have employees, versus buildings that are

6    decommissioned, shut down, and we have this

7    industrial wastewater that we need to process.

8    Q.    Would there have been any way that

9    someone at BNSF could have pumped the water that

10   had accumulated in the diesel shop, in the

11   basement of that diesel shop, through piping

12   through the work equipment building that would

13   have ended up into that manhole?

14   A.    They -- I mean, you'd have to, you know,

15   put a pump in the diesel shop basement and then

16   run, like, hose across the hundreds of feet of

17   pavement to -- I don't -- I couldn't -- I mean

18   that -- that's a pretty far distance to run flat

19   hose and then -- and pump out of that shop.

20   Q.    Okay.

21   A.    And I don't -- I mean, I would think that

22   you would need a pretty significant pump as well,

23   since it's in the basement, to get it up onto the

24   surface and then that way.

25   Q.    Yeah.  Okay.  You've been inside the

149

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

**Violet Fisher**

1    A.    Yes, like, because that was the reason

2  for wanting the -- to reopen the agreement.

3    Q.    Okay.  And did he at that point -- at

4  some point in time in 2022, did he ever say

5  something to you about diesel and manholes?

6    A.    So when -- again, that conversation, I'm

7  not sure when it was.  I remember being in his

8  office at some point trying to, you know,

9  introduce myself, build the relationship, you

10  know, ask for this agreement.

11    And I remember, you know, kind of

12  discussing with him the history of what happened

13  at the facility, as far as, like, Okay, we just

14  shut down a lot of the activities, and, you know,

15  obviously our wastewater treatment plant is no

16  longer running, you're not going to get the

17  monthly DMRs from me anymore.

18    And I said, you know, Because we just did

19  this, you know, I'd like you to, you know, be in

20  contact with me if you see anything, you know,

21  during your routine inspections.  Like, if you see

22  any water flowing through this manhole...

23    Like the -- you know, there was one

24  manhole on Merrill Avenue that, you know, all BNSF

25  pipes that used to flow to that were sealed off

155

**Violet Fisher**

```
 1    and capped and all that, and so we wanted to make

 2    sure that we did a, you know, good enough job by

 3    sealing off all those IW lines.

 4            And so I remember talking to him about

 5    that Merrill manhole and saying, Hey, you know, if

 6    you see anything, please let us know because then

 7    if you see something that means that there's --

 8    you know, somewhere on our yard there's a pipe

 9    that hasn't been capped that should have been

10    capped.

11            And then he took that opportunity to say,

12    Oh, yeah, you know, I've got my inspectors out

13    there and, you know, they're -- like, you know,

14    they see...

15            Yeah, he was talking about a manhole and

16    I -- it was unclear to me which manhole he was

17    talking about.  And he said, Oh, yeah, like, we've

18    seen some stuff.

19            And so, you know, after that

20    conversation, I talked to, you know, my consultant

21    that's familiar with the site, and he was like,

22    Yeah, you know, I'll go take a look.  I'll, you

23    know, pop some manholes and see if we can see

24    anything.

25            So that was maybe like -- that had to be
```

156