Ex. GG- CITY 1599 022024 audio

-Sent to Clerk on a USB Flash Drive