# EXHIBIT H



**VIOLET FISHER**
*Manager Environmental Operations*

BNSF Railway Company
800 North Last Chance Gulch
Helena, MT 59601

Office: (406) 256-4046
Email: Violet.Fisher@BNSF.com

February 26, 2021

Mr. Frank Ceane
Public Works Director
City of Glendive
300 South Merrill Avenue
Glendive, Montana 59330

Re: BNSF Glendive WWTP Sampling Results – January 2021

Dear Mr. Ceane:

The BNSF Railway Company is submitting the following information regarding the January 2021 sampling from the BNSF Wastewater Pre-Treatment Plant at Glendive, Montana.

One sample was collected from the BNSF Glendive pre-treatment plant and sent to Pace Laboratories in Billings, MT during January 2021. The wastewater plant was decommissioned in the third week of January. Therefore, a second sample was not collected.

The sampling results are presented below:

| Date | Oil and Grease | Total Suspended Solids | pH (field collected) |
|---|---|---|---|
| 01/12/21 | 5.2 mg/L (Report Limit) | 6.0 mg/L | 7.0 SU |

MONTHLY AVERAGE SAMPLING RESULTS

| JANUARY | Parameter | Results | Discharge Agreement Limitation |
|---|---|---|---|
| Monthly Average | pH | 7.0 SU | 9.0 to 5.0 SU |
| | Oil and Grease | 5.2 mg/L (Report Limit) | 100 mg/L |
| | Total Suspended Solids | 6.0 mg/L | At City's Discretion |

Notes: SU = standard unit; mg/L = milligrams per liter

001978 BNSF (Glendive)