# EXHIBIT HH

> Any information on this one?
>
> Lena
>
> -----Original Message-----
> From: Hunter Herbaugh <hherbaugh@rangerreview.com>
> Sent: Friday, February 16, 2024 12:08 PM
> To: media <media@bnsf.com>
> Subject: Media Request
>
> Form submitted by:
> Hunter Herbaugh (hherbaugh@rangerreview.com) on Friday, February 16, 2024 at 14:08:09
> ------------------------------------------------------------------------
>
> Name: Hunter Herbaugh
> Title: Reporter
> Organization: Glendive Ranger-Review
> City: Glendive
> State_Province: Montana
> Phone: 4069410326
> Email: hherbaugh@rangerreview.com
> Request: I am contacting regarding diesel that was found in the City of Glendive's municipal waste water system. City officials believe this diesel came from the BNSF railyard in Glendive as it was found during a routine inspection of a manhole adjacent to the yard. Further, they believe it was deliberately dumped there, as they met with BNSF officials in December who requested permission to discharge waste water from the railyard into the sewer system, but that request was ultimately denied. I have been informed the matter is being reported to the Montana Department of Environmental Quality and would like to know if BNSF has a statement or response they would like to give.
> Deadline: Monday 2/19 at 2 p.m.
> Submit: Submit
> ------------------------------------------------------------------------
>

**089656 BNSF (Glendive)**