# EXHIBIT I

| | |
|---|---|
| Date: | January 11, 1999 |
| To: | David Douglas - Manger Structures<br>Cory Knutson - Supervisor Structures |
| cc: | Mel Burda - Director Environmental Operations<br>Mark James - Manager Environmental Engineering<br>Larry Hoskins - Diesel Shop Superintendent |
| From: | Michael Perrodin - Manager Environmental Operations |
| Subject: | Glendive, MT - State and Municipal Requirements for the Operation and Discharge of Industrial Waste Water to the City of Glendive. |

AFE 97-0476 has been completed which involved storm water segregation and the upgrade of the WWTP at Glendive, MT, to meet new permit discharge requirements to the City of Glendive.

The **permitted discharge limits and conditions** are as follows:
   1) Concentrations: (1 grab per month)
      Oil & Grease - 100 Mg/L Max.
      pH - none < 5.0 s.u. or > 9.0 s.u.

   2) Other Conditions:
      Permit will comply with all terms and conditions of
      Ordinance No. 404 and Exhibit I (use of public sewer)

WWTP operators must have the following license through the Montana Department of Environmental Quality; **Class IIIc Industrial Treatment**.

As in the past, Environmental Operations will be responsible for discharge monitoring reports (DMR) to the City as well as the expenses associated with operations of the WWTP.

Will structures confirm that they will continue to provide for operation of the WWTP as well as the maintenance of the facility (manpower).

Formal DMR's will be required by the City starting this month. If there are any problems with the operation please advise my office at 265-0483.

Mr. James - would you please advise the status of work to be provided by AES.

INTEROFFICE MEMO

002214 BNSF (Glendive)