# EXHIBIT II



# HAZMAT RESPONSE INCIDENT REPORT

*Use this report for all Non-Accident Releases (NAR's) and Accident Caused Releases. Conduct a job specific safety briefing, know your protection and know your product. Return to HazMat Manager that initiated you within 3 days.*

**\*Car Number:** (ex: UTLX 1234) **Unknown**

\*Required

## EVENT INFORMATION:

| Field | Value | Field | Value |
|---|---|---|---|
| Date Notified: | 2/16/24 | Time Notified (Use 24 Hr. Time): | 1400 CT ☒ MT ☐ PT ☐ |
| Arrival Date: | 2/16/24 | Time of Arrival (Use 24 Hr. Time): | 1800 CT ☐ MT ☒ PT ☐ |
| Address of Incident: | E Valentine St | City: Glendive | ST: MT  Zip: 59330 |
| County: | Dawson | Train Yard/Hub Address: 103 N Sargent Ave, Glendive, MT 59330 | Track/Lot No: |
| Mainline City: | | Mainline County: | Milepost/GPS: | Name of person First Contacted on Scene: NA |
| \*Latitude (8 digits): | 47.102460 | \*Longitude (8 digits): -104.71179 | Hazardous Class/Division: | UN No.: |
| Proper Shipping Name of Product: | | | |

## GENERAL INFORMATION:

| Field | Value |
|---|---|
| Built Date: Month/Year | |
| Identification Markings: (ex: DOT111A100W1, 1M 101) | |
| PRD Rating: | |
| PRD Type: | |
| Last Inspection Date: | |
| Next Inspection Date: | |
| AAR Cause Code: | |

Seal Numbers: *If more seals need to be noted, please indicate in initial findings*

| Transportation Phase: | Found Location: | Found Seal No.: | Replaced Location: | Replaced Seal No.: |
|---|---|---|---|---|
| ☐ In Transit | | | | |
| ☐ Loading | | | | |
| ☐ Unloading | | | | |
| ☐ In Transit Storage | | | | |

## INITIAL FINDINGS:

Pinnacle Engineering staff were called to respond to a used oil release observed at the City of Glendive Water Treatment Facility. Upon arrival, 38 manholes across the BNSF Glendive Railyard were opened, investigated, and photographed in an effort to locate the source of the release.

**Estimated Product Lost:** ☐ Gal. ☐ Lbs.

## CAR ORIENTATION:
Unknown

## ROOT CAUSE/OTHER OBSERVATIONS:
Root Cause Unknown
Manhole 2 location: 47.102460, -104.71179
Manhole 3 location: 47.102722, -104.71122
Manhole 4 location: 47.102906, -104.71134

## ACTIONS TAKEN
After the initial investigation and the source locations were identified, Pinnacle returned at a later date to clean impacted manholes. Three manholes were drained using a vac truck and cleaned using a pressure washer, and influent and effluent lines were jetted in "Manhole 2" located at the coordinates listed above. Wastewater removed through the vac truck was then containerized for disposal.

Additional photos in attached photo log.

## DISPOSITION OF CAR: *(if known) (example: repaired and continuing in transit)*

## COST ESTIMATE: *(This is an estimate only)*
| Estimated Response Cost: | $ | Estimated Remediation Cost: | $ |

**DEPOSITION EXHIBIT**
PENGAD 800-631-6989