# EXHIBIT J



300 South Merrill
Glendive, Montana 59330

Phone (406) 365-3318
FAX 406-365-6873

July 10, 2002

Mr. David Smith
Manager, Environmental Remediation
The Burlington Northern and Santa Fe Railroad
8200 East Park Meadows Drive
Suite 8204
Lone Tree, CO 80124

RE: Discharge of Groundwater from Remediation System to City Sanitary Sewer

Dear Mr. Smith:

    The City of Glendive is aware that the groundwater discharge piping from a Remediation System located on the BNSF Glendive railyard is connected to an on-site 6" sewer, which is connected to the city's 8-inch sanitary sewer near the intersection of Pearson Avenue and Valentine Street. The City of Glendive can allow this discharge as long as it complies with the requirements of Chapter 4.04, Public and Private Sewers and Drains. This discharge may be required to be assessed a charge based on the average yearly flow to cover costs of treatment of excess water.
    Please direct any questions on this letter to this office for further clarification.

Sincerely,

Wilbur W. Wallace
Director Public Works

cc: Kennedy/Jenks Consultants

011703 BNSF (Glendive)

Chapter 4.04

## PUBLIC AND PRIVATE SEWERS AND DRAINS

Sections:

4.04.001 Definitions
4.04.002 Use of Public Sewers Required
4.04.003 Private Sewage Disposal
4.04.004 Building Sewers and Connections
4.04.005 Use of Public Sewers
4.04.006 Powers and Authority of Inspectors
4.04.007 Penalties

4.04.001 Definitions. Unless the context specifically indicates otherwise, the meaning of terms used in this chapter shall be as follows:

a) "Biochemical oxygen demand" (BOD) shall mean the quantity of oxygen utilized in the biochemical oxidation of organic matter under standard laboratory prodedure in five (5) days at 20 degrees Centigrade, expressed in milligrams per liter.

b) "Building drain" shall mead that part of the lowest horizontal piping of a drainage system which receives the discharge from soil, waste, and other drainage pipes inside the walls of the building and conveys it to the building sewer, beginning five (5) feet (1.5 meters) outside the inner face of the building wall.

c) "Building sewer" shall mean the extension from the building drain to the public sewer or other place of disposal, also called house connection.

d) "Combined sewer" shall mean a sewer intended to receive both wastewater and storm or surface water.

e) "Engineer" shall mean the City Engineer or the official performing functions of the City Engineer, or his authorized deputy, agent or representative.

f) "Easement" shall mean an acquired legal right for the specific use of land owned by others.

g) "Floatable oil" is oil, fat, or grease in a physical state such that it will separate by gravity from wastewater by treatment in an approved pretreatment facility. A wastewater

011704 BNSF (Glendive)

shall be considered free of floatable fat if it is properly pretreated and the wastewater does not interfere with the collection system.

h) "Garbage" shall mean the animal and vegetable waste resulting from the handling, preparation, cooking, and serving of foods.

i) "Industrial wastes" shall mean the wastewater from industrial processes, trade or business as distinct from domestic or sanitary wastes.

j) "Natural outlet" shall mean any outlet, including strom sewers and combined sewer overflows, into a watercourse, pond, ditch, lake, or other body of surface or groundwater.

k) "May is permissive (see "shall")

l) "Person" shall mean any individual, firm, company, association, society, corporation, or group.

m) "pH" shall mean the logarithm of the reciprocal of the hydrogen ion concentration. The concentration is the weight of hydrogen ions, in grams, per liter of solution. Neutral water, for example, has a pH value of 7 and a hydrogen-ion concentration of 10-7.

n) "Properly shredded garbage" shall mean the wastes from the preparation, cooking, and dispensing of food that have been shredded to such a degree that all particles will be carried freely under the flow conditions normally prevailing in public sewers, with no particle greater than ½ inch (1.27 centimeters) in any dimension.

o) "Public sewer" shall mean a common sewer controlled by a governmental agency or public utility.

p) "Sanitary sewer" shall mean a sewer that carries liquid and water-carried wastes from residences, commercial buildings, industrial plants, and institutions together with minor quantities of ground, storm, and surface waters that are not admitted intentionally.

q) "Sewage is the spent water of a community. The preferred term is wastewater.

r) "Sewer" shall mean a pipe or conduit that carries wastewater or drainage water.

