# EXHIBIT JJ

Page 33

1  semi-permanent holding tank for the existing system; is that
2  correct?
3      A.  Correct.
4      Q.  Okay.  Prior to putting in this system with the
5  holding tanks, it's my understanding, and correct me if I'm
6  wrong, but BNSF had rented some, what are called
7  porta-potties for their employees to use out there.  Is that
8  what happened?
9      A.  Not sure what happened with -- when I got
10 involved, the porta-potties were there.  Then we brought in
11 an executive trailer for a bathroom that was February, and
12 the executive trailer was kind of like taking a knife to a
13 gunfight with the Montana winter.  It worked, but not real
14 well.
15     Q.  Okay.  Fair enough.  Just due to the -- the
16 extremes in temperature?
17     A.  Yes.
18     Q.  Okay.  Was that executive trailer heated, do you
19 know?
20     A.  It -- they tried to heat it but didn't have enough
21 insulation to be heated, if that makes any sense to you.
22     Q.  Yeah -- yeah, it does.  Did you have the
23 opportunity when you were ever in Glendive, Joe, to, I
24 guess, visit and see the other parts of the BNSF rail yard
25 that weren't just solely the work equipment shop -- work

Page 34

1  maintenance shop?
2      A.  I've been to other parts of the BNSF Glendive
3  yard.  Yes, I have.
4      Q.  Okay.  Are there other bathrooms on the property
5  besides the one in the work maintenance shop?
6      A.  There are.
7      Q.  Do you have a ballpark estimate of how many?
8      A.  I do not.
9      Q.  Okay.  Were you ever made aware at any time of any
10 issues with the functionality of the other restrooms on the
11 BNSF property in Glendive?
12     A.  I was not.
13     Q.  So to your understanding, the -- the other
14 restrooms were functioning normally on the property.  It was
15 just this one in the work maintenance building that had
16 the -- the blocked line to the sewer system?
17     A.  That is my understanding, yes.
18     Q.  You would agree with me that, you know, there --
19 there might not have been a functioning bathroom in that
20 work maintenance -- work maintenance building.
21     A.  Hang on.
22     Q.  Sorry.
23     A.  I got to get rid of this.  I thought I put it on
24 do not disturb, but guess I got to turn it off.  Just one
25 second.

Page 35

1      Q.  No worries.
2      A.  Problem is, it goes my hearing aids, and I can't
3  hear you and it at the same time.
4      Q.  Fair enough.
5      A.  It's off now.  Go ahead.
6      Q.  We had a hearing last week with an attorney who
7  had a cell phone go off in the middle of cross-examining a
8  witness.  So that was not a good situation there.  So this
9  one is -- this one is a problem that's easily solved, Joe.
10 Don't worry about it.
11     A.  Yep.
12     Q.  You would agree with me that the -- the BNSF
13 employees, although they may not have had access to a
14 restroom in the work maintenance building, that there were
15 other restrooms available for their use, right?
16         MR. NICASTRO:  Form and foundation.
17     A.  So part of where we looked for solutions, could
18 they use a different bathroom on property that it would be
19 reasonable.  So from their location to drive, get in the
20 vehicle, they had to use the restroom and get in the vehicle
21 and drive to another location.  It could be 15 minutes to
22 drive from that point around.  And if there's a train block
23 in it, they'd have to -- it could be much longer.
24 BY MR. WARREN:
25     Q.  So it's your testimony here today, Joe, that

Page 36

1  there's no restrooms on the same side of the training tracks
2  in Glendive as the maintenance building?
3      A.  That is what the investigation by Wilson & Company
4  found, that there was really no working bathrooms in that
5  area that were reasonable for an employee to have within
6  their area.  You should have a -- a restroom that's within a
7  reasonable amount of distance from where your assigned work
8  area is.
9      Q.  What's reasonable though, Joe?  I guess I, what --
10 what's your understanding of that term?
11     A.  That's -- that's a very slippery slope, so I would
12 have to let the lawyers do this, but what we generally say
13 is that if you cannot go from your work position and in 15
14 minutes be at a restroom, then that's not reasonable --
15     Q.  Okay.
16     A.  -- as far as the design process.  So if you're
17 building a -- on a bridge, if you can't -- if you can walk
18 from the middle of the bridge to the end of the bridge
19 within 15 minutes to use the restroom, we consider it as
20 reasonable.
21     Q.  Okay.  And, I guess, you -- you've been to
22 Glendive, you're familiar with the -- the City of Glendive,
23 right, Joe?  I mean, it's -- it's not what we would call
24 a -- a major city, right?
25     A.  Correct.