# EXHIBIT K

Page 30

1 what happened with the City, like plugging the man
2 hole and needing to evaluate that, we have response
3 contractors. So Kennedy Jenks is my main project
4 management, you know, firm for the routine work but
5 if there is some sort of contractor onsite,
6 depending on the activity they may be communicating
7 with me.
8 Q. Who would that contractor be?
9 A. That's been Pinnacle.
10 Q. Who at Pinnacle would you communicate
11 with?
12 A. Matt Richardson.
13 Q. What does Matt Richardson do?
14 A. I don't know his title, to be honest, but
15 he seems like a project manager in terms of the
16 capacity of communicating with me.
17 Q. Is there anybody else with Pinnacle that
18 would communicate with you?
19 A. Not directly. He's the point of contact.
20 Q. Do you communicate with him by email?
21 A. Sometimes.
22 Q. Phone calls?
23 A. (Nods head.)
24 Q. Any text messages?
25 A. I don't think so. I don't recall.

Page 31

1 Q. Okay. So then are there any other
2 individuals from the Glendive site in general,
3 whether it be response or remediation that
4 communicate with you?
5 A. Not that I can think of.
6 Q. Do any of the local BNSF employees ever
7 communicate with you?
8 A. No.
9 Q. And so then in the BNSF hierarchy are
10 there any BNSF individuals that report to you
11 related to sites like Glendive?
12 A. So no one reports to me. Would you I
13 guess help me understand the question a little more?
14 Q. That gives you information that you need
15 to make determination for your job day-to-day
16 related to for instance remediation work at
17 Glendive.
18 A. No.
19 Q. No?
20 A. Not to make decisions about remediation.
21 Q. So from 2022 to now -- I guess in 2022 how
22 many times do you think you traveled to Glendive?
23 A. I did not travel to Glendive in 2022.
24 Q. Did you travel to Glendive in 2023?
25 A. No.

Page 32

1 Q. Did you travel to Glendive in 2024?
2 A. Yes.
3 Q. What did you do in Glendive in 2024?
4 A. I met with the City.
5 Q. Okay.
6 A. In February. I think it was February.
7 Yeah, it was when they plugged the manhole.
8 Q. So in dealing with environmental
9 remediation at the Glendive site have you ever --
10 let's scratch that question.
11 So in 2023 did you ever have any
12 consultants or I guess response individuals like
13 Pinnacle contact you about the Glendive site?
14 A. I don't believe I had any communications
15 with response contractors in 2023 related to
16 Glendive. There is routine monitoring that happens
17 there so I kept apprised of activities that Kennedy
18 Jenks oversees.
19 Q. What kind of routine monitoring is it?
20 A. So just to inspect our remediation systems
21 and make sure they're working and if something is
22 not working try to correct it.
23 Q. So can you tell me a little bit about the
24 remediation systems at Glendive?
25 A. Sure. So one of the ones that gets

Page 33

1 inspected typically monthly is an air sparge soil
2 vapor extraction system.
3 Q. I'm sorry, a what?
4 A. Soil vapor extraction system. And that
5 one is intended to remediate chlorinated solvents in
6 the alluvial aquifer.
7 Q. And then any other ones?
8 A. Yes. Well, no longer in operation but
9 there was a system that would depress the
10 groundwater level so that we could skim any like
11 hydrocarbon product off the top of it and that
12 material would be recovered and stored and then
13 disposed of.
14 Q. How would that material be disposed of? I
15 guess going back, how would it be stored?
16 A. So the best individual to answer that
17 would be a representative from Kennedy Jenks, but my
18 understanding is that when it's recovered there is
19 two locations, I think we call them R-1 and R-2, and
20 they have like sheds and so it gets pulled and
21 stored in some sort of aboveground tank.
22 Q. And then it gets disposed of. How does it
23 get disposed of?
24 A. I would have to ask Kennedy Jenks. So
25 with this system at this point it's been several

