# EXHIBIT KK

https://www.rangerreview.com/news/glendive-city-officials-pull-back-on-accusation-of-diesel-dumping-against-bnsf/article_7e5e700e-d1ab-11ee-8c73-e76f6993f5f3.html

# Glendive city officials pull back on accusation of diesel dumping against BNSF

Hunter Herbaugh Ranger-Review
Feb 24, 2024



DEPOSITION
EXHIBIT
14
City of Glendive

011749 BNSF (Glendive)

Public Works Director Frank Ceane brought a sample of the contaminated water found in a city manhole to the Feb. 20 meeting of the city council, giving the council a chance to see for themselves how saturated the water is with discarded diesel fuel.

Hunter Herbaugh photo

Just a few days after pointing a finger at BNSF over diesel contamination entering the city's wastewater system, a Glendive city official is toning down those accusations due to lack of available evidence and the city is now bracing for possible fines leveled against the city. The latest update on the situation was provided by Glendive Public Works Director Frank Ceane on Tuesday, Feb. 20.

"Where it came from, I cannot give you a 100% answer. The only thing I can tell you is the only one coming into that manhole and on that system is the railyard. You can make your own judgment from there because there's nothing we can prove," Ceane said.

The city accused BNSF of discharging diesel contaminated wastewater into the city's waste water system on Friday, Feb. 16 when a routine inspection of city manholes discovered the contamination in a manhole at the intersection of Valentine Street and Pearson Avenue, directly neighboring the BNSF railyard. BNSF representatives have denied the allegations and the issue has been reported to the Montana Department of Environmental Quality.

011750 BNSF (Glendive)

BNSF requested a discharge permit from the city in December to release water that is currently pooling in the basement of the Glendive railyard's decommissioned roundhouse facility. The company used to have a permit that was granted in the 1980's but terminated it when the local maintenance facility shutdown in 2020. The permit request was ultimately denied as state laws and local ordinances have changed since the 1980's and now prohibit the discharge of non-municipal wastewater into municipal systems.

During his update to the Glendive City Council on Tuesday, Ceane said he fully expects the city will likely bear the brunt of any fines that come from the DEQ for the contamination, noting that they do not have any definitive proof that BNSF released the contamination deliberately and ultimately, it is the city's responsibility to maintain the waste water system.

"The only thing that goes into that manhole is BNSF's system, that's it. The DEQ was notified, they will regardless probably still end up fining the city of Glendive because that's how it works, it's our system," Ceane said.

The line connecting the manhole and the railyard has since been sealed, which Ceane noted amounts to a "scorched earth" solution as it's a permanent seal, but it should prevent any further contamination.

011751 BNSF (Glendive)

What the full effects of the contamination on the city's wastewater treatment system will be is still yet to be known. The concern is that when the contaminated water reaches the city's wastewater treatment plant, it will more than likely destroy some amount of the micro-ecosystem that has been cultivated to treat the city's waste water.

How much damage will be done will depend on how much contamination has entered the system, which won't be known until it finally reached the treatment facility, which Ceane said could take some time. The system will eventually repair itself, though that will take some time to do.

"Our system works by bugs, basically, and this will come in and kill some of those bugs and throw the balance of the system off. It takes time to recover from that, so hopefully it's not a lot that got through, hopefully it's only a little that seeped through, but we're really not going to know until we see the reaction at the wastewater treatment plant and see what happens," Ceane said.

Fortunately though, Ceane did confirm that the contamination should not have any effect on the city's potable water system or reach the Yellowstone River, as the systems are not connected.

Hunter Herbaugh can be reached at hherbaugh@rangerreview.com.

**"The only thing that goes into that manhole is BNSF's system, that's it. The DEQ was notified, they will regardless probably still end up fining the city of Glendive because that's how it works, it's our system."**

**Frank Ceane,**

**Glendive Public Works director**

**Hunter Herbaugh**

Reporter

011752 BNSF (Glendive)

011753 BNSF (Glendive)