# EXHIBIT L

**INTERROGATORY NO. 22:** Please describe what, if anything, you did to determine if there was any diesel fuel or hydrocarbons in pipes or underground lines from the Building or the Remediation System, to Manhole 422, after the City filled Manhole 422 with cement on February 16, 2024, including any piping between City Manhole 422 and Manholes 2, 3, 4, and any piping between City Manhole 422 and the Building on BNSF property. Manholes 2, 3, and 4, labeled in blue ink, and the Building (labeled Former Car Repair Shop) are depicted on Exhibit A, attached hereto.

**ANSWER:** BNSF objects to Defendant's discovery request on the basis that Defendant has exceeded the number of Interrogatories permitted under Federal Rule for Civil Procedure 33. Defendant's Interrogatory No. 4 contained three additional subparts for which Plaintiff provided specific answers to. Defendant's Interrogatory No. 9 contained one additional subpart for which Plaintiff provided a specific answer to.

Subject to and without waiving this objection, on February 16, 2024, BNSF received a media inquiry at its media electronic mail inbox seeking a BNSF comment on reported diesel "found in the City of Glendive's municipal waste water system" that the City believed was "deliberately dumped there" following a City meeting with BNSF in December regarding BNSF's request for permission to discharge waste water from the railyard into the sewer system. The reporter also claimed that he had been informed

that the matter "is being reported to the Montana Department of Environmental Quality." After receiving this information, BNSF Environmental contacted a local BNSF contact to confirm there had been no known release or illicit discharge. BNSF Environmental also contacted MDEQ. As of 4 p.m. on February 16, 2024, MDEQ reported not having received a formal complaint from the City. BNSF Environmental dispatched a contractor to inspect manhole 422 and manholes on the railyard. BNSF also reviewed its records to identify connections leading to manhole 422 and any agreements with the City for discharges to that manhole. BNSF identified sanitary connections from the BNSF Work Equipment Building (Building)[1] and the agreement with the City for the discharge from the BNSF trench recovery system (the remediation system connected to BNSF groundwater depression wells R-1 and R-2). Water to the work equipment building was shut off to mitigate potential for sewage to backup into this building. The pumping system from the groundwater depression wells associated with the remediation system was also shut off to mitigate the potential for backup on BNSF property. Initial grab water samples were collected from R-1 and R-2 with the system shutdown and additional samples were collected later with the pumps operating. With the City's blocking of the discharge point for the recovery system, BNSF verbally informed MDEQ's CECRA group to discuss the need to shut the remediation system down.

---

[1] The City's "definitions" define the Building as located at 103 N. Sargent Avenue. As used herein, references to the Building or Work Equipment Building are to that Building labeled as "Former Car Repair Shop" on Exhibit A attached to the City's Second Set of Written Discovery.

3

BNSF also requested that Pinnacle camera the sanitary sewer line from a manhole on BNSF property to the Work Equipment Building to confirm that the contents of the pipe were consistent with the connections to the Work Equipment Building.

**REQUEST FOR PRODUCTION NO. 26:** If not already produced, please produce all documents related to your answer to Interrogatory No. 22. If already produced, please provide the bates number of all documents related to your answer to Interrogatory No. 22.

**RESPONSE:** BNSF objects to this request as being unduly burdensome and beyond the scope of Rule 34. Documents responsive to this request were previously produced as responsive to Plaintiff's overly broad discovery requests and subpoenas to various nonparties. Requesting that a party state the Bates of previously produced documents is unduly burdensome as the Defendant has equal access to the same information Plaintiff has. Additionally, the purpose of a request for production is to request that a party produce a document, not comment regarding documents previously produced.

Notwithstanding this objection, BNSF refers Defendant to the following general documents that would be related to its answer to Interrogatory No. 22. These documents include but are not limited to documents showing the media inquiry thread, documents that show illustrations of site underground utilities and the various documents relating to the Agreement with City for discharge from the groundwater depression wells.

4

Additionally, documents produced by third-party productions to subpoena duces tecums including, but not limited to the following:

Pinnacle SDT (Glendive) 004912-4913; 004984-005041

**INTERROGATORY NO. 23:** Please describe exactly why the Remediation System, including R-1 and R-2, as described by Lauren Knickrehm in her deposition at Page 33:8-19, was shut off by BNSF in February 2024. In your explanation, please describe if it was shut off after February 16, 2024, and why it was shut off.

**ANSWER:** BNSF objects to Defendant's discovery request on the basis that Defendant has exceeded the number of Interrogatories permitted under Federal Rule for Civil Procedure 33. Subject to and without waiving this objection, the system was shut off after BNSF learned that the City had poured cement in the manhole known as #422. This system discharged groundwater to manhole #422 under a prior agreement with the City. Given the severance of this discharge point, BNSF had to shut off the system to avoid backup on-site of groundwater generated during system pumping.

