# EXHIBIT LL

**PUBLIC WORKS DEPT.**
**CITY OF GLENDIVE**
**300 S. MERRILL AVE**
**GLENDIVE, MT 59330**



PHONE (406)-377-3318
FAX   (406)-377-6873

April 12, 2024

To Whom It May Concern,

Subject: Concerns Regarding the Proposal to Reconnect BNSF to the City of Glendive's Sewer System

I am writing in regards to the proposal by BNSF to reconnect to the City of Glendive's sewer system, which has been previously shut off by the city. This proposal raises significant issues in terms of regulatory compliance and infrastructure management.

As per the DEQ's Circular for Design Standards for Public Sewage Systems and the City of Glendive's Code Book (Section 10-2A-2-1:B-12), our city's sewers are strictly designated for municipal wastewater. The reintroduction of BNSF's wastewater into our sewer system, which has been disconnected for reasons undisclosed in this correspondence, raises questions about compliance with regulatory standards.

The inspections conducted on March 29, 2024, and April 4, 2024, at the BNSF rail yard revealed several concerning findings regarding the sewer line and system. These included plumbing issues, sewer line contamination, plumbing concerns, and instances of inadequate communication and non-compliance with proper procedures.

Given the current information we have, including the findings from the inspections, we cannot accept or consider letting BNSF hook back up to our sewer system. Reconnecting BNSF's wastewater to our sewer system may pose risks to the integrity and efficiency of our sewage infrastructure. With our inspections we have a better understanding of the nature of BNSF's wastewater and there is an obvious potential for contamination.

Therefore, at this time I am denying BNSF's proposal to reconnect to the City of Glendive's sewer system. This decision is made in my interest in prioritizing the well-being of our city tax payers and public utilities

Sincerely,


Frank Ceane Director of Public Works

CITY 000509