# EXHIBIT M

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 8, MONTANA OFFICE
FEDERAL BUILDING, 10 W. 15th STREET, SUITE 3200
HELENA, MONTANA 59626

Ref: 8MO

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

September 8, 2006

Mr. Michael Perrodin
Manager Environmental Operation
BNSF Railway Company
235 Main Street
Havre, MT  59501

RE:  Inspection Report for MTR000314

Dear Mr. Perrodin;

    Enclosed is a copy of the report from the Environmental Protection Agency's (EPA's) Compliance Evaluation Inspection at the Burlington Northern Santa Fe Rail Yard on May 24, 2006. Please pay special attention to the Summary of Findings section of the report and implement the corrective actions as soon as possible. Please note that the inspectors discussed their observations and concerns with Mr. Leslie Metzger, Service Water Foreman upon completion of the inspection. In addition, EPA contacted Mr. David Smith, BNSF Remediation Manager, to obtain information on the diesel fuel remediation project that discharges to the City of Glendive's sanitary sewer system. EPA is requesting that you coordinate with Mr. Smith in the response to this inspection report.

    Within 30 days of receipt of this report, please provide Montana Department of Environmental Quality and EPA with a summary of the corrective actions taken to address the deficiencies identified in the report. Comments or concerns on the facility description should also be provided. The response should be sent to:

U.S. EPA Montana Office
10 West 15th Street, Suite 3200
Helena, MT  59626
Attn:  Rosemary Rowe

Water Protection Bureau
Montana Department of Environmental Quality
PO Box 200901
Helena MT  59620
Attn:  Kari Smith

002309 BNSF (Glendive)

Printed on Recycled Paper

Please contact me at 406-457-5020 if you have any questions regarding this letter or the enclosed report.

Sincerely,

*Rosemary Rowe*

Rosemary Rowe
Montana Office
NPDES Coordinator

Enclosure
cc: Kari Smith, MDEQ
   Mr. Gary Zuroff, City of Glendive
   Mr. David Smith, BNSF - Helena

002310 BNSF (Glendive)

## Summary of Findings

**Facility:** Burlington Northern Santa Fe Railroad
**Permit #:** MTR000314 and Pretreatment Findings

| Findings | Corrective Action Needed |
|---|---|
| The Burlington Northern Santa Fe Railroad Glendive facility (hereafter Railroad) discharges wastewater from its diesel fuel remediation project to the City of Glendive sanitary sewer system. The Railroad may have revised its 1990 agreement with the City.<br><br>The City of Glendive reported an oil sheen at its wastewater treatment lagoons in April 2006. | The Railroad is requested to provide the following information:<br>a. The specific location where the wastewater from its diesel fuel remediation project enters the City of Glendive's sanitary sewer system (SSS).<br>b. The volume and frequency of wastewater discharge from the diesel fuel remediation project to the City's SSS.<br>c. The parameter(s) analyzed conducted on this wastewater and the frequency of sampling. Provide the results for the 2005 and 2006 sampling events.<br>d. Confirm if an in-line hydrocarbon meter is still used in monitoring the wastewater discharge. If not in use, explain why not and why the monitoring was discontinued.<br>e. Identify who at the City of Glendive receives any monitoring records regarding the wastewater discharge.<br>f. A copy of the latest agreement to discharge to the City of Glendive's sanitary sewer system. The Railroad is requested to clarify the effective and expiration date of the agreement. |