# EXHIBIT MM

ENGINEERING

# Glendive Sanitary Improvements

Mr. Joe Buelt

BNSF Railway
55 Franklin Street
Winona, MN 55987

**RE:    Proposal – Glendive Sanitary Improvements**
Pinnacle Project No.: FSN20246715

Dear Mr. Buelt,

Pinnacle Engineering, Inc. (Pinnacle) is pleased to present this cost estimate to install a grinder pump, holding tanks, piping and associated improvements in the basement of the BNSF Glendive Car Repair Shop.

## Scope of Work

The following outlines the scope of work to be completed as part of re-establishing the sanitary system in the Car Repair Shop at the BNSF Glendive rail yard.

- Sawcut and remove concrete slab/cover.
- Recycle removed concrete. Tonnage will be tracked for Sustainability.
- Demo small pad in the basement bathroom.
- Pour 6" reinforced concrete slab in the basement for the tanks to set on.
- Seal (3) windows that are currently partially sealed with concrete.
- Seal (6) windows on basement exterior wall.
- Install roof structure with insulation over the area where concrete slab/cover was removed.
- Rework downspout coming off existing restroom and add additional downspout on the opposite side.
- Regrade the area around the basement walls to create positive drainage away from the building.
- Install duplex grinder basket and pumps at grade in the existing basement.
- Install (2) 3,000-gallon tanks and the associated piping.
- Install discharge piping from the tanks to an outside connection protected with bollards.
- Install Grinder pump in the basement of the Car Repair Shop.



DEPOSITION
EXHIBIT

_10_

ENGINEERING                                                    August 23 2024

## Assumptions

- Tanks vents will be routed out above the tanks and attached to the existing exterior wall.
- Control panel, pumps, and float controls will be provided by Pinnacle and installed by a BNSF Electrician.
- All electrical work to be completed by BNSF electrician
- If an additional breaker box is required it will be provided by BNSF.
- Wood structure will be built over the existing concrete structure. The structure will be sealed and insulated.
- 6" concrete pad for tanks will be one rectangular pad vs. 2 circular pads

## Exclusions

- Saw cutting 4' wide x 7' tall opening with lintel.
- Basement lighting.
- Sewer Bypassing, Temporary Drains, Piling, Shoring or Underpinning, and Soil Corrections.
- Relocation/Removal/Temporary Hanging of Existing Utilities.
- Hard Surfacing (Curb, Bituminous, Concrete, Patching), Import of Aggregate Base, Import of Rock for Laydown or Access.
- Contaminated Soils.
- Surveying/Staking and As-Builts.
- Unforeseen Objects in Construction Area, Buried Debris & Rock Removal or Disposal, Dewatering, Waterproofing, Materials Testing, Hauling during Road Restrictions,
- Structural Demolition,
- Permits (City, State, NPDES, Etc.),
- Soil Testing,
- Bond (Add 1% for Bond),
- Night or Weekend Work, and Winter Conditions
- Methane monitoring equipment

ENGINEERING

## Cost of Proposed Services

Pinnacle proposes to complete the scope of work described above on a time-and-materials basis in accordance with its standard fee schedule. BNSF Railway will not be billed for an amount exceeding the total cost set forth in this proposal without prior written approval by BNSF.

| Bid Item | Estimated Cost |
|---|---|
| Mobilization | $18,000 |
| Saw cut concrete slab and set anchors for lifting | $7,950 |
| Removal of concrete top | $11,850 |
| Recycle Concrete top | $4,600 |
| Demo basement concrete pad | $3,000 |
| Pour 6" rectangle pad with reinforcement for tanks to sit on. | $14,500 |
| Grind notch and install sealant on both sides of (3) windows filled with concrete | $2,850 |
| Fill (6) windows with concrete and a sealant strip around the perimeter | $4,300 |
| F&I roof over the open basement | $18,400 |
| Rework existing downspout and additional downspout on opposite side. | $1,250 |
| Regrade Area around basement to create positive drainage away from the building | $4,400 |
| Install Duplex sump basket and 1 HP grinder pumps | $6,850 |
| Install (2) 3,000 gallon tanks and the associated piping | $7,500 |
| F&I discharge piping from the tanks to outside connection points | $6,300 |
| Reset Existing Bollards | $1,200 |
| **Total** | **$112,950** |

 **ENGINEERING**                                                        August 26 2024

## Closing

Pinnacle will proceed with the work upon approval of this work plan and cost estimate by BNSF. Please contact me at mrichardson@pineng.com or 701-361-1574 with questions.

Sincerely,

Pinnacle Engineering Inc.

*Matt Richardson*

**North Dakota, Operations Manager**