# EXHIBIT N



MICHAEL J. PERRODIN
*Manager Environmental Operations*

BNSF Railway Company
235 Main Street
Havre, MT 59501

Phone: 406-265-0483
Fax:   406-265-0356
Email: Michael.Perrodin@BNSF.com

December 8, 2006

U.S. EPA Montana Office
Attn: Rosemary Rowe
10 West 15th Street, Suite 3200
Helena, Montana 59626

Water Protection Bureau
Montana Department of Environmental Quality
Attn: Kari Smith
P. O. Box 200901
Helena, Montana 59620-0901

**RE: Inspection Report for MTR000314**

BNSF Railway Company (BNSF) received the letter and inspection report dated 8 September 2006 from Rosemary Rowe, NPDES Coordinator, Montana Office, U.S. Environmental Protection Agency (EPA) requesting a response and additional information regarding stormwater issues at the BNSF Glendive Railyard.

This letter is submitted in response to that report and letter. The attached table summarizes the information requested, the additional best management practices that will be implemented and questions or concerns that BNSF has regarding the letter and sampling activities at the yard.

If you have any questions, please contact my office.

Sincerely,

Michael J. Perrodin
Manager Environmental Operations

Attachments

cc w/tables only:    Dave Smith
                     Cory Knutson
                     Gary Zuroff, City of Glendive

# Summary Table

002245 BNSF (Glendive)

## REMEDIATION SYSTEM DISCHARGE

| Response Section | Corrective Action/ Information Needed | Results/Information Gathered |
|---|---|---|
| Remediation System | Specific location of discharge from remediation project entering sanitary sewer. | See attached map and 10 July 2002 letter to City of Glendive. |
| | Volume and frequency of wastewater discharge from remediation system. | Discharge from Wells #1 and #2 is continuous and<br>    Volume in 2004 = 92,215 gal.<br>    Volume in 2005 = 170,352 gal.<br>    Volume through Oct 2006 = 146,039 gal.<br>    Historical avg. = 426.2 gal./day<br>Discharge from Well #4 is continuous and<br>    Volume in 2004 = 39,889 gal.<br>    Volume in 2005 = 75,869 gal.<br>    Volume through Nov 2006 = 109,020 gal.<br>Historical avg. = 187.4 gal./day<br><br>Discharge from the other wells onsite is routed through the WWTP. |
| | Parameters analyzed and frequency of analysis<br>  - results from 2005 and 2006 sampling | Sampling is not required for this discharge. |
| | Was in-line hydrocarbon meter ever installed?<br>  - if not, why not? | Unknown. To BNSF's knowledge, a hydrocarbon meter is not required nor currently requested for this system. |
| | Who at the City of Glendive receives sampling data? | Sampling is not required for this discharge; however, if it is required, it would be sent to the Director of Public Works. |
| | Copy of the latest agreement with the City<br>  - clarify the effective date and expiration date of that agreement | A copy of the letter of agreement with the City of Glendive is attached.<br>The effective date of the agreement is considered to be the date of the letter, 10 July 2002, and there has been no expiration date established. |