# EXHIBIT O

# City of Glendive
## Public Works Department



300 South Merrill Ave
Glendive, Montana 59330

PHONE: 406.377.3318
FAX:     406.377.6873

December 15, 2006

Water Protection Bureau
Montana Department of Environmental Quality
P.O. Box 200901
Helena MT 59620
Attn: Kari Smith

Rosemary Rowe
U.S. Environmental Protection Agency
Federal Building, 10 W. 15th Street, Suite 3200
Helena, Montana 59626

RE: Inspection Report for MT 0021628

Dear Ms. Rowe:

Enclosed is a summary of actions and comments in response to your letter dated September 8, 2006. Additional evaluation is required by this office to determine the significance of the combined discharges from BNSF on the City of Glendive Sanitary Sewer System.

If you have any questions, Please let me know,

Sincerely,

Gary M. Zuroff
Director of Public Works

Enclosures:

Cc: Michael J. Perrodin, BNSF

002281 BNSF (Glendive)

002282 BNSF (Glendive)

| Corrective Action Need | Actions and Replies |
|---|---|
| The facility must maintain all required sampling records as outlined in Part II.G. of the permit. The facility is requested to provide EPA and MDEQ with procedures on how it will address this requirement. | All sampling records are maintained in the Public Works Office at City Hall, 300 S. Merrill Ave |
| The facility does not have a storm water permit | The lagoon is not in the confines of a "facility" and the design flow needs to be evaluated. Would like to discuss this issue with MDEQ. |
| The facility is requested to provide MDEQ an updated permit application including current site and lagoon design maps and operating schematics. A copy should be provided to EPA | A permit application was sent to MDEQ on August 25, 2003. Application review was received on September 8, 2003. Letter by MDEQ on September 16, 2003 states permit has been reviewed and appears complete. |
| Part I.C. of the permit specifies the pH limits. The facility must report pH data in the DMR. The facility is requested to provide EPA and MDEQ with procedures on how it would correct this violation. | pH has not been required by MDEQ. pH has been monitored for operational data of the lagoon. Can be noted on DMR if required. It is also not noted as a required parameter on the preprinted DMR's. |
| Part I.C. of the permit specifies the 85% BOD removal requirement. The facility must begin to monitor influent and effluent BOD to determine % removal. The facility is requested to provide EPA and MDEQ with procedures on how it would correct this violation. | The current design and influent line to the lagoon restricts sampling of influent. Major modifications to the influent line would be required to provide sampling. Would request additional discussion with MDEQ and extension to explore alternatives and funding. |
| To comply with Part III.I. of the permit, the City of Glendive must evaluate whether due to the combined discharges, BNSF is a significant industrial user. The City must obtain information on all BNSF discharges to conduct this evaluation. A permit application must include average daily flow and the amount and type of pollutants present in each of the discharges as well as the combined discharge.<br><br>The facility must re-evaluate the pretreatment permit issued to BNSF for its wastewater treatment plant and establish discharge limits from BNSF at all outfalls. The monitoring requirements should at a minimum include continual flow, hydrocarbon monitoring, pH, and oil and grease. | The City of Glendive will schedule a meeting with BNSF and work toward an agreement on all discharges. Evaluation of all discharges and surcharges into the City of Glendive Sewer System needs to be studied to establish required parameters for all outfalls. Additional discussion with MDEQ and BNSF is required. |

002283 BNSF (Glendive)

002284 BNSF (Glendive)

| | |
|---|---|
| The facility is requested to provide Ordinance 4.04 and Exhibit I that is reference in the 1991 permit issued to BNSF.<br><br>EPA is specifically requesting the sewer Ordinance 4.04. The sewer ordinance in effect in 1991 and the current ordinance should be provided. | Enclosed |

002285 BNSF (Glendive)