# EXHIBIT P

**Archived:** Tuesday, March 11, 2025 1:23:06 PM
**From:** Fisher, Violet F
**Sent:** Thursday, September 2, 2021 1:59:35 PM
**To:** Prasek, Matt  Matt Richardson
**Subject:** Fwd: BNSF Glendive NOT
**Importance:** Normal
**Sensitivity:** None

---

Got it!

Violet Fisher
Manager Environmental Operations
(913) 787-3561

Begin forwarded message:

> **From:** Frank Ceane
> **Date:** September 2, 2021 at 11:57:27 AM MDT
> **To:** "Fisher, Violet F"
> **Subject: RE: BNSF Glendive NOT**

**EXTERNAL EMAIL**

Violet,

I have received your Notice of Termination for the BNSF/City of Glendive agreement. That notice is acceptable and no further action is required from you.

Thank you,

# Frank Ceane

DIRECTOR PUBLIC WORKS

CITY OF GLENDIVE, MT

300 S Merrill Ave.

Glendive, Mt 59330

PH 406-377-3318 ext 15

ceanef@midrivers.com

002388 BNSF (Glendive)