# EXHIBIT Q

John Beeler

```
 1       A.   That would have been Shylo because that's
 2   not my writing.
 3       Q.   That's not your handwriting.  All right.
 4            So in here we don't have any notes about
 5   what was seen during the inspection, correct?
 6       A.   Correct.
 7       Q.   Do you recall what you saw when you did
 8   the inspection?
 9       A.   No.
10       Q.   Okay.  So questions about volume, color,
11   smell, anything like that, you've got no
12   recollection of it?
13       A.   No.
14       Q.   All right.  In here, there's a note about
15   "hydro plugged discharge at BNSF," exclamation mark.
16   It makes it -- it suggests to me that you all did
17   something that day?
18       A.   They put a concrete plug in the end of
19   it.
20       Q.   Okay.  So you had mentioned at some point
21   Keith -- you called Keith Boeckel.
22       A.   Yes.
23       Q.   All right.  Do you recall what you said
24   to Keith Boeckel?
25       A.   No.
```

52

John Beeler

```
 1        Q.    Did he come out to the location?
 2        A.    Yes.
 3        Q.    How long did it take for him to get out
 4   there?
 5        A.    I don't know.
 6        Q.    All right.  Did -- what do you recall
 7   happening when Keith Boeckel was at the location?
 8        A.    He inspected it, and at that point he
 9   made a phone call.
10        Q.    Okay.
11        A.    To who?  I'm not sure.  I couldn't say.
12        Q.    Do you recall anything that Keith Boeckel
13   told you about what he found when he inspected it?
14        A.    No.
15        Q.    And he called somebody.  Do you know who
16   he called?
17        A.    No.
18        Q.    Okay.  And then what -- what happened
19   after he made that phone call?
20        A.    We were told to concrete it.  That hydro
21   plug, it's a type of concrete.
22        Q.    And who told you to do that?
23        A.    Keith told me when he got off the phone.
24        Q.    And have you ever hydro plugged something
25   before?
```

53

John Beeler

1    A.   Yes.  Well, actually not hydro plugged.
2  We had to use that -- it's a type of a concrete with
3  water, and we've had to use it for repairs.
4    Q.   And have you ever hydro plugged a pipe
5  leading into a manhole before?
6    A.   No.
7    Q.   Who did the hydro plugging?
8    A.   Shilo.
9    Q.   Do you know whether or not he had ever
10 done that before?
11   A.   No, I don't know if he did it or not.
12   Q.   Where did the hydro cement come from?
13   A.   You can buy it in any hardware store.
14   Q.   Well, did you guys have to buy it that
15 day, or did you buy it -- did he already have it
16 with him?
17   A.   We have it at the shop.  Where it come
18 from from there, it would have been one of the
19 hardware stores.
20   Q.   I'm trying to figure out just on that
21 particular day.
22        So Keith shows up, looks into the
23 manhole, makes a phone call, then tells you guys to
24 hydro cement it, right?
25   A.   Yes.

54

```
 1        Q.   Do you carry the hydro cement --
 2        A.   On the truck?  No.
 3        Q.   All right.  Does Keith carry it on the
 4   truck?
 5        A.   No.
 6        Q.   Okay.  So somebody had to leave the job
 7   site and go get hydro cement?
 8        A.   Yes.
 9        Q.   Do you know who did that?
10        A.   I don't recall.
11        Q.   Okay.
12             If you need to take a break -- we're
13   almost done, but if you need to take a break at any
14   time, it's fine.
15        A.   I'd just as soon get done.
16        Q.   Okay.  All right.
17             And so -- all right.  So you don't recall
18   who left the job site?
19        A.   Correct.
20        Q.   But whoever left the job site, either had
21   to go buy it somewhere or get it from the shop,
22   right?
23        A.   Correct.
24        Q.   Do you know how much time would have
25   elapsed before you guys got in there from doing the
```

55

John Beeler

```
 1    hydro cement?
 2        A.   No, I don't.
 3        Q.   Did anybody during this time -- well,
 4    first of all, you're right by the BNSF work area,
 5    right?
 6        A.   Yeah.
 7        Q.   Do you happen to recall whether or not
 8    you saw any employees or work that was being
 9    performed?
10        A.   Don't know.
11        Q.   Did anybody ever go over to BNSF shop and
12    say, "Hey, we're seeing something here. What's
13    going on, guys?"
14        A.   I do not know if somebody went over there
15    or not. All I can say is I didn't.
16        Q.   You didn't, okay.
17             And same question, anybody try and call
18    BNSF and say, "Hey, we're seeing this"?
19        A.   I don't know what people do on their
20    phones after I make my call.
21        Q.   You had your phone with you, right?
22        A.   Yes.
23        Q.   Did anybody take any pictures of what
24    they were seeing?
25        A.   I didn't. If somebody else did, I
```

