Ex. R- CITY 1997 2020-2025 Weekly MH Inspections

-Sent to Clerk on a USB Flash Drive