# EXHIBIT S

# City of Glendive, MT

## Industrial Wastewater Discharge Permit

BNSF Railway
800 N. Last Chance Gulch
Helena, MT 59601

Facility Address: 509 N. Merrill Ave, Glendive, MT 59330

Contact of User:
Violet Fisher
Office: 406-256-4046
Cell: 913-787-3561
Violet.Fisher@BNSF.com

### Authorization to Discharge Wastewater to the City of Glendive Municipal Wastewater System

BNSF Railway Company is authorized to discharge through the previously identified outfall at their location to the Glendive sewer system in accordance with all terms and conditions Chapter 2 *Public and Private Sewer and Drains* (including Article A. *Pretreatment Regulations*) of Title 10 *Sewer and Water* of the City Code of Glendive, Montana.

Compliance with this permit does not relieve the permittee of its obligation to comply with any and all applicable pretreatment regulations, standards or requirements under Local, State and Federal Laws, including any such regulations, standards or requirements that may become effective during the term of this permit.

Effective Date:

Expiration Date:

_____          4-17-23
Frank Ceane                                                    Date
Director of Public Works



DEPOSITION EXHIBIT 3

**CITY 001157**

# City of Glendive, MT

## Industrial Wastewater Discharge Permit

BNSF Railway
800 N. Last Chance Gulch
Helena, MT 59601

Facility Address: 509 N. Merrill Ave, Glendive, MT 59330

Contact of User:
Violet Fisher
Office: 406-256-4046
Cell: 913-787-3561
Violet.Fisher@BNSF.com

### Authorization to Discharge Wastewater to the City of Glendive Municipal Wastewater System

BNSF Railway Company is authorized to discharge through the previously identified outfall at their location to the Glendive sewer system in accordance with all terms and conditions Chapter 2 *Public and Private Sewer and Drains* (including Article A. *Pretreatment Regulations*) of Title 10 *Sewer and Water* of the City Code of Glendive, Montana.

Compliance with this permit does not relieve the permittee of its obligation to comply with any and all applicable pretreatment regulations, standards or requirements under Local, State and Federal Laws, including any such regulations, standards or requirements that may become effective during the term of this permit.

Effective Date: September 1, 2023

Expiration Date: August 31, 2028

_____          _____
Frank Ceane                                                      Date
Director of Public Works

**Process Overview**

BNSF is requesting permission to intermittently discharge collected water from their Glendive Facility and discharge it to the City of Glendive through the existing Oil Water Separator System (OWS) at the facility.

Prior to discharge the water will be pumped to the previously existing OWS system at the yard. Any sheen or oil will be collected by the OWS system and manually removed via vac truck or absorbents. Water will be discharged to the city through the existing industrial sewer lines that terminate on East Valentine Street.

The discharge will be sampled for the parameters listed below:

Proposed Discharge Parameters – BNSF, Glendive, MT

Parameters:

    Total Suspended Solids – Monitored, no limit

    Oil & Grease  -  100 mg/L

    pH  -  Greater than 5, Less than 9 standard units

Discharge Volumes/Rates

    Water will be intermittently discharged from the OWS as needed, up to a maximum of twice per month, unless otherwise authorized by the City of Glendive for more frequent discharges. Flow will be recorded by flow meter.

**General Conditions**

1. Violation. All discharges authorized herein shall be consistent with the terms and conditions of this permit.

2. Permit Modification. Permits may be modified for just cause upon thirty (30) days' notice. Just cause shall include but not be limited to any of the following:

    a) Correction of typographical errors or technical errors;

    b) Changes in ownership or name of Permittee;

    c) Changes or alterations to the Permittee's facility or operations;

    d) A requirement of more frequent monitoring;

e) Changes of interim dates in a compliance schedule or to modify the permit by including a compliance schedule;

f) Amendment of existing regulations by state or federal regulatory agencies, or promulgation of a new applicable National Categorical Pretreatment Standard or other applicable rules and regulations;

Right of Entry. The permittee shall allow the City of Glendive and its duly authorized representatives, bearing proper credentials and identification:

a. Access: Permittee shall facilitate reasonable access to the City of Glendive on request to inspect or review compliance with the terms of the permit. Such access is subject to railroad safety and security procedures and a permittee provided escort while on railroad property.

b. To examine and copy all records required to be maintained by the permittee, for the purpose of determining compliance with this permit and the Glendive Code of Ordinances.

c. To inquire into the permittee's wastewater processes that may have a bearing on the quantity and quality of discharge to the sewers, waterways, and facilities for wastewater treatment. The permittee shall provide all pertinent information.

d. To allow the City or its agents to set up equipment on the user's premises to conduct sampling and recording of flow on the user's premises.

Noncompliance Notification. In the event the permittee is unable to comply with any of the conditions of this permit, the permittee shall provide the City of Glendive with the following information in writing within five (5) calendar days after commencement of such noncompliance occurrence;

a. Cause of noncompliance.

b. Anticipated time the condition of noncompliance is expected to continue, or if such condition has been corrected, the duration of the period of noncompliance.

c. Steps the Permittee has taken to reduce and eliminate the noncomplying discharge.

d. Steps the Permittee has taken to prevent recurrence of the condition of noncompliance.

   e. Quantity and quality of the permittee's discharge during noncompliance.

The City reserves all rights and remedies that it has under or by reason of any statutory law, ordinance, or common law to cure any violation of this permit or to enforce any penalty for the violation thereof.

**Specific Conditions**

1. Discharge Location: The permittee is authorized to discharge to the manhole located at (47.1045979, -104.7088668).

2. Permitted Discharge Concentrations:

| | |
|---|---|
| Oil and Grease | 100 mg/L |
| pH | Greater than 5, Less than 9 |
| TSS | Monitored, no limit |

Sampling Schedule and Location: The permittee shall sample and analyze its wastewater for the pollutants named above during each intermittent discharge from the OWS. The system shall be sampled at the point at which the water is transferred from BNSF to the City of Glendive.

All sampling and analysis required by this permit shall be performed in accordance with the techniques prescribed in 40 CFR Part 136 and amendments thereto, otherwise approved by EPA, or as specified in this permit.

Flow: The above-named facility shall install and maintain on its own premises a monitoring device to record a continuous flow. This flow shall be reported to the City of Glendive on a monthly basis.

DMRs: All monitoring and flow results are to be communicated to the City of Glendive. The results are to be averaged and submitted to the City on a monthly basis, due on the last day of month following discharge event. They should be addressed to the following:

Frank Ceane
Director of Public Works
City of Glendive
300 S Merrill Ave
Glendive, MT 59330
406-377-3318
ceanef@midrivers.com