# EXHIBIT T

**Archived:** Tuesday, March 11, 2025 1:23:28 PM
**From:** Matt Richardson
**Sent:** Wednesday, August 16, 2023 10:50:29 AM
**To:** violet.fisher@bnsf.com
**Subject:** FW: BNSF WW Agreement
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
BNSF Glendive Wastewater Permit 5.3.23-BNSF Comments.docx



**Matt Richardson, Manager North Dakota Operations**
Pinnacle Engineering, Inc.
604 7th Street North, Wilton, ND 58579
701-361-1574 (mobile) | 763-315-4507 (fax) | mrichardson@pineng.com
Emergency Response Hotline: 1.866.658.8883

The information contained in this E-mail is privileged and confidential and intended for the use of the addressee(s). If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution or copying of this communication is prohibited. If you have received this E-mail in error, please notify us by telephone or E-mail

**From:** Fisher, Violet F
**Sent:** Wednesday, May 3, 2023 4:09 PM
**To:** Frank Ceane
**Cc:** Matt Richardson
**Subject:** BNSF WW Agreement

Frank-

Thanks for signing the agreement so quick- however I realized I didn't fill in the "Permit effective date" and "Expiration date." The attached copy has those dates filled in. Please review, and if all looks good, sign (again). Sorry for the hassle!

Thanks,

**VIOLET FISHER | Manager Environmental Operations, MT & ND | BNSF Railway Company | 800 N Last Chance Gulch, Suite 101 Helena, MT 59601 | 406-256-4046 Office | 913-787-3561 Mobile |** violet.fisher@bnsf.com

002387 BNSF (Glendive)