# EXHIBIT U

**Archived:** Tuesday, March 11, 2025 1:25:36 PM
**From:** Fisher, Violet F
**Sent:** Monday, August 28, 2023 11:16:08 AM
**To:** Frank Ceane
**Cc:** Matt Richardson
**Subject:** BNSF Wastewater Agreement
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
BNSF Glendive Wastewater Permit 2023-0824 - FINAL.pdf

Frank,

As discussed here is the updated agreement for BNSF to discharge to the city. The only thing that is different from the agreement you signed back in April is the added "permit effective" and "permit expiration" dates.

Matt (with Pinnacle Engineering) will be out there tomorrow and it would be great if you could meet at the railyard and look at a few things. He has your cell number and will give you a call.

Thanks,

VIOLET FISHER | Manager Environmental Operations, MT & ND | BNSF Railway Company | 800 N Last Chance Gulch, Suite 101 Helena, MT 59601 | 406-256-4046 Office | 913-787-3561 Mobile | violet.fisher@bnsf.com

002384 BNSF (Glendive)