# EXHIBIT V

**Archived:** Tuesday, March 11, 2025 1:24:59 PM
**From:** Fisher, Violet F
**Sent:** Friday, November 10, 2023 1:39:00 PM
**To:** Frank Ceane mayor@glendivemt.gov
**Cc:** leathp@midrivers.com Matt Richardson
**Subject:** BNSF Wastewater Pre-Treatment agreement
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
11.10.23 BNSF Glendive Wastewater Permit unsigned.pdf

---

Hi Frank-

As mentioned a few times over the past few months, I still need your signature on the attached agreement. This agreement is nearly identical to the one we previously held with the City prior to the shut down of our mechanical facility and treatment plant. Please let me know if there are any questions or concerns I can answer.

Thanks,

**VIOLET FISHER | Manager Environmental Operations, MT & ND | BNSF Railway Company | 800 N Last Chance Gulch, Suite 101 Helena, MT 59601 | 406-256-4046 Office | 913-787-3561 Mobile |** violet.fisher@bnsf.com

002385 BNSF (Glendive)