# EXHIBIT W

**Archived:** Tuesday, March 11, 2025 10:15:32 AM
**From:** Fisher, Violet F
**Sent:** Fri, 17 Nov 2023 22:56:46
**To:** Frank Ceane
**Cc:** Hattenberger, Suzanne M
**Subject:** Wastewater Agreement
**Importance:** Normal
**Sensitivity:** None

Hi Frank,

Just curious if you have an update for me on the signature on this agreement… I think you mentioned you had a meeting on Wednesday?

Thanks,

**VIOLET FISHER | Manager Environmental Operations, MT & ND | BNSF Railway Company | 800 N Last Chance Gulch, Suite 101 Helena, MT 59601 | 406-256-4046 Office | 913-787-3561 Mobile |** violet.fisher@bnsf.com

002394 BNSF (Glendive)