# EXHIBIT X

|  | Page 30 |
|---|---|
| 1 | screen. |
| 2 | (Whereupon, Exhibit No. 24 was |
| 3 | marked for purposes of |
| 4 | identification.) |
| 5 | BY MR. NICASTRO: |
| 6 | Q. Okay. Can you see my screen? |
| 7 | A. Yes. |
| 8 | Q. Okay. This is -- it's a 24-page |
| 9 | document. Does this look familiar to you? |
| 10 | A. Yes. |
| 11 | Q. All right. |
| 12 | A. It's our discharge permit. |
| 13 | Q. That's your discharge permit, okay. |
| 14 | And I think when I go down here, we start |
| 15 | getting into -- it has effluent limits; you see |
| 16 | that, sir? |
| 17 | A. Yes. |
| 18 | Q. What is that? |
| 19 | A. That is -- our biological oxygen demand |
| 20 | is what our bacteria and bugs are require- -- not |
| 21 | required, but I guess that's what they -- that's |
| 22 | what they use to make treatment possible. And you |
| 23 | can see the removal, that's what they're -- what |
| 24 | they're pulling out. And it has a correlation to |
| 25 | how much oxygen they can use. |

Page 31

1    And the total suspended solids are the
2 stuff you can't see but would come out in a micron
3 filter.
4    E. coli bacteria is the bad bacteria that
5 makes people sick.
6    And then your oil and grease is -- is
7 just what it is.
8    Q. Okay.
9    A. And then pH is the -- that acidity or
10 base of your water. Depending on which spectrum
11 it is, it's either acidic or basic.
12    Q. And at the top of this chart, it says,
13 "Effluent Limitations," and it says, "Glendive
14 WRRF to Yellowstone River."
15    Is -- are these your limits that -- that
16 apply for what you all are able to discharge into
17 the Yellowstone River?
18    A. Yes.
19    Q. Okay. So in other words -- and when it
20 says "maximum daily limit," what does that mean?
21    A. That means they don't want to see over --
22 over that number.
23    Q. Okay. So you're allowed to discharge --
24 after you're done treating the water, the
25 wastewater that comes into the system, and then

Page 32

1 you're sending it out to the Yellowstone River,
2 you're allowed to discharge wastewater into the
3 Yellowstone River that does contain some levels of
4 oil and grease?
5    A. Yes.
6    Q. And stated another way, you're allowed to
7 discharge wastewater into the Yellowstone River
8 even though it may contain petroleum hydrocarbons;
9 is that correct?
10    A. As long as it doesn't hit over that
11 10 milligrams per liter.
12    Q. Gotcha. Okay. So that -- and have you
13 ever exceeded the 10 milligrams per liter?
14    A. Not that -- not that I've been made aware
15 of, because we're only getting a monthly or
16 bimonthly test on that, and I've never seen it
17 come back as a red flag, but I could be wrong on
18 that.
19    Q. Okay.
20    A. Jake would know more on that than me.
21    Q. Okay. So, you know, the times that
22 you've been there over the five years, there are
23 petroleum hydrocarbons that are coming into the
24 wastewater treatment plant; is that fair, sir?
25    A. Yeah.

Page 33

1    Q. Okay.
2    A. Yeah.
3    Q. I mean, you all probably deal with it on
4 a day-to-day basis, correct?
5    A. Yes.
6    Q. And how is it that you treat the water
7 that comes in that's got petroleum hydrocarbons?
8    I mean, do you have bacteria? Do you
9 have bugs that deal with it?
10    A. They do, but only to a certain extent, so
11 we're going to try to skim what we can. And
12 the -- the good thing about it is that it stays on
13 top of the water. And where we're treating from
14 first is the bottom, that's where we're pulling
15 from before we go through our UV system. So
16 that -- that's the big saving grace on it is that
17 it's not going to all get pulled through in one --
18 one swoop.
19    Q. Okay. So kind of explain that a little
20 bit to me because I...
21    A. Okay. You got -- I got 800,000 gallons
22 in my EQ basin. I've got 55 gallons of oil that
23 came through my system. What didn't get caught is
24 going to eventually hit my EQ basin.
25    But being that oil stays on top of -- of

