# EXHIBIT Y

Rhett Coon
**ROUGH DRAFT**

```
 1        Q.   Have you ever had any contact with him?
 2        A.   Just -- I think the first time I met him
 3   was at this meeting.
 4        Q.   Okay.  So you never had any contact with
 5   him before then?
 6        A.   I can't remember.  We may have talked to
 7   him, you know, like I say, in the last 15 years
 8   with land questions or I don't know.
 9             I mean, it seems like -- well, there
10   again, whenever we'd want to talk to somebody at
11   BN, we'd eventually get funneled down to Matt
12   Jones.  And then he didn't ever seem to be able to
13   have answers, but he would take them to the people
14   that did have answers and then it would still be
15   months.
16             So I can't remember if I talked to him or
17   e-mailed with him before, but I think the first
18   time I met him was at this meeting.
19        Q.   Did you ever have his personal contact
20   information?
21        A.   Not that I can recall.
22        Q.   Okay.  Here in December he's asking Jason
23   Stuart of whether or not the wastewater permit was
24   added the agenda for tomorrow.
25             Who is Jason Stuart?
```
45

Rhett Coon
ROUGH DRAFT

```
 1        A.    He was a city councilman.
 2        Q.    At the time that this was occurring?
 3        A.    Right.
 4        Q.    And then Jason Stuart sends an e-mail
 5   then and it says, "Mayor" and then "FUPR members"?
 6        A.    FUPR, that's our finance utilities
 7   property and recreation committee on the city
 8   council.
 9        Q.    Are you on that committee?
10        A.    Yes.
11        Q.    Okay.  And so, you know, he then -- so
12   you would have then received a copy of this
13   e-mail, but then it looks like you responded to it
14   on December 12th.
15              Does that look about right?
16        A.    Correct.
17        Q.    And is this -- you use your school
18   Glendive school e-mail address?
19        A.    Yeah.  I try to use my personal e-mail,
20   but sometimes things -- they would send it to me
21   on my school.
22        Q.    Gotcha.  Did you ever use your personal
23   e-mail for any of these -- the sewer issues that
24   we're talking about now?
25        A.    I do not think so, no.
```

46

```
 1        Q.   Okay.  So then there was a -- according
 2   to the meeting minutes that we have from the city
 3   council, it looks like there was a meeting that
 4   was held December 19th of 2023.
 5             And you would have been there at that
 6   meeting?
 7        A.   Correct.
 8        Q.   And then here, when we get down to old
 9   business, it says December 13th of 2023, and
10   it's -- it's the FUPR committee meeting, and it
11   says BNSF was there by Zoom.
12             Would that have been a meeting that you
13   attended as well, sir?
14        A.   Yes.  That is the meeting that I believe
15   I was referring to.
16        Q.   What do recall from that meeting?
17        A.   Seemed like BN -- again, it seemed like
18   BN was trying to go over Frank's head and try to
19   get a decision from the city council, who were
20   not -- not experts in that subject matter, and
21   were trying to get the city council to approve the
22   permit over the -- over Frank's head.
23             So seemed that BN was trying to make
24   their case, and the questions we had we felt were
25   not adequately answered to give us confidence that
```

54

```
 1            But go ahead and answer, if you can.
 2            THE WITNESS:  Correct.  The document does
 3   not say that, so...
 4   BY MR. NICASTRO:
 5       Q.   Okay.  And then, matter of fact, it looks
 6   like you all ended this meeting by saying that
 7   Frank was going to consult with some WRRF
 8   engineers about proposal and get with BNSF an
 9   answer by mid January of 2024, correct?
10       A.   Correct.
11       Q.   All right.  So the result of that meeting
12   was the City led BNSF to believe that their
13   request was still pending a final answer?
14            MR. WARREN:  Objection.  Calls for
15   speculation.
16            THE WITNESS:  Yeah.  And as far as in my
17   mind, we pretty much said no, but we were also
18   going to -- being good neighbors and wanting to
19   co-operate, we were going to get one last
20   reference with our engineers who designed the
21   plant and the pretreatment policy and just get
22   triple check on our end.  But we were pretty
23   much -- and we gave no indication otherwise.  We
24   were pretty much a no.
25   ///
```

