# EXHIBIT Z

**PUBLIC WORKS DEPT.**
**CITY OF GLENDIVE**
**300 S. MERRILL AVE**
**GLENDIVE, MT 59330**



PHONE (406)-377-3318
FAX      (406)-377-6873

December 19, 2023

To Whom It May Concern,

Subject: Concerns Regarding the Proposal to Add a Pre-treatment Facility to the City of Glendive's Sewer System

I am writing this as a follow up to the council of my concerns and recommendation of BNSF proposal to add a pre-treatment facility to the City of Glendive's sewer system. This proposal poses significant issues when aligned with current regulatory standards.
Per the DEQ's Circular for Design Standards for Public Sewage Systems and the City of Glendive's Code Book (Section 10-2A-2-1:B-12), our sewers are strictly intended for municipal wastewater. The introduction of rainwater and groundwater into our wastewater system, as might occur with this pre-treatment facility, is not permissible. Such an addition could lead to the unintentional integration of non-municipal wastewater, violating regulations and risking the operational integrity and efficiency of our sewage infrastructure.
Deviating from these standards could cause significant legal, environmental, and infrastructural issues. Additionally, accommodating non-municipal wastewater sources might complicate sewage treatment processes, leading to environmental risks and increased operational costs. Our sewage system is specifically designed for municipal wastewater; altering this could have far-reaching consequences.
Thus, based on current DEQ laws and our code book, I recommend that the City of Glendive not accept BNSF's proposal. While we value our relationship with BNSF, our primary obligation is to the taxpayers of the City of Glendive, ensuring compliance with legal standards and protecting our city's infrastructure.
For your reference, I have attached copies of the DEQ Circular and the relevant sections of our City's Code Book. These documents highlight the specific regulations that support my recommendation.

Sincerely,

*[signature]*

Frank Ceane
Director of Public Works

CITY 000496



# CIRCULAR DEQ-2

## DESIGN STANDARDS FOR PUBLIC SEWAGE SYSTEMS

2018

# 2016 Edition

## CIRCULAR DEQ-2
(formerly Circular WQB-2)

Adopted 03/24/95
Initially Effective 04/28/95
Revised 8/30/99
Revised 10/12/12
Revised 6/03/16
Revised 12/21/18

Montana Department of Environmental Quality
(Established 07/01/95; formerly Montana Department of Health and Environmental Sciences)

CITY 000498

# CHAPTER 30
# DESIGN OF SEWERS

## 31. SEPARATION OF CLEAR WATER

Sewers must be designed for municipal wastewater only. Rain water from roofs, streets, and other areas, and groundwater from foundation drains must not be permitted in municipal wastewater sewers.

## 32. DESIGN CAPACITY AND DESIGN FLOW

In general, sewer capacities should be designed for the estimated ultimate tributary population, except in considering parts of the systems that can be readily increased in capacity. Similarly, consideration should be given to the maximum anticipated capacity of institutions, industrial parks, etc. See Sections 11.24 (Hydraulic Capacity) and 20.2 (Plans of Sewers).

## 33. DETAILS OF DESIGN AND CONSTRUCTION

### 33.1 Minimum Size

A gravity sewer main conveying raw wastewater must be at least 8 inches (203 mm) in diameter, except gravity sewer mains within private property. Trailer courts, condominiums, apartments, etc. are allowed mains no smaller than 6 inches in diameter, provided that the 6 inch diameter main can be shown to be hydraulically feasible, that no future expansion is anticipated, and that maintenance will not be increased due to the smaller diameter.

### 33.2 Depth

In general, sewers should be sufficiently deep to receive wastewater from basements and to prevent freezing. The minimum depth of bury must not be less than 4 feet (to the top of pipe) without justification by the design engineer. The prevailing local building code must be used in determining the maximum frost depth; however, the designer must consider increasing that depth if the site is located where local information suggests greater frost penetration. Insulation must be provided for sewers that cannot be placed at a depth sufficient to prevent freezing. Insulation used for this purpose must be specifically designed to withstand compaction and for use in subsurface locations. It must retain the insulating value for the design life of the sewer.

### 33.3 Buoyancy

Buoyancy of sewers and manholes must be considered and flotation of the component must be prevented with appropriate construction where high groundwater conditions are anticipated.

### 33.4 Slope

#### 33.41 Recommended Minimum Slopes

Sewers 48 inches (1200 mm) or larger should be designed to give mean velocities, when flowing full, of not less than 3.0 feet per second (0.9 m/s), based on Manning's Formula using an "n" value of 0.013. The following are the minimum slopes that must be provided; however, slopes greater than these are desirable:

CITY 000499

| | |
|---|---|
| STORMWATER: | Any flow occurring during or following any form of natural precipitation, and resulting from such precipitation, including snowmelt. |
| TOTAL SUSPENDED SOLIDS, SUSPENDED SOLIDS OR TSS: | The total suspended matter that floats on the surface of, or is suspended in, water, wastewater, or other liquid, and that is removable by laboratory filtering. |
| WASTEWATER: | Liquid and water-carried pollutants from residential dwellings, commercial buildings, industrial and manufacturing facilities, and institutions, whether treated or untreated, which are contributed to the POTW. (Ord. 01-2016, 7-5-2016) |

## 10-2A-2: GENERAL SEWER USE REQUIREMENTS:

### 10-2A-2-1: PROHIBITED DISCHARGE STANDARDS:

A. General Prohibitions: No IU shall introduce or cause to be introduced into the POTW any pollutant which causes pass through or interference. These general prohibitions and the specific prohibitions in subsection B of this section apply to all IUs of the POTW whether or not they are subject to categorical pretreatment standards or any other national, State, or local pretreatment standards or requirements.

