# EXHIBIT A

Adam Warren
Keturah Shaules
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Adam.Warren@moultonbellingham.com
Keturah.Shaules@moultonbellingham.com

    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>                            Plaintiff,<br><br>-vs-<br><br>CITY OF GLENDIVE,<br><br>                            Defendant. | Cause No. CV 24-81-BLG-SPW-TJC<br><br>**CITY OF GLENDIVE'S DISCLOSURE OF EXPERT WITNESS** |

    Pursuant to the Court's Scheduling Order, Defendant City of Glendive hereby submits its Expert Disclosure Fed. R. Civ. P. 26(a)(2).

I.   <u>Retained Expert</u>

    Scott Emerick
    1736 Colton Blvd.
    Billings, Montana 59102

1. <u>Opinions to be expressed and the basis and reasons therefore:</u>

A complete statement of the opinions to be expressed by Mr. Emerick and the basis and reasons therefore are set forth in his written report, a copy of which is attached hereto as Exhibit "A".

2. Data or other information considered by Scott Emerick in forming his opinion:

Mr. Emerick has reviewed the documents provided by the City of Billings including the Complaint and Amended Complaint filed by BNSF Railway as well as the City of Glendive's Answer. Mr. Emerick has also reviewed the City's DEQ Permit and City Code. Mr. Emerick has also utilized the information provided to him by Counsel. Mr. Emerick was provided with the documents listed on the attached Exhibit "B".

3. Exhibits to be used as summary of or support for the opinions:

Any demonstrative exhibits to be used at trial have not been determined at this time. Defendant shall supplement this disclosure to address any exhibits used by Mr. Emerick.

4. The qualifications of Scott Emerick, including a list of all publications authored by him within the preceding four (4) years:

Mr. Emerick graduated from Montana State University, Bozeman in Construction Engineering. Mr. Emerick is a Registered Montana Professional Engineer. Mr. Emerick is a Certified Water Distribution Operator, certified through

the State of Montana. Mr. Emerick recently retired from the City of Billings where he spent the last forty (40) years working for the City of Billings Public Works Department in some capacity, and most recently as Superintendent of water distribution and sewer collection.

5. <u>Compensation paid to Scott Emerick for his study and testimony:</u>

Mr. Emerick is being compensated for time in this matter at the rate of $100.00 per hour for research and analysis to provide an expert opinion and deposition and trial testimony.

6. <u>List of other cases in which Scott Emerick has testified as an expert at trial or by deposition within the preceding four (4) years:</u>

Mr. Emerick has not testified as an expert or by deposition in any matter in the preceding four (4) years.

Dated this 18th day of July, 2025.

                              MOULTON BELLINGHAM PC

                              By /s/ *Keturah Shaules*
                                  ADAM WARREN
                                  KETURAH SHAULES
                                  27 North 27th Street, Suite 1900
                                  P.O. Box 2559
                                  Billings, Montana 59103-2559

                                  ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of July, 2025 a copy of the foregoing was served upon the following by emailing a true and correct copy thereof, addressed to:

Anthony M. Nicastro
Knight Nicastro Mackay
27 Shiloh Road, Suite 10
Billings, MT 59106
nicastro@knightnicastro.com

        By: _/s/ *Keturah Shaules*
          Adam Warren or Keturah Shaules

# EXHIBIT A

## REPORT OF SCOTT EMERICK

I have been retained by Moulton Bellingham PC to review and render opinions regarding the City of Glendive Public Works Departments Actions related to the cementing of a City Manhole.

I have prepared the following opinions after reviewing the information that Moulton Bellingham P.C. provided.

I have reviewed the information provided by Moulton Bellingham P.C. regarding the 2/16/2024 plugging of the sanitary sewer service leading to the BNSF property located near East Valentine Street in Glendive, MT. I have been asked to provide an opinion on the actions that the City of Glendive Public Works Department on 2/16/2024 to stop and/or prevent the illicit wastewater discharge to the City of Glendive's sanitary sewer system.

The information that I reviewed described the observation of a fuel oil discharge in a City Of Glendive manhole (manhole# 422) by City of Glendive Public Works Department on February 16, 2024. On that day, the Public Works Department employees reported the observation of fuel oil discharge to the City of Glendive Public Works Director. The Director then instructed the City Of Glendive Public Works Department employees to fill the City of Glendive Public Works Department manhole (#422) with concrete to prevent the illicit discharge from entering the City of Glendive Public Works Department collection system and Publicly Owned Treatment Works.

Hydrocarbons, if allowed to enter the City of Glendive Publicly Owned Treatment Works, could destroy the wastewater treatment process. This would render the City of Glendive Publicly Owned Treatment Works inoperable. The result would require the City of Glendive to establish a temporary Wastewater Treatment Plant, while the City of Glendive repaired the damage to the existing Wastewater Treatment Plant. The cost of the temporary Wastewater Treatment Plant and the cost to repair the existing Wastewater Treatment Plant could affect the City Of Glendive customers. In addition, the MT DEQ could potentially levy fines against the City of Glendive for violating their discharge permit (MT 0021628). Given these circumstances, it is my opinion to a reasonable degree of professional certainty given my education, training, work history, and background, the City of Glendive Public

Works Director acted prudently and reasonably when directing the City of Glendive Public Works Department employees to plug the manhole (#422) with concrete. The City of Glendive is obligated by their MT DEQ discharge permit (MT 0021628) Compliance Responsibilities, and complied with obligations under the Glendive City Code sections I reviewed.

Dated this 18th date of 2025.

/s/ *Scott Emerick*
SCOTT EMERICK

# EXHIBIT B

a) All photographs taken at the site of the incident;
b) The test results taken from the manhole where the incident occurred;
c) BNSF Railway Company's First Amended Complaint & Jury Demand, filed December 20, 2024;
d) The City's Amended Answer, dated February 25, 2025;
e) BNSF's Responses to the City's First Request for Interrogatories, dated March 10, 2025;
f) BNSF's Responses to the City's First Request for Production, dated March 14, 2025;
g) The City's Response and supplemental responses to BNSF's First Interrogatories dated October 25, 2024;
h) The City's Responses to BNSF's First Requests for Production dated November 15, 2024;
i) The city's Responses to BNSF's Second Requests for Production dated March 5, 2025;
j) The City's First Supplemental Responses to BNSF's First Requests for Production dated January 7, 2025.
k) The City's Second Supplemental Responses to BNSF's First Requests for Production dated March 19, 2025;
l) BNSF Railway Company's Initial Disclosures dated September 16, 2024 and Supplemental Disclosures dated January 4, 2025.
m) City of Glendive DEQ Permit
n) City of Glendive Code