# EXHIBIT C

Adam Warren
Keturah Shaules
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Adam.Warren@moultonbellingham.com
Keturah.Shaules@moultonbellingham.com

 Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>       Plaintiff,<br><br>-vs-<br><br>CITY OF GLENDIVE,<br><br>       Defendant. | Cause No. CV 24-81-BLG-SPW-TJC<br><br>**CITY OF GLENDIVE'S REBUTTAL EXPERT WITNESS DISCLOSURE AND REPORT** |

 Pursuant to the Court's Scheduling Order and the Federal Rules of Civil Procedure, Defendant City of Glendive hereby submits the following witness disclosure by Dax Simeck in rebuttal to the disclosure filed by Plaintiff fo Alois Kostelnik.

I. <u>Retained Rebuttal Expert</u>

 Dax Simeck
 Chief Operating Officer

Page 1

>Stahly Engineering & Associates
>2223 Montana Avenue, Suite 201
>Billings, MT 59457

1. <u>Opinions to be expressed and the basis and reasons therefore:</u>

A complete statement of the opinions to be expressed by Mr. Simeck and the basis and reasons therefore are set forth in his written report, a copy of which is attached hereto as Exhibit "A".

2. <u>Data or other information considered by Scott Emerick in forming his opinion:</u>

Mr. Simeck has also utilized the information provided to him by Counsel. Mr. Simeck was provided with the documents listed on the attached Exhibit "C".

3. <u>Exhibits to be used as summary of or support for the opinions:</u>

Any demonstrative exhibits to be used at trial have not been determined at this time. Defendant shall supplement this disclosure to address any exhibits used by Mr. Simeck

4. <u>The qualifications of Simeck, including a list of all publications authored by him within the preceding four (4) years:</u>

Please see the attached Exhibit "B".

5. <u>Compensation paid to Mr. Simeck for his study and testimony:</u>

Mr. Simeck is being compensated for time in this matter at the rate of $321.00 per hour for research and analysis to provide an expert opinion and deposition and trial testimony.

6. <u>List of other cases in which Mr. Simeck has testified as an expert at trial or by deposition within the preceding four (4) years:</u>

Mr. Simeck has not testified as an expert or by deposition in any matter in the preceding four (4) years.

Dated this 18th day of August, 2025.

                        MOULTON BELLINGHAM PC

                        By /s/ *Keturah Shaules*
                            ADAM WARREN
                            KETURAH SHAULES
                            27 North 27th Street, Suite 1900
                            P.O. Box 2559
                            Billings, Montana 59103-2559

                            ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on this 18 day of August, 2025 a copy of the foregoing was served upon the following by emailing a true and correct copy thereof, addressed to:

Anthony M. Nicastro
Knight Nicastro Mackay 27
Shiloh Road, Suite 10
Billings, MT 59106
nicastro@knightnicastro.com

By: _/s/ *Keturah Shaules*
Adam Warren or Keturah Shaules



*Engineers and Land Surveyors*

2223 Montana Avenue, Suite 201, Billings, MT 59457 | phone: 406-601-4055
www.seaeng.com

August 18, 2025

Ms. Keturah Shaules
Moulton Bellingham, PC
27 North 27th Street, Suite 1900
Billings, MT 59103

**RE: *BNSF Railway Company v. City of Glendive* – Expert Rebuttal**

Dear Ms. Shaules:

### Qualifications

I am the Chief Operating Officer and a senior civil engineer with Stahly Engineering & Associates, Inc. and am located in the Billings, MT office. Having graduated from Montana State University – Bozeman in 1999 with a Bachelor of Science degree in Civil Engineering, I have 25 years of professional engineering experience. My areas of expertise include project management and engineering design of municipal projects water and wastewater projects as well as site development and subdivision projects. Much of my municipal experience consisted of water and wastewater utility rehabilitation projects in central and eastern Montana. Additionally, I am the project manager of the City of Hardin Wastewater Treatment Plant Upgrades project, overseeing the design and construction phases.

My compensation is $321.00 per hour, and the fee is not contingent on the outcome of the litigation. I have not testified as an expert at trial or by deposition within the last four years.

