# EXHIBIT D

Anthony M. Nicastro
KNIGHT NICASTRO MACKAY, LLC
27 Shiloh Road, Suite 10
Billings, Montana 59106
Telephone: (406) 545-2031
Facsimile: (816) 396-6233
nicastro@knightnicastro.com
*Attorney for Plaintiff*
*BNSF Railway Company*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **BNSF RAILWAY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF GLENDIVE,**<br><br>Defendant. | Cause No. CV-24-81-BLG-SPW-TJC<br><br>**PLANTIFF BNSF RAILWAY COMPANY'S NOTICE OF DEPOSITION AND COMMANDED PRODUTION OF DOCUMENTS TO SCOTT EMERICK** |

**THE STATE OF MONTANA SENDS GREETINGS TO:**

Scott Emerick
c/o Moulton Bellingham, PC
27 N. 27th Street, Suite 1900
Billings, MT 59101

PLEASE TAKE NOTICE that Plaintiff, BNSF Railway Company, by and through its attorneys of Knight Nicastro MacKay, LLC, shall take the deposition of

Scott Emerick on Wednesday, October 1, 2025, commencing at 9:00 AM MST, at Fisher Court Reporting, 2711 First Ave. N., Billings, MT 59101.

The deposition shall be recorded by stenographic means before a certified court reporter and will continue from day to day until completed.

YOU ARE HEREBY COMMANDED to produce at the date and time of deposition, Mr. Emerick's complete file for this case to include documents prepared by, received from, or sent to Mr. Emerick, including but not limited to correspondence, invoices, summaries, memoranda, or similar materials he relied on in forming his opinions.

DATED this 24th day of September, 2025.

                                      KNIGHT NICASTRO MACKAY, LLC

                          By: _____
                                    Anthony M. Nicastro
                                    *Attorney for Plaintiff*
                                    *BNSF Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2025, I served the foregoing by email and U.S. mail on the following counsel of record:

Adam Warren
Keturah Shaules
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT 59103-2559
Adam.Warren@moultonbellingham.com
Keturah.Shaules@moultonbellingham.com
*Attorneys for Defendant*
*City of Glendive*

                                   KNIGHT NICASTRO MACKAY, LLC

                                   By: _____
                                       Anthony M. Nicastro
                                       *Attorneys for Defendant*
                                       *BNSF Railway Company*