# EXHIBIT F

```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF MONTANA

                        BILLINGS DIVISION

BNSF RAILWAY COMPANY,

            Plaintiff,

            vs.                             Cause No.

CITY OF GLENDIVE,                           Cv-24-81-BLG-SPW-TJC

            Defendant.

                        THE DEPOSITION

                        OF DAX SIMEK

_____

        BE IT REMEMBERED, that the deposition upon oral

examination of DAX SIMEK, appearing at the instance of

the Plaintiff, in Billings, Montana on October 2, 2025,

beginning at the hour of 1:56 A.M. MDT pursuant to the

Federal Rules of Civil Procedure, before Mary (Rainey)

Stockton, Certified Shorthand Reporter and Notary

Public.
```

Dax Simek
**ROUGH DRAFT**

```
 1                  A P P E A R A N C E S
 2    For the Plaintiff:
 3             NIGHT, NICASTRO, MacKAY, LLC
 4             BY:  ANTHONY M. NICASTRO
 5             27 Shiloh Road
 6             Suite 10
 7             Billings, Montana  59106
 8             nicastro@knightnicastro.com
 9
10    For the Defendant:
11              MOUTLTON BELLINGHAM, PC
12             BY:  ADAM WARREN
13                  KETURAH SHAULES
14             27 North 27th Street, Suite 1900
15             P.O. Box 2559
16             Billings, Montana  59103-2559
17             adam.warren@moultonbellingham.com
18
19
20
21
22
23
24
25    ALSO PRESENT:  Brooke Kuhl, Via Zoom
```

2

```
 1        Q.  All right.  So, during the course of this
 2   litigation, we have deposed individuals who worked for
 3   the City of Glendive as utility workers.
 4        And you have not reviewed those depositions,
 5   correct?
 6        A.  Correct.
 7        Q.  In reviewing Frank Ceane's deposition, do you
 8   recall that he was actually never at the scene of what
 9   we're going to be talking about?
10        A.  Yes.
11        Q.  Okay.  But you do understand that there were
12   utility workers that were there that would have some
13   personal knowledge of eyes, nose, ears -- whatever it
14   is -- their senses of what they saw in December and
15   February of 2023 and 2024.  You understand that.  Right?
16        A.  Yes.
17        Q.  All right.  So, why is it in doing your report
18   that you never asked to either speak with them or look
19   at their deposition?
20        A.  So, as I mentioned -- I mean, I think, you
21   know, an empirical analysis is always -- I mean, always
22   trumps subjective analysis.
23        Frank indicated, you know, that his workers
24   detected smell and saw what they thought was the
25   presence of petroleum diesel fuel in there.
```

21

```
 1              I guess I just didn't feel I -- you know,
 2   again, that was all a subjective analysis.  So, I didn't
 3   really feel like I had a lot to gain from reading the
 4   other depositions.
 5         Q.   Okay.  Let's break that down a little bit
 6   because I like your statement.  I understand what you're
 7   saying about empirical over subjective.
 8              Tell me a little bit more about what you mean
 9   by that.
10         A.   Well, subjective obviously is:  I believe I
11   smell or I believe I see the presence of diesel or some
12   other petroleum contamination.  That's just going off of
13   their previous experience, I assume, being around, you
14   know, construction equipment, diesel fuel.
15              You know, an empirical analysis, I guess,
16   provides you with the hard facts.  It's where you're
17   taking a sample, getting it analyzed; and, yes, in fact,
18   there was this contaminant at this level in this medium.
19              You're not just relying on your eye and site
20   senses.
21         Q.   Okay.  But you do agree in this case that the
22   City of Glendive made their reaction based on
23   subjective; not empirical.
24         A.   Correct.
25         Q.   Making a decision on empirical with respect to
```

22

Dax Simek
ROUGH DRAFT

1  this case, you would agree with me it would be to take a
2  sample of what is flowing through the manhole at the
3  sanitary sewer system, East Valentine; and sending that
4  off for laboratory tests, correct?
5       A.  Yes.
6       Q.  And that was never done in this case.
7       A.  Not that I'm aware of.
8       Q.  Okay.  And at least from my client -- I
9  represent BNSF -- which you understand we're the
10 Plaintiff in this case.
11          And you understand that BNSF, categorically,
12 denies that it was doing any sort of discharge that
13 wasn't complied with either agreements with the City of
14 Glendive and the City Code.
15          You understand that, correct?
16      A.  Yes.
17      Q.  And so, because the City of Glendive filled
18 the manhole with cement, BNSF was not able to go out
19 there and take a flow sample from that manhole to say:
20 See, this is not an illicit discharge.
21          You understand that, correct?
22      A.  Yes.
23      Q.  And I think we'll get to this in a little bit,
24 but if I'm reading your report correctly, your
25 justification for the city not allowing BNSF to do that

23

```
 1   is because of the City of Glendive and their opinion
 2   they didn't know how long this alleged discharge had
 3   occurred?
 4        A.   Correct.
 5        Q.   We'll talk about that in a little bit.  We'll
 6   get to that when we get back into your opinions.
 7             Let's kind of go back to that subjective part.
 8             So, the City of Glendive made their decision
 9   based on subjective statements that were being reported
10   by utility workers.
11             That's your understanding?
12        A.   Yes.
13        Q.   And Frank Ceane was the one who made a
14   decision to cement the manhole based on things that he
15   was being reported -- things that were being reported
16   back to him from utility workers, correct?
17        A.   That's my understanding.
18        Q.   Okay.  But you haven't been provided with the
19   actual information to see whether or not the people that
20   could have been the ones that reported this back to
21   Frank, actually, testified under oath:  Yeah, that's
22   what we told Frank.  Correct?
23        A.   Yeah, I have not seen those depositions.
24        Q.   I mean, I assume that your understanding is
25   that the reason why the City of Glendive wanted to shut
```

24

Dax Simek
ROUGH DRAFT

```
 1   it down is because they thought that city utility
 2   workers were smelling and seeing something that looked
 3   like diesel fuel, correct?
 4        A.   Correct.
 5        Q.   Okay.  But in your opinions -- you know,
 6   that's sort of part of the foundation for your opinions.
 7   Do you agree?
 8        A.   Yes.
 9        Q.   All right.  So, if city workers who were
10   actually out there in both December and in February,
11   when asked:  Did you actually smell diesel?
12             If they say either no or I can't smell because
13   COVID took away my smell, you would agree that that
14   negatively impacts your opinions.
15        A.   Yes.
16        Q.   What about if individuals said under oath:
17   Well, what we saw in the manhole was something that
18   looked black but we didn't see a sheen it was just black
19   you would also agree that that might negatively impact
20   your opinions?
21        A.   That one I guess I don't know.  I mean to me
22   there could still be some kind of contamination I
23   suppose so I couldn't say definitive yes or no.  I do
24   think that it could raise the possibility that there is
25   still some type of discharge going through that that
```

25