Anthony M. Nicastro  
TAYLOR NICASTRO BROWNE LLC  
1501 14th Street West, Suite 200  
Billings, Montana 59102  
Tel: +1 406 389 1986  
Email: anicastro@montanacivildefense.com

*Attorney for Plaintiff*  
*BNSF Railway Company*

The Honorable Timothy J. Cavan

UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF MONTANA  
BILLINGS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF GLENDIVE,<br><br>　　　　　　　　　　Defendant. | No. CV 24-81-BLG-SPW-TJC<br><br>DECLARATION OF ANTHONY NICASTRO IN SUPPORT OF BNSF'S OPPOSITION TO CITY OF GLENDIVE'S MOTION FOR SUMMARY JUDGMENT |

　　　I, Anthony Michael Nicastro, pursuant to 28 U.S.C. § 1746, declare as follows:

　　　1.　　I am over the age of 18 years, have personal knowledge of the matters set forth in this declaration, and am competent to testify about them.

　　　2.　　I am an attorney with the law firm Taylor Nicastro Browne LLC, located in Billings, Montana. I currently represent the Plaintiff in this matter, BNSF Railway Company ("BNSF"), against the Defendant in this matter, City of Glendive ("Glendive").

3. Attached as **Exhibit A** is a true and correct copy of excerpts from the Videotaped Rule 30(b)(6) Deposition of City of Glendive (Frank Ceane) recorded on June 12, 2025, from 10:55 a.m. to 5:43 p.m.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from the Keith Boeckel Deposition Transcript dated July 28, 2025.

5. Attached as **Exhibit C** is a true and correct copy of excerpts from the Fred Carpenter Deposition Transcript dated July 29, 2025.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from Defendant's Responses to Plaintiff's First Interrogatories dated October 25, 2024.

7. Attached as **Exhibit E** is a true and correct copy of excerpts from the Violet Fisher Deposition Transcript dated July 9, 2025.

8. Attached as **Exhibit F** is a true and correct copy of excerpts from the Jake Carey Deposition Transcript dated July 28, 2025.

9. Attached as **Exhibit G** is a true and correct copy of excerpts from the John Beeler Deposition Transcript dated August 20, 2025.

10. Attached as **Exhibit H** is a true and correct copy of excerpts from the Rhett Coon Deposition Transcript dated July 29, 2025.

11. Attached as **Exhibit I** is a true and correct copy of excerpts from the Tanner Dey Deposition Transcript dated August 20, 2025.

12. Attached as **Exhibit J** is a true and correct copy of excerpts from the

Matthew Richardson Deposition Transcript dated August 25, 2025.

13. Attached as **Exhibit K** is a true and correct copy of Exhibit 15 from the Videotaped Rule 30(b)(6) Deposition of City of Glendive (Frank Ceane) recorded on June 12, 2025, from 10:55 a.m. to 5:43 p.m.

14. Attached as **Exhibit L** is a true and correct copy of excerpts from the Al Kostelnik Deposition Transcript dated October 21, 2025.

15. Attached as **Exhibit M** is a true and correct copy of correspondence between BNSF and the Dawson County Sanitarian dated June 17, 2025 and June 24, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 6th day of February, 2026.

KNIGHT NICASTRO MACKAY, LLC

By: _____
Anthony M. Nicastro

1606611290.2