# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

---

BNSF RAILWAY COMPANY,

    Plaintiff,

-vs-

CITY OF GLENDIVE,

    Defendant.

---

CASE NO. CV-24-81-BLG-SPW-TJC

VIDEOTAPED RULE 30(b)(6) DEPOSITION OF
CITY OF GLENDIVE (FRANK CEANE)

Glendive, Montana
June 12, 2025
10:55 a.m. - 5:43 p.m.

---

APPEARANCES:

KNIGHT NICASTRO MACKAY, LLC
Attorneys at Law
27 Shiloh Road, Suite 10
Billings, Montana 59106
  By: ANTHONY M. NICASTRO

and

BROOKE KUHL
Senior General Attorney
BNSF Railway Company
P.O. Box 16090
Missoula, Montana 59808
    Attorneys for the Plaintiff.

MOULTON BELLINGHAM, PC
Attorneys at Law
P.O. Box 2559
Billings, Montana 59103-2559
  By: ADAM WARREN and KETURAH SHAULES
    Attorneys for the Defendant.

ALSO PRESENT: Al Kostelnik (via zoom)
           Violet Fisher (via Zoom) and
           Joel Hageman (videographer)

---

I N D E X

| WITNESS | PAGE |
|---|---|
| CITY OF GLENDIVE | |
| EXAMINATION BY MR. NICASTRO | 5 |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition | 29 |
| 2 | City Code Book, Chapter 2 | 35 |
| 3 | 4/17/23 Letter to BNSF from Ceane | 51 |
| 4 | 2/10/23 E-mail from Fisher to Ceane | 61 |
| 5 | 12/7/23 E-mail from McReynolds/E-mail Chain | 74 |
| 6 | Energy Lab Reports | 93 |
| 7 | City Council Meeting Minutes | 107 |
| 8 | Defendant's Responses to Plaintiff's First Interrogatories | 111 |
| 9 | 12/19/23 Letter from Ceane | 115 |
| 10 | 12/22/23 Invoice from C.M. Supply, Inc. | 120 |
| 11 | 2/16/24 E-mail Report a Spill | 147 |
| 12 | Photographs | 162 |
| 13 | Knoll's Ready-Mix Invoice | 165 |
| 14 | 2/24/24 Article Ranger-Review | 180 |
| 15 | 4/12/24 Letter from Ceane/Documents Relied on by City | 196 |
| 16 | Map | 236 |
| 17 | 6/5/24 Voicemail Transcription from Dion to Jones | 251 |
| | CERTIFICATE OF WITNESS | 268 |
| | CERTIFICATE OF REPORTER | 269 |

---

1      BE IT REMEMBERED that on June 12, 2025, at
2  the hour of 10:55 a.m. of said day, at the Holiday
3  Inn Express, 1919 North Merrill Avenue, Glendive,
4  Montana, and before Joan P. Agamenoni, a Notary
5  Public for the State of Montana, pursuant to Notice,
6  the videotaped Rule 30(b)(6) deposition of CITY OF
7  GLENDIVE was taken on oral interrogatories.
8
9      THE VIDEOGRAPHER: Good morning. We're
10 going on the record at 10:56 a.m. on June 12th, 2025.
11 This is Media Unit 1 of the video recorded deposition
12 of Frank Ceane taken by counsel for the plaintiff in
13 the matter of BNSF Railway Company versus City of
14 Glendive filed in the United States District Court
15 for the District of Montana, Billings Division. This
16 deposition is being held at the Holiday Inn Express
17 located at 1919 North Merrill Avenue, Glendive,
18 Montana.
19     My name is Joel Hageman from the firm
20 Veritex, and I'm the videographer. The court
21 reporter is Joanie Agamenoni from the firm Veritex.
22 I am not related to any party in this action nor am I
23 financially interested in the outcome.
24     Counsel and all present in the room and
25 everyone attending remotely will now state their

100

1  A  Yes.
2  Q  All right. So what did that information
3  come in, in the form of a manual or --
4  A  I believe Jack, that was something relayed
5  to me by Jack about our plant and how it's designed,
6  hydrocarbs. It runs on an ecosystem. There's bugs.
7  So any kind of hydrocarbs would set the balance of
8  the ecosystem in our plant off. And that's something
9  else that I've gotten from Jake. I mean that's just
10 how our plant works. If we ever received hydrocarbs
11 out there, I would have known about it 100 percent.
12 I mean if we get a sheen out there -- I'm not
13 involved in that day-to-day operation. But in that
14 situation, if there was ever a sheen there, they're
15 definitely going to let me know.
16 Q  Okay. And that's never happened. You've
17 never seen a sheen out there.
18 A  No, nope, nope. Every instance where I
19 think we would have wound up in that situation we
20 have been able to stop. And this is sincere, I
21 believe we stopped the situation before it ever got
22 to our plant.
23 Q  Well, and strike that as nonresponsive. I
24 didn't ask the question.
25    What level of hydrocarbon release would,

102

1  from any user in the system, would create a sheen?
2  A  I don't have an answer for that. I do not
3  know.
4  Q  And when you say it's creating a sheen, what
5  are you referring to? A sheen on what, the lagoons
6  or the --
7  A  The basin.
8  Q  -- the basin? Is that what you're referring
9  to?
10 A  Uh-huh.
11 Q  Yes?
12 A  Yes.
13 Q  Okay. So take a step back. I mean do
14 you -- City of Glendive I imagine has its own fleet
15 of vehicles; correct?
16 A  Yes.
17 Q  Where are they serviced?
18 A  City shop.
19 Q  And is the city shop connected to the
20 wastewater treatment plant, sanitary sewer system?
21 A  Our bathrooms are.
22 Q  Your bathrooms are, right, where shop
23 employees would go to wash their hands; correct?
24 A  Yes.
25 Q  And so what, if anything, does the city do

103

1  to make sure that zero grease comes off of the hands
2  of all of the shop employees?
3  A  I don't think there's a limit that you can
4  stop small amounts like that. I think we're more
5  concerned about large amounts of hydrocarbs and stuff
6  like that. I don't think there's any way you can
7  regulate handwashing getting into our wastewater
8  treatment plant.
9  Q  Okay. And I assume that there's a number of
10 shops that work around oil and grease within the city
11 limits; correct?
12    MR. WARREN: Objection, calls for
13 speculation. But go ahead and answer.
14 Q  (BY MR. NICASTRO) I mean I don't live here,
15 but I assume there's a number of shops; correct?
16 A  There's a couple, yes.
17 Q  So we're not just talking about an isolated
18 shop. We're talking about several shops that
19 probably deal with oil and grease that are connected
20 to the sanitary sewer system; right?
21 A  Yes.
22 Q  So the wastewater treatment plant isn't
23 receiving zero hydrocarbons; right?
24 A  I believe it would fall under, just because
25 of the I&I in the system and the dilution in the

