# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MONTANA
 3                       BILLINGS DIVISION
 4  _____
 5  BNSF RAILWAY COMPANY,
 6           Plaintiff,
 7       vs.                 Cause No. CV 24-81-BLG-SPW-TJC
 8  CITY OF GLENDIVE,
 9           Defendant.
10  _____
11                VIDEOCONFERENCE DEPOSITION UPON
12                      ORAL EXAMINATION OF
13                         KEITH BOECKEL
14  _____
15           BE IT REMEMBERED, that the deposition
16  upon oral examination of KEITH BOECKEL, appearing
17  at the instance of Plaintiff, was taken in the
18  conference room of the Holiday Inn Express &
19  Suites Glendive, 1919 North Merrill Avenue,
20  Glendive, Montana, on Monday, July 28, 2025,
21  beginning at the hour of 2:00 p.m., pursuant to
22  the Montana Rules of Civil Procedure, before Kasey
23  L. Fisher, Registered Professional Reporter -
24  Notary Public.
25
                                                         1
```

Keith Boeckel
ROUGH DRAFT

```
 1
 2                    APPEARANCES

 3      ATTORNEY APPEARING ON BEHALF OF THE
        PLAINTIFF, BNSF RAILWAY COMPANY:
 4
             Mr. Anthony Nicastro, Esq.
 5           Knight Nicastro MacKay, LLC
             27 Shiloh Road, Suite 10
 6           Billings, Montana 59106
             nicastro@knightnicastro.com
 7           (Present via Zoom)

 8              and

 9           Ms. Brooke Kuhl, Esq.
             BNSF Railway Company
10           P.O. Box 16090
             Missoula, Montana 59808
11           brooke.kuhl@bnsf.com
             (Present via Zoom)
12

13      ATTORNEY APPEARING ON BEHALF OF THE
        DEFENDANT, CITY OF GLENDIVE:
14
             Ms. Keturah Shaules, Esq.
15           Mr. Adam Warren, Esq.
             Moulton Bellingham PC
16           27 North 27th Street, Suite 1900
             P.O. Box 2559
17           Billings, Montana 59103-2559
           keturah.shaules@moultonbellingham.com
18          adam.warren@moultonbellingham.com
             (Present at Holiday Inn, Glendive)
19

20

21

22

23

24

25
                                                    2
```

Keith Boeckel
**ROUGH DRAFT**

```
 1
                        I N D E X
 2   EXAMINATION OF MR. KEITH BOECKEL BY:        PAGE:

 3          Mr. Anthony Nicastro, Esq.............4

 4                   E X H I B I T S

 5   DEPOSITION EXHIBITS:                        PAGE:

 6   Exhibit 28       City document production

 7                    Bates 1998-2056.......15,25,29,78

 8   Exhibit 29       2020-2025 Weekly manhole

 9                    inspections....................19

10   Exhibit 30       2024 manhole inspection

11                    records........................27

12   Exhibit 31       Photos......................74,75

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                      3
```

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

Keith Boeckel
**ROUGH DRAFT**

```
 1  long, but just want to throw that out there.
 2          And the court reporter is taking down
 3  every word that's being said, that's the official
 4  record.  So I can see you, I know what a head nod
 5  is, but if I -- but we'll need verbal answers, yes
 6  or no, things like that.  Okay?
 7       A.   Okay.
 8       Q.   Where do you work, sir?
 9       A.   I don't.
10       Q.   You're retired?
11       A.   I am.
12       Q.   Congratulations.  When did you retire?
13       A.   At the end of 2023.
14       Q.   Okay.  So like the last day of the year,
15  big hurrah?
16       A.   Well, the 29th because the 30th and 31st
17  were a weekend, 29th was a Friday.
18       Q.   Good deal.  So what did you do before you
19  retired?
20       A.   I was the City shop foreman.
21       Q.   And how long were you the City shop
22  foreman?
23       A.   Eleven years, I believe, somewhere -- 11
24  years and a month.
25       Q.   I assume that's the City shop foreman for
```

5

Keith Boeckel
ROUGH DRAFT

