# EXHIBIT C

```
1              IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF MONTANA
3                        BILLINGS DIVISION
4    _____
5    BNSF RAILWAY COMPANY,
6           Plaintiff,
7       vs.               Cause No. CV 24-81-BLG-SPW-TJC
8    CITY OF GLENDIVE,
9           Defendant.
10   _____
11                 VIDEOCONFERENCE DEPOSITION UPON
12                       ORAL EXAMINATION OF
13                         FRED CARPENTER
14   _____
15            BE IT REMEMBERED, that the deposition
16   upon oral examination of FRED CARPENTER, appearing
17   at the instance of Plaintiff, was taken in the
18   conference room of the Holiday Inn Express &
19   Suites Glendive, 1919 North Merrill Avenue,
20   Glendive, Montana, on Monday, July 29, 2025,
21   beginning at the hour of 9:00 a.m., pursuant to
22   the Montana Rules of Civil Procedure, before Kasey
23   L. Fisher, Registered Professional Reporter -
24   Notary Public.
25
```

Page 2

```
 1              APPEARANCES
 2   ATTORNEY APPEARING ON BEHALF OF THE
     PLAINTIFF, BNSF RAILWAY COMPANY:
 3
         Mr. Anthony Nicastro, Esq.
 4       Knight Nicastro MacKay, LLC
         27 Shiloh Road, Suite 10
 5       Billings, Montana 59106
         nicastro@knightnicastro.com
 6       (Present via Zoom)
 7              and
 8       Ms. Brooke Kuhl, Esq.
         BNSF Railway Company
 9       P.O. Box 16090
         Missoula, Montana 59808
10       brooke.kuhl@bnsf.com
         (Present via Zoom)
11
12   ATTORNEY APPEARING ON BEHALF OF THE
     DEFENDANT, CITY OF GLENDIVE:
13
         Ms. Keturah Shaules, Esq.
14       Mr. Adam Warren, Esq.
         Moulton Bellingham PC
15       27 North 27th Street, Suite 1900
         P.O. Box 2559
16       Billings, Montana 59103-2559
         keturh.shaules@moultonbellingham.com
17       adam.warren@moultonbellingham.com
         (Present at Holiday Inn, Glendive)
18
```

Page 3

```
 1              I N D E X
 2   EXAMINATION OF MR. FRED CARPENTER  BY:    PAGE:
 3       Mr. Anthony Nicastro, Esq............4
 4              E X H I B I T S
 5   DEPOSITION EXHIBITS:                       PAGE:
 6   Exhibit 24      Montana DEQ Authorization to
 7                   Discharge Under the Montana
 8                   Pollutant Discharge Elimination
 9                   System.....................29,30
10   Exhibit 25      Glendive City Council meeting
11                   minutes.......................68
12   Exhibit 26      Narrative Write-Up for DEQ.....79
13   Exhibit 27      12/18/23 e-mail string Rick
14                   Elhart, Deb Dion, et al........84
15   DEPOSITION EXHIBITS REFERENCED:            PAGE:
16   Exhibit 3       4/2023 Industrial Wastewater
17                   Discharge Permit...............66
18   Exhibit 6       Partial 2022 Energy Lab
19                   report.........................58
```

Page 4

 1      WHEREUPON, the following proceedings were
 2 had and testimony taken, to-wit:
 3            * * * * * * * * *
 4          FRED CARPENTER,
 5 called as a witness herein, having been first duly
 6 sworn, was examined and testified as follows:
 7          EXAMINATION
 8 BY MR. NICASTRO:
 9    Q.  Let's start with your name and address,
10 sir.
11    A.  Fred Carpenter, 904 Mobile Avenue,
12 Glendive, Montana 59330.
13    Q.  Have you ever given a deposition before?
14    A.  No.
15    Q.  Okay.  Let me run through a couple rules
16 of the deposition so we're all on the same page.
17       Is that all right?
18    A.  Yep.
19    Q.  So first off, if you need to take a break
20 at any time, go ahead and let me know.  I just ask
21 that if there's a pending question, you give an
22 answer to a pending question.
23       If -- when you're giving an answer, even
24 though I can see you on Zoom and I understand what
25 head nods are, we still need a verbal record

