# EXHIBIT D

Adam Warren
Keturah Shaules
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Adam.Warren@moultonbellingham.com
Keturah.Shaules@moultonbellingham.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>Plaintiff,<br><br>-vs-<br><br>CITY OF GLENDIVE,<br><br>Defendant. | Cause No. CV 24-81-BLG-SPW-TJC<br><br>**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES** |

For its responses to Plaintiff's First Interrogatories, Defendant City of Glendive ("City") responds as follows:

**INTERROGATORY NUMBER 1:** Please describe of the circumstances of each instance of notice that you provided to the Plaintiff before you poured cement into the city manhole located at the intersection of South Pearson Avenue and East Valentine Street which cut off Plaintiff's access to the city sewer system.

**ANSWER:**

The City objects to this interrogatory to the extent it mischaracterizes evidence not in the record, specifically the sequence of events which occurred. The City did not simply pour cement into the city manhole located at the intersection of South Pearson Avenue and East Valentine Street. The City was in communication with BNSF regarding their requested pretreatment facility and the City's denial of BNSF's requested discharge permit. The City suspected that BNSF may discharge runoff water despite the City's denial, which caused the City to begin monitoring the BNSF property. During the course of monitoring, the City viewed what appeared to be contamination, diesel, and diesel mixed with oil flowing into the sewer system in the manhole located at the intersection of South Pearson Avenue and East Valentine Street. The City determined immediate action was necessary and capped the pipe in the manhole referenced above, so as to stop the spread of contamination, protect the City's sewer system, and comply with environmental regulations.

**INTERROGATORY NUMBER 2:** Please describe what if anything you did to determine if there was any diesel fuel in the City's wastewater system near the BNSF railyard prior to the City pouring cement into the manhole located at the

MOULTON BELLINGHAM PC
ATTORNEYS AT LAW

intersection of South Pearson Avenue and East Valentine Street which cut off Plaintiff's access to the city sewer system.

**ANSWER:**

The City objects to this interrogatory to the extent it mischaracterizes evidence not in the record, specifically the sequence of events which occurred. The City did not simply pour cement into the city manhole located at the intersection of South Pearson Avenue and East Valentine Street. The City was in communication with BNSF regarding their requested pretreatment facility and the City's denial of BNSF's requested discharge permit. The City suspected that BNSF may discharge runoff water despite the City's denial, which caused the City to begin monitoring the BNSF property. The City began monitoring and inspecting the BNSF property. During the course of monitoring, the City viewed and smelled what appeared to be contamination, diesel fuel and diesel fuel mixed with oil, in the manhole located at the intersection of South Pearson Avenue and East Valentine Street. The City determined immediate action was necessary as the City's wastewater facility, operating under a permitted issued by the Montana Department of Environmental Quality ("DEQ"), has a zero-tolerance policy for hydrocarbons. To protect the City's permit and the environment, the City took immediate action, which action involved capping the manhole with cement.

**INTERROGATORY NUMBER 3:**    If you contend that you received reports of contaminants in the wastewater system coming from the BNSF railyard in 2024, please describe all of these reports including when they were received, how they were received, what if anything you did to substantiate the claim and when you provided this information to the Plaintiff.

**ANSWER:**

In 2024, reports of contaminants in the wastewater system, specifically diesel fuel or a substance believed to be diesel fuel, were brought to the attention of the City's Department of Public Works directly by City utility workers. After inspecting the manhole near the BNSF railyard, City utility workers communicated and reported on their findings verbally to the Director of Public Works, Frank Ceane. The City utility workers confirmed the presence of diesel or diesel mixed with oil flowing into the city sewer system. These findings were documented in the inspection reports dated March 29, 2024, and April 4, 2024, disclosed as City 723-742.


**INTERROGATORY NUMBER 4:**   Did you ever inform Plaintiff that you placed a "cap" on the pipe leading into the manhole located on East Valentine Street and if so, when was this information provided to the Plaintiff, who provided it and how was it provided?

MOULTON BELLINGHAM PC
ATTORNEYS AT LAW

**ANSWER:**

During the City's recent water and sewer replacement project, the City manhole at the intersection of South Pearson Avenue and East Valentine Street was removed and fully rebuilt. As part of the process, the City installed a stubbed-out line specifically for potential future reconnection by Plaintiff. The stubbed-out line allows for BNSF's possible connection, contingent upon BNSF meeting all applicable state and local requirements necessary for a commercial user on the City's sewer system. Discovery remains ongoing in this matter, and the City reserves the right to amend this answer as necessary as discovery progresses.

**DATED** this 25th day of October, 2024.

MOULTON BELLINGHAM PC

By: _____

ADAM WARREN
KETURAH SHAULES
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559

ATTORNEYS FOR DEFENDANT

10

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 25th day of October, 2024, a copy of the foregoing was served upon the following by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed to:

Anthony M. Nicastro
Knight Nicastro Mackay, LLC
27 Shiloh Road, Suite 10
Billings, MT 59106

By: _____
Adam Warren or Keturah Shaules

4871-7978-1609, v. 1

11

## VERIFICATION

STATE OF MONTANA    )
                              : ss.
County of Dawson       )

        **FRANK CEANE**, being first duly sworn, deposes and says:

1.    Affiant is the Director of Public Works.

2.    I have read Defendant's Responses to Plaintiff's First Interrogatories.

3.    I am authorized to sign said Responses on behalf of Defendant City of Glendive.

4.    That some of the matters stated in the Responses are not within my personal knowledge and that the facts stated in the Responses have been assembled by authorized employees and counsel of Defendant and that I am informed by those authorized persons and believe that the facts stated in the Responses are true to my best knowledge, information, and belief.

                                          FRANK CEANE

        SWORN TO AND SUBSCRIBED before me, a Notary Public, in and for the said State and County, on this 25th day of October, 2024.

JANET L MOORE
NOTARY PUBLIC for the
State of Montana
Residing at
Glendive, Montana
My Commission Expires
May 19, 2027

Janet L. Moore
(Name Printed or Typed Out)
Notary Public for the State of Montana
Residing at Glendive, mt
My Commission Expires: 5|19|2027
                        (x/x/xxxx)