# EXHIBIT E

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MONTANA
 3                        BILLINGS DIVISION
 4   _____
 5   BNSF RAILWAY COMPANY,
 6           Plaintiff,
 7        vs.              Cause No. CV 24-81-BLG-SPW-TJC
 8   CITY OF GLENDIVE,
 9           Defendant.
10   _____
11            DEPOSITION UPON ORAL EXAMINATION OF
12                        VIOLET FISHER
13   _____
14              BE IT REMEMBERED, that the
15   deposition upon oral examination of VIOLET FISHER,
16   appearing at the instance of Defendant, was taken
17   at the offices of Fisher Court Reporting,
18   800 North Last Chance Gulch, Suite 101, Helena,
19   Montana, on Wednesday, July 9, 2025, beginning at
20   the hour of 10:00 a.m., pursuant to the Montana
21   Rules of Civil Procedure, before Kasey L. Fisher,
22   Registered Professional Reporter - Notary Public.
23
24
25
                                                           1
```

**Violet Fisher**

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | |
| 3 | ATTORNEY APPEARING ON BEHALF OF THE |
| 4 | PLAINTIFF, BNSF RAILWAY COMPANY: |
| 5 | Mr. Anthony Nicastro, Esq. |
| 6 | Knight Nicastro MacKay, LLC |
| 7 | 27 Shiloh Road, Suite 10 |
| 8 | Billings, Montana 59106 |
| 9 | nicastro@knightnicastro.com |
| 10 | and |
| 11 | Ms. Brooke Kuhl, Esq. |
| 12 | BNSF Railway Company |
| 13 | P.O. Box 16090 |
| 14 | Missoula, Montana 59808 |
| 15 | brooke.kuhl@bnsf.com |
| 16 | ATTORNEY APPEARING ON BEHALF OF THE |
| 17 | DEFENDANT, CITY OF GLENDIVE: |
| 18 | Ms. Keturah Shaules, Esq. |
| 19 | Mr. Adam Warren, Esq. |
| 20 | Moulton Bellingham PC |
| 21 | 27 North 27th Street, Suite 1900 |
| 22 | P.O. Box 2559 |
| 23 | Billings, Montana 59103-2559 |
| 24 | keturh.shaules@moultonbellingham.com |
| 25 | adam.warren@moultonbellingham.com |

**Violet Fisher**

```
 1                    I N D E X
 2   EXAMINATION OF MS. VIOLET FISHER BY:        PAGE:
 3          Ms. Keturah Shaules, Esq..............4
 4          Mr. Anthony Nicastro, Esq...........146
 5
 6                  E X H I B I T S
 7   DEPOSITION EXHIBITS:                         PAGE:
 8   Exhibit 18    Three-page e-mail chain Re:
 9                 Glendive Work Equipment
10                 Basement.....................64,129
11   Exhibit 19    Seven-page e-mail chain, BNSF
12                 Glendive, MT_Sanitary Sewer
13                 Repair-Daily Construction
14                 Report_03/20/2024................114
15   Exhibit 20    One-page e-mail from David K.
16                 Himan to Matthew Richardson
17                 dated May 9, 2024, Glendive
18                 Sanitary Sewer Manhole
19                 Request..........................120
20
21
22
23
24
25
                                                      3
```

```
 1  that point?
 2      A.   I mean, as far as -- you know, understand
 3  that -- you know, have knowledge that it's there,
 4  understand that it's there.  But, I mean, what --
 5  what am I going to do?  There's water in the
 6  basement.
 7      Q.   Well, I'm just wondering exactly what are
 8  you going to do if there's no permit anymore?
 9      A.   Right.
10      Q.   So was it ever contemplated to do
11  anything with it in 2022?
12      A.   Yeah.  So that's where we're like, Well,
13  if this is going to continue to happen, we need to
14  find a way to get this water out of the basement.
15           And, you know, it really was the same
16  stuff that we would discharge under the previous
17  agreement, which we had just terminated because
18  the wastewater treatment plant was shut down.
19           So then we started to discuss, Well,
20  maybe we can talk to the City and reopen that same
21  pretreatment agreement.
22      Q.   And did you start conversations with the
23  City in 2022?
24      A.   I believe so.
25      Q.   And how did those conversations go in
```

55

