# EXHIBIT G

**John Beeler**

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF MONTANA
 3                           BILLINGS DIVISION
 4
 5   BNSF RAILWAY COMPANY,
 6
 7                  Plaintiff,
 8
 9      vs.                    Cause No. CV-24-81-BLG-SPW-TJC
10
11   CITY OF GLENDIVE,
12
13                  Defendant.
14
15   _____
16              DEPOSITION UPON ORAL EXAMINATION OF
17                           JOHN BEELER
18   _____
19        BE IT REMEMBERED, that the deposition upon oral
20   examination of JOHN BEELER, appearing at the instance of
21   the Plaintiff, was taken via Zoom with the parties
22   appearing in Glendive, Montana, on August 20, 2025,
23   beginning at 9:00 a.m., pursuant to Montana Rules of Civil
24   Procedure, before Robyn Ori English, Court Reporter -
25   Notary Public.
```
1

John Beeler

```
 1              APPEARANCES OF COUNSEL
 2
 3     ATTORNEY APPEARING ON BEHALF OF THE
 4     PLAINTIFF:
 5
 6              ANTHONY M. NICASTRO
 7              Knight Nicastro Mackay, LLC
 8              27 Shiloh Road, Suite 10
 9              Billings, MT  59106
10              nicastro@knightnicastro.com
11
12     ATTORNEY APPEARING ON BEHALF OF THE
13     DEFENDANT:
14
15              ADAM WARREN
16              KETURAH SHAULES
17              Moulton Bellingham PC
18              27 North 27th Street, Suite 1900
19              Billings, MT  59103-2559
20              Adam.Warren@moultonbellingham.com
21              Keturah.Shaules@moultonbellingham.com
22
23
24
25
```
2

John Beeler

```
 1                      I N D E X
 2
 3
 4   EXAMINATION OF JOHN BEELER BY:              PAGE:
 5
 6       Mr. Anthony Nicastro, Esq.................. 5
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      3
```

John Beeler

```
 1                      E X H I B I T S

 2

 3   DEPOSITION EXHIBITS:                              PAGE:

 4

 5   Exhibit 1     Excel Spreadsheet.............. 15

 6   Exhibit 2     2022 Manhole Inspection ....... 35

 7                 Records

 8   Exhibit 3     2023 Manhole Inspection ....... 44

 9                 Records

10   Exhibit 4     2024 Manhole Inspection ....... 61

11                 Records

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                              4
```

```
 1              All right.  So kind of flipping back --
 2   flipping, then, through these records here, again,
 3   in 2021, it looks like the next time you inspected
 4   this manhole is actually two weeks later, May 7th,
 5   2021.  Does that sound about -- does that look about
 6   right?
 7        A.   Very well could be.
 8        Q.   Okay.  And on this one it says the word
 9   "OK."  What does -- when you see -- when you write
10   the word "OK," or you or Ted or whoever you're with
11   puts "OK," what does "OK" mean?
12        A.   That it's a normal type of flow or
13   there's no flow at all.
14        Q.   All right. And so how do you -- how
15   would we know when looking at these records when
16   there is no flow versus the normal flow?  Do you
17   understand?
18        A.   Yeah, by looking at the records, I guess
19   it roughly wouldn't.  They don't have meters on a
20   sewer line.
21        Q.   Gotcha.
22        A.   So what's normal to me, you might walk up
23   and go, "Is that normal?"
24        Q.   Okay.  But can you -- when you're doing a
25   manhole inspection, and even if there's no flow in
```

31

John Beeler

