# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

---

BNSF RAILWAY COMPANY,

Plaintiff,

vs. Cause No. CV 24-81-BLG-SPW-TJC

CITY OF GLENDIVE,

Defendant.

---

VIDEOCONFERENCE DEPOSITION UPON

ORAL EXAMINATION OF

RHETT COON

Rough Draft

---

BE IT REMEMBERED, that the deposition upon oral examination of RHETT COON, appearing at the instance of Plaintiff, was taken in the conference room of the Holiday Inn Express & Suite Glendive, 1919 North Merrill Avenue, Glendive, Montana, on Tuesday, July 29, 2025, beginning at the hour of 9:00 a.m., pursuant to the Montana Rules of Civil Procedure, before Kasey L. Fisher, Registered Professional Reporter - Notary Public.

APPEARANCES

ATTORNEY APPEARING ON BEHALF OF THE PLAINTIFF, BNSF RAILWAY COMPANY:

Mr. Anthony Nicastro, Esq.
Knight Nicastro MacKay, LLC
27 Shiloh Road, Suite 10
Billings, Montana 59106
nicastro@knightnicastro.com
(Present via Zoom)

and

Ms. Brooke Kuhl, Esq.
BNSF Railway Company
P.O. Box 16090
Missoula, Montana 59808
brooke.kuhl@bnsf.com
(Present via Zoom)

ATTORNEY APPEARING ON BEHALF OF THE DEFENDANT, CITY OF GLENDIVE:

Rough Draft

Ms. Keturah Shaules, Esq.
Mr. Adam Warren, Esq.
Moulton Bellingham PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
keturh.shaules@moultonbellingham.com
adam.warren@moultonbellingham.com
(Present at Holiday Inn, Glendive)

Rhett Coon
ROUGH DRAFT

INDEX

EXAMINATION OF MR. RHETT COON BY: PAGE:

Mr. Anthony Nicastro, Esq...........4

EXHIBITS

DEPOSITION EXHIBITS: PAGE:

Exhibit 32 Rhett Coon e-mails Bates 1545-1560................44

DEPOSITION EXHIBITS REFERENCED: PAGE:

Exhibit 25 Council meeting minutes Bates 1576-1594................53

Rough Draft

3

Charles Fisher Court Reporting
442 East Mendenhall, Bozeman MT 59715, (406) 587-9016

But go ahead and answer, if you can.

THE WITNESS: Correct. The document does not say that, so...

BY MR. NICASTRO:

Q. Okay. And then, matter of fact, it looks like you all ended this meeting by saying that Frank was going to consult with some WRRF engineers about proposal and get with BNSF an answer by mid January of 2024, correct?

A. Correct.

Q. All right. So the result of that meeting was the City led BNSF to believe that their request was still pending a final answer?

MR. WARREN: Objection. Calls for speculation.

THE WITNESS: Yeah. And as far as in my mind, we pretty much said no, but we were also going to -- being good neighbors and wanting to co-operate, we were going to get one last reference with our engineers who designed the plant and the pretreatment policy and just get triple check on our end. But we were pretty much -- and we gave no indication otherwise. We were pretty much a no.

///

Rough Draft

C E R T I F I C A T E

STATE OF MONTANA )
: Ss
COUNTY OF GALLATIN )

I, Kasey L. Fisher, Registered Professional Reporter and Notary Public for the State of Montana, residing in Bozeman, do hereby certify:

That I was duly authorized to and did swear in the witness and report the deposition of RHETT COON in the above-entitled cause; that the foregoing pages of this deposition constitute a true and accurate transcription of my stenotype notes of the testimony of said witness, all done to the best of my skill and ability; that the reading and signing of the deposition by the witness have been expressly reserved.

Rough Draft

I further certify that I am not an attorney nor counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal on this the 6th day of August, 2025.