# EXHIBIT I

**Tanner Dey**

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF MONTANA
 3                           BILLINGS DIVISION
 4
 5   BNSF RAILWAY COMPANY,
 6
 7                    Plaintiff,
 8
 9      vs.                      Cause No. CV-24-81-BLG-SPW-TJC
10
11   CITY OF GLENDIVE,
12
13                    Defendant.
14
15   _____
16              DEPOSITION UPON ORAL EXAMINATION OF
17                         TANNER DEY
18   _____
19        BE IT REMEMBERED, that the deposition upon oral
20   examination of TANNER DEY, appearing at the instance of
21   the Plaintiff, was taken via Zoom with the parties
22   appearing in Glendive, Montana, on August 20, 2025,
23   beginning at 11:25 a.m., pursuant to Montana Rules of
24   Civil Procedure, before Robyn Ori English, Court
25   Reporter - Notary Public.
```

1

**Tanner Dey**

```
1                    APPEARANCES OF COUNSEL
2
3       ATTORNEY APPEARING ON BEHALF OF THE
4       PLAINTIFF:
5
6                ANTHONY M. NICASTRO
7                Knight Nicastro Mackay, LLC
8                27 Shiloh Road, Suite 10
9                Billings, MT  59106
10               nicastro@knightnicastro.com
11
12      ATTORNEY APPEARING ON BEHALF OF THE
13      DEFENDANT:
14
15               ADAM WARREN
16               KETURAH SHAULES
17               Moulton Bellingham PC
18               27 North 27th Street, Suite 1900
19               Billings, MT  59103-2559
20               Adam.Warren@moultonbellingham.com
21               Keturah.Shaules@moultonbellingham.com
22
23
24
25
                                                        2
```

**Tanner Dey**

```
 1                        I N D E X
 2
 3
 4   EXAMINATION OF TANNER DEY BY:                    PAGE:
 5
 6        Mr. Anthony Nicastro, Esq...................   5
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                             3
```

```
 1                          E X H I B I T S
 2
 3   DEPOSITION EXHIBITS:                                PAGE:
 4
 5   Exhibit 1      Pictures taken by Tanner Dey... 41
 6   Exhibit 2      Tanner Dey Notes............... 59
 7   Exhibit 3      Pictures taken by Tanner Dey .. 59
 8                  at BNSF
 9   Exhibit 4      Overhead view of rail yard..... 78
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                              4
```

**Tanner Dey**

```
 1         Q.   Okay.  But you weren't doing manhole
 2    inspections?
 3         A.   No.
 4         Q.   Were the individuals -- who was
 5    performing manhole inspections that day?
 6         A.   It says John Beeler and Cliff Beeler.
 7         Q.   Cliff Beeler, okay.
 8              And they're related to each other?
 9         A.   Yeah, brothers.
10         Q.   All right.  And so when did you first
11    learn about anything out of the ordinary about this
12    manhole?
13         A.   John Beeler had called me that morning.
14         Q.   And do you recall roughly what time he
15    would have called you?
16         A.   Negative.
17         Q.   And what do you recall him saying, if
18    anything?
19         A.   He said there was a lot of
20    petroleum-based fluids in there and that I should go
21    look at it.
22         Q.   Okay.  Do you recall anything else from
23    that conversation?
24         A.   No.
25         Q.   What did you do?
```

32

**Tanner Dey**

```
 1        A.   I went over there and looked at it.
 2        Q.   And how long did it take for you to get
 3   there?
 4        A.   Ten minutes.
 5        Q.   Do you recall the time of day?  After
 6   lunch?  Anything like that?
 7        A.   Yeah, it was before lunch.
 8        Q.   Before lunch, okay.
 9             All right.  And so when you got to the
10   location, who was there?
11        A.   Nobody.
12        Q.   All right.  So he had -- so he called you
13   about the manhole and then would have sealed it back
14   up and then left?
15        A.   Yep.
16        Q.   All right.  Is there a particular reason
17   why he left the manhole and didn't wait for you to
18   show up?
19        A.   I can't remember if he had something more
20   to do.
21        Q.   Okay.  But at least when he gave -- when
22   he called you to report that he was -- what he was
23   seeing, your -- you didn't tell him, "Hey, keep an
24   eye on that manhole until I get there"?
25        A.   No.
```

33

**Tanner Dey**

