**EXHIBIT J**

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF MONTANA
 3                           BILLINGS DIVISION
 4
 5   BNSF RAILWAY COMPANY,
 6
 7                   Plaintiff,
 8
 9        vs.                     Cause No. CV-24-81-BLG-SPW-TJC
10
11   CITY OF GLENDIVE,
12
13                   Defendant.
14   _____
15              DEPOSITION UPON ORAL EXAMINATION OF
16                      MATTHEW RICHARDSON
17   _____
18        BE IT REMEMBERED, that the deposition upon oral
19   examination of MATTHEW RICHARDSON, appearing at the
20   instance of the Defendant, was taken at the office of
21   Moulton Bellingham PC, at 27 North 27th Street,
22   Suite 1900, Billings, Montana, on August 25, 2025,
23   beginning at 12:00 p.m., pursuant to Montana Rules of
24   Civil Procedure, before Robyn Ori English, Court
25   Reporter - Notary Public.
```

                                                                    1

Matthew Richardson

```
 1                APPEARANCES OF COUNSEL
 2
 3      ATTORNEY APPEARING ON BEHALF OF THE
 4      PLAINTIFF:
 5
 6                ANTHONY M. NICASTRO
 7                Knight Nicastro Mackay, LLC
 8                27 Shiloh Road, Suite 10
 9                Billings, MT  59106
10                nicastro@knightnicastro.com
11
12      ATTORNEY APPEARING ON BEHALF OF THE
13      DEFENDANT:
14
15                ADAM WARREN
16                KETURAH SHAULES
17                Moulton Bellingham PC
18                27 North 27th Street, Suite 1900
19                Billings, MT  59103-2559
20                Adam.Warren@moultonbellingham.com
21                Keturah.Shaules@moultonbellingham.com
22
23
24
25    ***Court reporter appearing remotely
```

2

Matthew Richardson

```
 1    alleviated the need for either the holding tanks or
 2    the temporary bathroom facilities that were placed
 3    out there, though, right?
 4         A.   Not from a dollars-and-cents standpoint.
 5    It was the least feasible option.
 6         Q.   Well, how much would that have cost to
 7    connect to Sargent Avenue?
 8         A.   I think the numbers that came back were
 9    $600,000.
10         Q.   Where did you get those numbers from?
11         A.   I don't remember exactly, different
12    contractors and different numbers.
13         Q.   Is this documented somewhere?
14         A.   I don't even know if we produced a
15    document or if we just called everybody and whatnot.
16         MR. NICASTRO:  Just for the record, it's a Wilson &
17    Company document, and it has been produced.
18         THE WITNESS:  That's what sticks out in my mind was
19    $600,000.
20         Q.   (By Mr. Warren)  From Wilson & Company?
21         A.   Uh-huh.
22         Q.   Is that a "yes"?
23         A.   Correct, yes.
24         Q.   Do you know if Wilson & Company or
25    Pinnacle ever shared that information with the City
```

74

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF MONTANA       )

 4                             :ss

 5    COUNTY OF BEAVERHEAD )

 6         I, Robyn Ori English, Freelance Court Reporter and
      Notary Public for the State of Montana, residing in
 7    Dillon, do hereby certify:

 8         That I was duly authorized to and did swear in the
      witness and report the deposition of Matthew Richardson,
 9    in the above-entitled cause; that the foregoing pages of
      this deposition constitute a true and accurate
10    transcription of my stenotype notes of the testimony of
      said witness, all done to the best of my skill and
11    ability; that the reading and signing of the deposition by
      the witness has been expressly reserved.
12
           I further certify that I am not an attorney nor
13    counsel of any of the parties, nor a relative or employee
      of any attorney or counsel connected with the action, nor
14    financially interested in the action.

15         IN WITNESS WHEREOF, I have hereunto set my hand and
      affixed by notarial seal on this, the 4th day of
16    September, 2025.
```

[Notary Seal: ROBYN ORI ENGLISH, NOTARY PUBLIC for the State of Montana, Residing at Dillon, Montana, My Commission Expires March 6, 2027]

*Robyn Ori English* (signature)