# EXHIBIT K



**PUBLIC WORKS DEPT.**
**CITY OF GLENDIVE**
**300 S. MERRILL AVE**
**GLENDIVE, MT 59330**

PHONE (406)-377-3318
FAX    (406)-377-6873

April 12, 2024

To Whom It May Concern,

Subject: Concerns Regarding the Proposal to Reconnect BNSF to the City of Glendive's Sewer System

I am writing in regards to the proposal by BNSF to reconnect to the City of Glendive's sewer system, which has been previously shut off by the city. This proposal raises significant issues in terms of regulatory compliance and infrastructure management.

As per the DEQ's Circular for Design Standards for Public Sewage Systems and the City of Glendive's Code Book (Section 10-2A-2-1:B-12), our city's sewers are strictly designated for municipal wastewater. The reintroduction of BNSF's wastewater into our sewer system, which has been disconnected for reasons undisclosed in this correspondence, raises questions about compliance with regulatory standards.

The inspections conducted on March 29, 2024, and April 4, 2024, at the BNSF rail yard revealed several concerning findings regarding the sewer line and system. These included plumbing issues, sewer line contamination, plumbing concerns, and instances of inadequate communication and non-compliance with proper procedures.

Given the current information we have, including the findings from the inspections, we cannot accept or consider letting BNSF hook back up to our sewer system. Reconnecting BNSF's wastewater to our sewer system may pose risks to the integrity and efficiency of our sewage infrastructure. With our inspections we have a better understanding of the nature of BNSF's wastewater and there is an obvious potential for contamination.

Therefore, at this time I am denying BNSF's proposal to reconnect to the City of Glendive's sewer system. This decision is made in my interest in prioritizing the well-being of our city tax payers and public utilities

Sincerely,

Frank Ceane Director of Public Works



CITY 000509

## Mayor

| | |
|---|---|
| **From:** | Frank Ceane <ceanef@midrivers.com> |
| **Sent:** | Tuesday, April 16, 2024 4:05 PM |
| **To:** | 'Mike Dryden'; 'Doug Baker'; 'Rhett Coon'; 'Clyde Mitchell'; 'Jason Stuart'; 'Betsey Hedrick'; Mayor; thumpper23@live.com; hynes.glendive@gmail.com; Pete Leath; Ryan Russett |
| **Subject:** | BNSF Meeting invitation and Information |
| **Attachments:** | BNSF inspection Leath #1.docx; BNSF inspection Leath #2.docx; BNSF inspection Ryan Russett.docx; BNSF Inspection Tanner Dey.docx; BNSF Pictures from inspections.pdf; Frank Ceane Draft letter to BNSF after inspections.rtf; Frank Ceane Summary on inspection Reports.docx |

City of Glendive Council Members,

Subject: Proposed denial of BNSF's Proposal to Reconnect to City Sewer System & Invitation to Meeting

I am writing to inform you of my recommendation in the decision regarding BNSF's proposal to reconnect to the City of Glendive's sewer system. My recommendation is based on careful consideration of all available information, including the findings from recent site inspections and regulatory compliance standards. Following thorough evaluations and inspections conducted on March 29, 2024, and April 4, 2024. I have attached the reports, pictures, my summary and draft denial letter it has become evident that reconnecting BNSF to our sewer system poses significant risks and challenges. I would like to outline the key reasons for denying BNSF's proposal:

1. **Incompatibility with Existing Infrastructure:**

   Our city's sewer system is designed and regulated specifically for municipal wastewater. Incorporating BNSF's proposed pre-treatment facility, which introduces water types beyond municipal wastewater, jeopardizes the operational integrity and efficiency of our sewage infrastructure.

2. **Regulatory Compliance:**

   The decision aligns with our commitment to compliance with legal standards and regulations, as outlined in the DEQ Circular for Design Standards for Public Sewage Systems and our City of Glendive Code Book. Any integration that could compromise compliance with these standards cannot be supported.

3. **Concerns from Inspection Findings:**

   Inspections revealed critical issues at the BNSF site, including evidence of oil contamination, diesel fumes, dark fluid accumulation, and inadequate plumbing connections. These findings raise doubts about the suitability of BNSF's operations to be connected to our sewer system.

4. **Lack of Communication and Non-Compliance:**

   Instances of inadequate communication and non-compliance with proper procedures further erode confidence in BNSF's ability to adhere to regulatory standards and operate harmoniously with our infrastructure.

