# EXHIBIT L

```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MONTANA
                 BILLINGS DIVISION
```

---

BNSF RAILWAY COMPANY,

        Plaintiff,

  -vs-

CITY OF GLENDIVE,

        Defendant.

---

CAUSE NO. CV 24-81-BLG-SPW-TJC

DEPOSITION OF AL KOSTELNIK

                      Great Falls, Montana
                      Tuesday, October 21, 2025
                      9:58 - 12:19 P.M.

APPEARANCES:

KNIGHT NICASTRO MACKAY, LLC
Attorneys at Law
27 Shiloh Road, Suite 10
Billings, Montana 59106
    By: ANTHONY NICASTRO
        Attorneys for Plaintiff

MOULTON BELLINGHAM PC
Attorneys at Law
27 North 27th Street, Suite 1900
Billings, Montana 59103
    By: ADAM WARREN and KETURAH SHAULES
        Attorneys for Defendant

I N D E X

| WITNESS | PAGE |
|---|---|
| AL KOSTELNIK | |
|   EXAMINATION BY MR. WARREN | 3 |
|   EXAMINATION BY MR. NICASTRO | 91 |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Kostelnik Expert Witness Disclosure | 20 |

| | PAGE |
|---|---|
| CERTIFICATE OF WITNESS | 100 |
| CERTIFICATE OF REPORTER | 101 |

```
 1                    BE IT REMEMBERED that on Tuesday,
 2      October 21, 2025, at the hour of 9:58 a.m. of said
 3      day, at the offices of Agamenoni & Frank Court
 4      Reporting, 410 Central Avenue, Suite 603, Great
 5      Falls, Montana, and before Gregory A. Frank, a Notary
 6      Public for the State of Montana, pursuant to Notice,
 7      the deposition of AL KOSTELNIK was taken on oral
 8      interrogatories.
 9
10      Thereupon,
11                            AL KOSTELNIK,
12      having been first duly sworn to tell the truth, the
13      whole truth and nothing but the truth, testified upon
14      his oath as follows:
15
16      EXAMINATION BY MR. WARREN:
17            Q    Good morning.
18            A    Morning.
19            Q    Could you please introduce yourself for the
20      record.
21            A    Alois Kostelnik.
22            Q    Do you mind if I call you Al during this
23      deposition?
24            A    Al is fine, yeah.
25            Q    Okay, Al.  My name is Adam Warren, I'm one
```

1    has a unique smell to it, right?

2         A    Yes.

3         Q    It doesn't smell like gasoline and it

4    doesn't smell like oil, right?

5         A    Well, it smells like oil because it's an

6    oil product, but different oils smell differently.  I

7    mean, gear lube smells a lot worse than motor oil.

8         Q    Yeah.  But if you can -- you know diesel

9    when you smell it, though, right?

10        A    Typically, yes.  But sometimes with

11   creosote, it is kind of a mix of am I smelling

12   creosote or am I smelling diesel.

13        Q    Diesel will leave a sheen on water, or I

14   guess any petroleum product that's petroleum based

15   would leave a sheen on water if it's mixed with that,

16   right?

17        A    Yes, there's lots of oil products, cooking

18   oil and so forth that will also leave sheens, so,

19   yes.

20        Q    Right, okay.  Something that you state in

21   here, too, your last sentence, that the City

22   precluded the collection of discharge samples from

23   that line going into the manhole at issue in this

24   case, right?

25             My question is, you could still get a

1   Equipment Building, like piping connection, do you
2   recall those, that line of questioning?
3        A    Yeah.
4        Q    We have been here for a couple of hours
5   during your deposition, have you seen any testimony
6   or document itself where somebody has said, yes,
7   those two buildings are actually connected with
8   pipes?
9        A    No, I have not.
10       Q    And in your report there's actually a
11  diagram, a figure that was put together showing the
12  different pipes and connections, historical ones.  In
13  your review of that mapping, did you ever see any
14  evidence that the diesel shop has any sort of piping
15  connection with the Work Equipment Building?
16       A    No, I did not.
17       Q    Okay.
18            MR. NICASTRO:  I think I'll reserve the rest
19  of my questions, Al.  I appreciate your time.
20            MR. WARREN:  Nothing further for me.
21  Thanks, Al.
22
23                    WITNESS EXCUSED
24                      *   *   *
25

CERTIFICATE OF WITNESS

PAGE        LINE                                CORRECTION

I hereby certify that this is a true and correct copy of my testimony, together with any changes I have made on this and any subsequent pages attached hereto.

Dated on this the _____ day of_____2025.

_____
AL KOSTELNIK, Deponent.

CERTIFICATE OF REPORTER

STATE OF MONTANA )
                 ) ss.
County of Cascade )

      I, Gregory A. Frank, RPR, Court Reporter and Notary Public for the State of Montana, residing in Great Falls, Montana, do hereby certify:

      That I was duly authorized to and did report the deposition of AL KOSTELNIK in the above-entitled cause;

      That the reading and signing of the deposition by the witness have been expressly reserved.

      That the foregoing pages of this deposition constitute a true and accurate transcription of my stenotype notes of the testimony of said witness.

      I further certify that I am not an attorney nor counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

      IN WITNESS WHEREOF, I have hereunto set my hand and seal on this the 24th day of October, 2025.

_____
Gregory A. Frank, RPR
Registered Professional Reporter
Notary Public, State of Montana
Residing in Great Falls, Montana.
My Commission expires: 2/10/2027.