# EXHIBIT M



June 24, 2025

ANTHONY NICASTRO
KNIGHT NICASTRO MACKAY
27 SHILOH RD., STE 10
BILLINGS, MT  59106

RE: REQUEST FOR PUBLIC DOCUMENTS

Anthony Nicastro:

I'm writing in reply to your letter dated June 17, 2025 requesting public documents pertaining to any public environmental health regulatory activities by Dawson County Environmental Health for the City of Glendive municipal sanitary sewer system.  The Dawson County Sanitarian does not review, approve or authorize connections to the municipal sanitary sewer system, impose treatment standards or requirements, nor enforce regulatory requirements.  Design and treatment standards for municipal sanitary sewer systems are established and permitted by Montana Department of Environmental Quality.  The City of Glendive operates the system in accordance with state and federal standards, and waste water discharge is permitted and regulated by DEQ. All questions pertaining to treatment standards, permitting of discharges to the system and environment, regulatory requirements and enforcement activity should be directed to the City of Glendive and/ or DEQ.  Thank you.

Sincerely,

Brant Gordon, MPH, REHS/RS, CSP
District Sanitarian
Dawson, Prairie and McCone County

# Knight Nicastro MacKay

Anthony M. Nicastro
Member
27 Shiloh Road, Ste. 10
Billings, MT 59106
nicastro@knightnicastro.com
T: 406-545-2031
F: 816-396-6233

June 17, 2025



Sanitarian
Dawson County
207 West Bell Street
Glendive, MT 59330
Gordonb@dawsonmt.gov
**SENT VIA EMAIL ONLY**

Re:     ***Request for Public Documents***
*BNSF v. City of Glendive,*
*US District Court for the District of Montana, Billings Division,*
*Cause No. CV-24-81-BLG-SPW-TJC*

Dear Sanitarian,

This letter is a request for the following public documents:

- All documents showing the current role of the County Sanitarian in reviewing, approving or authorizing commercial and/or industrial connections to municipal sanitary sewer service within the City of Glendive city limits;
- All pre-treatment standards or requirements imposed by the County Sanitarian on commercial and/or industrial users of municipal sanitary sewer service within the City of Glendive city limits; and
- Documents relating to enforcement, violations, non-compliance or non-conformance by any commercial and/or industrial user of municipal sanitary sewer service within the City of Glendive city limits from 2015 to the present.

Please provide these documents by close of business on July 1, 2025. If you have any questions or concerns, please contact me by phone at 406-545-2031 or by email at nicastro@knightnicastro.com.

Sincerely,

KNIGHT NICASTRO MACKAY, LLC

Anthony M. Nicastro

BK:hg

Billings   ▪   Kansas City   ▪   Missoula   ▪   Chicago   ▪   St. Louis   ▪   Denver