011705 BNSF (Glendive)

s) "Shall" is mandatory.

t) "Slug" shall mean any discharge of water or wastewater which in concentration of any given constituent or in quantity of flow exceeds for any period of duration longer than fifteen (15) minutes more than five (5) times the average twenty-four (24) hour concentration or flows during normal operation and shall adversely affect the collection system and/or performance of the wastewater treatment works.

u) "Storm drain" (sometimes termed "storm sewer") shall mean a drain or sewer for conveying water, groundwater, subsurface water, or unpolluted water from any source.

v) "Suspended solids" shall mean total suspended matter that either floats on the surface of, or is in suspension in water, wastewater, or other liquids, and that is removeable by laboratory filtering as prescribed in "Standard Methods for the Examination of Water and Wastewater" and referred to as nonfilterable residue.

w) "Unpolluted water" is water of quality equal to or better than the effluent criteria in effect or water that would not cause violation of receiving water quality standards and would not be benefitted by discharge to the sanitary sewers and wastewater treatment facilities provided.

x) "Wastewater" shall mean the spent water of a community. From the standpoint of source, it may be a combination of the liquid and water-carried wastes from residences, commercial buildings, industrial plants and institutions, together with any groundwater, surface water and stormwater that may be present.

y) "Wastewater facilities" shall mean the structures, equipment, and processes required to collect, carry away, and treat domestic and industrial wastes and dispose of the effluent.

z) "Wastewater treatment works" shall mean an arrangement of devices and structures for treating wastewater, industrial wastes, and sludge. Sometimes used as synonymous with "waste treatment plant" or "wastewater treatment plant" or "water pollution control plant."

aa) "Watercourse" shall mean a natrual or artificial channel for the passage of water either continuously or intermittently.

011706 BNSF (Glendive)

**4.04.002 Use of Public Sewers Required**. It shall be unlawful for any person to place, deposit or permit to be deposited in an unsanitary manner upon public or private property within the City of Glendive, or in any area under the jurisdiction of said city, any human or animal excrement, garbage or other objectionable waste.

It shall be unlawful to discharge to any natural outlet within the City of Glendive, or in any area under the jurisdiction of said city, any sanitary sewage, industrial wastes, or other polluted waters, except where suitable treatment has been provided in accordance with subsequent provisions of this ordinance.

Except as hereinafter provided, it shall be unlawful to construct or maintain any privy, privy vault, septic tank, cesspool or other facility intended or used for the disposal of wastewater.

The owner(s) of all houses, buildings or properties used for human occupancy, employment, recreation or other purpose, situated within the city and abutting on any street, alley or right-of-way in which there is now located or may in the future be located a public sanitary or combined sewer of the city, is hereby required at the owner(s) expense to install suitable toilet facilities therein, and to connect such facilities directly with the proper public sewer in accordance with the provisions of this ordinance, within ninety (90) days after date of official notice to do so, provided that said public sewer is within one hundred feet (100') of the property line.

**4.04.003 Private Sewage Disposal**. Where a public sanitary or combined sewer is not available under the provisions of Section 4.04.002, the building sewer shall be connected to a private sewage disposal system complying with the provisions of this article.

Before commencement of construction of a private sewage disposal system the owner shall first obtain a written permit signed by the County Sanitarian. The application for such permit shall be supplemented by plans, specifications and other information as are deemed by the Sanitarian.

A permit for a private sewage disposal system shall not become effective until the installation is completed to the satisfaction of the engineer. He shall be allowed to inspect the work at any stage of construction and, in any event, the applicant for the permit shall notify the engineer when the work is ready for final inspection, and before any underground portions are covered. The inspection shall be made within forty-eight (48) hours of the receipt of notice by the engineer.

011707 BNSF (Glendive)

The type, capacities, location and layout of a private sewage disposal system shall comply with all recommendations of the Department of Public Health of the State of Montana. No permit shall be issued for any private sewage disposal system employing subsurface soil absorption facilities where the area of the lot is less than fifteen thousand (15,000) square feet. No septic tank or cesspool shall be permitted to discharge to any public sewer or natural outlet.

At such time as a public sewer becomes available to a property served by a private sewage disposal system, as provided in Section 4.04.002 paragraph 4, a direct connection shall be made to the public sewer in compliance with this ordinance, and any septic tanks, cesspools and similar private sewage disposal facilities shall be abandoned and filled with suitable material.