Page 34

1  decades since it was in place and so at this point
2  there is not much product remaining on the
3  groundwater surface.  So the rate of collection is
4  probably very slow or has been.  The system is not
5  on anymore, of course.  So I don't know the
6  frequency of disposal.
7  Q.  Okay.  So when was that -- I guess you
8  said it's no longer in operation.  When did it stop
9  being operated?
10 A.  I believe operation discontinued sometime
11 in February 2024.
12 Q.  Why was it discontinued in February of
13 2024?
14 A.  Kennedy Jenks can best answer what their
15 inspection was because there was the routine monthly
16 checks, you know, that would happen month to month.
17 The system may have already been shut down when they
18 inspected it, I'm not sure, but we continued to keep
19 it off starting in May, or excuse me, in February.
20 Q.  Was there -- or I guess since February has
21 there been concern about the hydrocarbon product
22 that you were skimming with that system?
23     MR. NICASTRO:  Form.  Go ahead and answer.
24 A.  So are you meaning to ask has it -- is
25 there a change?

Page 35

1  Q.  (By Ms. Shaules)  Yes.
2  A.  Okay.  So they monitor monthly and there
3  has not been a discernable change in measurable
4  product from the standpoint of I think it's minimal
5  and still where they would expect it to be if not
6  less than previously observed.
7  Q.  Okay.  So are there any other onsite
8  remediation systems at Glendive?
9  A.  There is no other active remediation
10 systems.
11 Q.  What I guess existed prior to -- do you
12 know when systems became inactive that were once
13 there?
14 A.  So I don't know about other historical
15 active systems than the ones we've talked about.
16 There is a permeable reactive barrier that's in the
17 ground.  So when I said "active," we were discussing
18 active systems, that would be a passive system and
19 so that's still in the ground.
20 Q.  But it's not doing anything?
21 A.  It's passive so water just flows through
22 it.
23 Q.  Okay.
24 A.  As opposed to being energized.
25 Q.  Did you ever do any work with the

Page 36

1  pretreatment permit agreement that the City had with
2  BNSF prior to 2021?
3  A.  No.
4  Q.  Were you involved in that in dealing with
5  the pretreatment permit or trying to get the
6  pretreatment permit agreement up and running again
7  when you started in 2022?
8  A.  No.
9  Q.  Have you dealt with that at all?
10 A.  I would say no.  My involvement with --
11 has not -- I have not been involved with like the
12 old treatment plant or trying to restart it,
13 anything of that nature.
14 Q.  Okay.
15 A.  That's what we're talking about, correct?
16 Q.  I guess I can go back.  Were you aware
17 that at one time prior to 2021 BNSF and the City of
18 Glendive had a pretreatment permit agreement where
19 BNSF would be able to treat their industrial
20 wastewater and then discharge into the City's sewer
21 system?
22 A.  I became aware of it in 2024 but I was not
23 involved.
24 Q.  How did you become aware of it?
25 A.  Because of the manhole getting plugged.

Page 37

1  Q.  I guess who made you aware of it?
2  A.  Violet Fisher.
3  Q.  Why did she feel like she needed to make
4  you aware of it?
5  A.  I believe it would be the context of the
6  manhole being plugged because there was confusion
7  about pretreatment and permitting.
8  Q.  But in your work doing remediation you
9  never dealt with -- did you ever deal with anything
10 related to discharge of industrial wastewater from
11 the Glendive site?
12 A.  What do you mean by industrial wastewater?
13 Q.  Well, yesterday I learned that there is
14 water that is groundwater and rainwater and then
15 there is also what is considered industrial
16 wastewater, which are two different things.  Do you
17 know what the difference is between those two
18 things?  Or I guess let me ask it different.  Can
19 you tell me what you would consider industrial
20 wastewater?
21 A.  Yeah, from an industry standpoint
22 industrial wastewater is typically water that's come
23 into contact with different industrial processes at
24 some sort of operation, like typically from, you
25 know, within a building, operations that are