**INTERROGATORY NO. 24:** Please describe if and why BNSF requested that Pinnacle sever the lines between Manholes 3 and Manhole 2 (depicted on Exhibit A) and the onsite sewer line connected to Manhole 422, as described in the deposition of Caleb Mangino at pages 28:15-29:1-17 (Caleb Mangino Deposition Exhibit 1, page 8, photo 6), and when such severance occurred.

**ANSWER:** BNSF objects to Defendant's discovery request on the basis that Defendant has exceeded the number of Interrogatories permitted under Federal Rule for Civil Procedure 33. Subject to and without waiving this objection, with closure of the BNSF trench recovery system, that connection to manholes on-site was no longer active and was cut and capped by Pinnacle at BNSF's direction on February 28, 2024.

**REQUEST FOR PRODUCTION NO. 27:** If not already produced, please produce all documents related to your answer to Interrogatory No. 24, including all nonprivileged communication. If already produced, please provide the bates number for all documents related to your answer to Interrogatory No. 24.

**RESPONSE:** BNSF objects to this request as being unduly burdensome and beyond the scope of Rule 34. Documents responsive to this request were previously produced as responsive to Plaintiff's overly broad discovery requests and subpoenas to various nonparties. Requesting that a party state the Bates of previously produced documents is unduly burdensome as the Defendant has equal access to the same information Plaintiff has. Additionally, the purpose of a request for production is to request that a party produce a document, not comment regarding documents previously produced. Subject to and without waiving these objections, documents responsive to this request, include but are not limited to the following:

Anthony M. Nicastro
KNIGHT NICASTRO MACKAY, LLC
27 Shiloh Road, Suite 10
Billings, Montana 59106
Telephone: (406) 545-2031
Facsimile: (816) 396-6233
nicastro@knightnicastro.com
*Attorney for Plaintiff*
*BNSF Railway Company*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>Plaintiff,<br><br>-vs-<br><br>CITY OF GLENDIVE,<br><br>Defendant. | Cause No. CV 24-81-BLG-SPW-TJC<br><br>**PLAINTIFF BNSF RAILWAY COMPANY'S FIRST SUPPLEMENTAL ANSWERS TO DEFENDANT CITY OF GLENDIVE'S FIRST INTERROGATORIES** |

COMES NOW Plaintiff, BNSF RAILWAY COMPANY, by and through its attorneys of record, Knight Nicastro MacKay, LLC, and hereby serves its First Supplemental Answers to Defendant City of Glendive's First Interrogatories.

**INTERROGATORY NO. 1:** Please identify each person who prepared or assisted in the preparation of the responses to this discovery and identify the portion(s) that each such person was involved in answering.

1

matter, of any communication between you (including any agent, representative or employee of yours) and any person, including Defendants, whether in person, via phone, e-mail, text message or any other communication, relating to requests for a pretreatment facility for the Building.

**ANSWER:** The term "pretreatment facility" is undefined and it is not clear the meaning Defendant is assigning to the use of that term. Regardless, as we understand the term "pretreatment facility", Plaintiff has never made a "request[s] for a pretreatment facility for the Building".

**INTERROGATORY NO. 4:** Please identify all personnel, professionals, employees, or independent contractors, either paid or unpaid, including any helpers/assistants, that performed services or worked at the Building and state with particularity the date employment began, date employment ended and general job duties, from January 1, 2015 to present.

**ANSWER:** Plaintiff objects to this request as overly broad and unduly burdensome. Plaintiff objects to this request as it seeks information that is confidential in nature. More specifically it seeks confidential employment information, and this information is not relevant to the issues raised in this lawsuit. Subject to and without waiving these objections, Plaintiff states that this building is currently used by the work equipment group. These individuals include Tory Kjelstrup, Buck Gallup, Christian Lyle Corbridge, Dustin Vanorsdale, Francis

3

Smith, Gabriel Schlosser, Rodney Chouinard, Ryan Palyvos, Ryan Reagan, Clint Remington Foster, Randall Bone, Slaton Reynoldson, Mike Reinhart, Brian Stockwell, Levi Burch, Jerry (JP) Niedbala, and Christopher Daubel. Additional BNSF employees and contractors on the railyard, also use the work-equipment building. Contractors performing work at the Building following the City's destruction of the manhole are identified in the invoices and other documents produced to the City.

**FIRST SUPPLEMENTAL ANSWER:**

**Tory Kjelstrup is currently a Supervisor of Roadway Equipment out of Glendive, Montana. In this role, he would work in the Work Equipment Building at various times depending on the work that needed to be performed that day and exactly what he was overseeing. He began working in Glendive on January 17, 2005, and currently still works in Glendive. He would also use the restrooms in the work equipment building and worked in that building at times from 2022 to present.**

**Nathan Shepard is currently a Manager of Roadway Equipment out of Billings, Montana. Glendive is part of his territory. He would occasionally travel to Glendive to oversee projects occurring in Glendive and during some of those visits would work in the Work Equipment Building. Previously he worked as a Supervisor of Roadway Equipment from September, 2007, until July, 2015, and**

4

worked in Glendive. During that time, he may have performed work in the Work Equipment Building depending on what was going on that day. From 2022 to present, he would have spent minimal time in the Work Equipment Building.