56

```
 1   couldn't tell you.
 2        Q.   Did anybody take any samples of it?
 3        A.   There again, I didn't.  Don't know if
 4   they did.
 5        Q.   Well, when I took a deposition of Frank
 6   Ceane, he told me that he had a plastic bag of
 7   whatever that discharge was in his office following
 8   that.  So I'm trying to figure out if you recall
 9   somebody --
10        A.   I know I didn't.
11        Q.   Okay.  So tell me how the hydro cementing
12   worked.  What did you recall seeing?
13        A.   You mix it up in a bucket, and you just
14   put a plug over the end of the pipe.
15        Q.   All right.  And is that what -- did you
16   see Shylo doing that?
17        A.   Yes.
18        Q.   And at the time that he was doing that,
19   how would you characterize the flow of what was
20   coming out of the inlet, if any?
21        A.   At that point, there wasn't much because
22   you can't hold it back until the cement hardens.
23        Q.   Okay.  So by the time that you all did
24   the hydro cement, fair to say that whatever you all
25   were seeing coming from the inlet pipe into that
```

57

1   A.   It would be almost like a little
2   canister-type thing like the ones for the -- like
3   you'd use in a paint booth.
4   Q.   Gotcha, okay.
5        And then you all would hook a hose that
6   goes down into the manhole that pushes air into the
7   manhole?
8   A.   Yes.
9   Q.   How long does this process take from when
10  you start mixing the cement to when you're done?
11  A.   Maybe 20 to 30 minutes.
12  Q.   Okay.  And then what did you all do when
13  that was -- after that happened?
14  A.   Went back to doing whatever they needed
15  me on, whether it was -- no idea what it would have
16  been.  It could have been changing bulbs in
17  streetlights to patching or whatever.  I don't know.
18  Q.   Okay.  Besides weekly manhole
19  inspections, besides these charts, is there anything
20  else, John, that you can tell me that would have
21  existed at that time in 2023 that would refresh your
22  memory as to exactly what you saw that made you pick
23  up the phone and call Keith?
24  A.   Unusual amount of flow would be my --
25  would be my biggest watch for on that.

John Beeler

```
 1        Q.   Right.  But as far as exactly what the
 2   flow looked like, any smells or anything like that,
 3   you can't think of anything that would help refresh
 4   your memory?
 5        A.   No.
 6        Q.   So just as you sit here today, you don't
 7   recall?
 8        A.   Right.
 9        Q.   Okay.  All right.  So then when we
10   move -- so did you inspect this manhole after the
11   hydro cementing day?
12        A.   Yes.
13        Q.   All right.  And so when you're inspecting
14   it then, what are you looking for?
15        A.   Any flow at all.
16        Q.   Okay.
17             And so I'll mark this as Exhibit 4.
18
19             (Deposition Exhibit No. 4 was marked
20              for identification)
21
22        Q.   (By Mr. Nicastro)  These are the
23   inspection records from 2024.  It looks like you
24   lead off the year with a "TH" on January 5th of
25   2024, and the notation says, "OK."
```

61

John Beeler

```
 1        Q.   Okay.  And when you said it was flowing
 2   hard, what do you mean by "hard"?
 3        A.   Over half a pipe on a 6-inch pipe, that's
 4   a lot of flow.
 5        Q.   Do you remember anything -- any
 6   characteristics about the flow other than hard?
 7        A.   No.
 8        Q.   Okay.  Do you recall anything about the
 9   smell?
10        A.   No.
11        Q.   How about your brother?  Sorry, is it
12   brother?
13        A.   Yes.
14        Q.   Did he ever say anything to you?  Do you
15   ever you recall anything about his --
16        A.   I don't recall anything about it.
17        Q.   Okay.  What he saw.  All right.
18             So as you sit here today, the only thing
19   you recall about it is it was just flowing hard?
20        A.   Yes.
21        Q.   Okay.  Color, no recollection?
22        A.   No.
23        Q.   Did you have your cell phone with you?
24        A.   Yes.
25        Q.   Did you take any pictures?
```

65

John Beeler

```
 1          A.   Yes.
 2          Q.   Okay.  Does your brother Cliff still work
 3     for the City?
 4          A.   Yes.
 5          Q.   And does he still work in the same
 6     capacity?
 7          A.   Yes.
 8          Q.   If he -- so who was the one that would
 9     have filled out -- that filled out this form in
10     February 16th -- I can't remember -- that says the
11     word "concrete"?
12          A.   Me.
13          Q.   All right.  So if you noticed any sort of
14     unusual odor, would you have put that on the log?
15          A.   Yes.
16          Q.   Any unusual color would you have put that
17     on the log?
18          A.   Yes.  You're not going to see much for
19     unusual colors when it's flowing that fast.
20          Q.   Sure.  But if you smelled diesel on that
21     day when you inspected that manhole, you would have
22     put it on that form?
23          A.   Yes.
24          Q.   Okay.  Do you know if Frank Ceane ever
25     came out to the location?
```