Page 34

1  the water, there's going to be -- the only time
2  it's going to get sucked out of there is if it
3  just recently got mixed up through a decant
4  process.
5      And we're set up where we're trying to
6  pull when it -- on a com -- com basin that hasn't
7  been -- hasn't been dumped into.
8      So that's -- that's the stage where we
9  want to do our UV treatment is when everything's
10 settled out and it's not mixing right at that
11 point.
12   Q.  Okay.  And so -- so it sounds like you've
13 got at least two procedures in place that would
14 deal with petroleum hydrocarbons that are hitting
15 your system; is that correct?
16   A.  Yeah, but they --
17   Q.  Okay.
18   A.  -- they affect our bacteria and will --
19 like the huge loads will kill off a lot of our
20 bacteria, and we'll have to -- we'll have to
21 change our -- our wasting times and we'll -- like
22 if we get a big kill-off, we have a sludge blanket
23 that sits in the bottom of our tanks, and that's
24 where our food and bacteria are.  And if we're
25 getting a big kill-off, we'll increase our wasting

Page 35

1  and we'll take that to our press and we'll mix
2  that with polymer, and that will get disposed of
3  at the landfill.
4      And that's how we -- we promote new
5  bacterial growth and get fresh food in there
6  that's not -- not contaminated.
7    Q.  Yeah.  And so let me back up.  And if
8  I'm -- got a too simplistic way of looking at
9  this, please definitely correct me if I'm wrong.
10     When you say that there's bacteria that
11 would treat it, these are basically live organisms
12 that feed off the hydrocarbons?
13   A.  There are, but there -- that's -- that's
14 just a small -- small percentage.  Most of our --
15 most of our bacteria are going after organic food
16 sources.  And there a small percentage that will
17 feed off of -- of hydrocarbons, but it's very low.
18   Q.  Do they only feed off of the
19 hydrocarbons, or do they eat other things, feed
20 off of other things?
21   A.  I believe they'll eat off of anything
22 inorganic.
23   Q.  Okay.  I guess I'm getting at is the --
24 if you ever had a situation where the wastewater
25 treatment plant had absolutely zero hydrocarbons

Page 36

1  in the system, would that upset the bacteria of
2  your system?
3      MS. SHAULES:  I'll object.  That's
4  speculation.
5      But you can go ahead and answer it.
6      THE WITNESS:  Yeah.  No, I'm not -- I'm
7  not sure what would happen to those bacteria, if
8  they would die or not.  But I'd imagine just from
9  mechanics coming home and washing their hands,
10 you're going to have some level of hydrocarbons in
11 there at all times.
12 BY MR. NICASTRO:
13   Q.  Yeah.  And that's sort of the flip side
14 of what I was sort of getting at is, your
15 wastewater treatment plant is -- assuming that,
16 it's going to be receiving some petroleum-based
17 hydrocarbons, correct?
18   A.  In my opinion.
19   Q.  And, you know, you have a way of dealing
20 with it.  You know, one of those ways ends up --
21 you guys have a plan in place for how to deal with
22 it, correct?
23   A.  To a certain -- to a certain saturation.
24   Q.  Right.  And if you had zero hydrocarbons
25 entering into your system, you don't know what it

Page 37

1  would -- it's quite possible that it might
2  actually upset the balance of your system?
3      MS. SHAULES:  That's speculation.
4      Go ahead.
5      THE WITNESS:  Don't know that for
6  certain.  I just know that it was -- it was
7  designed for -- for normal residential use.
8  BY MR. NICASTRO:
9    Q.  Well, I mean, you say "residential," but
10 you have -- you have garages, you have auto --
11 auto shops throughout the City of Glendive.
12     You have industrial users, correct?
13   A.  I wouldn't consider them industrial.  I'd
14 consider industrial someone that's making a
15 product.
16     And I know our shops have catches and
17 they're not just dumping oil down drains.  They
18 recycle that.
19     I know there's some coming through floor
20 drains, but I know nobody's just dumping --
21 dumping their leftover oil, unless it's some shade
22 tree mechanic doing it.
23   Q.  Well, I mean, obviously, you had one
24 instance that happened in 2019, correct?
25   A.  Yeah, and that was obviously someone