60

```
 1   one second?
 2          MR. NICASTRO:  Sure.
 3                  (Whereupon, an off-the-record
 4                   discussion then took place.)
 5   BY MR. NICASTRO:
 6       Q.   So then it looks like at the
 7   December 10th FUPR committee meeting, it looks
 8   like the permit came up again as action item
 9   No. 8?
10       A.   Correct.
11       Q.   Okay.  And here it looks like that's
12   when -- this reads a little bit different than the
13   previous one, FUPR committee meeting.
14            Is there a reason this one reads a little
15   bit -- Well, first of all, do you agree that this
16   one reads a little bit different than the first
17   one?
18       A.   Yeah.  And that's exactly correct,
19   because we were going to get BN an answer by mid
20   January.  So this FUPR meeting, it was brought
21   back up for the city council members to -- so at a
22   committee meeting, it is not a quorum.
23            So there's eight counsel members on the
24   city of Glendive.  So each committee only has four
25   council members.  So all we do is bring
```

74

Rhett Coon
ROUGH DRAFT

1   recommendations from the committee meeting to the
2   full council and then the full council votes.
3           So this is where the rubber met the road,
4   and at this FUPR meeting is where public works
5   director presented his reasoning to deny the
6   permit.  And we discussed and the council -- yeah.
7           So you can see there for A underneath
8   item 8, for action, FUPR recommends council
9   approval of the letter response to BNSF and
10  recommends the mayor and Director Ceane's
11  signatures, which was the denial of the permit.
12  And so that was brought forward to the next city
13  council meeting for a vote.
14      Q.   Okay.  And so here it says the word
15  "action," meaning you all took some sort of like
16  a --
17      A.   No.  That means we bring it forward to
18  the next council meeting for action.
19      Q.   Okay.  So you then recommend that this
20  issue then goes to the full city council for an
21  action?
22      A.   Correct.
23      Q.   All right.  And at this time, the
24  recommendation to the council was that they
25  approve the signature of the letter which was the

75

```
 1   denial of the permit?
 2        A.   Correct.
 3        Q.   Okay.  From December 19th -- well, from
 4   the first FUPR committee meeting December 13th and
 5   then -- and until January 10th of 2024, did you
 6   have any conversations with Frank about the East
 7   Valentine manhole?
 8        A.   Not that I can recall.
 9        Q.   Frank testified that he had somebody
10   hydro cement the manhole -- a pipe in the manhole
11   shut.
12             Were you ever made aware of that?
13        A.   At some point, I was aware that the
14   manhole was cemented shut, but I don't think I was
15   made aware right away, and I can't remember when I
16   was made aware.
17        Q.   Okay.  When you were made aware of it,
18   were you ever made aware of reasons as to why
19   Frank did that?
20        A.   Well, because, from what I understand,
21   that there was diesel running through the manhole
22   into our wastewater treatment system.  And one
23   slug of that will kill us for six months or more.
24   And so it was emergency actions taken to stop that
25   discharge from going into our system.
```

76

```
 1       Q.   And that was -- well, how Frank
 2  characterized what happened in December of 2023?
 3       A.   From my recollections, yeah.
 4       Q.   Okay.  And so -- and the way you put it
 5  is Frank describes that in December of 2023 some
 6  emergency was happening with that -- with respect
 7  to that manhole, correct?
 8       A.   Correct.
 9       Q.   Did I hear you correctly?
10       A.   Yes.
11       Q.   Okay.  But it wasn't something that he
12  felt the need to bring up to you as a city council
13  member in December or January?
14       A.   I mean, you know, again, department heads
15  and council members -- council members aren't
16  in -- you know, legally they can't micromanage the
17  department heads.  In fact, we have no oversight
18  of department heads or employees.  That is the
19  mayor.
20            So it's not like every five minutes
21  somebody from the police department or the police
22  chief is calling me giving me an update on a DUI
23  that they gave out the night before.
24            So it is not standard for them to inform
25  council members every minute that something is
```

77

Rhett Coon
**ROUGH DRAFT**

```
 1   going on.  And I'm -- you know, so the inner
 2   workings and day-to-day operations of the city of
 3   Glendive public works is trusted to the public
 4   works director and assistant public works
 5   director, and then they're in coordination with
 6   their direct supervisor, which is the mayor.
 7           And then when things get brought up for
 8   the FUPR committee, then it is brought forward and
 9   we are informed at those times of bigger issues.
10       Q.   So you don't think it's a big issue, I
11   mean, Frank's claim that somebody was pouring
12   diesel through a manhole in December of 2023?
13           Is that a big issue or not a big issue
14   for the FUPR committee?
15           MR. WARREN:  Objection.  Vague and
16   argumentative.
17           THE WITNESS:  Yeah.  I don't know what
18   his thought process was, but I think -- I think,
19   you know, in my mind personally, it's, hey, we
20   need to stop the emergency right now and then
21   let's try to work with the neighbor and see if we
22   can't get this resolved before it blows up into
23   World War III.
24           So I can't speak to what Frank was
25   thinking.  That's my own personal thought of how
```