B. Specific Prohibitions: No IU shall introduce or cause to be introduced into the POTW the following pollutants:

1. Pollutants which create a fire or explosive hazard in the POTW, including, but not limited to, waste streams with a closed-cup flashpoint of less than one hundred forty degrees Fahrenheit (140°F) (60°C) using the test methods specified in 40 CFR 261.21;

2. Wastewater having a pH less than 5.0 or otherwise causing corrosive structural damage to the POTW or equipment;

3. Solid or viscous pollutants in amounts which will cause obstruction of the flow in the POTW resulting in interference. Solid or viscous pollutants shall not be discharged whole or ground by garbage

grinders. This includes, but is not limited to ashes, cinders, sand, oil and grease from food service establishments, mud, straw, shavings, metal, glass, rags, feathers, tar, plastics, wood, underground garbage, paunch manure, hair and flesh, entrails, and paper dishes, cups, milk containers, etc.;

4. Pollutants, including oxygen-demanding pollutants (BOD, etc.), released in a discharge at a flow rate and/or pollutant concentration which, either singly or by interaction with other pollutants, will cause interference with the POTW;

5. Heat in amounts which will inhibit biological activity in the POTW resulting in interference, but in no case heat in such quantities that the temperature at the POTW treatment plant exceeds forty degrees centigrade (40°C) (104°F) unless the approval authority, upon request of the POTW, approves alternate temperature limits;

6. Petroleum oil, nonbiodegradable cutting oil, or products of mineral oil origin, in amounts that will cause interference or pass through;

7. Pollutants which result in the presence of toxic gases, vapors, or fumes within the POTW in a quantity that may cause acute worker health and safety problems;

8. Trucked or hauled pollutants, except at discharge points designated by the POTW in accordance with section 10-2A-9 of this article;

9. Noxious or malodorous liquids, gases, solids, or other wastewater which, either singly or by interaction with other wastes, are sufficient to create a public nuisance or a hazard to life, or to prevent entry into the sewers for maintenance or repair;

10. Wastewater which imparts color which cannot be removed by the POTW treatment plant, such as, but not limited to, dye wastes and vegetable tanning solutions, which consequently imparts color to the POTW treatment plant's effluent, thereby violating the City of Glendive's NPDES permit;

11. Wastewater containing any radioactive wastes or isotopes except in compliance with applicable State or Federal regulations;

12. Stormwater, surface water, ground water, artesian well water, roof runoff, subsurface drainage, swimming pool drainage, conden-

==sate, deionized water, noncontact cooling water, and unpolluted wastewater, unless specifically authorized by the City of Glendive;==

13. Sludges, screenings, or other residues from the pretreatment of industrial wastes;

14. Wastewater causing, alone or in conjunction with other sources, the POTW treatment plant's effluent to fail toxicity tests;

15. Detergents, surface-active agents, or other pollutants that might cause excessive foaming in the POTW or receiving waters;

16. Fats, oils, or greases of animal or vegetable origin in concentrations which could cause a problem to the collection system or the POTW (e.g., restricted flow in pipes, sewage backups, lift station operation issues, decreased treatment, etc.);

17. Wastewater causing a reading on an explosion hazard meter at the point of discharge into the POTW, or at any point in the POTW;

18. Any garbage that has not been properly shredded. Garbage grinders may be connected to sanitary sewers from homes, hotels, institutions, restaurants, hospitals, catering establishment or similar places where garbage originates from the preparation of food in kitchens for the purpose of consumption on the premises or when served by caterers. However, garbage grinders shall only be used to grind small amounts of garbage incidental to cleaning of plates, cookware, etc., and not to dispose of large quantities of waste. Waste must be scraped into a garbage can prior to cleaning;

19. Unusual biochemical oxygen demand (BOD), chemical oxygen demand (COD), or total suspended solids (TSS) in quantities as to constitute a significant additional load on the POTW;

20. Wastewater containing pollutants which are not amenable to transport, treatment or reduction in concentration by the POTW and POTW treatment plant processes employed, or are amenable to treatment only to such a degree that the POTW treatment plant effluent cannot meet the requirements of regulatory agencies having jurisdiction over discharge of effluent to the receiving waters;

21. Wastewater which, by interaction with other wastewater in the POTW, releases obnoxious gases, forms suspended solids which interfere with the collection system, or creates a condition deleterious to structures and treatment processes;

CITY 000502