As a technical expert, I have been retained by Moulton Bellingham, PC to review and provide a rebuttal to the *Expert Report* dated July 18, 2025, and prepared by Mr. Alois Kostelnik, PE of Arcadis U.S., Inc., for the lawsuit filed as *BNSF Railway Company v. City of Glendive*.

I have reviewed the Expert Report as well as other information provided by Moulton Bellingham, PC and offer the following rebuttal to Mr. Kostelnik's eight opinions:

### Opinion No. 1 Rebuttal

In addition to the Chapter 51 sections of the City's Code of Ordinances referenced in the Expert Report, City Code Section 53.085.B Notification of Violation provides the City with the authority of taking emergency actions without first providing notification to BNSF.

> 53.85  Notice of Violation:
> A. When the POTW finds that an IU has violated, or continues to violate, any provision of this chapter or any other pretreatment standard or requirement, the POTW may serve upon that IU a written notice of violation. Within five working days of the receipt of such notice, an explanation of the violation and a plan for the

**EXHIBIT A**

> satisfactory correction and prevention thereof, to include specific required actions, shall be submitted by the IU to the city. Submission of such a plan in no way relieves the IU of liability for any violations occurring before or after receipt of the notice of violation. If the plan for correction submitted by the IU is not satisfactory to the city, the POTW may take further action, including potentially suspending service as provided for in § 53.086.
>
> B.   Nothing in this section shall limit the authority of the POTW to take any action, including emergency actions or any other enforcement action, without first issuing a notice of violation.

It is my opinion that the City acted reasonably in some form of "emergency action" (Defendant's Response to Plaintiffs First Interrogatories) based on a perceived risk of a hydrocarbon discharge into the public sanitary sewer system that had a potential to impair or destroy the wastewater treatment process at the City's Wastewater Treatment Plant.

**Opinion No. 2 Rebuttal**

It is my opinion that the City acted reasonably in some form of "emergency action" (Defendant's Response to Plaintiffs First Interrogatories) based on a perceived risk of a hydrocarbon discharge into the public sanitary sewer system that had a potential to impair or destroy the wastewater treatment process at the City's Wastewater Treatment Plant.

Further, a history of no City code violations by BNSF does not preclude the fact that future hydrocarbon discharges or contamination may occur.

**Opinion No. 3 Rebuttal**

A sample, taken over two years prior to the events in question, that was non-detect for oil, grease, and semi-volatile organic compounds, has little bearing on BNSF's actions in this lawsuit.

Empirical analysis is preferred over subjective observations in determining the presence and/or extent of contamination; however, samples can take days to get an analysis completed and results returned. It is my opinion that City staff would have had no idea how long a potential hydrocarbon discharge had been occurring, or to what extent, and acted reasonably to protect the treatment process at the City's Wastewater Treatment Plan.

**Opinion No. 4 Rebuttal**

Improper sample collection methods has no bearing on this lawsuit as the samples taken by City personnel were never submitted for analysis.

Sample results received from Pace from the fluid and soil samples taken by Pinnacle on June 7, 2024 indicate the presence of hydrocarbon and metal contamination in both mediums. Furthermore, the City's Agent, Baranko Environmental, LLC, took a soil composite sample on

June 14, 2024 and had it analyzed by Energy Laboratories. The results of this analysis also indicated the presence of hydrocarbon and metal contamination.

**Opinion No. 5 Rebuttal**

A history of permit compliance provides a baseline of performance; however, it is no guarantee that future hydrocarbon discharges or contamination will not occur.

**Opinion No. 6 Rebuttal**

A history of regulatory compliance provides a baseline of performance; however, it is no guarantee that future hydrocarbon discharges or contamination will not occur.

**Opinion No. 7 Rebuttal**

The three flooding events that took 20 – 25 years prior to the events in question have no bearing on BNSF's actions in this particular instance.

**Opinion No. 8 Rebuttal**

The housekeeping practices of the Work Equipment Building over a year after the events in question have no bearing on BNSF's actions in this particular instance.