104

1  system, shops with employees washing their hands or
2  any kind of infiltration of grease through our sewer
3  system from a bathroom I don't believe would show up.
4  I think that would show up as a non-detect in our
5  system. I don't think we've ever had an instance
6  where that has shown up. And it's quite clear and
7  you would have to be foolish to think that people
8  aren't washing their hands and it's winding up in the
9  sewer system. So to this point that has never
10 happened.
11 Q  Okay. And you're basing that on something
12 you've actually seen or just you're guessing at it?
13 A  I'm not guessing. I'm basing it on the fact
14 that I don't think we've had a detection of
15 hydrocarbs.
16 Q  Let me go back to my original question,
17 though. So the wastewater treatment plant can accept
18 some hydrocarbons?
19 A  No. I think it does.
20 Q  Okay. It does accept hydrocarbons. And
21 have you had any -- have there ever been any issues
22 at the wastewater treatment plant that have been
23 connected in any way to hydrocarbons?
24 A  That would be a good question for Jake.
25 Q  Do you know whether or not the DEQ has ever

113

1  Q  Well, have you ever requested to go look and
2  see whether or not the water level has even changed?
3  A  There was an inspection done by my people
4  that I don't know where they store the water.
5  Q  Well, and did you ever ask those people does
6  it look like the water level has changed?
7  A  I did not.
8  Q  You said you had this suspicion.  But one
9  thing I didn't hear from you is any past examples of
10 BNSF ever doing anything that is contrary to any
11 permits or agreements that it had with the City;
12 correct?
13 A  Yes.
14 Q  As a matter of fact, at one point in time,
15 BNSF had a permit with your signature on it that
16 allowed them to do the discharge into that manhole,
17 did they not, sir?
18 A  It appears so.
19 Q  And even though they had that signed permit,
20 they still wanted to reach out to you to make some
21 clarifications on that permit; correct?
22 A  They had my signature on a page.  And, yes,
23 they were trying to add dates to it and make
24 adjustments.
25 Q  But you -- as you sit here today as a

114

1  representative of the City, can you cite to any
2  examples of where BNSF used that permit with your
3  signature on it from April until December of 2023?
4  A  No.
5  Q  And instead you agree with what BNSF was
6  trying to do was trying to add more specificity to
7  this permit; correct?
8  A  On my previous statement that I said no, I
9  believe that we did see discharge in December going
10 through there.  Through that manhole upon inspection
11 of 422, I believe we did find that they were
12 discharging into our system.
13 Q  Oh, in December of 2023?
14 A  I believe it was December of 2023.
15 Q  Let's go back to those meeting minutes in
16 those e-mails and maybe even your letter.  Do you
17 have it documented anywhere where you saw evidence of
18 discharge in that manhole in December of 2023?
19 A  When did we put the temporary plug in?  It
20 would have been the date that it happened.
21 Q  Well, what date did you put this temporary
22 plug in?
23 A  I don't recall off the top of my head.
24 Q  Let's look at Interrogatory Response
25 Number 1 that talks about this suspicion.  Your

115

1  answer says absolutely nothing about a temporary
2  plug; correct?
3  A  The question doesn't ask about a temporary
4  plug, so, no, it does not.
5  Q  So let's go to the public meeting minutes,
6  right there back on that exhibit.  Do you see any
7  evidence in the documentation from the City that
8  suggests that, first of all, you saw any discharge,
9  evidence of discharge in that manhole?
10 A  Is there anything in here?  No, there is
11 not.
12 Q  How about in your --
13    We'll go ahead and mark this, too.  What am
14 I at 9?
15    (Deposition Exhibit Number 9 marked for
16 identification.)
17 Q  Let me show you that.  Okay.  Exhibit
18 Number 9, this is a copy of your letter that is being
19 referenced in those city council meeting minutes;
20 correct?
21 A  Yes.
22 Q  The letter in which you're recommending that
23 the permit be denied; correct?
24 A  Correct.
25 Q  Please review this letter and let me know if

116

1  there is anything in here that would show
2  documentation of you or anybody from the City seeing
3  evidence of BNSF discharging into this manhole
4  despite not having that updated permit signed?
5  A  There is nothing in this letter referencing
6  that because I believe that happened after the date
7  of this letter.
8  Q  Okay.  So from December 19th of 2023, it's
9  your testimony that that's when you saw evidence or
10 somebody saw discharge in that manhole?
11 A  Yes.
12 Q  And who would that have been, you personally
13 or somebody else?
14 A  That would have been whoever was checking
15 sewers when it happened.
16 Q  And how do we figure out who that person
17 was?
18 A  I would have to talk to my foreman.
19 Q  So you would -- would you have documentation
20 of it?
21 A  I would have -- I mean we could talk and
22 find out who it was.  I don't know if there's
23 documentation.
24 Q  And in preparing for this deposition, you
25 didn't reach out to prepare to get this information?

121

1 is?
2 **A** I do not.
3 **Q** Who would have been the individual who is in
4 charge of purchasing this?
5 **A** Whoever would have been working, whoever was
6 involved with the -- looks like a Keith Beckle. Look
7 at the signature down at the bottom.
8 **Q** Okay. Going back on our timeline, when was
9 the public hearing on the permit?
10 **A** There was no public hearing on the permit.
11 **Q** Okay. When was the -- I thought we said
12 there was a -- you had a committee hearing on it.
13 **A** There was no hearing.
14 **Q** Oh, I thought the committee met on it?
15 **A** The committee met, yes. They met on
16 December 13th.
17 **Q** Okay. So this document here, the invoice in
18 Exhibit 10, has a ship date of December 22nd of 2023.
19 Do you know whether or not that would have been the
20 date that you all received it or the date that you
21 ordered this?
22 **A** This would not have been ordered. This was
23 picked up, shipped via pick up. This is something
24 they had in stock and we purchased. Otherwise, we'd
25 had to source it somewhere else. There was a sense

122

1 of urgency in this situation. So it was this Con-Mat
2 is a block-and-a-half away from that manhole, two
3 blocks from that manhole.
4 **Q** So with this particular date, the invoice,
5 you feel confident on behalf of the City to say that
6 December 22nd was the date that it was purchased?
7 **A** The date that this was purchased.
8 **Q** Yes.
9 **A** Absolutely.
10 **Q** And would it have been installed the same
11 day that it was purchased?
12 **A** Yes.
13 **Q** And prior to putting in this hydrocement,
14 did the City secure any samples of what it was
15 finding in the manhole?
16 **A** Prior to that, no.
17 **Q** Okay.
18 **A** While doing it, we did. We didn't secure a
19 sample, but they did scoop some up and put it in a
20 bag.
21 **Q** And this would have been in December,
22 December 22nd of 2023?
23 **A** Yeah, I would believe so.
24 **Q** All right. And so who would have been the
25 one who scooped this?