```
 1   Glendive?
 2       A.   Yes.
 3       Q.   And what did you do before then?
 4       A.   I was assistant foreman for about four or
 5   five years.
 6            You mean before I went and got on with
 7   the City?
 8       Q.   Yeah, well, when you started -- when did
 9   you first start working for the City of Glendive?
10       A.   I started July 24, 1995.
11       Q.   All right.  And what position were you
12   doing then?
13       A.   I was the utility worker out at the City
14   shop.
15       Q.   And as a utility worker at the City shop,
16   does that have anything to do with the sanitary
17   sewer system?
18       A.   Yes.
19       Q.   Tell me, what is it that you do with the
20   sanitary sewer system in that job?
21       A.   Well, I was never the sewer guy, but one
22   of the things we do with the sewers is we check
23   them three times a week.  The lift stations, make
24   sure they're working okay.
25            And then once a week we check a certain
```

6

```
 1   number of manholes that have been known to give
 2   problems in the past.
 3        Q.   This is what you did starting with the
 4   City in 1995?
 5        A.   That wasn't my primary job, no.  There
 6   was a couple guys that would do them almost every
 7   week, the same guys, for the most part.
 8             But if one guy was missing, I would
 9   sometimes fill in.  But I was never the guy, I was
10   the helper because I was -- that was never my
11   primary function.
12        Q.   Okay.  And so as the helper, when you're
13   inspecting these manholes, what does a helper do?
14        A.   Well, generally, when we check sewers and
15   lift stations, we have two people.  It's never
16   happened in Glendive, but I was told it was a
17   safety reason.  If you get bad fumes in a manhole
18   and somebody has to crawl down, you want another
19   person there.
20             And it also helps when you're checking
21   the lift stations because you're reading the hours
22   of every -- once a week on Friday you're reading
23   the hours of the pumps.  So if one has a lot more
24   hours than the other, then one of them is not
25   working right.  They should be equal.  Things like
```
7

Keith Boeckel
ROUGH DRAFT

```
 1   them and they were numbered.  But the guys who
 2   were checking them knew exactly which ones they
 3   were.
 4           And it was kind of a run.  You'd go -- at
 5   a certain run, you'd go and do them all in order
 6   mostly.  And a few times they were taken off the
 7   list and some more added on as things changed, as
 8   more --
 9      Q.   How many manholes are there in the City
10   of Glendive?
11      A.   I couldn't even guess.  Maybe 300, I
12   don't know.  I don't know.
13      Q.   And so just kind of big picture, tell me,
14   what is it -- what happens when people are
15   inspecting manholes?
16           What's the process that they go about?
17      A.   You stop and pull up with your lights
18   flashing.  Two guys get out of a pickup, one with
19   a lid hook, and you lift the lid and look down in
20   the manhole.  If you could see okay with daylight
21   or good light, you wouldn't need a light.  But
22   you'd look down and you'd look for water backing
23   up in the manhole.  That would mean you'd have a
24   plug on the line somewhere.
25           Or if -- some of them had -- had a rough
```
12

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

```
 1   been doing these a long time.  Sometimes he'll do
 2   all the lift stations first and then come back and
 3   do the manholes, and sometimes he'll do the
 4   manholes along with the lift stations as he goes
 5   through town.  That's how we used to do it.
 6           How he did it at the end, I don't know.
 7   He's been doing it a long time.  He knows all of
 8   them by heart, and I don't know what order he did
 9   them.
10   BY MR. NICASTRO:
11      Q.   And so -- so you get a phone call from
12   John on this particular day.  And how long did it
13   take for you to get out there?
14      A.   Probably 15, 20 minutes.
15      Q.   And what did you do when you got out
16   there?
17      A.   I looked in the manhole, saw it was
18   flowing, like he said, and then I called Frank.
19      Q.   And you say "flowing like he said."
20   How --
21      A.   He said it was two-thirds full.  Sorry.
22      Q.   You're fine.
23           Was it -- when you say "two-thirds full,"
24   you mean two-thirds from the bottom of the
25   manhole?
                                                    42
```

Keith Boeckel
ROUGH DRAFT