Page 5

 1 because Kasey's taking down every word that's
 2 being said, that's the official record.
 3       If you don't understand one of my
 4 questions, then let me know and I'll rephrase it;
 5 otherwise, we'll look back at the transcript, if
 6 you gave an answer, and we'll assume that you
 7 understood the question when you gave an answer.
 8       Does that all make sense to you, sir?
 9    A.  Yes.
10    Q.  Okay.  And you understand you're under
11 oath, kind of like just the same as if you were in
12 court giving testimony before a judge and a jury?
13    A.  Yes.
14    Q.  Good deal.  Let me start with just a
15 little bit of background information about you,
16 Mr. Carpenter, because you and I have never met
17 before.
18       And, by the way, I'm Anthony Nicastro,
19 and I'm an attorney that represents BNSF Railway
20 Company in a lawsuit that's been filed in federal
21 court.  Your attorneys probably gave you some of
22 that background.
23       But let me start with some background
24 about you.
25       Where do you work, sir?

Page 30

1  screen.
2  (Whereupon, Exhibit No. 24 was
3  marked for purposes of
4  identification.)
5  BY MR. NICASTRO:
6  Q. Okay. Can you see my screen?
7  A. Yes.
8  Q. Okay. This is -- it's a 24-page
9  document. Does this look familiar to you?
10 A. Yes.
11 Q. All right.
12 A. It's our discharge permit.
13 Q. That's your discharge permit, okay.
14 And I think when I go down here, we start
15 getting into -- it has effluent limits; you see
16 that, sir?
17 A. Yes.
18 Q. What is that?
19 A. That is -- our biological oxygen demand
20 is what our bacteria and bugs are require- -- not
21 required, but I guess that's what they -- that's
22 what they use to make treatment possible. And you
23 can see the removal, that's what they're -- what
24 they're pulling out. And it has a correlation to
25 how much oxygen they can use.

Page 31

1  And the total suspended solids are the
2  stuff you can't see but would come out in a micron
3  filter.
4  E. coli bacteria is the bad bacteria that
5  makes people sick.
6  And then your oil and grease is -- is
7  just what it is.
8  Q. Okay.
9  A. And then pH is the -- that acidity or
10 base of your water. Depending on which spectrum
11 it is, it's either acidic or basic.
12 Q. And at the top of this chart, it says,
13 "Effluent Limitations," and it says, "Glendive
14 WRRF to Yellowstone River."
15 Is -- are these your limits that -- that
16 apply for what you all are able to discharge into
17 the Yellowstone River?
18 A. Yes.
19 Q. Okay. So in other words -- and when it
20 says "maximum daily limit," what does that mean?
21 A. That means they don't want to see over --
22 over that number.
23 Q. Okay. So you're allowed to discharge --
24 after you're done treating the water, the
25 wastewater that comes into the system, and then

Page 32

1  you're sending it out to the Yellowstone River,
2  you're allowed to discharge wastewater into the
3  Yellowstone River that does contain some levels of
4  oil and grease?
5  A. Yes.
6  Q. And stated another way, you're allowed to
7  discharge wastewater into the Yellowstone River
8  even though it may contain petroleum hydrocarbons;
9  is that correct?
10 A. As long as it doesn't hit over that
11 10 milligrams per liter.
12 Q. Gotcha. Okay. So that -- and have you
13 ever exceeded the 10 milligrams per liter?
14 A. Not that -- not that I've been made aware
15 of, because we're only getting a monthly or
16 bimonthly test on that, and I've never seen it
17 come back as a red flag, but I could be wrong on
18 that.
19 Q. Okay.
20 A. Jake would know more on that than me.
21 Q. Okay. So, you know, the times that
22 you've been there over the five years, there are
23 petroleum hydrocarbons that are coming into the
24 wastewater treatment plant; is that fair, sir?
25 A. Yeah.