```
 1   was considered industrial wastewater.
 2        A.   Correct.
 3        Q.   Is that correct?
 4        A.   Correct.
 5        Q.   Okay.  So if it was accumulating there,
 6   how did you make sure it was not spreading
 7   anywhere else?
 8        A.   It's contained in a concrete basement.
 9        Q.   Okay.  And then if there was water
10   outside of that concrete basement, this water that
11   we've just been talking about, industrial
12   wastewater, as you just called it, how did you
13   make sure that was not spreading anywhere else?
14             MR. NICASTRO:  And objection.  Misstates.
15             But go ahead.
16             THE WITNESS:  There's no industrial
17   wastewater outside of there.
18   BY MS. SHAULES:
19        Q.   Okay.  So in 2022 when you were working
20   with the City to get this permit back up and
21   running, did you have success in 2022?
22        A.   I don't remember the exact date.  The
23   City did sign the new agreement.  I don't remember
24   the exact date.
25        Q.   Did you ever use the agreement the City
```

63

**Violet Fisher**

```
 1   signed?
 2        A.   No.
 3        Q.   Why not?
 4        A.   After the City signed the agreement, I
 5   realized there was no permit effective date and
 6   there was no permit end date, which is standard,
 7   you know, permit language or, you know, permit
 8   form, and there was also a draft watermark that
 9   was left on the permit.
10        Q.   Okay.  So in seeking this permit, were
11   you mainly concerned with the diesel shop?
12        A.   Yes.
13             MS. SHAULES:  Okay.  I'm going to give
14   you this.  Let me mark it.
15                       (Whereupon, Exhibit No. 18 was
16                        marked for purposes of
17                        identification.)
18   BY MS. SHAULES:
19        Q.   So do you --
20             MS. SHAULES:  Can we go off the record
21   one second?
22                       (Whereupon, an off-the-record
23                        discussion then took place.)
24   BY MS. SHAULES:
25        Q.   I know that you just took a second to
```

64

**Violet Fisher**

1  Q.  Okay.  Do you know if in December of 2023
2  the toilets in the work equipment building, were
3  they being used?
4  A.  I assume so.
5  Q.  Okay.  So in February of 2024, forwarding
6  a little bit, did you find out that the City
7  poured cement into that manhole?
8  A.  I did.
9  Q.  How did you find out in February?
10  A.  I received a call, it was a Friday
11  afternoon.  Received a call and was told that BNSF
12  was being asked for comment by press in Glendive
13  about dumping diesel in a manhole, and so they
14  wanted -- they wanted comment.
15  Q.  Who -- so did the press call you, or who
16  called you?
17  A.  The press reached out to probably our
18  public affairs person.
19  Q.  Who is that?
20  A.  Matt Jones.
21  Q.  Okay.  And was that -- do you know when
22  in February that happened?
23  A.  Yeah.  It was on Friday, it was the 16th.
24  Q.  So what did you do when you found out
25  that that was going on?

109

**Violet Fisher**

```
 1            Or when you got that call, what did you
 2   do?
 3       A.   The first thing I did was reach out to
 4   one of our local contractors that could get there
 5   close and get eyes on it and see what the
 6   situation was.
 7       Q.   Who was that local contractor?
 8       A.   So that would be Pinnacle Engineering.
 9       Q.   So who did you call there?
10       A.   Matt Richardson.
11       Q.   And what was that conversation like?
12       A.   Well, I mean, there was not a lot of
13   knowledge, right?  We were still trying to figure
14   out what the situation was.
15            So I said, Hey, can you send someone over
16   to Glendive to take a look in this manhole?
17   There's reports of diesel fuel in the manhole.
18       Q.   Okay.  So at that time when there were
19   reports of diesel fuel in the manhole -- I guess,
20   did that reporter ask anything about the City
21   dumping cement into it or say anything about the
22   City dumping cement into it?
23       A.   No.
24       Q.   No?
25       A.   I wasn't part of that, any of that
```

110