```
 1        A.   That would have been Shylo because that's
 2   not my writing.
 3        Q.   That's not your handwriting.  All right.
 4             So in here we don't have any notes about
 5   what was seen during the inspection, correct?
 6        A.   Correct.
 7        Q.   Do you recall what you saw when you did
 8   the inspection?
 9        A.   No.
10        Q.   Okay.  So questions about volume, color,
11   smell, anything like that, you've got no
12   recollection of it?
13        A.   No.
14        Q.   All right.  In here, there's a note about
15   "hydro plugged discharge at BNSF," exclamation mark.
16   It makes it -- it suggests to me that you all did
17   something that day?
18        A.   They put a concrete plug in the end of
19   it.
20        Q.   Okay.  So you had mentioned at some point
21   Keith -- you called Keith Boeckel.
22        A.   Yes.
23        Q.   All right.  Do you recall what you said
24   to Keith Boeckel?
25        A.   No.
```

52

John Beeler

1  A. It would be almost like a little
2  canister-type thing like the ones for the -- like
3  you'd use in a paint booth.
4  Q. Gotcha, okay.
5  And then you all would hook a hose that
6  goes down into the manhole that pushes air into the
7  manhole?
8  A. Yes.
9  Q. How long does this process take from when
10 you start mixing the cement to when you're done?
11 A. Maybe 20 to 30 minutes.
12 Q. Okay. And then what did you all do when
13 that was -- after that happened?
14 A. Went back to doing whatever they needed
15 me on, whether it was -- no idea what it would have
16 been. It could have been changing bulbs in
17 streetlights to patching or whatever. I don't know.
18 Q. Okay. Besides weekly manhole
19 inspections, besides these charts, is there anything
20 else, John, that you can tell me that would have
21 existed at that time in 2023 that would refresh your
22 memory as to exactly what you saw that made you pick
23 up the phone and call Keith?
24 A. Unusual amount of flow would be my --
25 would be my biggest watch for on that.

60

```
 1        Q.   Okay.  So who were you working with on --
 2   well, first of all, leading up to that date, do you
 3   recall having any conversations with any of your
 4   supervisors at all whatsoever about this manhole?
 5        A.   No.
 6        Q.   Okay.  So do you know why you were still
 7   inspecting it considering that you guys had just put
 8   the hydro cement on there?
 9        A.   Because it can be pushed out.
10        Q.   And when you say "it can be pushed out,"
11   what's your basis for saying that?
12        A.   Because it's not a -- it's not a perfect
13   seal.
14        Q.   Okay.
15        A.   Put a cork in a bottle; it still can be
16   pulled out.
17        Q.   Is that the only method that you've seen
18   that the City has at plugging an inlet pipe to a
19   manhole?
20        A.   The only one I've seen.
21        Q.   Okay.  I just wasn't sure if there were
22   any other types of devices out there that --
23        A.   I'm sure there is.  We just don't have
24   it.
25        Q.   All right.  The only one you guys have
```

63

```
 1        Q.   Okay.  And when you said it was flowing
 2   hard, what do you mean by "hard"?
 3        A.   Over half a pipe on a 6-inch pipe, that's
 4   a lot of flow.
 5        Q.   Do you remember anything -- any
 6   characteristics about the flow other than hard?
 7        A.   No.
 8        Q.   Okay.  Do you recall anything about the
 9   smell?
10        A.   No.
11        Q.   How about your brother?  Sorry, is it
12   brother?
13        A.   Yes.
14        Q.   Did he ever say anything to you?  Do you
15   ever you recall anything about his --
16        A.   I don't recall anything about it.
17        Q.   Okay.  What he saw.  All right.
18             So as you sit here today, the only thing
19   you recall about it is it was just flowing hard?
20        A.   Yes.
21        Q.   Okay.  Color, no recollection?
22        A.   No.
23        Q.   Did you have your cell phone with you?
24        A.   Yes.
25        Q.   Did you take any pictures?
```

65

John Beeler