```
 1        Q.   Okay.  Any particular reason why not?
 2        A.   No.
 3        Q.   Okay.  And so when you went out there and
 4   looked in the manhole, you were the only one?
 5        A.   Trevor Held was with me.
 6        Q.   Trevor who?
 7        A.   Held.
 8        Q.   Held?  Does he still work for the City?
 9        A.   Negative.
10        Q.   Is it H-E-L-D?
11        A.   Yeah.
12        Q.   When did he stop working for the City?
13        A.   I don't know.
14        Q.   Is he a utility worker?
15        A.   Yeah.
16        Q.   And so what did -- what did you see when
17   you looked inside that manhole?
18        A.   It was -- you could definitely tell it
19   was a rainbow petroleum-based sheen on top.
20        Q.   Was there -- was it flowing?
21        A.   I can't remember.  I can't remember if it
22   was still flowing or not.
23        Q.   Okay.  And the reason I ask that is
24   because I would -- you correct me if I'm wrong --
25   but to see a rainbow -- it would be hard to see a
```

34

**Tanner Dey**

```
 1   rainbow if you had the liquid that's completely
 2   flowing from one side of the pipe to the other, or
 3   are you telling me that you can see a rainbow even
 4   when things are flowing through a pipe?
 5        A.   You can see it.
 6        Q.   Okay, that's fine.  I'll accept that.
 7             But you don't remember whether or not it
 8   was flowing or standing still?
 9        A.   Negative.
10        Q.   Okay.  Did you take any pictures of what
11   you saw?
12        A.   Yeah.
13        Q.   What did you do with those pictures?
14        A.   Sent them to Frank.
15        Q.   Okay.  And did you take any videos of
16   what you were seeing?
17        A.   I can't remember if I took a video or
18   not.
19        Q.   If you did take a video, what would you
20   have done with that?
21        A.   Sent it to Frank.
22        Q.   And when you were out there at the time
23   doing this inspection with Trevor Held, did anybody
24   show up during your inspection?
25        A.   Negative.
```

35

**Tanner Dey**

| | | |
|---|---|---|
| 1 | Q. | Did you call anybody? |
| 2 | A. | Frank. |
| 3 | Q. | And what did you -- what did you and |
| 4 | Frank -- what do you recall from that conversation? | |
| 5 | A. | He said the plug didn't work so get some |
| 6 | concrete coming. | |
| 7 | Q. | So what did you do next? |
| 8 | A. | Called the concrete company. |
| 9 | Q. | Which concrete company did you call? |
| 10 | A. | Knoll's Ready Mix. |
| 11 | Q. | And how long did it take for them to come |
| 12 | out there?  Were you out there when they came out | |
| 13 | there? | |
| 14 | A. | I was. |
| 15 | Q. | Were you out there the rest of the time |
| 16 | between now and when the -- it was cemented? | |
| 17 | A. | I can't remember if I was or not. |
| 18 | Q. | Okay.  Just trying to figure out if you |
| 19 | left and somebody else showed up or anything like | |
| 20 | that? | |
| 21 | A. | No, nobody else showed up. |
| 22 | Q. | Okay.  Just you and Trevor? |
| 23 | A. | Yes. |
| 24 | Q. | All right.  Did you ever make any |
| 25 | attempts to go talk to somebody at BNSF and say, | |

36

**Tanner Dey**

```
 1    "Hey, we've got this coming through the manhole"?
 2         A.   Negative.
 3         Q.   At that time, you knew that that manhole
 4    was connected to BNSF property, correct?
 5         A.   Yes.
 6         Q.   Did you ever send Trevor to go over there
 7    and knock on some doors and say, "Hey, guys, we've
 8    got this coming through the manhole.  Let's talk
 9    about it"?
10         A.   Negative.
11         Q.   Did Frank ever suggest that you guys
12    should do that?
13         A.   Negative.
14         Q.   Do you know whether or not anybody called
15    BNSF to even report what they were seeing?
16         A.   I do not know.
17         Q.   Okay.  Any particular reason why -- why
18    not?
19         A.   That's above my pay grade.
20         Q.   You would defer to Frank on that
21    decision?
22         A.   Yes.
23         Q.   Okay.  Did you smell anything while you
24    were out there?
25         A.   I can't smell anything.
```

37

**Tanner Dey**

```
 1        Q.   Did Trevor report smelling anything to
 2   you?
 3        A.   I don't know.
 4        Q.   You don't know or you don't remember?
 5        A.   I can't remember.
 6        Q.   Okay.  Did anybody -- okay.
 7             And then so you were there and then the
 8   concrete company shows up, right?
 9        A.   Yes.
10        Q.   Okay.  So -- and, again, I apologize if
11   I'm being repetitive.  I'm trying to work through
12   this in my mind timeline-wise.
13             You and Trevor were at the manhole, and
14   then at some point the concrete company shows up,
15   right?
16        A.   Yes.
17        Q.   Okay.  Are there any other city workers
18   that are there inspecting what they're seeing in the
19   manhole between the time that the two of you show up
20   and when the cement truck shows up?
21        A.   No.
22        Q.   Okay.  Were you the one that was having a
23   conversation with Frank about what you guys were
24   finding?
25        A.   Yes.
```

38

**Tanner Dey**