Based on these concerns and findings, I believe the City of Glendive cannot approve BNSF's request to reconnect to our sewer system. Upholding regulatory compliance, protecting infrastructure integrity, and ensuring the safety of our taxpayers are paramount considerations. Additionally, I would like to extend an invitation to a meeting set up by BNSF to discuss the proposal further. (Please see meeting information below) While I believe the City of Glendive cannot approve

1

the reconnection at this time, open dialogue and discussion may help clarify any misunderstandings and facilitate mutual understanding of our respective positions.

Thank you for your attention to this matter. If you have any further questions or require additional information, please do not hesitate to contact me.

*Frank Ceane*

DIRECTOR PUBLIC WORKS
CITY OF GLENDIVE, MT
300 S Merrill Ave.
Glendive, Mt 59330
PH 406-377-3318 ext 15
ceanef@midrivers.com



Join Zoom Meeting
https://bnsf.zoom.us/j/84416569157?pwd=Njg1WUREWVZvQ2FvU2VpRzZQcDNndz09&from=addon

Meeting ID: 844 1656 9157
Passcode: 239211

---

One tap mobile
+13462487799,,84416569157# US (Houston)
+16699009128,,84416569157# US (San Jose)

---

Dial by your location
• +1 346 248 7799 US (Houston)
• +1 669 900 9128 US (San Jose)
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 669 444 9171 US
• +1 312 626 6799 US (Chicago)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 646 558 8656 US (New York)
• +1 646 931 3860 US
• +1 689 278 1000 US
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US

2

CITY 000511

- +1 309 205 3325 US
- 888 788 0099 US Toll-free
- 833 548 0276 US Toll-free
- 833 548 0282 US Toll-free
- 877 853 5247 US Toll-free

Meeting ID: 844 1656 9157

Find your local number: https://bnsf.zoom.us/u/kpBg05I8y

---

Join by SIP
- 84416569157@zoomcrc.com

---

Join by H.323
- 162.255.37.11 (US West)
- 162.255.36.11 (US East)

Meeting ID: 844 1656 9157
Passcode: 239211

---

## Microsoft Teams Need help?
### Join the meeting now
Meeting ID: 217 784 439 698
Passcode: TiKZf7

For organizers: Meeting options   Reset dial-in PIN

---

**From:** Jones, Matthew <Matthew.Jones@BNSF.com>
**Sent:** Tuesday, April 16, 2024 11:04 AM
**To:** Mayor <Mayor@glendivemt.gov>
**Cc:** ceanef <ceanef@midrivers.com>; Jason Stuart <dcedc@midrivers.com>; Fisher, Violet F <Violet.Fisher@BNSF.com>
**Subject:** RE: Glendive Railyard- Sewer line camera

That's great!  Thank you.  I'll send around a link.

**From:** Mayor <Mayor@glendivemt.gov>
**Sent:** Tuesday, April 16, 2024 10:10 AM
**To:** Jones, Matthew <Matthew.Jones@BNSF.com>
**Cc:** ceanef <ceanef@midrivers.com>; Jason Stuart <dcedc@midrivers.com>; Fisher, Violet F <Violet.Fisher@BNSF.com>
**Subject:** RE: Glendive Railyard- Sewer line camera

## EXTERNAL EMAIL

3

Hi,
How about 10 a.m. on Thursday?
Deb Dion

**From:** Jones, Matthew <Matthew.Jones@BNSF.com>
**Sent:** Tuesday, April 16, 2024 9:33 AM
**To:** Mayor <Mayor@glendivemt.gov>
**Cc:** ceanef <ceanef@midrivers.com>; Jason Stuart <dcedc@midrivers.com>; Fisher, Violet F <Violet.Fisher@BNSF.com>; Jones, Matthew <Matthew.Jones@BNSF.com>
**Subject:** Glendive Railyard- Sewer line camera

Mayor,

Are you available for a video conference this Thursday or Friday to discuss the ongoing situation with the BNSF sewer line? We have demonstrated that the sewer line in question is in good order, and we ask that service be restored as soon as possible.