The owner shall operate and maintain the private sewage disposal facilities in a sanitary manner at all times, at no expense to the city.

No statement contained in this article shall be construed to interfere with any additional requirements that may be imposed by the health officer.

4.04.004 Building Sewers and Connections. No unauthorized person shall uncover, make any connections with or opening into, use, alter or disturb any public sewer or appurtenance thereof, without first obtaining a written permit from the engineer.

There shall be two (2) classes of building sewer permits: (a) For residential and commercial service, and (b) For service to establishments producing industrial wastes. In either case, the owner(s) or his agent shall make application on a special form furnished by the city. The permit application shall be supplemented by any plans, specifications, or other information considered pertinent in the judgment of the engineer. A permit and inspection fee shall be levied as provided in Title 6.04.004.

All costs and expenses incident to the installation and connection of the building sewer shall be borne by the owner(s). The owner(s) shall indemnify the city from any loss or damage that may directly or indirectly be occasioned by the installation of the building sewer.

011708 BNSF (Glendive)

A separate and independent building sewer shall be provided for every building; except where one building stands at the rear of another on an interior lot and no private sewer is available or can be constructed to the rear building through an adjoining alley, courtyard or driveway, the building sewer from the front building may be extended to the rear building and the whole considered as one (1) building sewer, but the City does not and will not assume any obligation or responsibility for damage caused by or resulting from any such single connection afore mentioned.

Old building sewers may be used in connection with new buildings only when they are found, on examination and test by the engineer, to meet all requirements of this ordinance.

The building sewer shall be constructed of materials as allowed by the plumbing codes and regulations of the State of Montana.

The size, slope, alignment, materials of construction of all sanitary sewers including building sewers, and methods to be used in excavating, placing of the pipe, jointing, testing, and backfilling the trench, shall all conform to the requirements of the building and plumbing code or other applicable rules and regulations of the city and the State of Montana. In the absence of suitable code provisions or in amplification thereof, the materials and procedures set forth in appropriate specifications of the A.S.T.M. and W.P.C.F. Manual of Practice No. 9 shall apply.

Whenever possible the building sewer shall be brought to the building at an elevation below the basement floor. No building sewer shall be laid parellel to or within three feet (3') of any bearing wall, which might thereby be weakened. The depth shall be sufficient to afford protection from frost. The building sewer shall be laid at uniform grade and in straight alignment insofar as possible. Changes in direction shall be made only with properly curved pipe and fittings.

In all buildings in which any building drain is too low to permit gravity flow to the public sewer, sanitary sewage carried by such drain shall be lifted by approved artificial means and discharged to the building sewer.

No person(s) shall make connections of roof downspouts, foundation drains, areaway drains, or other sources of surface runoff or groundwater to a building sewer or building drain which in turn is connected directly or indirectly to a public sanitary sewer unless such connection si approved by the engineer and the Montana State Department of Health for puropses of disposal of polluted surface drainage.

011709 BNSF (Glendive)

The connection of the building sewer into the public sewer shall conform to the requirements of the building and plumbing code or other applicable rules and regulations of the city, and the State of Montana, or the procedures set forth in appropriate specifications of the A.S.T.M.and the W.P.C.F. Manual of Practice No. 9. All such connections shall be made gastight and watertight and verified by proper testing. Any deviation from the prescribed procedures and materials must be approved by the engineer before installation. The connection of the building sewer into the pbulic sewer shall be made at the "Y" branch, if such branch is available at a suitable location.

The applicant for the building sewer permit shall notify the engineer when the building sewer is ready for inspection and connection to the public sewer. the connection shall be made under the supervision of the engineer or his representative.

All excavations for building sewer installation shall be adequately guarded with barricades and lights so as to protect the public from hazard. Streets, sidewalks, parkways and other public property disturbed in the course of the work shall be restored in a manner satisfactory to the city.

<u>4.04.005 Use of Public Sewers</u>. No person(s) shall discharge or cause to be discharged any unpolluted water such as stormwater, surface water, groundwater, roof runoff, subsurface drainage, or cooling water to any sewer, except stormwater runoff from limited areas, which stormwater may be polluted at times, may be discharged to the sanitary sewer by permission of the engineer and the Montana State Department of Health.

Storm water and all other unpolluted drainage shall be discharged to such sewers as are specifically designated as combined sewers or storm sewers, or to a natural outlet approved by the engineer and the Montana State Department of Health. Unpolluted industrial cooling water or process waters may be discharged, upon approval of the engineer, to a storm sewer, combined sewer or natural outlet.