Page 46

1  A. Uh-huh.
2  Q. And let you know what's happening?
3  A. Yes.
4  Q. Okay. So if there is an instance that --
5  I guess generally speaking at the BNSF site if there
6  is water accumulating across the site outdoors, is
7  that something that gets reported to you or do you
8  deal with that at all? For instance, rainwater.
9  A. I do not deal with rainwater.
10 Q. So if a building is accumulating water, do
11 you deal with that?
12 A. No.
13 Q. Who deals with that?
14 A. I guess what do you mean by deals with?
15 Q. Well, if there is a concern that a
16 building is accumulating water in any way, shape, or
17 form, for instance, in a basement, who is the
18 individual that would be called?
19 A. I don't know.
20 Q. Would you ever be called on anything
21 related to that?
22 A. No, not to -- not to respond to it. I may
23 not be notified at all.
24 Q. In what instance would you be notified?
25 Is there ever an instance that you would be notified

Page 47

1  of it?
2  A. I believe they would notify Violet, so I
3  don't know.
4  Q. Okay. So I guess in December of 2023 were
5  you made aware of anything related to the BNSF site
6  and a plugged sewer pipe?
7  A. No.
8  Q. No? Okay. In 2024 were you made aware of
9  a plugged sewer line from the BNSF pipe?
10 A. I was made aware when the concrete was put
11 in the manhole, the City manhole by the City.
12 Q. Was that on February, I believe it's
13 February 16th, 2024?
14 A. I don't know the date that I became aware
15 but I learned about it in February.
16 Q. So who made you aware of that?
17 A. Probably Violet.
18    MR. NICASTRO: And I'm just going to just
19 do a form objection. Are we talking about the
20 plugging? Made aware of what, the cement or a
21 plug? I want to make sure we're clear on that.
22 Q. (By Ms. Shaules) Well, in December of
23 2023 I asked if you were aware of a plugged sewer
24 line, so you weren't aware of that. And then I
25 guess moving forward to February 2024 I guess it

Page 48

1  would be a plugged cemented sewer line.
2     MR. NICASTRO: Okay.
3  Q. (By Ms. Shaules) If you're aware of that.
4  A. I was made aware of that.
5  Q. And you were made aware of that by Violet?
6  A. I believe.
7  Q. Why did Violet feel like she needed to
8  make you aware of that?
9     MR. NICASTRO: Form as to Violet's intent
10 but go ahead and answer if you can.
11 A. I was probably made aware given the
12 location of that with respect to the remediation
13 system.
14 Q. (By Ms. Shaules) And why would that be?
15 A. Because the remediation system, the one
16 with the R-1 and R-2, had a groundwater discharge to
17 our sewer line.
18 Q. Okay, the remediation systems, the R-1 and
19 R-2 --
20 A. Uh-huh.
21 Q. -- had a groundwater discharge -- sorry,
22 can you repeat what you said or can you explain what
23 that means?
24 A. Are you -- I'm sorry -- asking about the
25 system?

Page 49

1  Q. Sorry. R-1 and R-2, they hold I guess
2  whatever the hydrocarbons that you skim, correct?
3  A. Uh-huh.
4  Q. And then they have a discharge to the
5  sewer system?
6  A. There was a discharge to our onsite sewer
7  line of the water that was separated from the
8  recovered product.
9  Q. So then the water discharged to the sewer
10 line, would that feed into the pipe that was
11 cemented shut?
12 A. Yes.
13 Q. So that would be the concern for you?
14    MR. NICASTRO: Form.
15 A. Needing to shut off my system.
16 Q. (By Ms. Shaules) So why would you need to
17 shut off the system?
18 A. Because there is no like discharge
19 location on the downstream side.
20 Q. And would it potentially back up?
21 A. What do you mean by it?
22 Q. Well, I'm just trying to figure out, so
23 you have R-1 and R-2, they're discharging water and
24 you need to cut off the discharge. So is that water
25 potentially backing back up into that pipe?