Brian Stockwell is currently the Supervisor of Structures out of Billings, Montana. From August, 2013, until May, 2015, he worked in Glendive, Montana, and from time to time would work in the Work Equipment Building. He is currently working in Billings, Montana. From 2022 to present, he would have spent minimal time in the Work Equipment Building since he worked out of Billings during this time period.

Levi Burch is currently a Roadmaster out of Miles City, Montana.  Mr. Burch worked out of Glendive from October, 2015, until April, 2018. As a Roadmaster he oversees track structures in a particular territory.  Prior to April, 2018, from time to time, he might have work out of the Work Equipment Building depending on the nature of the job tasks being performed on a given day. From 2022 to present, he would not have spent time working in or around the Work Equipment Building since he worked out of Miles City during this time.

Christopher Daubel is currently a Trainmaster who works in Glendive. He has worked for BNSF in Glendive since July 16, 2014. A trainmaster is in

5

charge of train crews also known as TYE (track, yard, equipment) employees. He might work or use the Work Equipment Building from time to time during his work in Glendive. From 2022 to present, he would have spent minimal time in the work equipment building.

Elmer Toms is a Maintenance Welder who has worked in Glendive since April 7, 1997, and from time to time would work in the Work Equipment Building, this includes the time period of 2022 to present. He primarily works out of a building near the Work Equipment Building; however, he may use the restrooms in the Work Equipment Building. His job duties include "water service" at the Glendive Railyard.

Ryan Palyvos is a Machinist and Traveling Mechanic. He has worked in Glendive since March 2, 2020, and primarily works out of the Work Equipment Building.

Clint Foster is a Machinist and Traveling Mechanic. He is generally located in Sheridan, Wyoming. However, during winter months, he periodically works out of the Glendive Work Equipment Building. From 2022 to present, he would have spent some time in the Work Equipment Building, primarily during winter months.

Randall Bone is a Machinist. He is generally located in Sheridan, Wyoming; however, during winter months, he periodically works out of the

**Glendive Work Equipment Building. From 2022 to present, he would have spent some time in the Work Equipment Building, primarily during winter months.**

**Mike Reinhart is a Machinist and Traveling Mechanic. He worked in Glendive from June, 2003, until July, 2020. He currently works out of Mandan, North Dakota.**

**Buck Gallup is a Machinist and Traveling Mechanic. He has worked in Glendive since June, 2003. From 2022 to present, he worked out of the Work Equipment Building.**

**Francis Smith is a Machinist and Traveling Mechanic. He has worked in Glendive since September, 2015. From 2022 to present, he worked out of the Work Equipment Building.**

**Gabriel Schlosser is a Machinist and Traveling Mechanic. He has worked in Glendive since July, 1996. He would work in various buildings throughout Glendive. He worked out of the Work Equipment Building since approximately March, 2024.**

**Rodney Chouinard is a Machinist and Traveling Mechanic. He has worked in Glendive since October, 1996. From 2022 to present, he worked out of the Work Equipment Building.**

**Ryan Reagan is a Machinist and Traveling Mechanic. He has worked in Glendive since January, 2015.  From 2022 to present, he worked out of the Work Equipment Building.**

**Slaton Reynoldson is a Machinist and Traveling Mechanic. He is generally in Sheridan, Wyoming; however, during winter months, he periodically works out of the Glendive Work Equipment Building. From 2022 to present, he would have spent some time in the Work Equipment Building, primarily during winter months.**

**Jerry (JP) Niedbala is a Carman and he has worked in Glendive since February, 2008. He would have worked out of a building on the North side of the yard from 2022 to present.**

**Christian Corbridge is a Machinist and Traveling Mechanic who from 2022 to the present has worked out of the Glendive Work Equipment Building.**

**Dustin Vanorsdale is a Machinist and Traveling Mechanic who from 2022 to the present has worked out of the Glendive Work Equipment Building.**

**Rebecca Brake worked for BNSF from 2017-2024.  Originally, she worked out of Seattle. In approximately May of 2022, she transferred to Kansas City into the BNSF Facilities Engineering group.**

**INTERROGATORY NO. 5:** Please identify and describe any rules, policies, laws, or regulations applicable to BNSF's operation of the Building.

8

had and was paying for that City service. The City of Glendive's action of pouring cement down the manhole at issue in this lawsuit damaged the restrooms listed in the *Amended Complaint* by rendering them inoperable for human use. Plaintiff has employees working in this building and the work performed on the restrooms was necessary to ensure employees are provided with adequate and accessible sanitation facilities.

DATED this 22nd day of July, 2025.

                                                KNIGHT NICASTRO MACKAY LLC

                                                By: _____
                                                    Anthony M. Nicastro
                                                    *Attorney for Plaintiff*
                                                    *BNSF Railway Company*