76

John Beeler

| | |
|---|---|
| 1 | manhole, you would see it basically be dry? |
| 2 | A.   Most of it. |
| 3 | Q.   Yet we've spent the last two hours going |
| 4 | through records in 2021, 2022, and 2023 that show |
| 5 | that manhole was not dry, correct? |
| 6 | A.   Not totally ever. |
| 7 | Q.   Well, I mean, lots of times or many times |
| 8 | you were documenting flow that's coming through that |
| 9 | manhole, correct? |
| 10 | A.   Yes. |
| 11 | Q.   That indicates that manhole is being |
| 12 | used? |
| 13 | A.   Yes. |
| 14 | Q.   So from your perspective as a city |
| 15 | worker -- and I know you document, you turn in |
| 16 | things -- but you as a city worker know that that |
| 17 | manhole is being used for at least that three-year |
| 18 | period? |
| 19 | A.   Yes. |
| 20 | Q.   Did you ever have any conversations with |
| 21 | Keith Boeckel, your supervisor, and said, "Hey, you |
| 22 | told me that they're not supposed to be using this |
| 23 | manhole because it's a permit issue, but this is a |
| 24 | manhole that's being used over the last |
| 25 | three years"? |

84

```
 1              Did you ever have that conversation with
 2   him?
 3        A.    No.
 4        Q.    Okay.  And then --
 5        A.    Come across the flow, like I said, I turn
 6   my sheets in and tell them, "Hey, can -- make the
 7   phone call."
 8        Q.    And the flow that you were seeing over
 9   all these years going through this manhole looked
10   like the typical type of flow that you would see
11   from any manhole that's connected to people that are
12   using the sanitary sewer system, correct?
13        A.    What do you mean by "type of flow"?
14        Q.    Well, I mean, the inlet -- the flow that
15   goes into these manholes would be anything that's
16   connected to the sanitary sewer system, toilets,
17   washing machines, showers, drains, things like that,
18   right?
19        A.    Correct.
20        Q.    Okay.  I didn't see anything in this
21   document -- in your documents or your inspection
22   reports that showed that what you were seeing in
23   Manhole 422 was anything different than what you
24   would be seeing in any other manhole that isn't on
25   the weekly watch list, correct?
```

85

```
 1        A.   No, nothing on there.
 2        Q.   I mean, when I look at those records
 3   right there and you see the words "OK" or you see
 4   "flow," that would indicate a business using the
 5   sanitary sewer system connected to toilets, washing
 6   machines, sinks, correct?
 7        A.   Correct.
 8        Q.   Okay.  Now -- so from your perspective,
 9   at least, as a city worker, you knew that BNSF was
10   using the sanitary sewer system during all those
11   years?
12        A.   Yes.
13        Q.   Did your supervisors ever cause you to
14   change your inspections in any way based on what you
15   were seeing from that manhole?
16        A.   The only change in the inspection would
17   be the fact that they have to start watching it
18   weekly.
19        Q.   Okay.  All right.  And you were watching
20   it weekly, and everything seemed to be working just
21   fine?
22        A.   Other than when you call them and they
23   came and they said they had a sample.  I wasn't
24   aware of those samples.  I'm not aware of a lot of
25   stuff that the City does.  If it doesn't pertain to
```

86

```
 1   me, I keep my nose out of it, but -- yeah.
 2        Q.   But I'm -- so when I look at the
 3   inspection records in December -- December 22nd of
 4   2023 -- that was the date of the hydro cementing --
 5   you called your supervisor because there was flow
 6   coming from it, right?
 7        A.   A large quantity.  That's not a normal
 8   flow amount that was in there.
 9        Q.   Okay.
10        A.   That's more than somebody flushing a
11   toilet or taking a bath.
12        Q.   But, eventually, it then receded into a
13   much more smaller flow, right?
14        A.   Yes.
15        Q.   A flow that you've seen on previous
16   times?
17        A.   Yes.
18        Q.   All right.  And those previous times that
19   you've seen that flow, that never triggered your
20   supervisors to say, "We need to hydro cement it,"
21   correct?
22        A.   Correct.
23        Q.   Now, the issue of seeing sheen, when was
24   the first time you say you saw sheen on the manhole?
25        A.   That manhole's always had a sheen.
```

87

John Beeler

```
 1        Q.   Okay.  All right.  But you've never
 2   documented it?
 3        A.   No.
 4        Q.   Okay.  But you've told your supervisors
 5   about it?
 6        A.   Yes.
 7        Q.   And so the fact that your supervisors
 8   were told that you noticed a -- that you were
 9   noticing a sheen on this manhole in 2021, 2022, or
10   2023, early parts of 2023, that never caused them to
11   say, "Hey, we need to shut this manhole down,"
12   correct?
13        A.   Correct.
14        MR. NICASTRO:  All right.  Those are all the
15   questions I've got for you.  Thank you.  You're free to
16   go.
17
18             (Whereupon, the deposition concluded at
19              11:18 a.m. for the day)
20
21             (Signature Reserved)
22
23
24
25
                                                          88
```