78

Rhett Coon
ROUGH DRAFT

```
 1   things would happen.
 2   BY MR. NICASTRO:
 3       Q.   Okay.  Well, let me -- I want to go down
 4   two things.
 5            First of all, I'll go down the idea of
 6   how you would have handled it.  But let's go back
 7   to the way that Frank handled it, based on what
 8   you know.
 9            Frank never told the FUPR committee
10   meeting -- the FUPR committee in January of 2024
11   that he hydro cemented a pipe shut on the East
12   Valentine manhole, correct?
13       A.   Yeah.  If it weren't -- if it wasn't in
14   the minutes, then we didn't discuss that at a FUPR
15   committee meeting.
16       Q.   And you don't have any personal
17   knowledge -- recollection of Frank ever just
18   contacting you, even outside of the city council,
19   calling you up and saying, Hey, we got an issue
20   with this manhole that happened in December of
21   2023, correct?
22       A.   Correct, no.
23       Q.   And then it seems like a FUPR committee
24   meeting met again in January to talk about the
25   permit request.  And Frank never said, Oh, by the
```

79

1  the testimony.  Frank said the substance destroyed
2  the bags.
3           But go ahead and answer.
4           THE WITNESS:  And I would concur with
5  that.  There would be no reason why Frank would
6  want to destroy evidence.  I can't speak to his
7  frame of mind, but from what I understand, the
8  hydrocarbons and stuff that were in the bag
9  dissolved the baggy and ruined the samples.
10 BY MR. NICASTRO:
11    Q.   Okay.  Let's kind of go back then.
12         Because the city of Glendive has
13 individuals who work at the wastewater treatment
14 plant who regularly collect samples for testing,
15 correct?
16    A.   Yes, I believe so.
17    Q.   Did the city of Glendive ever contact any
18 of those individuals that come out with jars that
19 they use and take any samples from this manhole
20 before cementing it shut so that they could be
21 tested?
22    A.   I don't think they did.
23    Q.   Okay.  And so if -- if Frank said that
24 samples were taken using a plastic bag, like lunch
25 bag or Ziplock bag, that was something that he or

94

Rhett Coon
ROUGH DRAFT

```
 1   his public works department decided would be
 2   appropriate.
 3             Do you agree with that statement?
 4      A.   I mean, I can't speak to their frame of
 5   mind, but I guess that's how I understand it
 6   happened.
 7      Q.   Okay.  I mean, it sounds like if -- if
 8   their claim is this is diesel and they're smelling
 9   diesel, sounds like they didn't do a really good
10   job of trying to collect a sample so that it could
11   be tested.
12             Would you agree with that?
13             MR. WARREN:  Objection.  Argumentative.
14             But go ahead.
15             THE WITNESS:  Yeah, I mean -- yeah, I've
16   got issues with that statement.  I would not agree
17   with that.
18   BY MR. NICASTRO:
19      Q.   Okay.  So you do think they did a very
20   good job of collecting samples so that we could
21   test it?
22             MR. WARREN:  Same objection.
23             THE WITNESS:  Yeah.  I'm not saying they
24   did a good job or a bad job.
25   ///
```
95

Rhett Coon
ROUGH DRAFT

```
 1  BY MR. NICASTRO:
 2      Q.   But you are agreeing that they didn't
 3  take any samples that secured them so they could
 4  be tested?
 5           You would at least agree with that?
 6      A.   If that is the fact of the case, then I
 7  would agree with it.
 8      Q.   Did Frank ever tell you that his crew
 9  took samples from this manhole back in December of
10  2023 and he kept it in his office for a while?
11      A.   I don't know anything about that.
12      Q.   One thing that the City had made a
13  statement about in this lawsuit is that it
14  declined to issue BNSF's new industrial wastewater
15  discharge agreement because of historical issues
16  with BNSF.
17           Do you know what those historical issues
18  are?
19      A.   I don't know what -- what they were
20  thinking or who said that, but, I mean, again,
21  just from my own personal experience is -- I mean,
22  like I say, in my own recollection, we were
23  nervous with the previous permit that BN had,
24  because it -- we just did not have a lot of
25  confidence in it, because it seemed like it was
```

96

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**