Contaminated water has the potential to enter the sewer service line if the groundwater elevations are at or above the service line elevations. It is unknown what the relationship between the depth of the sanitary sewer service line and groundwater elevation is; however, if the service line was under or near the surface of the groundwater elevation, it is possible that hydrocarbon contaminated water entered the service line through pipe joints or other means of inflow.

Sincerely,

**Stahly Engineering & Associates**

Dax Simek, P.E.
Chief Operating Officer



# DAX SIMEK, PE
## Senior Engineer

Mr. Simek's expertise is in land development, municipal water, wastewater, and stormwater projects. He has more than 20 years of experience in civil design and construction management for municipal and land development projects. Dax is experienced in project development, design, construction management, and coordinating client and project requirements. He also serves as the Chief Operating Officer for Stahly Engineering.

## RELEVANT EXPERIENCE
## LEGAL

### COPPER RIDGE SUBDIVISION – STORM DRAIN SYSTEM ANALYSIS & PROFESSIONAL ENGINEERING OPINION
Billings, MT | Crowley Fleck PLLP

Analyzed the storm drainage system for a portion of the Copper Ridge Subdivision for a lawsuit stemming from a flooded residence. The subdivision's storm system, local grading, and storm event were analyzed to determine whether or not sound and commonly accepted engineering practices were used in the design of the storm drain and if improper design led to the flooding of the residence.

### FEDEX TRANSFER FACILITY – SITE CIVIL DESIGN ANALYSIS & PROFESSIONAL ENGINEERING OPINION
Billings, MT | Crowley Fleck PLLP

Analyzed the site grading design for the FedEx transfer facility for a lawsuit that alleged poor engineering design resulted in significant costs to the Owner. The site's grading plans, FedEx design standards, and City design standards were used to determine whether or not sound and commonly accepted engineering were used in the design of site grading plan and if improper design let to unnecessary and significant costs to the Owner.

### RESIDENTIAL CLAIM - SITE CIVIL DESIGN ANALYSIS & PROFESSIONAL ENGINEERING OPINION
Billings, MT | Brown Law Firm

Analyzed the site grading design for a residential housing project for a lawsuit stemming from a slip and fall incident. The site's grading plan and City design standards were used to determine whether or not sound and commonly accepted engineering practices were used in the design of site grading plan, and if improper design led to improper drainage and the resulting injury.

## SUBDIVISION

### QFC MINOR SUBDIVISION
Yellowstone County, MT | Quarnburg Farming Corporation

Project Manager for the 120-acre, 5-lot subsequent minor commercial subdivision. Additional project responsibilities include infrastructure design and close coordination with the City Public Works department for future annexation of the parcels.

### WESTERN II SUBDIVISION
Billings, MT | CK Land

Project Manager and lead designer for the 23-acre residential subdivision. This project includes preliminary plat application preparation and final design of on-site and off-site improvements.
Including road design, sanitary sewer, water distribution, and storm sewer systems.

### NORTON EAST RANCH SUBDIVISION
Bozeman, MT | Kevin Spencer

Project Manager and lead designer for the 40-acre residential subdivision. This project included preliminary plat application preparation and final design of on-site and off-site improvements. Including road design, sanitary sewer, water distribution, and storm sewer systems.

## EDUCATION
B.S. Civil Engineering, Montana State University, Bozeman, MT – 1999

## LICENSES/REGISTRATION
Professional Engineer: Montana, 2003 MT 13975 PE
LEED Accredited Professional, 2008

## EMPLOYMENT HISTORY
2024-Present – Chief Operating Officer, Stahly Engineering & Associates
2017-2024 – Regional Manager / Senior Engineer, Stahly Engineering & Associates
2009-2017 – Senior Engineer, Morrison-Maierle, Inc.
2005-2009 – Project Engineer, Sanderson Stewart
1999-2005 – Staff Engineer, HKM



www.seaeng.com

EXHIBIT B

# Dax Simek, PE
## Senior Engineer



### FOWLER PLACE SUBDIVISION
**Bozeman, MT | Neal Ainsworth**
Lead Designer for the 15-acre residential subdivision. This project included preliminary plat application preparation and final design of on-site improvements. Including road design, sanitary sewer, water distribution, and storm sewer systems. Prepared detailed utility reports for MDEQ and city review.