123

1 **A** The utility worker that was in the hole.
2 **Q** And did he do it at your direction?
3 **A** I don't think he -- I don't, I don't know.
4 I might have told him to take a scoop out. I don't
5 recall.
6 **Q** And taking a scoop, was he taking a scoop
7 off of the top? Did you give him any sort of
8 direction on how to take a sample?
9 **A** I don't recall.
10 **Q** Did you consult with any individuals who
11 might have some more knowledge about how to test for
12 certain substances in, you know, in a product like
13 this for guidance as to how to take a representative
14 sample?
15 **A** No.
16 **Q** Did you ever take any pictures of this
17 sample?
18 **A** I did not.
19 **Q** Where is this sample today?
20 **A** It was in a Ziploc bag. It's thrown out.
21 It deteriorated in a Ziploc bag. It wasn't something
22 we could hold onto.
23 **Q** Okay. When did you destroy this sample?
24 **A** I don't recall.
25 **Q** Can you give me some -- two days later or a

124

1 month later?
2 **A** I think it was transferred to a couple of
3 Ziploc bags until it was shown at a committee meeting
4 or council meeting, I don't recall, and then thrown
5 out.
6 **Q** Where were you storing this sample?
7 **A** It was, I think it was in my assistant's
8 office.
9 **Q** And is it the City's belief that there
10 are -- what was in this sample? What did you think
11 was in this sample that was in this bag?
12 **A** It would be pure speculation on my side. It
13 definitely smelled like diesel fuel.
14 **Q** And you said it was eating through the bag?
15 **A** Yeah. It wasn't, it wasn't -- it definitely
16 was not the right container to put it in.
17 **Q** But probably a more suitable container might
18 be like a gas can that you find at a convenience
19 store, right, a gas station?
20 **A** Anything other than a Ziploc bag.
21 **Q** Okay. Well, did you or anybody from the
22 City go out and get a better container so we could
23 preserve that sample?
24 **A** No.
25 **Q** Did you ever have that sample tested at all

125

1  before the City destroyed it?
2  **A**  No.
3  MR. WARREN: Objection, that misstates the
4  testimony. He said the City did not destroy it. He
5  said it destroyed the Ziploc bag.
6  **Q**  (BY MR. NICASTRO)  When you threw out the
7  Ziploc bag, was there anything left inside it?
8  **A**  It wasn't -- I mean whatever was inside it,
9  I guess. I mean we didn't take out the contents of
10  the Ziploc bag. The Ziploc bag was there. It was
11  nasty. It's like get that in the trash, get that out
12  of here.
13  **Q**  Okay. So you threw it in the normal trash
14  that I assume ends up in the city landfill?
15  **A**  Yes.
16  **Q**  Okay. Just out of curiosity, did you ever
17  try to determine what the contents of the Ziploc bags
18  were, what the contents of that Ziploc bag was before
19  you determined if it was suitable for the city
20  landfill?
21  **A**  No. It wasn't a large enough sample to
22  really be too concerned about.
23  **Q**  Okay. Let's go back to Exhibit 8, which I
24  think you still have in front of you. Those are the
25  interrogatory answers there. Okay. So you suspected

126

1  that they may discharge runoff. Actually let me
2  strike that. I apologize. Let me go back. There's
3  one question that I wanted to ask you.
4  On December 22nd of 2023 when this
5  individual popped the manhole and found it a concern,
6  what level was the water or the substance in that
7  manhole, in that sewer manhole, what level was it at?
8  **A**  I believe it -- it wasn't, there wasn't a
9  level built up. It was a solid flow through the
10  pipe.
11  **Q**  Okay. So you believe that when the person
12  popped the pipe, there was a flow coming through that
13  pipe?
14  **A**  Yes.
15  **Q**  Which pipe because I imagine there are more
16  than one pipes in that particular manhole?
17  **A**  There's not.
18  **Q**  Okay. So tell me how the manhole works
19  then, kind of the design of that manhole.
20  **A**  The manhole is a dead end on our street.
21  And the only influent into it is the sewer service
22  from whatever portion of that private sewer service
23  that BN has.
24  **Q**  Okay. And so then describing from the
25  manhole perspective, how does it eventually get into

127

1  the wastewater treatment plant?
2  **A**  It hits the sewer system there. So from
3  there it goes into our sewer system and would flow
4  through our pipes until ultimately that's where it
5  ends up.
6  **Q**  Okay. So, in other words, kind of it heads
7  down, whatever flows in goes down and ends up in the
8  sewer system?
9  **A**  It's actually directly across. So it just
10  flows through it. It doesn't drop off or anything.
11  It's you have your sanitary sewer manhole.
12  **Q**  Right.
13  **A**  And at the bottom of it, you have a
14  flowline. You have a line going out, and you have a
15  line coming in.
16  **Q**  Okay.
17  **A**  And you can observe what is there because
18  there's a valley. You can see what is flowing
19  through it.
20  **Q**  Yeah, okay. And are those two lines, the in
21  and out, are they at the same level?
22  **A**  There's pretty close to it.
23  **Q**  Okay. And so that's what I was getting at
24  with the level. Was the level at the same level so
25  that what was going in was going out?

128

1  **A**  Yes.
2  **Q**  Okay. And so whatever was going out
3  eventually somehow down the line ends up going to the
4  wastewater treatment plant?
5  **A**  Yes, yes.
6  **Q**  What -- how far is that line from the
7  wastewater treatment plant?
8  **A**  Quite a ways. It -- yeah, I can't give you
9  an exact number, but it has to flow all the way down,
10  back across. It has a long ways to go.
11  **Q**  Okay. And so when we say it has a long ways
12  to go, it also means that throughout the way it is
13  joining up with other inputs, outputs --
14  **A**  Yes.
15  **Q**  -- throughout the entire system? Okay. And
16  so from December of 2022 -- well, in December --
17  actually, no, let me ask you this because I broke up
18  my last question on it. Strike that.
19  From Thanksgiving of 2023 until the day of
20  this hydrocement, did you ever see any evidence that
21  any substance with hydrocarbons was hitting the
22  wastewater treatment plant?
23  **A**  No.
24  **Q**  After seeing, having your employee see this,
25  looking at this manhole and I guess your words were

129

1  he just, he smelled -- what did he smell?
2     A    He said the whole thing smelled like diesel
3  fuel.
4     Q    Okay.  Was there anything else that he said
5  that made you think that this, that this product that
6  was running through the pipes was anything
7  impermissible in the City code besides just the
8  smell?
9     A    It looked like diesel fuel, too, he said.
10 Diesel fuel mixed with oil I believe he said.
11    Q    Okay.  All right.  Did he comment at all
12 about the flow rate?
13    A    Yes.  We inspect that manhole.  We had
14 actually, after the decision not to accept it, we
15 actually started inspecting the manhole a little more
16 because we did have the -- you know, given the
17 situation and stuff, we were concerned that they were
18 just going to ignore us telling them no, ignore not
19 having a discharge permit, and starting to discharge.
20        So we, you know, through the time prior to
21 December 22nd, we know what the average flow is
22 through there.  We know what it looks like.  We know
23 that there's not a lot of flow.  There's never really
24 much going through there.  So that day, before they
25 even got out of the pickup, they could smell the