```
 1      A.   No, no.  At the bottom of the manhole
 2  there's a pipe cut in half, and the lower half
 3  runs through there.  And there's concrete built up
 4  on the sides so the flow is supposed to stay in
 5  the pipe.
 6           The only way it gets out of that pipe is
 7  if it's flowing so hard it can't take it.  So it
 8  was flowing in the pipe quite a bit full.
 9      Q.   So could you see -- how many pipes are in
10  Manhole 422?
11      A.   I can't remember if there's another inlet
12  coming from the east or not.  I can't remember.
13      Q.   And then it flows to the south?
14      A.   Yes.  There's one coming from the north
15  and goes to the south.  If there's an inlet from
16  the east, I can't remember.
17      Q.   So when you looked into the manhole,
18  could you see the pipes?
19      A.   Oh, yeah.
20      Q.   All right.  And so when you say it was --
21  I'm sorry.  Did you say three-quarters?
22      A.   Two-thirds.
23      Q.   -- two-thirds of the way full, what are
24  you referring to?
25      A.   Okay.  If you got a 6-inch pipe and it's
```

43

```
 1   flowing about two-thirds full.
 2        Q.   Okay.  So when you looked into the
 3   manhole, you saw a constant flow --
 4        A.   It was, yes.
 5        Q.   How fast was it flowing?
 6             Is there a way of speed --
 7        A.   I don't --
 8        Q.   I've never done your job, so that's why
 9   I'm asking.
10        A.   I don't know.
11        Q.   So what you saw, it appeared to be black?
12        A.   It was black, looked like black water to
13   me.
14        Q.   Okay.  Do you recall anything else about
15   what you saw?
16        A.   No.
17        Q.   Did it have any sort of smell to it?
18        A.   Not to me it didn't.
19        Q.   Okay.  Did somebody else tell you that it
20   had a smell?
21        A.   I don't remember that.
22        Q.   Did you go look at the other manhole to
23   the south and see what was happening there?
24        A.   No, I did not.
25        Q.   Did they do that?
```

44

Keith Boeckel
**ROUGH DRAFT**

```
 1        Q.   Okay.  Did you contact any of them and
 2   say, Hey, we've got this issue with your manhole?
 3        A.   No.
 4        Q.   Why not?
 5        A.   I report to my supervisor.
 6        Q.   That's Frank?
 7        A.   Yes.
 8        Q.   All right.  So how long are you out there
 9   when you're talking to Frank then?
10        A.   Not very long.  I can't remember if I
11   even was there when he came and looked at it.
12        Q.   All right.  I guess that's a good next
13   sort of question is what did you do after you
14   called Frank?
15        A.   I went about my work.
16        Q.   Okay.
17        A.   He wanted --
18        Q.   Sorry.  So did you then -- so you call
19   Frank and you tell him what you saw?
20        A.   Yes.
21        Q.   Correct?
22             What did he say to you?
23        A.   I don't remember.  I think he was going
24   to come over and look at it, but I didn't stay
25   around.
```
46

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