Page 33

1  Q. Okay.
2  A. Yeah.
3  Q. I mean, you all probably deal with it on
4  a day-to-day basis, correct?
5  A. Yes.
6  Q. And how is it that you treat the water
7  that comes in that's got petroleum hydrocarbons?
8  I mean, do you have bacteria? Do you
9  have bugs that deal with it?
10 A. They do, but only to a certain extent, so
11 we're going to try to skim what we can. And
12 the -- the good thing about it is that it stays on
13 top of the water. And where we're treating from
14 first is the bottom, that's where we're pulling
15 from before we go through our UV system. So
16 that -- that's the big saving grace on it is that
17 it's not going to all get pulled through in one --
18 one swoop.
19 Q. Okay. So kind of explain that a little
20 bit to me because I...
21 A. Okay. You got -- I got 800,000 gallons
22 in my EQ basin. I've got 55 gallons of oil that
23 came through my system. What didn't get caught is
24 going to eventually hit my EQ basin.
25 But being that oil stays on top of -- of

Page 34

1  the water, there's going to be -- the only time
2  it's going to get sucked out of there is if it
3  just recently got mixed up through a decant
4  process.
5      And we're set up where we're trying to
6  pull when it -- on a com -- com basin that hasn't
7  been -- hasn't been dumped into.
8      So that's -- that's the stage where we
9  want to do our UV treatment is when everything's
10 settled out and it's not mixing right at that
11 point.
12   Q.  Okay.  And so -- so it sounds like you've
13 got at least two procedures in place that would
14 deal with petroleum hydrocarbons that are hitting
15 your system; is that correct?
16   A.  Yeah, but they --
17   Q.  Okay.
18   A.  -- they affect our bacteria and will --
19 like the huge loads will kill off a lot of our
20 bacteria, and we'll have to -- we'll have to
21 change our -- our wasting times and we'll -- like
22 if we get a big kill-off, we have a sludge blanket
23 that sits in the bottom of our tanks, and that's
24 where our food and bacteria are.  And if we're
25 getting a big kill-off, we'll increase our wasting

Page 35

1  and we'll take that to our press and we'll mix
2  that with polymer, and that will get disposed of
3  at the landfill.
4      And that's how we -- we promote new
5  bacterial growth and get fresh food in there
6  that's not -- not contaminated.
7   Q.  Yeah.  And so let me back up.  And if
8  I'm -- got a too simplistic way of looking at
9  this, please definitely correct me if I'm wrong.
10     When you say that there's bacteria that
11 would treat it, these are basically live organisms
12 that feed off the hydrocarbons?
13   A.  There are, but there -- that's -- that's
14 just a small -- small percentage.  Most of our --
15 most of our bacteria are going after organic food
16 sources.  And there a small percentage that will
17 feed off of -- of hydrocarbons, but it's very low.
18   Q.  Do they only feed off of the
19 hydrocarbons, or do they eat other things, feed
20 off of other things?
21   A.  I believe they'll eat off of anything
22 inorganic.
23   Q.  Okay.  I guess I'm getting at is the --
24 if you ever had a situation where the wastewater
25 treatment plant had absolutely zero hydrocarbons

Page 36

1  in the system, would that upset the bacteria of
2  your system?
3      MS. SHAULES:  I'll object.  That's
4  speculation.
5      But you can go ahead and answer it.
6      THE WITNESS:  Yeah.  No, I'm not -- I'm
7  not sure what would happen to those bacteria, if
8  they would die or not.  But I'd imagine just from
9  mechanics coming home and washing their hands,
10 you're going to have some level of hydrocarbons in
11 there at all times.
12 BY MR. NICASTRO:
13   Q.  Yeah.  And that's sort of the flip side
14 of what I was sort of getting at is, your
15 wastewater treatment plant is -- assuming that,
16 it's going to be receiving some petroleum-based
17 hydrocarbons, correct?
18   A.  In my opinion.
19   Q.  And, you know, you have a way of dealing
20 with it.  You know, one of those ways ends up --
21 you guys have a plan in place for how to deal with
22 it, correct?
23   A.  To a certain -- to a certain saturation.
24   Q.  Right.  And if you had zero hydrocarbons
25 entering into your system, you don't know what it