```
 1            And then just the, you know,
 2   coordination, trying to get ahold of the City to
 3   have a time to meet with them.
 4            You know, turning the water off, getting
 5   porta potties out to the site for the employees
 6   because we shut the water off.
 7            It was a holiday weekend.
 8            And then, yeah, just setting up a time to
 9   meet with the City to figure out how to resolve
10   this.
11       Q.   Okay.  So when that occurred, were you
12   able to take any samples when you got there the
13   first time you saw it?
14       A.   It was full of concrete.
15       Q.   Okay.  And then after that meeting in
16   February, what happened after that?
17       A.   So we had a list of items from the City
18   that they wanted to see before we could reconnect,
19   and we went and started working on that list of
20   items.
21       Q.   Okay.  What was the list of items?
22       A.   They wanted us to verify that the line
23   going from the work equipment building to the
24   manhole was in good condition, it wasn't collapsed
25   or crushed or anything.
```
113

```
 1  BY MS. SHAULES:
 2     Q.   Well, the work the City requested that
 3  Pinnacle was doing on this pipe, this sewer pipe.
 4          I guess going back, what all, other than
 5  cameraing the lines, repairing a broken clay pipe,
 6  do you know if Pinnacle did any other work at that
 7  time in March?
 8     A.   I don't -- I don't recall.
 9     Q.   Okay.  And then after March, what
10  happened after March with the City, I guess, in
11  April?
12     A.   So we did -- you know, we had this work
13  done.  I believe they freed the jetter.  And then
14  they had to do a few other, you know,
15  modifications, just based on code updates.
16          And then we reached back out -- or I
17  reached back out to the City and said, Hey, we've,
18  you know, done this stuff.  How can...
19          Again, I'm just trying to get back to
20  reconnection.
21     Q.   So when they were working on that line,
22  did they ever test anything in the line?
23          Did Pinnacle or BNSF ever test any fluids
24  or anything that was in that sewer line that they
25  were cameraing or --
```
124

**Violet Fisher**

1     And I want to say they asked to review
2  the camera footage, even though they were standing
3  right there when the cameraing was being done.
4  Maybe that was for Frank to review.
5     And that's all -- oh, and then they had
6  questions about just some, you know, basic
7  processes in the -- in the shop.
8     Q.   And they -- did they decide to let you
9  reconnect at that point?
10    A.   No.
11    Q.   So is that -- what did you do after that
12 when they told you -- I guess when they -- when
13 you got the report?  What was your next step?
14    A.   Again, to continue to try and figure out
15 how we're going to get these bathrooms working
16 again in this building for these employees.
17    So looking into how we -- I believe at
18 the time of that city inspection, the connection
19 from the sump to the sanitary was removed and
20 capped.  That was taken care of immediately.
21    And then it was just a matter of more
22 additional communications with the City of trying
23 to move this along.
24    Q.   Okay.  So I guess when you say it was
25 removed and capped --

128

1  A.  I don't know if I'm using the right
2  terminology.  Again, this is outside of my --
3  outside of my purview.
4  Q.  That's okay.  It's a lot of terminology.
5  But is that -- I guess that e-mail that
6  we reviewed previously, I think it was Exhibit 18,
7  was in June and it talked about bringing that big
8  tank in, the 1,000-gallon tank, if you recall.
9  A.  Uh-huh.
10  Q.  So was that tank brought in after this
11  inspection?
12  A.  I --
13  MR. NICASTRO:  Foundation.
14  THE WITNESS:  Depends on when the date of
15  the inspection was.  There's records somewhere of
16  when it was.  If it's after that, then yes.
17  BY MS. SHAULES:
18  Q.  Okay.  So what other avenues did you
19  explore to try to get those bathrooms up and
20  running?
21  A.  The only avenue is to reconnect to the
22  City.
23  Q.  So ultimately right now the bathrooms are
24  not working in the work equipment building still?
25  A.  Well -- oh, so then -- like you mean like

129