```
 1        A.   Again, no, I don't use my personal phone
 2   for -- other than to answer it when I get a phone
 3   call or if I've got to make one.
 4        Q.   And so did you make a phone call that
 5   day?
 6        A.   Yes.
 7        Q.   Who did you call?
 8        A.   My supervisor.
 9        Q.   Who was?
10        A.   Keith Boeckel.
11        Q.   Are you sure it was Keith and Keith
12   didn't retire by then?
13        A.   Yes.
14        Q.   Okay.  All right.
15             Oh, Keith retired in 2024, right?
16        A.   Right.
17        Q.   That's right.  Okay.  All right.
18             And so --
19        A.   Yeah, 2024.
20        Q.   All right.  And so what happened when you
21   called Keith?
22        A.   I called Keith, he would have made phone
23   calls, and I went on about the day.
24        Q.   Okay.  So --
25        A.   I wasn't there when they poured the
```

66

John Beeler

1   A.   Correct.
2   Q.   I mean, when I asked you the question
3   whether or not you would get into the manhole, you
4   made it sound like -- you sort of hesitated whether
5   or not you'd get into the manhole, correct?
6   A.   Yes.
7   Q.   And so if you thought that you were
8   dealing with something that was diesel fuel, are you
9   somebody that would at least make sort of a
10  suggestion to your supervisor, "Hey, this is a
11  combustible product, maybe we should get some extra
12  assistance out here"?
13  A.   With our personal protective gear, the
14  fan being able to evacuate the gases and stuff, no,
15  I wouldn't.
16  Q.   Okay.
17  A.   I wasn't the one that called Ms. Gehnert
18  either.
19  Q.   But at any rate, as you sit here today as
20  somebody who witnessed that, you're not even telling
21  me that you thought that there was diesel fuel
22  coming through that manhole anyways, correct?
23  A.   If I didn't, we wouldn't have had to --
24  the fan and mask up.
25  Q.   Well, I'm sorry, I'm going back to do you

74

John Beeler

1    actually recalling smelling anything?
2         A.   I don't recall.
3         Q.   Okay.
4         A.   But I know that we masked and we had to
5    use a -- make-up air unit or whatever you want to
6    call it.
7         Q.   Well, Keith Boeckel testified that he
8    didn't smell diesel from it.  So do you have any
9    reason to dispute that?
10        A.   No.
11        Q.   If you were to get into a manhole
12   anyways, that sewer, just a manhole, like, right
13   outside of here, would you get into that manhole
14   without any protective equipment?
15        A.   I have, but it's not recommended, but I
16   have.
17        Q.   Okay.  So the City recommends or would
18   encourage their employees when they're getting into
19   manholes to hook up the air, correct?
20        A.   Correct.
21        Q.   And put on a face mask, correct?
22        A.   Yes.
23        Q.   All right.  So simply because Shilo was
24   wearing -- those two events happened, that doesn't
25   mean -- that is pretty standard?

75

```
 1         A.   Yes.
 2         Q.   Okay.  Does your brother Cliff still work
 3   for the City?
 4         A.   Yes.
 5         Q.   And does he still work in the same
 6   capacity?
 7         A.   Yes.
 8         Q.   If he -- so who was the one that would
 9   have filled out -- that filled out this form in
10   February 16th -- I can't remember -- that says the
11   word "concrete"?
12         A.   Me.
13         Q.   All right.  So if you noticed any sort of
14   unusual odor, would you have put that on the log?
15         A.   Yes.
16         Q.   Any unusual color would you have put that
17   on the log?
18         A.   Yes.  You're not going to see much for
19   unusual colors when it's flowing that fast.
20         Q.   Sure.  But if you smelled diesel on that
21   day when you inspected that manhole, you would have
22   put it on that form?
23         A.   Yes.
24         Q.   Okay.  Do you know if Frank Ceane ever
25   came out to the location?
```

76

```
 1  December?  I believe it was December 16th -- or
 2  December 22nd, February 16th, getting my days mixed
 3  up.
 4       A.   I called because of the flow.
 5       Q.   Because of the flow?
 6       A.   Yes.
 7       Q.   But then --
 8       A.   There's nothing supposed to be flowing,
 9  and you wind up with a lot of flow.
10       Q.   When you say "there's nothing supposed to
11  be flowing," why did you think there was nothing
12  supposed to be flowing?
13       A.   Because I had been told to monitor that,
14  pull the manhole because of the permit, discharge
15  permit, that they had said they wasn't going to be
16  discharging anymore.
17       Q.   And that was back in, I guess, 20 --
18       A.   Whatever.
19       Q.   Years before?
20       A.   Yes.
21       Q.   Okay.  And then in February 16th of 2024,
22  when you made a second call to Keith because you
23  again saw flow in that manhole; is that correct?
24       A.   Yes.
25       Q.   At that time, was it flowing too much to
```

81

John Beeler

```
 1    you didn't mention anything about a permit, correct?
 2         A.   Correct.
 3         Q.   Okay.  So now you're telling me that you
 4    started inspecting this manhole because of a permit
 5    issue?
 6         A.   Yes.
 7         Q.   Okay.  So who told you about the permit
 8    issue?
 9         A.   My foreman.
10         Q.   And when did you hear about this permit
11    issue?  What year would that have been?
12         A.   Back when I started inspecting the
13    manhole.
14         Q.   Okay.  So we looked at -- the records
15    we've got go all the way back to about 2021,
16    correct?
17         A.   If that's --
18         Q.   That's what we started at.
19         A.   Yeah, okay.
20         Q.   All right.  So are you saying that it was
21    your understanding that you're inspecting
22    Manhole 422 because it should not be in use?
23         A.   Correct.
24         Q.   So -- but you would agree with me -- and
25    not being in use means that when you would pop that
```

83