```
 1        Q.   Okay.  Did Trevor have any conversations
 2   with Frank?
 3        A.   Negative.
 4        Q.   Okay.  Real quick, do you recall
 5   reporting anything to Frank about a smell?
 6        A.   I can't smell.
 7        Q.   Okay.  I'm just saying, you know, "Hey
 8   Trevor's telling me this."  Do you recall saying
 9   anything to Frank about smelling diesel?
10        A.   I can't recall.
11        Q.   Okay.  Did Pete Leath ever show up at the
12   scene?
13        A.   Not that day.
14        Q.   Not that day.  And Frank never showed up?
15        A.   No.
16        Q.   After the cement had gone into the
17   manhole, did any city workers show up after that?
18        A.   No.
19        Q.   Do you recall having any conversations
20   with any of the people from the cement company about
21   what's in the manhole?
22        A.   I do not recall.
23        Q.   So you mentioned at one point you saw a
24   baggie of stuff that Frank had from the manhole,
25   correct?
```

39

**Tanner Dey**

```
 1        A.   Yes.
 2        Q.   And you guys went out there and you used
 3   the pressure washer and you completely unclogged it
 4   so that it could -- so that it could flow again,
 5   right?
 6        A.   Sewer gutter, yes.
 7        Q.   Yeah.  So I imagine the way that you
 8   realized that it was clogged was because of the fact
 9   that you were starting to see buildup in the manhole
10   when you inspected it?
11        A.   Yes.
12        Q.   All right.  So is it possible looking at
13   this picture that there's a clog down the line and
14   that's why we're seeing it so high, you're seeing
15   the substance so high in that manhole, right?
16        A.   Yes.
17        Q.   Because typically the pipe is about
18   6 feet to 8 feet down in that manhole, right?
19        A.   Yes.
20        Q.   This is out of the -- it's not --
21   regardless of you describing it as a petroleum
22   substance, just the fact that you're seeing the
23   water level at that height is of concern in any
24   manhole, right?
25        A.   Some are different.
```

45

**Tanner Dey**

```
 1          A.    That's the bottom.
 2          Q.    That's the bottom of the manhole?
 3          A.    Yeah, suck as much as we could get.
 4          Q.    Okay.  All right.  And so after you
 5    sucked it all out of the manhole, did you determine
 6    was there any flow going into the manhole?
 7          A.    There was no flow after we had sucked it.
 8          Q.    Okay.  So after you sucked whatever was
 9    in that manhole into the vac truck, flow was not
10    happening in that manhole?
11          A.    Right.
12          Q.    Did flow ever start again between the
13    time that you had the concrete truck show up and
14    they dumped concrete down the manhole?
15          A.    No.
16          Q.    So whatever was flowing into that manhole
17    had stopped for some reason but not because of
18    anything that the City did?
19          A.    Right.
20          Q.    Okay.  So then -- and I guess maybe it's
21    just perspective on that picture, but on Picture
22    4 -- 4-1, you know, that's the pipe and that's about
23    6 feet down?
24          A.    Yeah, roughly.
25          Q.    Okay.  I just couldn't tell if that was
```

52

Tanner Dey

```
 1                C E R T I F I C A T E

 2

 3   STATE OF MONTANA      )

 4                         :ss

 5   COUNTY OF BEAVERHEAD  )

 6       I, Robyn Ori English, Freelance Court Reporter and
     Notary Public for the State of Montana, residing in
 7   Dillon, do hereby certify:

 8       That I was duly authorized to and did swear in the
     witness and report the deposition of Tanner Dey,
 9   in the above-entitled cause; that the foregoing pages of
     this deposition constitute a true and accurate
10   transcription of my stenotype notes of the testimony of
     said witness, all done to the best of my skill and
11   ability; that the reading and signing of the deposition by
     the witness has been expressly reserved.
12
         I further certify that I am not an attorney nor
13   counsel of any of the parties, nor a relative or employee
     of any attorney or counsel connected with the action, nor
14   financially interested in the action.

15       IN WITNESS WHEREOF, I have hereunto set my hand and
     affixed by notarial seal on this, the 28th day of August,
16   2025.

17

18

19

20                   ROBYN ORI ENGLISH
                     NOTARY PUBLIC for the
21                   State of Montana
                     Residing at Dillon, Montana
22                   My Commission Expires
                     March 6, 2027
23       Robyn Ori English

24

25
                                                         105
```