Regarding the floor drain and parts washing unit in the BNSF Work Equipment building, there is no reason these should be of concern. Attached is a photograph of the floor drain in the building. It's a standard floor drain in the bathroom of the facility and isn't located near work areas. The parts washing unit doesn't drain to the sanitary sewer system. BNSF's contractor, Safety-Kleen, services the unit. They remove all fluids and material collected in the unit. This information has been conveyed to city staff, and BNSF maintains records of the service dates.

We recognize that city staff is very busy, but we ask that you please work with us to resolve this matter as soon as possible. BNSF employees have been working for months now with temporary facilities (port-o-potties) and no running water.

Sincerely,

Matt Jones
BNSF Railway

**From:** Fisher, Violet F
**Sent:** Monday, April 8, 2024 11:23 AM
**To:** Mayor <mayor@glendivemt.gov>; Frank Ceane <ceanef@midrivers.com>; leathp@glendivemt.gov
**Cc:** Jones, Matthew <Matthew.Jones@BNSF.com>; mrichardson@pineng.com
**Subject:** Glendive Railyard- Sewer line camera

Hi All-

Last Thursday 4/4/2024, Pinnacle was on site at the Glendive yard with Pete and another representative for the city. The city observed the jetting of the lines and camera work. I believe Frank is now back in the office, and we are looking for some guidance on whether or not we are good to have the city remove the concrete from the E. Valentine manhole, and connect the Work Equipment building back to the city system.

Please let me know when the city plans to remove the concrete, and anything else the city might require from BNSF prior to connecting back to the system.

Thanks,

4

CITY 000513

VIOLET FISHER | Manager Environmental Operations, MT & ND | BNSF Railway Company | 800 N Last Chance Gulch, Suite 101 Helena, MT 59601 | 406-256-4046 Office | 913-787-3561 Mobile | violet.fisher@bnsf.com

CITY 000514

Inspection Report for BNSF Sewer Line and System March 29 2024

March 29 2024 meet with Matt Pinnacle Engineering at BNSF mechanics shop to inspect sewer system at South Sargent BNSF location. Inspected mechanics shop area, Ryan and Tanner went to basement and inspected new plumbing that had been done. Found that sump pump was connected to new plumbing. Found sheen on sump in basement, Matt was informed that sump drain line will need to be disconnected from new plumbing. On March 25 2024 according to Matt plumbing outside mechanics shop had been repaired with new 2- 45 degree elbows and 1- 90 degree elbow removed. Also cleanout was installed at this time. Reason this work was done according to Matt that jetter machine hose got stuck at 90 degree elbow. We told Matt that we wished that the City of Glendive was informed of change in sewer line system. We only got to see two manholes, asked Matt if another manhole to check stated no. Made arrangements to meet Matt and sewer jetting and camera company to clean and camera sewer main to take place on April 2 2024 Tuesday. The City of Glendive was not notified of sewer and camera company or scheduled for work to take place on Tuesday April 2 2024. April 2 2024 called Matt to find out schedule for sewer cleaning and camera, will have crew together on Thursday April 4 2024.

Pete Leath

# BNSF rail yard inspection

On 03/29/24

We were called out to do an inspection with Matt from pinnacle engineering. We took a tour through the mechanic shop inside the BNSF railyard. We inspected 2 manholes and the basement of the diesel shop.

Ryan Russett

Tanner Dey, Pete Leath and I were in the basement and there was a sump drain hooked up into new plumbing that was installed the week before.

Matt was told to disconnect the sump from our mainline sewer service. There was evidence/remnants of oil that was in the service line. There was a pungent smell of oil and a sheen on top of the water.

We also asked that Matt inform us with any future work that will be done on the sewer system. As we were not informed of the previous changes that were made.

Matt had stated that there was an original 90° elbow that needed to be replaced on their sewer line. So they dug up a portion of the sewer line and installed 2-45° elbows. To help with the flow of the sewer line out towards the city of Glendive's sewer system.

We then asked Matt to set up someone to jet the line and camera/inspect this sewer line that was coming from the diesel shop.
Matt said that he will have someone available next week 4/02/24.
Ryan Russett

City of Glendive PUD

# BNSF rail yard Inspection

On 04/04/24

Pete Leath, Tanner Dey and I were called out to verify the sewer line inspection. Pinnacle engineering along with Unplugged (out of Dickinson, North Dakota) proceeded to jet the line and drain any excess fluid that was in the service line so that it could be videoed/camera for inspection. The first thing that we noticed was a pungent smell of diesel fumes and sheen on top of the water in the manhole.