Except as hereinafter provided, no person shall discharge or cause to be discharged any of the following described waters or wastes to any public sewer:

a) Pollutants which create a fire or explosion hazard including but not limited to, wastestreams with a closed-cup flashpoint of less than 140ºF or 60ºC using the test methods specified in 40CFR 261.21. These wastes include but are not limited to gasoline, benzene, naphtha, fuel oil, etc., in solid, liquid or gaseous form.

011710 BNSF (Glendive)

b) Toxic or poisonous solids, liquids, or gases in sufficient quantity, either singly or by interaction with other wastes, to contaminate the sludge of any municipal system, to injure or interfere with any sewage treatment process, or equipment, constitute a hazard to humans or animals, create a public nuisance, or result in the pass through of inadequately treated wastes to receiving waters.

Each user which discharges any toxic pollutants which cause an increase in the cost of managing the effluent or the sludge of the City of Glendive treatment works shall pay for such increased costs.

c) Solid or viscous substances in quantities or of such size capable of causing obstruction to the flow in sewers, or other interference with the proper operation of the wastewater facilities such as, but not limited to ashes, cinders, sand, mud, straw, shavings, metal, glass, rags, feathers, tar, plastics, wood, unground garbage, whole boood, paunch manure, hair and fleshings, entrails, paper dishes, cups, milk containers, etc., either whole or ground by garbage grinders.

The following described substances, materials, waters and wastes shall be limited in discharges to municipal systems to concentrations or quantities which will not harm either the sewers, the sludge of any municipal syste, the wastewater treatment process or equipment, will not have an adverse effect on the receiving stream, or will not otherwise endanger lives, limb, public property, or constitute a nuisance. The engineer may set limitations lower than the limitations established in the regulations below if, in his opinion, such more severe limitations are necessary to meet the above objectives. In forming his opinion as to the acceptability, the engineer will give consideration to such factors as the quantity of subject waste in relation to flows and velocities in the sewers, materials of construction fo the sewers, the wastwater treatment process employed, capacity of the wastewater treatment plant, and other pertinent factorsl The limitations or restrictions on materials or characteristics of waste or wastewaters discharged to the sanitary sewer which shall not be violated without approval of the engineer are as follows:

(a) Wastewater having a temperature higher than 150 degrees Fahrenheit (65 degrees Celsius).

(b) Wastewater containing petroleum oil, nonbiodegradable cutting oils, or product of mineral oil origin.

(c) Wastewater from industrial plants containing floatable oils, fat, or grease.

(d) Any garbage that has not been properly shredded. Garbage

011711 BNSF (Glendive)

grinders may be connected to sanitary sewers from homes, hotels, institutions, restaurants, hospitals, catering establishments, or similar places where garbage orginates from the preparation of food in kitchen for the purpose of consumption on the premises or when served by caterers.

(e) Any waters or wastes containing toxic or deleterious substances to such degree that any such material received in the composite wastewater at the wastewater treatment works exceeds the limits established by the engineer for such materials.

(f) Any waters or wastes containing pollutants which result in the presence of toxic or obnoxious gases, vapors or fumes within the POTW in quantities which may cause acute worker health and safety concerns or public nuisance.

(g) Any radioactive wastes or isotopes of such half-life or concentration as may exceed limits established by the engineer in compliance with applicable State of Federal regulations.

(h) Quantities of flow, concentrations, or both which constitute a "slug" as defined herein.

(i) Waters and wastes containing substances which are not amenable to treatment or reduction by the wastewater treatment processes employed, or are amenable to treatment only to such degree that the wastewater treatment plant effluent cannot meet the requirements of other agencies having jurisdiction over the receiving waters.

(j) Any water or wastes which, by interaction with other water or wastes in the public sewer system, release obnoxious gases, form suspended solids which interfere with the collection system, or create a condition deleterious to structures and treatment processes.

(k) Pollutants which cause corrosive structural damage to the POTW but in no case discharges with pH lower than 5.0 unless the POTW is specifically designed to accomodate such discharges.

(l) Any trucked or hauled wastes unless the POTW is designed to adequately treat the wastes and the facility has points designated for such discharges.