Page 50

1  A. Which pipe?
2  Q. Well, the pipe that you just said that you
3  would -- why would you need to shut off the system?
4  A. You would -- we'd turn off the system so
5  that it would no longer generate water.
6  Q. Okay. And why did you need it to no
7  longer generate water?
8  A. Because the downstream end was cemented
9  shut.
10 Q. So that water that was being generated,
11 was that water tested?
12 A. I guess which water and when?
13 Q. Well, the water that was being generated
14 in these R-1, R-2, was it being tested at any time
15 prior to being discharged into that sewer pipe?
16 A. I believe there was historical sampling.
17 Q. When you say "historical," do you mean
18 annually or monthly?
19 A. I don't know the frequency but the system
20 was put in place in the 1990s, so when I say
21 "historical" I mean during its operation.
22 Q. So do you know in 2024 if it was tested?
23 A. When?
24 Q. I guess at any time in 2024 do you know if
25 that water was tested?

Page 51

1  A. So I do not -- there was no sampling from
2  what I understand from the system before it was shut
3  down, so in that sense there was no sampling in 2024
4  of -- representative of like the water that was
5  going to the sewer.
6  Q. Okay. And so that sewer pipe, did that
7  sewer pipe connect to the work equipment building?
8  A. So the remediation system comes into a
9  sewer line that connected to the City. There -- I
10 think from like upstream on the same line is where I
11 think the work equipment building bathroom is
12 connected.
13 Q. Okay. So I'm just trying to get a picture
14 in my head. You have the work equipment and then
15 you have the sewer line coming off of that and then
16 the remediation system line would hit that sewer
17 line and then it would connect into the City?
18 A. By hit -- yes, it came into a manhole
19 along that -- along our sewer line on our property,
20 joining with the water that came from that building
21 before it went to --
22 Q. Okay. So that's more clear. So there was
23 the sewer line, that line that would join together
24 in a manhole on BNSF property?
25 A. Yes.

Page 52

1  Q. And then there was -- was there one line
2  going into the City manhole from that manhole that
3  you were just talking about on BNSF property?
4  A. The manhole I was just talking about were
5  these two types of water connected. The pipe then
6  continued I believe there was one more manhole on
7  our property because it needed to bend before it
8  could go to the City manhole.
9  Q. Okay.
10 A. And so I'm describing one overall line on
11 our property.
12 Q. That travels through two manholes on your
13 property?
14 A. I believe it's two, yeah.
15 Q. And then onto the City's property or into
16 the City manhole?
17 A. It did, yes, and that's the one the City
18 cemented shut.
19 Q. Is that the one at East Valentine and
20 South Pearson; do you know?
21 A. I believe those are the street names,
22 yeah.
23 Q. Was there ever a concern or did you ever
24 hear of any concerns in 2023 of any buildings on
25 BNSF property accumulating water?

Page 53

1  A. No.
2  Q. You never heard of the work equipment
3  building accumulating water in the basement?
4     MR. NICASTRO: Foundation.
5  A. I was not made aware of what you're
6  describing in 2023.
7  Q. (By Ms. Shaules) In 2024 were you made
8  aware of any water accumulating in any buildings?
9  A. I was made aware of the water -- so I
10 don't know the building names, but the water that
11 used to go to the treatment plant from some
12 buildings, the ones that I believe Violet was
13 working on a pretreatment agreement, like to get a
14 new one, I became aware that there were water in
15 those buildings in 2024. That's the extent of it.
16 Q. How did you become -- or how were you made
17 aware of that?
18 A. Violet let me know.
19 Q. And why did she have to let you know that?
20 A. I believe she was just explaining the
21 context of the permit agreement that she had been
22 pursuing with the City.
23 Q. Okay. So in 2024, in February of 2024
24 who -- did Violet let you know that the City had
25 cemented the manhole shut?