### WEST WINDS SUBDIVISION
**Bozeman, MT | Cascade Homes**
Assisted in the preparation of P.U.D. Application for 160-acre residential subdivision. Areas of design included master grading plan, road layout, and utility layout. Prepared detailed utility reports for MDEQ and city review.

### NORTH SIDE DEVELOPMENT
**Bozeman, MT | Montana Avenue Partners**
Assisted in the preparation of P.U.D. Application and prepared subdivision application for the redevelopment of a 3-acre vacant industrial site in Bozeman, MT. Areas of design included master grading plan, road layout, and utility layout. Prepared detailed utility reports for city review.

## TRANSPORTATION

### ROBERTS REST AREA DESIGN/BUILD PROJECT
**Roberts, MT | Swank Enterprises/Montana Department of Transportation**
Site Civil Project Manager for the reconstruction of the existing rest area building and associated site improvements. Project included preparing a Nationwide permit to the US Army Corps of Engineers for the realignment of an irrigation ditch and securing MDEQ approval for the area's small, public water system.

### SCHOOL HILL ROAD RECONSTRUCTION PROJECT
**Lodge Grass, MT | Big Horn County**
Project Manager for the construction portion of the School Hill Road project. This project involved a full-depth reclamation of the existing road (approximately 2,600lf) to keep the overall project costs down while providing a quality long-term solution.

### MAKOSHIKA STATE PARK SWITCHBACK ROAD REPAIR
**Glendive, MT | Montana Department of Fish, Wildlife & Parks**
Project Manager for the realignment of ~1,000lf of damaged road due to movement of hillsides, re-grading stormwater management system, and installation of slope drains. Placement of 39 concrete anchor blocks for slope stabilization.

### FORT PECK ROAD RECONSTRUCTION PROJECT
**Poplar, MT | Fort Peck Tribe Transportation Department**
Project Manager for the 1.25 miles design of urban street, curb and gutter, and sidewalk reconstruction in Poplar. This project required retrofitting the street sections into developed areas of the town and addressing storm drainage issues.

### ALKALI CREEK ROAD CULVERT IMPROVEMENTS
**Billings, MT | Yellowstone County**
Project Manager for the detailed culvert analysis and culvert design to mitigate stormwater runoff from upgradient areas through a residential neighborhood.

### SIGNAL PEAK ENERGY COAL MINE, ACCESS ROAD AND CULVERT DESIGN
**Roundup, MT | Signal Peak Energy**
Project Manager for the 9-mile access road and culvert design for drainage crossings.

## WATER/WASTEWATER/STORMWATER

### 1ST AVENUE WATER MAIN REPLACEMENT
**Wibaux, MT | Town of Wibaux**
Project Manager, design, and construction of approximately 1,550lf of 8-inch water main replacement. Close coordination with Owner and adjacent residents to minimize disruption from construction activities.

### 1ST STREET RECONSTRUCTION
**Hardin, MT | City of Hardin**
Project Manager, design, and construction of approximately 1,200of of 8-inchwater main replacement as part of an overall street reconstruction project. Close coordination with Owner and residents.



## WASTEWATER UPGRADES AND PER UPDATE
### Hardin, MT | City of Hardin
Project Manager for the update of Hardin's Wastewater PER to support the MCEP (formerly TSEP) grant application. This project also included the Hardin Phase I Sanitary Sewer Improvements project that replaced approximately 2,600lf of deteriorated concrete sewer main and 16 manholes. Close coordination between the Owner and funding agencies was required to assure all state and federal funding requirements were being met.

## ANDERSON AVENUE SANITARY SEWER REALIGNMENT
### Ekalaka, MT | Carter County
Project Manager for the design and construction of approximately 450lf of 8-inch sanitary sewer main that was realigned to accommodate the construction of a new medical facility.

## PRIVATE CONTRACT NO. 674
### Billings, MT | CK Land
Project Manager for the design and construction of the extension of South 44th Street West. Approximately 600lf of water, sanitary sewer, storm sewer, and road improvements. Deep sanitary sewer installation (~25-feet to 30-feet depth) in high groundwater conditions.