130

1  diesel fuel and what was -- you know, they could just
2  smell it, didn't smell right, smelled like diesel
3  fuel.  They popped it and the flow had completely --
4  we had never seen flow like that in that manhole
5  before.  So that was alarming.
6         So the fact that it was flowing when it
7  never does and the fact that it smelled like diesel
8  fuel and the events that had taken place prior to
9  that were definitely a concern.
10    Q    Okay.  Well, let's back up.  You mentioned
11 that you were inspecting this manhole more than your
12 normal inspections?
13    A    Yes.
14    Q    When did that start?
15    A    It started when we started having these
16 conversations with BN.  I can't give you the exact
17 date.  But it was I think after that meeting we had,
18 that would have been on December 13th.  I think after
19 that, that next, that Thursday morning I think I
20 instructed the guys to keep a better eye on that
21 manhole because I would not be surprised if, given
22 the context of everything that was going on, BN
23 decided to discharge through that without approval,
24 without the permit.
25    Q    Okay.  So between December 13th -- well,

131

1  between December 13th and December 22nd, how many
2  times did you inspect, did the City inspect that
3  manhole?
4     A    I believe we were doing it every morning,
5  every day.
6     Q    And so the only morning that there was an
7  issue was December 22nd?
8     A    I don't believe so.
9     Q    Okay.  And so what was the flow rate with
10 the manhole prior to December 22nd?
11    A    Very little.
12    Q    And do you -- is there a way of quantifying
13 it, or is it just a subjective?
14    A    It's a subjective.
15    Q    Okay.  Did you talk with the individual who
16 did the hydrocement after the fact?
17    A    No, no reason to.
18    Q    Was he -- was it still having a flow while
19 he was trying to hydrocement it?
20    A    I believe so.
21    Q    Okay.  Have you ever done this process
22 before?
23    A    Me?
24    Q    Have you ever used hydrocement to plug up a
25 pipe?

132

1     A    Personally?
2     Q    Yes.
3     A    Yes.
4     Q    And can you -- is that something that you
5  can do when there's a flow coming through that pipe?
6     A    Yes.
7     Q    Okay.  And so after he hydrocemented it
8  shut, did you, as his supervisor, go and inspect his
9  work?
10    A    Did not.
11    Q    Did you ever perform any inspections of that
12 manhole at any time in December before, before the
13 next year 2024?
14    A    Yes.
15    Q    You personally?
16    A    No.
17    Q    Okay.
18    A    My crew.  I don't -- I'm in a position where
19 I do not have to go out and individually inspect
20 manholes.  I have a crew of people and guys that take
21 care of that stuff.  That's their job.
22    Q    And who would have inspected it?
23    A    It would have been the same crew.  It would
24 have been the various guys on the crew that do the
25 sewer inspections.  We did not remove that manhole

141

1 emergency actions without issuing a notice of
2 violation; right?
3   A   Yep.
4   Q   But in this case you didn't issue a notice
5 of violation to BNSF; correct?
6   A   No, we did not.
7   Q   You've actually never issued a notice of
8 violation to BNSF?
9   A   Correct.
10   Q   But what you actually did was take action
11 with the cement to completely cut off their
12 wastewater, their access to the sanitary system?
13   A   Yeah. Given the severity of the situation
14 and what was flowing through the pipe and what would
15 have happened and the violations and the damage it
16 could do to our system, if that did reach our
17 wastewater treatment plant, I found it completely
18 acceptable to take immediate action.
19   Q   Okay. And what you did is you completely
20 severed it without giving them any sort of notice
21 that you were going to do that; correct?
22   A   Correct.
23   Q   And you also severed it in a way that didn't
24 even give them notice after the fact that it
25 happened; correct?

142

1   A   I did it in a way that wouldn't give them
2 notice after the fact. I feel that if they were
3 dumping a bunch of stuff down there, they would have
4 known right away. So, yeah, I mean we couldn't run
5 the risk of taking any of that kind of contamination
6 into our plant where we would have not been able to
7 treat it, where it would have been discharged into
8 the Yellowstone River.
9   Q   Okay. But even if they weren't doing that,
10 you went ahead and disconnected their services
11 without giving them any notice?
12   A   They were doing that. It was our
13 understanding and our belief that they were doing
14 that. We saw what was flowing through that manhole.
15 We know that there was hydrocarbs in that. There was
16 no doubt in our mind.
17   Q   Well, but you could --
18   A   So we took immediate action. And then that
19 is what we did, we closed that line off.
20   Q   But you didn't give BNSF any opportunity to
21 go out there and say, wait a minute, let's see what's
22 going on here, we can explain what you're seeing;
23 correct?
24   A   Yeah, we did not do that. I don't have a
25 contact of a person on site to even contact and ask

143

1 him to do that. And we were in a situation where we
2 did not have that kind of time. We were not going to
3 sit there and watch it flow and try to find who to
4 call and who to notify and wait for them to show up
5 to make a decision. We had to act immediately, and
6 that's exactly what we did.
7   Q   Well, hold on. We're still talking about
8 December of when you put in the hydrocement. Because
9 we both agree you didn't notify them before it
10 happened, but you also didn't notify them about it
11 after it happened.
12       MR. WARREN: Objection, asked and answered.
13   Q   (BY MR. NICASTRO) Right? Did you provide
14 any notice to BNSF after you did it in January?
15   A   Nope.
16   Q   So there was no opportunity for BNSF to go
17 out and say, "Hold on, let's look at the situation,
18 let's get the DEQ involved, and let's get to the
19 bottom of this;" correct?
20   A   Yes.
21   Q   How about the administrative order process
22 under the city code, are you familiar with that
23 process?
24   A   Just from what I'm reading here.
25   Q   And have you ever gone through the

144

1 administrative order process that is outlined in the
2 city code?
3   A   You're asking if I've gone through the
4 process. What do you mean?
5   Q   Yeah. I mean have you ever gone through
6 that process. In other words, gone out to get an
7 administrative order, gone to court, any sort of
8 judicial remedies or anything like that to try to
9 make sure that you're enforcing the city code fairly
10 to all of its users?
11   A   No.
12   Q   You mention that you didn't have any contact
13 with BNSF in January of 2024. But you, you did have
14 contact with Violet Fisher; correct?
15   A   I'm not sure. I'm not sure. Violet Fisher
16 was not in Glendive. So when I say I didn't have
17 contact, it was more of who would I even have called
18 to let them know there was a problem where they could
19 have stopped it in a timely enough manner that
20 nothing would have ended up in our wastewater
21 treatment facility.
22       The fact that we have not had any sheen or
23 any issues or violations on hydrocarbs from the DEQ
24 is a direct result of the fact that we shut it down
25 as quick as we did.