```
 1   wastewater treatment plant, right?
 2        A.   I do.
 3        Q.   So why is it that you didn't report it to
 4   them saying, Hey, be on the lookout for this
 5   substance?
 6        A.   I reported to my supervisor.
 7        Q.   Okay.  So you -- you would -- you
 8   didn't -- you didn't do it because Frank didn't
 9   tell you to do it?
10        A.   Right.
11        Q.   Did you ever suggest to Frank, Hey, maybe
12   we need to alert somebody about it?
13        A.   No.
14        Q.   Did you -- did your crew ever go to like
15   the lift station just to see how far this
16   substance may have traveled?
17        A.   I did not.
18        Q.   Do you know whether or not anybody ever
19   performed any sort of test on this substance to
20   see what, in fact, it was?
21        A.   I have no idea.
22        Q.   The person that went in, Shylo, and did
23   the hydrocementing, did Shylo have to have any
24   sort of special protective equipment?
25        A.   No, we didn't use any.
                                                        52
```

```
 1      Q.   And I guess you all weren't smelling
 2  anything, so there was -- you didn't feel the need
 3  for him to have any sort of face protection or
 4  anything like that?
 5      A.   No.  He had a hard hat.  He had a hard
 6  hat, I believe.
 7      Q.   Sure.
 8      A.   And gloves.
 9      Q.   Sure, but if like diesel or oil was
10  flowing through the system, and it had a smell to
11  it, would you have used some sort of protective
12  equipment?
13      A.   Probably.  I don't know if we'd have been
14  in the hole, if it was smelling like that.
15      Q.   Yeah.  Okay.  So you all at least -- you
16  felt comfortable with -- whatever the substance
17  was, you felt comfortable with your employee going
18  into that hole and applying hydrocement, with only
19  a hard hat as protective equipment; is that fair?
20      A.   And gloves.
21      Q.   And gloves.
22      A.   But there was hardly any flow, and none
23  of it was black.
24      Q.   Okay.  So by the time you got there, it
25  wasn't black anymore?
```
53

Keith Boeckel
**ROUGH DRAFT**

```
 1        A.   When we hydroed it, there wasn't.
 2        Q.   Okay.  What did it look like then?
 3        A.   Just like a regular manhole.  If the --
 4   the flow was very little.
 5        Q.   Was the flow black though still?
 6        A.   No.
 7        Q.   Okay.  Did it look like normal sewer
 8   water that you expect to see in a toilet?
 9        A.   You know, I don't remember thinking
10   anything about it back then.  I didn't notice
11   anything out of the ordinary.
12        Q.   You didn't think it was diesel or oil
13   coming through, did you?
14        A.   I did not, no.  I did not smell diesel.
15        Q.   Okay.  And you -- it didn't smell like
16   oil, did it?
17        A.   It didn't to me.
18        Q.   Okay.  What did you do next then after
19   you hydrocemented it?
20             How long do you have to sit there for the
21   hydrocement to seal up?
22        A.   Within five or ten minutes, that stuff is
23   hard as a rock.  When you're mixing it, you got to
24   hurry up and get it done and put it in there
25   because it sets up in a hurry.
```
54

Keith Boeckel
ROUGH DRAFT

```
 1            MR. NICASTRO:  All right.  Go back on the
 2   record then.
 3   BY MR. NICASTRO:
 4       Q.   All right.  So just a couple other topics
 5   to kind of clear up on.
 6            So roughly about how much time on
 7   December 22nd do you think you were actually
 8   onsite by that Manhole 422?
 9       A.   Maybe an hour.
10       Q.   Okay.  And during -- during that hour, at
11   any point in time did you ever smell diesel from
12   that manhole?
13       A.   I did not.
14       Q.   And, I mean, you know what diesel smells
15   like, it's got a very distinct odor, correct?
16       A.   Yes, I do.
17       Q.   If you had smelled diesel, would you have
18   sent your employee down into that manhole?
19       A.   I can't think of something like that.
20   How would I know that?
21       Q.   All right.  Well, I'm just saying, I
22   mean, if -- I mean, if there was diesel or some
23   sort of like oil product that's going through that
24   manhole, would you send an employee in there with
25   just gloves and a hard hat?
```
63