Page 37

1  would -- it's quite possible that it might
2  actually upset the balance of your system?
3      MS. SHAULES:  That's speculation.
4      Go ahead.
5      THE WITNESS:  Don't know that for
6  certain.  I just know that it was -- it was
7  designed for -- for normal residential use.
8  BY MR. NICASTRO:
9   Q.  Well, I mean, you say "residential," but
10 you have -- you have garages, you have auto --
11 auto shops throughout the City of Glendive.
12     You have industrial users, correct?
13   A.  I wouldn't consider them industrial.  I'd
14 consider industrial someone that's making a
15 product.
16     And I know our shops have catches and
17 they're not just dumping oil down drains.  They
18 recycle that.
19     I know there's some coming through floor
20 drains, but I know nobody's just dumping --
21 dumping their leftover oil, unless it's some shade
22 tree mechanic doing it.
23   Q.  Well, I mean, obviously, you had one
24 instance that happened in 2019, correct?
25   A.  Yeah, and that was obviously someone

Page 50

1  anything like that to me.
2  Q. And were you knowledgeable enough of the
3  agreement to know that they had an oil and grease
4  limit of 100 milligrams per liter?
5  A. I don't know the specific numbers. I
6  know that they had an agreement and they had some
7  sort of facility where they were cleaning up the
8  water.
9  Q. Okay. But if their agreement was
10 100 milligrams per liter, and your discharge
11 permit is 10 milligrams per liter -- I mean,
12 obviously those are two different numbers,
13 correct?
14 A. Right.
15 Q. But the way that it works is as the
16 water, though, flows -- as the wastewater flows
17 through the, like, say the Merrill Street manhole,
18 it eventually goes through lift stations, it's
19 joining up with a lot of other wastewater from a
20 bunch of different locations, correct?
21 A. Right.
22 Q. In other words, it's getting diluted
23 before it even hits the wastewater treatment
24 plant, correct?
25 A. Yeah.

Page 51

1  Q. So even though something has a higher
2  limit than what you're allowed to discharge
3  through to the Yellowstone River, as long as it's
4  staying less than 100 milligrams per liter, you're
5  able to kind of -- you're able to do whatever it
6  is you need to do at the wastewater treatment
7  plant so that you're not violating anything with
8  the DEQ, right?
9     MS. SHAULES: I'll object to form.
10    You can go ahead and answer, if you can.
11    THE WITNESS: I think the -- that it's
12 getting added into 2 million gallons of water that
13 are being treated, that -- that we're still going
14 to hit our number. That was the math I'm
15 thinking.
16 BY MR. NICASTRO:
17 Q. Okay. Yeah, in other words, it's --
18 you're not seeing an influx of oil and grease
19 hutting your system if that discharge is staying
20 less than 100 milligrams per liter?
21 A. Not visibly.
22 Q. Okay. So -- and that discharge permit
23 had to have been -- strike that.
24    When did the newer wastewater treatment
25 plant come into existence? It was before you

Page 52

1  started there, right?
2  A. Yeah. Late '14 early '15.
3  Q. But besides the three instances that we
4  talked about, during the years that you were there
5  and that permit was -- well, historically, because
6  I know you started in 2019, do you recall any of
7  your predecessors ever telling you that there were
8  any issues with oil and grease at the wastewater
9  treatment plant?
10 A. No. I -- I didn't meet any of the
11 predecessors that had been -- the job had been
12 vacant for a few months before I started.
13 Q. Do you know whether or not, the time that
14 you were there, does the City of Glendive have any
15 other permits similar to the one that we were
16 talking about, with BNSF, any other industrial
17 users?
18 A. Not that I'm aware of.
19 Q. In 2002 and beyond, the City had an
20 agreement with BNSF with respect to groundwater
21 that they were treating and was discharging
22 through Pearson and Valentine Street manhole.
23    Were you aware of that agreement?
24 A. I don't know any specifics. I've -- I've
25 heard that they had agreements with BNSF, but I