```
 1  answered.
 2  BY MS. SHAULES:
 3      Q.   And then were you still working with the
 4  City in, I guess, April or May of 2024 to get a
 5  permit to discharge into the city's sewer system?
 6      A.   I don't know the exact date of when we
 7  realized that it was not going to happen.  I don't
 8  know when that was.
 9      Q.   For the permit?
10      A.   For the -- no, for the reconnection.
11      Q.   Okay.  Sorry.  We have two different
12  things going.
13      A.   Okay.
14      Q.   So you don't know the exact date of when
15  you determined the City wasn't going to let you
16  reconnect to that sewer for the work equipment
17  building?
18      A.   Correct.
19      Q.   Okay.
20      A.   No idea.
21      Q.   Do you know -- so I guess at that time
22  were you still working with the City to get a
23  permit for the industrial water in the other
24  buildings that you were concerned about?
25      A.   I don't think so.  I think this sort of
```

133

**Violet Fisher**

1 those questions.
2         But, you know, after that had happened,
3 so in 2023, did the City of Glendive ever report
4 any issues to you about manholes?
5     A.   Only that -- that conversation that was
6 in the fall of 2023.  Again, I was back in Frank's
7 office trying to get signature on this agreement,
8 and he mentioned something about putting a plug in
9 there, and then the plug either failing or -- he
10 said it was removed, but I don't know how that
11 would -- like that seems not really plausible.  So
12 that was really the only discussion, and so --
13 yeah, until...
14     Q.   So then fast-forwarding to February of
15 2024, where you find out through a media report or
16 a media inquiry that the City of Glendive claims
17 that there was diesel in the manhole, doesn't call
18 you about it, plugs it with cement.
19         Was that shocking to you?
20     A.   Yeah.
21     Q.   Okay.
22     A.   Yeah, yeah, absolutely. You know, I --
23 again, I had had -- you know, over the course of
24 the -- you know, from 2022 or, you know, even from
25 when Frank started, I was trying to build this

159

```
 1  relationship.  So I felt that, you know, if there
 2  was anything that the City was seeing or any
 3  issues that popped up, they would know exactly who
 4  to call and then they would also know that I'm
 5  going to send someone out there to, you know, take
 6  a look at it.  And so it was a little surprising, yes.
 7       Q.   Because historically you did have a track
 8  record, with Frank, of sending somebody out there,
 9  if he reported something to you?
10       A.   Exactly, yeah.
11       Q.   So that you all could get to the bottom
12  of something?
13       A.   Yeah.
14       Q.   But they didn't -- he didn't give you
15  that opportunity to do that in February of 2024?
16       A.   No.
17            MR. NICASTRO:  I think those are the
18  questions I've got for right now.  I'll reserve
19  the rest of my questions.
20            MS. SHAULES:  I don't have any further
21  questions.
22            MR. NICASTRO:  Okay.
23                      (Whereupon, the deposition
24                       concluded at 2:05 p.m.)
25            Signature Reserved
```

160

```
 1
 2                    C E R T I F I C A T E
 3
 4   STATE OF MONTANA        )
                             : Ss
 5   COUNTY OF GALLATIN      )
 6           I, Kasey L. Fisher, Registered
     Professional Reporter and Notary Public for the
 7   State of Montana, residing in Bozeman, do hereby
     certify:
 8
             That I was duly authorized to and did
 9   swear in the witness and report the deposition of
     VIOLET FISHER in the above-entitled cause; that
10   the foregoing pages of this deposition constitute
     a true and accurate transcription of my stenotype
11   notes of the testimony of said witness, all done
     to the best of my skill and ability; that the
12   reading and signing of the deposition by the
     witness have been expressly reserved.
13
             I further certify that I am not an
14   attorney nor counsel of any of the parties, nor a
     relative or employee of any attorney or counsel
15   connected with the action, nor financially
     interested in the action.
16
             IN WITNESS WHEREOF, I have hereunto set
17   my hand and affixed my notarial seal on this the
     16th day of July, 2025.
18
19
20
21
                            Kasey L. Fisher
22
23                     [NOTARY SEAL: KASEY L FISHER
                        NOTARY PUBLIC FOR THE
24                      STATE OF MONTANA
                        RESIDING AT BOZEMAN
25                      MY COMMISSION EXPIRES
                        FEBRUARY 06, 2027]
```

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**