```
 1   manhole, you would see it basically be dry?
 2        A.   Most of it.
 3        Q.   Yet we've spent the last two hours going
 4   through records in 2021, 2022, and 2023 that show
 5   that manhole was not dry, correct?
 6        A.   Not totally ever.
 7        Q.   Well, I mean, lots of times or many times
 8   you were documenting flow that's coming through that
 9   manhole, correct?
10        A.   Yes.
11        Q.   That indicates that manhole is being
12   used?
13        A.   Yes.
14        Q.   So from your perspective as a city
15   worker -- and I know you document, you turn in
16   things -- but you as a city worker know that that
17   manhole is being used for at least that three-year
18   period?
19        A.   Yes.
20        Q.   Did you ever have any conversations with
21   Keith Boeckel, your supervisor, and said, "Hey, you
22   told me that they're not supposed to be using this
23   manhole because it's a permit issue, but this is a
24   manhole that's being used over the last
25   three years"?
```

84

John Beeler

```
 1  me, I keep my nose out of it, but -- yeah.
 2       Q.   But I'm -- so when I look at the
 3  inspection records in December -- December 22nd of
 4  2023 -- that was the date of the hydro cementing --
 5  you called your supervisor because there was flow
 6  coming from it, right?
 7       A.   A large quantity.  That's not a normal
 8  flow amount that was in there.
 9       Q.   Okay.
10       A.   That's more than somebody flushing a
11  toilet or taking a bath.
12       Q.   But, eventually, it then receded into a
13  much more smaller flow, right?
14       A.   Yes.
15       Q.   A flow that you've seen on previous
16  times?
17       A.   Yes.
18       Q.   All right.  And those previous times that
19  you've seen that flow, that never triggered your
20  supervisors to say, "We need to hydro cement it,"
21  correct?
22       A.   Correct.
23       Q.   Now, the issue of seeing sheen, when was
24  the first time you say you saw sheen on the manhole?
25       A.   That manhole's always had a sheen.
```

87

John Beeler

```
 1       Q.   Okay.  All right.  But you've never
 2  documented it?
 3       A.   No.
 4       Q.   Okay.  But you've told your supervisors
 5  about it?
 6       A.   Yes.
 7       Q.   And so the fact that your supervisors
 8  were told that you noticed a -- that you were
 9  noticing a sheen on this manhole in 2021, 2022, or
10  2023, early parts of 2023, that never caused them to
11  say, "Hey, we need to shut this manhole down,"
12  correct?
13       A.   Correct.
14       MR. NICASTRO:  All right.  Those are all the
15  questions I've got for you.  Thank you.  You're free to
16  go.
17
18              (Whereupon, the deposition concluded at
19               11:18 a.m. for the day)
20
21              (Signature Reserved)
22
23
24
25
                                                      88
```

John Beeler

```
 1                    C E R T I F I C A T E

 2

 3     STATE OF MONTANA        )

 4                              :ss

 5     COUNTY OF BEAVERHEAD )

 6          I, Robyn Ori English, Freelance Court Reporter and
       Notary Public for the State of Montana, residing in
 7     Dillon, do hereby certify:

 8          That I was duly authorized to and did swear in the
       witness and report the deposition of John Beeler,
 9     in the above-entitled cause; that the foregoing pages of
       this deposition constitute a true and accurate
10     transcription of my stenotype notes of the testimony of
       said witness, all done to the best of my skill and
11     ability; that the reading and signing of the deposition by
       the witness has been expressly reserved.
12
            I further certify that I am not an attorney nor
13     counsel of any of the parties, nor a relative or employee
       of any attorney or counsel connected with the action, nor
14     financially interested in the action.

15          IN WITNESS WHEREOF, I have hereunto set my hand and
       affixed by notarial seal on this, the 26th day of August,
16     2025.

17

18

19

20

21

22                    ROBYN ORI ENGLISH
                      NOTARY PUBLIC for the
23                     State of Montana
                      Residing at Dillon, Montana
24                    My Commission Expires
                      March 6, 2027
25              [signature: Robyn Ori English]

                                                               90
```