It was explained to us that the line was cleaned 3/25/24. A week later it was full with a dark matter from the diesel shop.

During the line inspection you could see the black diesel remains on the side of the sewer line. As the inspection continued we saw a lot of dirt and debris at the bottom of the sewer line. The camera got to the 1st 45° elbow and was unable to proceed any further. Then the camera was sent toward MH422. The camera unit went under water very quickly, so inspection of the line was impossible. Caleb from

Pinnacle Engineering then asked if there was anything else that need to see. Tanner told him that we needed to see if the sump was disconnected from the sewer line.

Caleb agreed to show us the basement of the diesel shop. While going through the shop, Tanner saw that the diesel parts wash area was still in use. Pinnacle said that the diesel wash area was being disposed by a 3 party company. And was not going into the sump in the basement of the diesel shop. While we were there Tanner and I noticed that the sump was bubbling up and was lower than our last visit.

While we were in the basement Tanner asked why they had a banjo fitting on the new sewer line. Caleb said "probably so they could hook it up easier later". Tanner then said "this is exactly what we Do Not want!"

We then proceeded outside Matt called Pete and said that we would watch while they glued a cap on so the new plumbing that was installed. Pete replied by saying that we would like to have eyes on the project while it was being done. At around 2:00 pm we were back there to watch them install the new cap.

While we were walking back upstairs, Tanner had noticed that the parts washer was still going. Matt had said that the parts washer was being serviced by a 3 party and none of this material was going into our sewer system.

Matt then said that he will bring the video next Monday 04/08/24. We have not heard from Matt since Thursday 04/04/24.

On 3-29-24 Pete Leathe, Ryan Russett and Myself met with Matt from Pinnacle engineering at the BNSF yard on Sargent. We took a tour through the mechanic shop and outside in the yard. In this basement it was noticed there was a sump drain hooked into fresh new plumbing. Matt was told he needed to disconnect the sump from our main service line as it had a shiny film on top of the sump. We also told him we wished we could have been there for the new construction they did outside on 3-25-24. They stated there was one 90 fitting they couldn't get around and got stuck with a nozzle on their sewer jetter. They stated they replaced it with 2-45's instead. We insisted we wished to be there for the washing and camering that was gonna be happening on 4-2-24. We also only got to see in two manholes, and when pete leathe asked if there was a third Matt said no.


Pictures are included of what was seen.

*Tanner Dey*

CITY 000519

On 4-4-24 Pete Leathe, Ryan Russett and Myself returned to watch them sewer jet and run a camera down the main lines in the BNSF Rail yard. The first thing we noticed is they took us to the third man hole with the vac truck and sewer jetter from unplugged out of Dickinson,ND. When they lifted that manhole there was a very strong smell of diesel and oil. It also was pretty dark in that manhole. They stated they sucked out the line on 3-25-24. In a week it was full again with nasty dark fluid. After they were done washing they ran a camera up the line towards the building. One of the first things I noticed was the line of oil/diesel film stuck on the side of the pipe. As we got further up the pipe there was a lot of dirt and sediment in the line after washing it twice. They could only get the camera up to the first 45 and couldn't go any further. They then ran the camera toward M.H 422 and went under water pretty quickly. After we were done inspecting the line Caleb from Pinnacle engineering asked if there was anything else we wanted to see. I told him I wanted to see if that sump in the basement was disconnected. Caleb agreed to show us that it was, when we went down stairs to check I noticed there was a banjo fitting on the line where it was connected into the service line. I asked caleb why they put a banjo fitting on and he stated "probably so they could hook it back up later easier". I told him that is exactly what I didn't want. After we got back outside Matt called Pete and said he would bring pictures up to city hall when he was done gluing a cap on it. Pete replied that we wanted eyes on them doing it ourselves. At roughly 2:00 P.M we were back over there to watch them install the cap. As we walked down stairs I noticed the sump was bubbling back. They put glue on a screw in fitting and tighted it. After walking back upstairs I noticed the parts washer by the stairs was going. I asked Matt where that went on 3-25-24 and he told me it was maintenced by a different company and none of that went into our sewer. I am not so sure that he is wrong and the parts washer was bubbling in the sump downstairs and then pumped into our sewer in the past which might be where that sediment came from in the line. I also noticed that the sump was much lower when we returned in afternoon than it was in A.M