Grease, oil and sand interceptors shall be provided when in the opinion of the engineer, they are necessary for the proper handling of liquid wastes containing grease in excessive amounts, or any flammable wastes, sand and other harmful ingredients; except that such interceptors shall not be required for private living quarters or dwelling units. All

011712 BNSF (Glendive)

interceptors shall be of a type and capacity approved by the engineer, and shall be located as to be readily and easily accessible for cleaning and inspection.

Grease and oil interceptors shall be constructed of impervious materials capable of withstanding abrupt and extreme changes in temperature. They shall be of substantial construction, watertight and equipped with easily removable covers which when bolted in place shall be gaslight and watertight.

Where installed, all grease, oil and sand interceptors shall be maintained by the owner, at his expense, in continuously efficient operation at all times.

The admission into the public sewers of any waters or wastes having: 1) a five (5) day Biochemical Oxygen Demand greater than three hundred parts (300) per million by weight, 2) containing more than three hundred fifty parts (350) per million by weight of suspended solids, 3) containing any quantity of substances having the characteristics described above, or 4) having an average daily flow greater than two percent (2%) of the average daily sewage flow of the city, shall be subject to the review and approval of the engineer.

Where necessary in the opinion of the engineer, the owner shall provide, at his expense, such preliminary treatment as may be necessary to: 1) reduce the Biochemical Oxygen Demand to three hundred parts (300) per million and the suspended solids to three hundred fifty parts (350) per million by weight, 2) reduce objectionable characteristics or constituents to within the maximum limits provided for in above section, or 3) control the quantities and rates of discharge of such waters or wastes. Plans, specifications and any other pertinent information relating to proposed preliminary treatment facilities shall be submitted for the approval of the engineer and of the Board of Health of the State of Montana, and no construction of such facilities shall be commenced until said approvals are obtained in writing.

The City of Glendive, or its City Engineer, will determine the average total suspended solids (TSS) and biochemical oxygen demand (BOD) daily loadings for the average nonindustrial user. The City of Glendive, or its City Engineer, will assess a surcharge rate for all industrial users discharging wastes with BOD and TSS strengths greater than the average nonindustrial user. Such users will be assessed a surcharge sufficient to cover the costs of treating such users' abovenormal strength wastes. Normal strength wastes are considered to be one hundred fifty-five (155) ppm BOD and one hundred fifty-seven (157) ppm TSS.

011713 BNSF (Glendive)

Where preliminary treatment facilities are provided for any waters or wastes, they shall be maintained continuously in satisfactory and effective operation, by the owner at his expense.

When required by the engineer, the owner of any property served by a building sewer carrying industrial wastes shall install a suitable control manhole in the building sewer to facilitate observation, sampling and measurement of the waste. Such manhole, when required, shall be accessible and safely located, and shall be constructed in accordance with the plans approved by the engineer. The manhole shall be installed by the owner at his expense, and shall be maintained by him so as to be safe and accessible at all times.

All measurements, tests and analysis of the characteristics of water and wastes to which references is made in the above sections shall be determined in accordance with "Standard Methods for the Examination of Water and Sewage," and shall be determined at the control manhole provided for in the above section, or upon suitable samples taken at said control manhole. In the event that no special manhole has been required, the control manhole shall be considered to be the nearest downstream manhole in the public sewer to the point at which the building sewer is connected.

No statement contained in this article shall be construed as preventing any special agreement or arrangement between the city and any industrial concern whereby an industrial waste of unusual strength or character may be accepted by the city for treatment, subject to payment therefor by the industrial concern.

<u>4.04.006 Powers and Authority of Inspectors</u>. The engineer and other duly authorized employees of the city bearing proper credentials and identification shall be permitted to enter upon all properties for the purposes of inspection, observation, measurements, sampling and testing, in accordance with the provisions of this ordinance.

011714 BNSF (Glendive)

<u>4.04.007 Penalties</u>. Any person found to be violating any provisions of this ordinance shall be served by the city with written notice stating the nature of the violation and providing a reasonable time limit for the satisfactory correction thereof. The offender shall, within the period of time stated in such notice, permanently cease all violations

Any person who shall continue any violation beyond the time limit provided for in Section 4.04.007 paragraph 1, shall be guilty of a misdemeanor and upon conviction thereof shall be fined in the amount as specified in Chapter 6.4.04.007.

Any person violating any of the provisions of this ordinance shall become liable to the city for any expense, loss or damage occasioned the city by reason of such violation.

011715 BNSF (Glendive)