Page 54

1  A.  I don't remember who specifically let me
2  know but I believe -- I believe Violet.
3  Q.  What did you do when you found out?
4  A.  I guess -- so are you asking like what I
5  did next?
6  Q.  Yes.  After February I think it was 16th,
7  2024 and the time -- you said you had a meeting with
8  the City at the end of February; is that correct?
9  A.  Uh-huh.
10  Q.  So what happened in those couple weeks?
11  A.  I honestly don't remember the date of when
12  I met with the City.
13  Q.  But going back --
14  A.  That was the next thing that I remember
15  specifically is helping with -- driving out to meet
16  with the City but I don't remember the timeline.
17  Q.  Okay.  What was the meeting with the City
18  about?
19  A.  From what I recall the meeting was about
20  how to resolve their concerns so that we could
21  reconnect our sewer line for the -- specifically for
22  the building.
23  Q.  And were you involved because -- was there
24  going to be potential remediation?
25  A.  I was involved because -- I guess to help

Page 55

1  advise on just how we might go about working with
2  the City.
3  Q.  So did you know that the City alleged or
4  poured cement in the manhole because they allege
5  that it smelled and looked like diesel at the time
6  in February when you traveled to Glendive?
7  A.  I'm sorry, what was the question?  Was I
8  aware?
9  Q.  Well, I guess were you aware of why the
10  City poured cement in the manhole?
11  A.  They explained it at the meeting.
12  Q.  But prior to the meeting you weren't made
13  aware?
14  A.  I was aware that they were concerned about
15  the discharge.
16  Q.  And do you know why they were concerned?
17  A.  I don't know, you know, all the specifics
18  but I think they were associated with hydrocarbon
19  odors or something.
20  Q.  So would that concern you in your
21  position, like we just talked about if there was a
22  spill it would get reported to you, eventually get
23  to you, is that something like this if the City's
24  reporting to someone that they smell and see diesel?
25      MR. NICASTRO:  Form of the question.

Page 56

1  A.  So if there is a spill, which a spill is
2  like an accidental release from like inactive
3  process, that's what I help typically address when
4  we're talking about spills.
5  Q.  (By Ms. Shaules)  Okay.  So if there is
6  alleged contamination in a property next to BNSF
7  property, who addresses that?
8      MR. NICASTRO:  Form, foundation.
9  A.  I'm not sure I understand that.
10  Q.  (By Ms. Shaules)  Well, you said if there
11  is a spill, an accidental release you work on that,
12  or you work to address that.  So if there is -- I
13  guess would that be on BNSF property and off of BNSF
14  property?
15  A.  If there is an active release -- when
16  we're talking about spill response if there is an
17  active release on BNSF property or it occurs on BNSF
18  property, I respond to that if I'm on call.
19  Q.  Okay.  So if there is an active release by
20  BNSF that is not on BNSF property do you respond to
21  that?
22  A.  A release associated or caused by BNSF, is
23  that what you're asking?
24  Q.  Yes.
25  A.  If it goes offsite?  That would still fall

Page 57

1  into our process if it's a surficial like modern
2  release.
3  Q.  So if there's -- so those are releases and
4  then I guess if there is alleged contamination in a
5  manhole on BNSF property, who responds to that?
6  A.  I guess --
7      MR. NICASTRO:  Form.
8  A.  I guess what do you mean by contamination?
9  Q.  (By Ms. Shaules)  Well, I guess if there
10  is diesel fuel in a manhole on BNSF property who
11  responds to that?  Is there supposed to ever be
12  diesel fuel flowing through a manhole on BNSF
13  property?
14  A.  A manhole is kind of general so I can't
15  speak to what -- like to industrial wastewater.
16  Q.  Well, I guess we can go back and take this
17  as an example.  You said before the BNSF pipe hits
18  the City pipe there is two manholes on BNSF property
19  that liquids, water run through; is that correct?
20  A.  There are two manholes that water from the
21  building and our system would go through.
22  Q.  Yes.  So if someone were to open one of
23  those manholes and see or smell what appeared to be
24  diesel in a manhole, who would respond?
25      MR. NICASTRO:  Form.  Go ahead and answer