## SUN VALLEY STORMWATER MITIGATION REPORT
### Billings, MT | Yellowstone County
Project Manager for the stormwater mitigation study for a 140-acre residential area. Addressed ongoing stormwater runoff problems. Outlined practical, cost-effective solutions.

## CHAPPLE AREA WATER MAIN REPLACEMENTS
### Billings, MT | City of Billings
Project Engineer, design, and construction of ~6,300lf of 8-inch and 12-inch water main. Close coordination with Owner and residents.

## WASTEWATER PRELIMINARY ENGINEERING REPORT
### Yellowstone County, MT | Lockwood Water and Sewer District
Project Engineer, preparation of a Preliminary Engineering Report, phase 2 Sewer Subdistrict wastewater collection system.

## SANITARY SEWER IMPROVEMENTS
### Crow Agency, MT | Apsaalooke Water and Wastewater Authority
Design Engineer, preliminary and final design of ~3,000lf of sanitary sewer main.

## WATER AND SEWER REPLACEMENT PROJECTS
### Billings, MT | City of Billings
Project Engineer, design, and construction of ~4,300lf of water main and ~7,200lf of sewer main. Close coordination with owner and utility companies. Comparisons of trenchless alternatives vs. open cut replacement and established aging urban areas.

## HARDIN PHASE 1 SEWER MAIN REPLACEMENT
### Hardin, MT | City of Hardin
Project Manager, design, and construction of ~2,600lf of 15-inch – 18-inch sewer main replacement to reduce inflow and infiltration within the sanitary sewer collection system.

## NOLAN AVENUE WATER MAIN REPLACEMENT
### Wibaux, MT | Town of Wibaux
Project Manager, design, and construction of ~2,000lf of 8-inch water main replacement. Close coordination with Owner and residents.

## PRIVATE CONTRACT NO. 749
### Billings, MT | Quarnburg Farming Corporation
Project Manager for the design and construction of approximately 1,700lf of 12-inch water main, 2,000lf of 12-inch sanitary sewer main, and multi-use asphalt path improvements. Deep sanitary sewer installation (~25-feet to 30-feet depth) in high groundwater conditions. Coordination with MDT for water main installation.



## SITE CIVIL

### CHRIST THE KING LUTHERAN CHURCH SITE CIVIL DESIGN
Billings, MT | Collaborative Design Architects

Project Manager for the design site civil improvements related to the construction of a new 12,500 sf church. The project required considerable coordination among the design disciplines to keep the existing church operational while the new building is built on the same property.

### CUSTER COUNTY EVENT CENTER SITE CIVIL DESIGN
Miles City, MT | Collaborative Design Architects

Project Manager for the design of site civil improvements related to the construction of a 24,000sf building at the Custer County Fairgrounds that will be utilized as an event center. Setting the floor elevation of the building was critical for potential flood mitigation as the fairgrounds are located within the floodplain.

### WINIFRED SCHOOL EXPANSION
Winifred, MT | A&E Architects/Winifred School District

Project Manager for the design and reconstruction of site civil improvements related to the expansion of the existing school building. This project involved property acquisition for the improvements, site grading, and utility service connections. Coordination was required for the construction of a state-of-the-art rubberized track oval and artificial turf football field.

### DAHL MEMORIAL HOSPITAL SITE CIVIL DESIGN
Ekalaka, MT | Slate Architecture

Project Manager for the design of site civil improvements for a new critical care medical facility. Setting the floor elevation of the hospital was critical for flood mitigation as a portion of the site is located within the floodplain. This project also involved the re-routing of a public sewer main to accommodate the building footprint.

### OPPORTUNITY BANK DOWNTOWN BILLINGS BRANCH
Billings, MT | Opportunity Bank of Montana

Project Manager for the design and reconstruction of site civil improvements related to the construction of a 3-story bank building, auxiliary parking lot, and Starbucks Coffee shop. This project involved site grading, utility service connections, and storm drainage infiltration system utilizing large diameter, perforated pipe due to limited surface area.