145

1  MR. NICASTRO: Move to strike as
2  nonresponsive.
3  Q  You don't know anybody that works for BNSF
4  at that time?
5  A  I know people that work for BNSF.
6  Q  Who do you know that worked at BNSF?
7  A  Tory Kjelstrup.
8  Q  And what does he do?
9  A  I think he works, he's -- I don't know
10 exactly what he does.  He works something on the
11 roundhouse, something in charge of track maintenance
12 or something.  I'm not sure.
13 Q  And you know he works on property right
14 there at Glendive?
15 A  He works in a different part of the
16 property.
17 Q  Well, he actually works in that building.
18 Did you know that, sir?
19 A  I do now that you're telling me that.
20 Q  Did you have his cell phone number?
21 A  I do have his cell phone number.
22 Q  At any point in time you agree you could
23 have picked up the phone, called his cell, and said,
24 "Come out here and look at this;" correct?
25 A  I could have.

146

1  Q  So you did, in fact, have an immediate
2  contact with BNSF, you just chose not to use it that
3  day?
4  A  Okay.  Yes.
5  Q  So then let's jump ahead then to February of
6  2024.  This was the day that you, that the City
7  permanently cemented shut the manhole; correct?
8  February, I'm asking about February 16th, 2024.
9  A  Sounds right.
10 Q  Okay.  Were you working that day?
11 A  Yes.
12 Q  What were you doing that day?
13 A  I don't recall.
14 Q  And how did you first learn about an issue
15 with this manhole?
16 A  I believe the guys came up to my office and
17 told me.
18 Q  Okay.  When you said the guys, who were the
19 guys?
20 A  It would be the guys who were checking
21 sewers.  I don't recall exactly who it was.  I just
22 remember the guys coming up and saying, "Hey, this
23 thing is flowing again.  We've got an issue."
24 Q  Okay.  And so they came into your office
25 like in the city building?

147

1  A  Yeah.
2  Q  Do you happen to know what time?
3  A  No, I don't.
4  Q  And so tell me a little bit about what you
5  did when they came to your office and told you that?
6  A  Yeah.  I guess I don't really remember 100
7  percent of how it went down.  I know that I was made
8  aware of it.  And I just said, "Well, yeah, just pour
9  concrete in it.  Let's just seal it off."
10 Q  Okay.  And so what did you do then?  Did you
11 order the concrete or --
12 A  No.  I gave them direction to just go ahead
13 and get concrete and get it taken care of.
14 Q  Okay.  And who would that have been, who
15 would --
16 A  Whoever was working that day.  I mean my
17 foreman would have been Keith Beckle.  I don't know
18 exactly who was on the -- I don't know who was --
19 like I said, I don't recall.  I know I told them to
20 get it taken care of.  Who personally did it, I don't
21 know.
22 Q  Okay.  I think we're on 11.  Marked this as
23 Exhibit 11 here.
24 (Deposition Exhibit Number 11 marked for
25 identification.)

148

1  Q  This appears to be some e-mails and a report
2  to the DEQ.  Have you ever seen these documents
3  before?
4  A  I don't think I have.
5  Q  Okay.
6  A  I mean I, I'm sure I'm fully aware of the
7  situation here.  Yeah, it looks like I was copied on
8  it, so I'm sure I have.
9  Q  Okay.  So looking at these documents, I'm
10 trying to -- does it refresh your memory as to the
11 times of when things were occurring?
12 A  Well, I mean it gives you the time of when
13 the e-mails went out.  So it would have happened
14 before that, so in the morning.
15 Q  Okay.  So when the crew that eventually
16 comes into your office and reports this to you, did
17 you contact anybody at BNSF?
18 A  At BNSF, well -- what is your question?
19 Q  After they came into your office and
20 reported what they were seeing from this manhole, did
21 you contact anybody at BNSF?
22 A  I don't recall.
23 Q  Did you instruct any of your employees to
24 contact anybody at BNSF?
25 A  I don't recall.

149

1 **Q** In one of these e-mails, it looks like Rhett
2 Coon, which has glendiveschools.org, and he's your
3 facilities director; right?
4 **A** At the school, correct.
5 **Q** Okay.
6 **A** He's also a council member.
7 **Q** He's a council member. Okay. It looks like
8 he's -- I can't tell from your e-mail. It says,
9 "Uhg! Pictures and video!"
10 Is he responding to videos that are being
11 sent around, or is he requesting that you all secure
12 videos?
13 **A** It looks like he's requesting. I don't
14 know. He's not responding to any because I do not
15 believe there are any that I'm aware of.
16 **Q** Okay. Did you tell any of your employees to
17 take any videos of what they were seeing?
18 **A** No.
19 **Q** Did you tell them to take any pictures of
20 what they were seeing?
21 **A** I don't recall.
22 **Q** Did you tell them to take any samples of
23 what they were seeing?
24 **A** I don't believe so.
25 **Q** And did you ever go out there and see what

150

1 they were seeing?
2 **A** At that time, no.
3 **Q** So you didn't go on site until after the
4 cement was already in place; is that fair?
5 **A** Yes, that is.
6 **Q** Okay. And why is it that you did not tell
7 your crew members to secure any samples of what they
8 were seeing in the manhole?
9 **A** At that time, I did not see a reason to. I
10 mean you don't need a sample of something to tell
11 that. It looks like a duck, walks like a duck.
12 **Q** Did you ever give BNSF any opportunity to
13 see what it was out here that was looking like a duck
14 and talking like a duck?
15 **A** No.
16 **Q** And you would agree that by pouring cement
17 into the manhole, you destroyed the opportunity to
18 take a sample of what was in that particular manhole?
19 **A** Directly in the manhole?
20 **Q** Yes.
21 **A** Yes.
22 **Q** Is there any documentation that your crew
23 took of what the flow was like in that manhole?
24 **A** Not that I'm aware of.
25 **Q** When was the last time that manhole was

151

1 inspected before February 16th of 2024?
2 **A** I don't have that answer, but probably the
3 day before.
4 **Q** And why do you say the day before?
5 **A** Because I believe it was being checked at
6 least twice a week. We discussed that earlier.
7 **Q** So when you say you check manholes twice a
8 week, you check them back-to-back days?
9 **A** No, no. So it would have been a couple of
10 days before then. I'm sure it was checked twice that
11 week.
12 **Q** Okay.
13 **A** So I'm guessing, I don't know, but I'm just
14 going to go out on a limb and say that February 16th
15 was a Friday.
16 **Q** It was, sir.
17 **A** Yeah. So they probably would have been
18 checked probably Monday and Friday.
19 **Q** Okay. Did --
20 **A** Or Tuesday and Friday possibly. I don't
21 know.
22 **Q** Does the City have any evidence from the
23 wastewater treatment plant that would suggest that
24 flow from the BNSF rail yard contained hydrocarbons
25 and it was hitting your wastewater treatment plant

152

1 during that time period?
2 **A** If the wastewater treatment plant did
3 receive any hydrocarbs, I would have completely been
4 made aware of it. And there was no way you would
5 have been able to trace that back to BNSF just
6 because of the location of the manhole, where they
7 discharge into, and where the plant is located, and
8 how much travel is done, and I&Is done before that.
9 But as I stated before, we did not receive
10 any hydrocarbs at the treatment plant. We did not
11 have any dings in any test at the treatment plant,
12 and we believe that 100 percent be the result of the
13 fact that we took immediate action and concreted that
14 manhole in.
15 **Q** Well, you have no way of knowing how many
16 days this alleged flow was going through this
17 manhole; correct?
18 **A** No, we don't. Other than I can -- the last
19 time it was inspected, so.
20 **Q** Right. So it could have been a matter of
21 days allegedly that there was a flow going through
22 this manhole?
23 **A** It could have been a matter of a day.
24 **Q** But you saw no evidence from the wastewater
25 treatment plant that would show that hydrocarbons