```
 1      A.   I don't know.
 2      Q.   And when you say, "I don't know," is it
 3 because you've never been in that situation
 4 before?
 5      A.   Right.
 6      Q.   Or you would just do whatever Frank tells
 7 you to do?
 8      A.   I'm not a puppet like you're making it
 9 sound, but I thought it was safe to send somebody
10 down there, in my opinion.
11      Q.   Okay.  So whatever was flowing through
12 that manhole, there was nothing that led you to
13 have a concern for your employee's safety; is that
14 fair?
15      A.   That's fair.
16      Q.   And by the time that you got there and
17 you all started to do the hydrocementing, the flow
18 was a lot less than when you first saw it?
19      A.   Oh, yes.
20      Q.   Was -- is it fair to say that it seemed
21 like the flow had basically been stopped or about
22 to stop?
23      A.   I don't remember if it was completely
24 stopped or just trickling.  I don't remember.
25      Q.   Did you think that there was any sort of
```

64

```
 1   emergency that made it so that you immediately
 2   needed to turn off that flow?
 3        A.   I did not, no.
 4        Q.   You didn't think so, okay.
 5             Are there ways that you can sort of
 6   address that at sort of the lift station area?
 7                      (Whereupon, an off-the-record
 8                       discussion then took place.)
 9   BY MR. NICASTRO:
10        Q.   The question was just if you're seeing a
11   substance going through a manhole and you know
12   that it's going to eventually flow to an area like
13   a lift station, are there things that you can do
14   at the lift station to kind of address those
15   issues?
16        A.   I guess one thing you could do is get a
17   suck truck and try to get ahead of it or
18   something.
19        Q.   All right.  And so how would that work?
20             I mean, can you shut off the lift station
21   for a brief period of time?
22        A.   You could shut it off.
23        Q.   Okay.  The only -- is there a concern of
24   shutting down the lift station, you just have to
25   make sure that it's not going to back up
```

65

```
 1  that involved the sanitary sewer system?
 2     A.   I don't recall that I can think of, other
 3  than this.
 4     Q.   In 2022, did Frank ever tell you, this
 5  would have been the year before this
 6  hydrocementing issue.
 7          Did he ever tell you that -- well, strike
 8  that.
 9          In 2022, did your crew members ever find
10  any sort of diesel or -- find any evidence that
11  BNSF was discharging diesel or oil through
12  manholes that it was using?
13     A.   I don't think so.  Not while I was
14  foreman.  I was not told that anyway.
15     Q.   Can you think of any reason why, if your
16  crew members were out there finding something like
17  that, they would have kept that from you?
18          MS. SHAULES:  That's speculation.
19          But you can go ahead and answer, if you
20  can.
21          THE WITNESS:  No, I can't think of any
22  reason.
23          MR. NICASTRO:  I want to show you another
24  picture.  I'm going to mark this as Exhibit 31.
25  ///
```

74

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

```
 1
 2                C E R T I F I C A T E
 3
 4   STATE OF MONTANA       )
                            : Ss
 5   COUNTY OF GALLATIN     )
 6          I, Kasey L. Fisher, Registered
     Professional Reporter and Notary Public for the
 7   State of Montana, residing in Bozeman, do hereby
     certify:
 8
            That I was duly authorized to and did
 9   swear in the witness and report the deposition of
     KEITH BOECKEL in the above-entitled cause; that
10   the foregoing pages of this deposition constitute
     a true and accurate transcription of my stenotype
11   notes of the testimony of said witness, all done
     to the best of my skill and ability; that the
12   reading and signing of the deposition by the
     witness have been expressly reserved.
13
            I further certify that I am not an
14   attorney nor counsel of any of the parties, nor a
     relative or employee of any attorney or counsel
15   connected with the action, nor financially
     interested in the action.
16
            IN WITNESS WHEREOF, I have hereunto set
17   my hand and affixed my notarial seal on this the
     6th day of August 2025.
18
19
20
21
22
23
24
25
```