Page 53

1  don't know what it -- everything retains to.
2  Q. Okay. But you were aware of, at least,
3  another agreement with BNSF that allowed the
4  discharge of groundwater?
5  A. Yeah, I knew that there was some kind of
6  agreement in place.
7  Q. And how did you become aware of that
8  agreement?
9  A. Just that when we had -- when we had
10 major rainstorms, I knew that those two drainage
11 ditches often couldn't handle everything over
12 there.
13 Q. Which drainage ditches are you referring
14 to?
15 A. The one on -- I want to say -- I want to
16 say it's Pearson that that -- they'd -- that one
17 would back over. I knew just from City talk that
18 that one had issues with being able to handle it,
19 like when we got microbursts and stuff.
20 Q. Okay. Any other groundwater issues that
21 you can think of? I thought you said two.
22 A. No. Just...
23 Q. And so from your perspective at the -- as
24 someone who has operated the wastewater treatment
25 plant, the issue of groundwater, is it -- is your

Page 86

1  Q.  Okay.  So in February of 2024, did -- you
2  were working at the wastewater treatment plant at
3  that time, right?
4    A.  Yes.
5  Q.  And so you didn't get any sort of
6  contact, nobody contacted you whatsoever to report
7  anything suspicious being seen at that manhole?
8    A.  Not at that point, no.
9  Q.  Okay.  The only time that you found out
10 about it was when, six months later or six months
11 ago?
12   A.  Six months ago.  I think when I started
13 seeing all the stuff in the paper is when I heard
14 about it.
15 Q.  Okay.  Let me look back at some of my
16 notes here, sir, real fast.
17    MR. NICASTRO: Mr. Carpenter, I think
18 those are my questions that I've got for you now.
19 I appreciate your time.
20    THE WITNESS: Okay.
21    MS. SHAULES: I have no questions today.
22        (Whereupon, the deposition
23         concluded at 11:14 a.m.)
24      Signature Reserved
25       * * * * * * * *

1    DEPONENT'S CERTIFICATE
2
3    I, FRED CARPENTER, the deponent in the
4  foregoing deposition, DO HEREBY CERTIFY, that I
5  have read the foregoing - 86 - pages of
6  typewritten material and that the same is, with
7  any changes thereon made in ink on the corrections
8  sheet, and signed by me a full, true and correct
9  transcript of my oral deposition given at the time
10 and place hereinbefore mentioned.
11
12      _____
13         FRED CARPENTER
14
15
16   Subscribed and sworn to before me this _____
17 day of _____, 2025.
18
19      _____
20       PRINT NAME:_____
21       Notary Public, State of Montana
22       Residing at:_____
23       My commission expires:_____
24
25 KF - BSNF Railway Company, vs. City of Glendive

1
2         C E R T I F I C A T E
3
4  STATE OF MONTANA        )
                           : Ss
5  COUNTY OF GALLATIN      )
6      I, Kasey L. Fisher, Registered
   Professional Reporter and Notary Public for the
7  State of Montana, residing in Bozeman, do hereby
   certify:
8
       That I was duly authorized to and did
9  swear in the witness and report the deposition of
   FRED CARPENTER in the above-entitled cause; that
10 the foregoing pages of this deposition constitute
   a true and accurate transcription of my stenotype
11 notes of the testimony of said witness, all done
   to the best of my skill and ability; that the
12 reading and signing of the deposition by the
   witness have been expressly reserved.
13
       I further certify that I am not an
14 attorney nor counsel of any of the parties, nor a
   relative or employee of any attorney or counsel
15 connected with the action, nor financially
   interested in the action.
16
       IN WITNESS WHEREOF, I have hereunto set
17 my hand and affixed my notarial seal on this the
   5th day of August 2025.
18
19
20
21
22
23
24
25