Pictures are included

*Tanner Dey*



CITY 000521



CITY 000522



CITY 000523

**PUBLIC WORKS DEPT.**
**CITY OF GLENDIVE**
**300 S. MERRILL AVE**
**GLENDIVE, MT 59330**



PHONE  (406)-377-3318
FAX     (406)-377-6873

April 12, 2024

To Whom It May Concern,

Subject: Concerns Regarding the Proposal to Reconnect BNSF to the City of Glendive's Sewer System

I am writing in regards to the proposal by BNSF to reconnect to the City of Glendive's sewer system, which has been previously shut off by the city. This proposal raises significant issues in terms of regulatory compliance and infrastructure management.

As per the DEQ's Circular for Design Standards for Public Sewage Systems and the City of Glendive's Code Book (Section 10-2A-2-1:B-12), our city's sewers are strictly designated for municipal wastewater. The reintroduction of BNSF's wastewater into our sewer system, which has been disconnected for reasons undisclosed in this correspondence, raises questions about compliance with regulatory standards.

The inspections conducted on March 29, 2024, and April 4, 2024, at the BNSF rail yard revealed several concerning findings regarding the sewer line and system. These included plumbing issues, sewer line contamination, plumbing concerns, and instances of inadequate communication and non-compliance with proper procedures.

Given the current information we have, including the findings from the inspections, we cannot accept or consider letting BNSF hook back up to our sewer system. Reconnecting BNSF's wastewater to our sewer system may pose risks to the integrity and efficiency of our sewage infrastructure. With our inspections we have a better understanding of the nature of BNSF's wastewater and there is an obvious potential for contamination.

Therefore, at this time I am denying BNSF's proposal to reconnect to the City of Glendive's sewer system. This decision is made in my interest in prioritizing the well-being of our city tax payers and public utilities

Sincerely,

Frank Ceane Director of Public Works

CITY 000537

My Summary of site visits by Ryan Russett, Tanner Dey, and Pete Leath.

Based on the provided documents, it is evident that the City of Glendive has carefully evaluated BNSF's proposal to incorporate a pre-treatment facility into the city's sewer system. However, several key concerns and findings from inspections conducted on March 29, 2024, and April 4, 2024, have led to the decision not to approve BNSF to reconnect to the city sewer system:

1. **Incompatibility with Existing Infrastructure:** The City of Glendive's sewer system is designed and regulated solely for the processing of municipal wastewater. Incorporating BNSF's proposed pre-treatment facility, which may introduce water types such as rainwater and groundwater, poses a significant risk to the operational integrity and efficiency of the city's sewage infrastructure.

2. **Regulatory Compliance:** The decision not to approve the integration of BNSF's facility aligns with the city's commitment to compliance with legal standards and regulations, as outlined in the DEQ Circular for Design Standards for Public Sewage Systems and the City of Glendive's Code Book. Any integration that could potentially compromise compliance with these standards cannot be supported.

3. **Concerns from Inspection Findings:** The inspections conducted on March 29, 2024, and April 4, 2024, revealed critical issues with the sewer system at the BNSF site. These included evidence of oil contamination, the presence of diesel fumes, dark fluid accumulation, and inadequate plumbing connections, such as the presence of a banjo fitting. These findings raise serious doubts about the suitability of BNSF's operations to be connected to the city's sewer system.

4. **Lack of Communication and Non-compliance:** There were instances where the City of Glendive was not adequately informed or consulted about significant changes to the sewer system at the BNSF site, such as the replacement of sewer line components and the scheduling of cleaning and camera inspections. This lack of communication and non-compliance with proper procedures further erodes confidence in BNSF's ability to adhere to regulatory standards and operate in harmony with the city's infrastructure.

In conclusion, based on the aforementioned concerns and findings, the City of Glendive cannot approve BNSF's request to reconnect to the city's sewer system. Upholding regulatory compliance, protecting the integrity of the city's infrastructure, and ensuring the safety and well-being of its tax payers are paramount considerations in this decision-making process.

Frank Ceane

City of Glendive Public Works Director

CITY 000538



CITY 000524



CITY 000525



CITY 000526



CITY 000527



CITY 000528



CITY 000529



CITY 000530



CITY 000531



CITY 000532



CITY 000533





CITY 000535