### MSUB-LIFE SCIENCE BUILDING ADDITION
Billings, MT | Montana State University Billings

Project Manager for the design and reconstruction of site civil improvements related to the building addition project. This project involved design of a new parking lot, sidewalks, retaining walls, and utility realignments.

### MSUB- POLY DRIVE ENTRANCE LOT RECONSTRUCTION
Billings, MT | Montana State University Billings

Project Manager for the design and reconstruction of a 55-stall parking lot on main campus. This project also involved reconstructing the main entrance drive to the campus. Close communication between owner and contractor due to heavy presence of pedestrians near construction area.

### MSU- UTILITY REHABILITATION
Bozeman, MT | Montana State University

Project Engineer, design and construction of ~1,450lf of water main, 1,620lf of sanitary sewer main, and 1,150lf of storm sewer main. Close communication between owner and contractor due to heavy presence of pedestrians near construction area.

### ROUNDUP ELEMENTARY SCHOOL
Roundup, MT | Collaborative Design Architects/Roundup School District

Project Manager for the on-site improvements and off-site road/utility extension for new elementary school.

### MSUB-2013 PARKING LOT REPAIRS
Billings, MT | Montana State University Billings

Project Manager for the design and construction of crack-sealing and sealcoating program for campus and satellite campus parking lots.

www.seaeng.com



## MSUB- MCMULLEN HALL PARKING LOT RECONSTRUCTION
### Billings, MT | Montana State University Billings
Project Manager for the design and reconstruction of a 50-stall parking lot on main campus. Close communication between owner and contractor due to heavy presence of pedestrians near construction area.

## HOOP DREAMS APARTMENTS
### Billings, MT | CK Land
Project Manager for the site improvements of 13-acre, 196-unit multi-family development project. Areas of design included site grading plan, private water, and sanitary sewer systems. On-site storm drainage system. Prepared utility and stormwater reports for City and DEQ review.

## LOCKWOOD FIRE DISTRICT FIRE STATION
### Yellowstone County, MT | Collaborative Design Architects
Project Manager for the site improvements for a new fire station. Areas of design included site grading plan, utility layout, and on-site storm drainage system. Prepared stormwater report for county review.

## YELLOWSTONE RIVER STATE PARK CAMPGROUND
### Pompeys Pillar, MT | Montana Department of Fish, Wildlife & Parks
Project Manager for the development of a new State Park. Including road systems, parking areas, campsites, campground host pads, site amenities, and utility improvements.

# MASTER PLANS

## COLSTRIP ENERGY PARK
### Colstrip, MT | Southeast Montana Development Corporation
Project Manager for the site selection and development plan phases of the proposed Energy Park. These documents were used to support EDA grant funding requests to support the proposed development.

# EXHIBIT C

a) All photographs taken at the site of the incident;
b) The test results taken from the manhole where the incident occurred;
c) BNSF Railway Company's First Amended Complaint & Jury Demand, filed December 20, 2024;
d) The City's Amended Answer, dated February 25, 2025;
e) BNSF's Responses to the City's First Request for Interrogatories, dated March 10, 2025;
f) BNSF's Responses to the City's First Request for Production, dated March 14, 2025;
g) The City's Response and supplemental responses to BNSF's First Interrogatories dated October 25, 2024;
h) The City's Responses to BNSF's First Requests for Production dated November 15, 2024;
i) The city's Responses to BNSF's Second Requests for Production dated March 5, 2025;
j) The City's First Supplemental Responses to BNSF's First Requests for Production dated January 7, 2025.
k) The City's Second Supplemental Responses to BNSF's First Requests for Production dated March 19, 2025;
l) BNSF Railway Company's Initial Disclosures dated September 16, 2024 and Supplemental Disclosures dated January 4, 2025;
m) City of Glendive DEQ Permit;
n) City of Glendive Code;
o) BNSF Expert Report;
p) City of Glendive Expert Report;
q) 002170 BNSF-002172 BNSF;
r) The Deposition Transcript of Frank Ceane;
s) 090226-090240 BNSF;
t) Interstate Engineering Subpoena Documents related to samples and contaminated soils.