153

1  were being pumped through the sanitary sewer system
2  at an excess rate; correct?
3     A    Yes.
4     Q    In other words, there was no sheen or
5  anything that was found on the -- at the bins at the
6  wastewater treatment plant; correct?
7     A    Yep.
8     Q    Did you actually go out there on February
9  16th to see, or the 17th or the 18th, the days
10 afterwards, to see whether or not there was any
11 evidence of anything with hydrocarbons going through
12 the system?
13    A    I would not have to.  I would have my guys
14 do that.
15    Q    Okay.  And --
16    A    And if there was, they would have let me
17 know.
18    Q    Okay.  So the fact that they never let you
19 know makes you feel confident, as you sit here today,
20 that there was no evidence of hydrocarbons going
21 through and making its way to the wastewater
22 treatment plant?
23    A    It makes me confident that we stopped it in
24 time.
25    Q    Well, that's making -- that's you're

154

1  assuming that hydrocarbons were even in that product.
2  Have you seen any test result that would substantiate
3  that?
4     A    Yes.
5     Q    From that particular manhole?
6     A    From the pipe leading into the manhole.
7     Q    Well, you're talking about something that
8  happened two months later; correct?
9     A    You asked me if I had seen test results.  I
10 answered the question yes.
11    Q    Okay.  Did you ever see any test results
12 that showed that that was actually making its way to
13 the wastewater treatment plant?
14    A    If it's in that pipe, that's where it goes.
15    Q    Okay.  We'll get to that particular pipe at
16 issue.  But did you ever see any test results from
17 the wastewater treatment plant that would show
18 hydro -- product with hydrocarbons was making its way
19 to the wastewater treatment plant?
20    A    You've asked this question 60 times.  The
21 answer is no, we have never one time received any hit
22 on hydrocarbons or seen a sheen at our wastewater
23 treatment plant during this issue with BNSF or any
24 time prior that I'm aware of.
25    Q    And you would agree that by pouring cement

155

1  into that manhole, you completely severed it from
2  future use; correct?
3     A    At that point, yes.  Well, you could get in
4  and chip it out, if you had to.
5     Q    And the City wasn't willing to do that for
6  BNSF?
7     A    No.
8     Q    The temporary plug that you put in, the
9  hydrocement, based on your calculations, how long did
10 that last?
11    A    Well, I can only give you the facts from the
12 day we put it in to the day we saw it flowing, which
13 would have been December 22nd to February, what is
14 it, 16th that we put it in.  So it lasted that long.
15    Q    So that hydro plug lasted about two months;
16 correct?
17    A    Okay.
18    Q    Did the City ever consider using the hydro
19 plug a second time, so that it could run through the
20 city code procedures for when there's a violation or
21 suspected violation?
22    A    No.  It was my belief if the hydro plug had
23 worked for a couple of months, or from December 22nd
24 to February 16th, that it didn't just miraculously
25 fail.  I believe that it was either drilled through

156

1  from the side or not.  That's pure speculation on my
2  point.  But given the optics of the situation, again,
3  we were in a situation where we had to stop the flow
4  as soon as we could because of what was hitting our
5  system, and we didn't want hits and hydrocarbs at our
6  plant.
7     Q    Let me back up.  The hydrocement stopped the
8  flow; correct?
9     A    Initially.
10    Q    It stopped it for two months; right?
11    A    Yes, yes.
12    Q    So my question was did the City ever
13 consider using the hydrocement again to stop the
14 flow, so that we could then follow the city code for
15 when you have a violation or suspected violation?
16    A    No.
17    Q    As a matter of fact what the City did is
18 they went straight to, I think the words you used
19 during the city council meeting were scorched earth;
20 is that correct?
21    A    Yes.
22    Q    Completely severing the connection?
23    A    Correct.
24    Q    You do agree that this report that you found
25 in February actually shows up documented with the

161
1  A   There might be a little trickle. I don't
2  know. Some of them have constant flow. Some of them
3  do not. What the situation of that one is, I don't
4  believe there's constant flow through there. It's
5  pretty slow.
6  Q   Okay.
7  A   You're talking about 422. The manhole that
8  BN dumps into, the only flow that goes through that
9  manhole, the only line that dumps into that manhole
10 is BN's. There's no other line from any other
11 services, from houses or anything else that dumps
12 into that line. So the only flow that we would see
13 from 422 going I guess south would be from BN.
14 Q   No. But I'm just asking you generally.
15 Like there's times that you go out and you pop a
16 manhole, it's an active manhole with an active
17 line --
18 A   Yeah.
19 Q   -- there's sometimes no flow?
20 A   There's generally a little bit of flow
21 always.
22 Q   Okay.
23 A   Not on a dead end, but on a cross pipe, yes,
24 there's flow.
25 Q   Okay. Is there anything in this document

162
1  that I submitted to you, and this is the documents
2  that the City provided about it, that would suggest
3  that what they're seeing is a flow as opposed to just
4  standing water that, in their mind, smelled of
5  diesel? Basically what I'm getting at is where is it
6  documented that the individuals saw a flow of water
7  going through the pipe?
8  A   Yeah, I guess it does not document that it's
9  flowing through there. But any understanding of how
10 a sewer system works would imply that it's following
11 through, but I don't see anything in this document
12 that says it's flowing through, so you're correct
13 there.
14 Q   At some point in time that day did you ever
15 contact BNSF?
16 A   I don't recall.
17 Q   Did anybody in your crew ever contact BNSF?
18 A   I am not sure.
19    MR. NICASTRO: I'll mark this, and I've got
20 copies of it. Let me just show you, Counselor,
21 Exhibit 12.
22    MR. WARREN: Okay.
23    (Deposition Exhibit Number 12 marked for
24 identification.)
25 Q   Exhibit 12, have you ever seen those

163
1  pictures before?
2  A   Yes, I have.
3  Q   And under what circumstances have you seen
4  those pictures?
5  A   I believe when, when it was happening or --
6  yeah, yeah, so I guess that's what they took when
7  they were there, so.
8  Q   And there's a name on there. Who is that
9  individual?
10 A   It's my assistant --
11 Q   Okay.
12 A   -- at the time.
13 Q   And so is it the City's testimony that those
14 are the pictures that the City took on that
15 particular day?
16 A   There's no date stamp on them, other than
17 the one you can tell where the concrete truck is
18 there.
19 Q   Okay. What did the City do with those
20 pictures?
21 A   I, I don't know. I mean clearly there's
22 copies of them.
23 Q   Are there any pictures -- do any of those
24 pictures show what the manhole looked like before
25 cement was poured in?

164
1  A   I believe that what you're seeing, it looks
2  like the -- I don't know. I'm not clear enough to
3  tell.
4  Q   Are all those pictures of what the manhole
5  looks like when it's filled with cement that hasn't
6  dried yet?
7  A   Yeah, I'm not sure.
8  Q   So as you sit here today, the City's
9  position is it doesn't know if it has any pictures of
10 what the manhole looked like before it started to
11 pour concrete down the manhole?
12 A   Yeah. I -- it looks like some of these are
13 from before possibly.
14 Q   And which ones are you --
15 A   Yeah, I don't know. I guess you could ask
16 the guy that took the pictures.
17 Q   Well, in preparing for this deposition,
18 knowing we're talking about this, did you contact him
19 and get that information?
20 A   No.
21 Q   What Exhibit Number was that sir? 12?
22 A   Twelve.
23    MR. WARREN: Anthony, are we close to a spot
24 for a quick break?
25    MR. NICASTRO: Yeah, we will be in a second.

181

1  MR. WARREN: Do you have a paperclip or
2  staple for this to keep it together?
3  MR. NICASTRO: I have a paperclip.
4  **Q** (BY MR. NICASTRO) Before I get to that one,
5  I apologize. Let's go back to the interrogatories,
6  so that would be Exhibit Number 8. Interrogatory
7  Number 10, Page 9. Interrogatory Number 10, you were
8  asked to identify each individual who was involved in
9  making a determination by the City of Glendive that
10 BNSF's access to the city sewer system needed to be
11 terminated.
12  And in the second sentence that talks about
13 the decision, it says, "It was based on findings from
14 monitoring inspections conducted by city employees,
15 including Ryan Russett, Tanner Dey, Peter Leath, and
16 Frank's own inspection of the substance flowing
17 through the manhole."
18  What is that referring to?
19 **A** Probably I went out and looked at it.
20 **Q** And when would you have gone out and looked
21 at it?
22 **A** I don't know. I guess when they called me.
23 **Q** Well, earlier I think you testified --
24 **A** Well, they came up to my office and told me.
25 I might have went out and rode with them out there

182

1  and took a look at it. Yeah, I don't know. I don't
2  really recall.
3  **Q** Okay. Anything else, because this is my one
4  chance to ask you questions? I just want to make
5  sure there wasn't any sort of other inspection of the
6  substance. Anything else that comes to mind --
7  **A** No.
8  **Q** -- that would be the basis of that
9  statement? No. Okay. Now, we can go to Exhibit 13,
10 I think it is.
11  MR. WARREN: Fourteen, I believe.
12 **A** Fourteen.
13 **Q** (BY MR. NICASTRO) And this is from a
14 newspaper article, and that's -- why don't I just ask
15 you about that picture that is on the front. Is that
16 the baggy that we were talking about earlier?
17 **A** Yes.
18 **Q** All right. And just so we're clear, that
19 baggy is from the manhole taken by somebody back in
20 December, not the February incident?
21 **A** No. This is the February incident.
22 **Q** Okay. So there have been -- there are
23 actually two baggies that once existed?
24 **A** Yeah, possibly, yeah.
25 **Q** All right. So who took this substance from

183

1  the manhole in February of 2024?
2  **A** It would have been one of the utility
3  workers.
4  **Q** All right. And when did you first know that
5  there was a baggy of what was in this?
6  **A** They would have brought it up to my office,
7  so I'm not sure. It would have been right after it
8  happened I'm sure.
9  **Q** Okay. And so whatever happened to that
10 baggy?
11 **A** Same thing, it's contaminated, nasty, and we
12 just threw it out. We did not keep it, preserve it,
13 did not have it tested.
14 **Q** All right. You did a really good job of
15 anticipating all of my questions. The one question I
16 didn't get to ask, though, is did you ever give BNSF
17 a chance to examine the contents of what was in that
18 baggy?
19 **A** No, we did not.
20 **Q** Why?
21 **A** We just did not.
22 **Q** So the first baggy from the manhole, do you
23 know whether or not that was ever taken to any sort
24 of city council meetings?
25 **A** No.

184

1  **Q** But this one did; is that fair?
2  **A** Yeah. Clearly that's the council room, so,
3  yes.
4  **Q** And that's the one that you were passing
5  around to your council members at the time that you
6  were speaking?
7  **A** Yes, I assume so.
8  **Q** Okay. Are your city council meetings
9  videotaped?
10 **A** They are now. They follow whatever MCA code
11 is. So I don't know if they were at this time. I
12 don't think they were. I think they were just audio
13 recorded at this time and not video. Or they might
14 have been videoed, but we weren't required to keep
15 them, so we deleted them at the next meeting. I
16 don't remember how they used to. Whatever the
17 recommendation from MCA is that's what they do.
18  So I know we were recording for a while.
19 And then we would save them until the next meeting
20 because that's what you're required to do. And then
21 we would record the next meeting and delete that one.
22 Once the minutes are accepted, I believe the
23 procedure was that at the meeting the meeting minutes
24 would get accepted. And at that point you could
25 delete your old video. So I think after all the

209

1 diesel and oil to them. I believe that's stated in
2 one of their inspection reports.
3  **Q**  Okay. So when they're reporting diesel and
4 oil in it, that's what they're claiming that
5 substance is?
6  **A**  No. That looks like more mud.
7  **Q**  Okay.
8  **A**  I think the fluid that you're seeing in 521
9 is the actual diesel fuel sitting on top of the
10 sludge. But when you combine the diesel fuel with
11 dirt and oil and stuff, you get the sludge that
12 you're seeing in 522.
13  **Q**  All right. And so did your city crew
14 individuals ever request any sort of inspection or
15 testing of what they're seeing in these pictures?
16  **A**  No.
17  **Q**  That wasn't part of your requirements for
18 BNSF to hook back up to the sanitary sewer system,
19 was it?
20  **A**  It was not.
21  **Q**  Okay. And at this point in time, I guess
22 let's be clear, was it your intention to at some
23 point let BNSF connect back to the sanitary sewer
24 system?
25  **A**  Absolutely.

210

1  **Q**  Okay. And so they cleaned up this
2 particular manhole.
3  **A**  Okay.
4  **Q**  Is that correct or not?
5  **A**  I believe so.
6  **Q**  All right. So what other issues left to be
7 undetermined?
8  **A**  What's in this manhole and how it got there
9 and what's it doing in there. If we're going to hook
10 up to this system, like just because you cleaned it
11 out, doesn't mean the situation of how it got in
12 there and what caused it to get in there has gone
13 away.
14  **Q**  Do you know whether or not there's any other
15 connections to this particular manhole?
16  **A**  I do not.
17  **Q**  Did your crew ever do any sort of
18 investigation as to what else, if anything, might
19 have connected to this particular manhole?
20  **A**  To this manhole here?
21  **Q**  Yes.
22  **A**  Well, I mean there's -- you can see two
23 connections.
24  **Q**  Okay. What, if anything, did the City do as
25 part of its investigation to try and let BNSF to

211

1 connect to the city sewer system, what did they do --
2 what did they request from BNSF, but not get?
3  **A**  I don't think we requested anything.
4  **Q**  Okay. So how was BNSF, how did they know
5 that they needed to make -- answer some questions
6 about this manhole before they could connect to the
7 city sewer system again, if you didn't tell them that
8 that was a requirement?
9  **A**  Yeah, the -- I don't know. I don't, I do
10 not know.
11  **Q**  What else did BNSF need to do from the
12 City's perspective in order to regain access to the
13 city sewer system?
14  **A**  At this point I'm just going to fall back on
15 the -- I mean it was noted that we're going to fall
16 back on the DEQ requirements for pretreatment and
17 testing and then release of the substance. So I
18 think it was, I think it was relayed to BN that we're
19 going to fall back on the DEQ requirements.
20  **Q**  Okay. But I don't understand. How would
21 that -- so you told BNSF you can get back onto our
22 city sewer system if you follow the DEQ limits?
23  **A**  I think that's what was told to them, yeah.
24 I don't think -- I think at this point I wasn't
25 having contact with them, and it was being done

212

1 through the mayor possibly. I wasn't having a lot of
2 contact with BN at this point. This is where, where
3 like, yeah, this is going to end up in a situation
4 and probably end up in court and whatever, so we're
5 going to -- I imagine you got any letters that were
6 sent to BN going forward from this.
7  **Q**  Well, one of the topics of this 30(b)(6) is
8 the requirements that BNSF must meet in order to gain
9 access to the wastewater services again.
10  What does BNSF need to do in order to get
11 back to the wastewater services?
12  **A**  What page is that?
13  **Q**  Page Number 4 of the deposition notice,
14 Exhibit Number 1.
15  **A**  Uh-huh. Exhibit Number 1, going back.
16  **Q**  Yep. Exhibit Number 1.
17  MR. WARREN: Frank, make sure you paperclip
18 all of those documents together, so you don't lose
19 them.
20  THE WITNESS: This?
21  MR. WARREN: The exhibit you were just
22 looking at.
23  THE WITNESS: Oh, this one here. I've got a
24 paperclip right here. Okay. All right. Back to 1,
25 Page 4.

221

1  was a manhole they wanted to inspect, and BNSF did
2  not let me pop it?
3      A    Not that I'm aware of, no.
4      Q    Did any of your individuals come back to you
5  and tell us -- and tell you that there were any
6  manholes that they could have inspected, but they
7  didn't inspect?
8      A    Not that I'm aware of, no.
9      Q    So right now as we sit here today, those
10 individuals had every opportunity to inspect the
11 manholes that would have connected, that would have
12 been part of the line from the work equipment
13 building to East Valentine?
14     A    Yes, yes.
15     Q    Okay.  And what we do know from these
16 documents is there's one man hole at least that is in
17 between the work equipment building and East
18 Valentine?
19     A    Yeah, at least one.
20     Q    Okay.  But you don't have any documentation
21 that would show that there's more than one; correct?
22     A    I don't believe I do.
23     Q    Okay.  So, in other words, getting back to
24 my original question about what they needed to do,
25 clear on what they needed to do inside the building,

222

1  now we're talking about that manhole that we know
2  exists; right?
3      A    Yep.
4      Q    What I'm hearing from you is that the City
5  wants to make sure that anything else going into that
6  manhole from other locations other than the toilets
7  and the work equipment building are sealed off;
8  correct?
9      A    Yes, or eliminated.
10     Q    Okay.  And then beyond that, if there are no
11 other connections between that and the stub-out that
12 you all have made, BNSF can connect, if they show all
13 that?
14     A    And all of the city codes and everything are
15 met and DEQ, yes.
16     Q    Well, yeah, and make sure that they're
17 meeting the city codes?
18     A    Yes.
19     Q    Do they need to show that they're meeting
20 the city codes before they connect?  How do you do
21 that?
22     A    I think the system -- I don't know.  I
23 haven't been in this situation before.  It would have
24 to be looked at.  And, like I said, that pretreatment
25 is inspected by the sanitarian.  And once he signs

223

1  off on that, then I'm good with that.
2      Q    Okay.  And what is it that he's signing off
3  on?  Tell me what that process is like.
4      A    I don't know.  I don't know what that
5  process is.  I think he goes and inspects the
6  pretreatment, makes sure it's in place and is fine
7  with the working order of it.
8      Q    Okay.  And where would the pretreatment have
9  been before all of this happened?
10     A    I don't know.
11          MR. NICASTRO:  All right.  All right let's
12 take another break.
13          THE VIDEOGRAPHER:  Going off the record.
14 The time is 4:17.
15          (Whereupon, a recess was taken at 4:17 p.m.
16 to 4:27 p.m.)
17          THE VIDEOGRAPHER:  We're back on the record.
18 The time is 4:27.
19     Q    (BY MR. NICASTRO)  Okay.  One of the things
20 I want to go back because I cued this up from the
21 city council meeting.  I want to see if this is your
22 voice.  This is audio from February 20th, 2024.  Can
23 you hear it?
24          (Video playing.)
25     Q    Is that your voice?

224

1      A    I think so, yeah.
2      Q    Okay.  This gets back to I had asked you
3  previously about whether or not you knew that the
4  hydrocement plug that you did, that you used was a
5  temporary fix.  And I think your testimony was, no, I
6  didn't know that.
7      A    It's, so it was a temporary fix, meaning it
8  could mechanically be removed.
9      Q    Well --
10     A    That's when I say temporary, it means that
11 it's not dumping a yard of concrete in there, which
12 is a lot more labor intensive removal.  I don't
13 consider that temporary.  I consider hydrocement in
14 the fact that it mechanically can be removed.
15     Q    Okay.  When you say mechanically, meaning
16 you think it can only be removed if somebody
17 physically removes it?
18     A    Yeah, you're going to have to -- there's
19 going to have to be work involved.
20     Q    Well, let's just listen.
21          (Video playing.)
22     Q    Okay.  And was that you saying that you know
23 it does shrink and it does weather?
24     A    I couldn't, I couldn't hear it.  But it's
25 not a permanent fix, but I know it's -- I mean, go

CERTIFICATE OF REPORTER

STATE OF MONTANA  )
                  ) ss.
County of Dawson  )

    I, Joan P. Agamenoni, Court Reporter and Notary Public for the State of Montana, residing in Great Falls, Montana, do hereby certify:

    That I was duly authorized to and did swear in the witness and report the deposition of CITY OF GLENDIVE in the above-entitled cause;

    That the reading and signing of the deposition by the witness have been expressly reserved.

    That the foregoing pages of this deposition constitute a true and accurate transcription of my stenotype notes of the testimony of said witness.

    I further certify that I am not an attorney nor counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal on this the 26th day of June, 2025.

        /s/_____
        Joan P. Agamenoni
        Court Reporter
        Notary Public, State of Montana
        Residing in Great Falls, Montana.
        My Commission expires: 5/24/2028